Plaintiffs:

| Name | Inmate Number | Mailing Address |
| --- | --- | --- |
| Charles F. Warner | 273669 | P.O. Box 97 McAlester, OK 74502 |
| James A. Coddington | 194169 | P.O. Box 97 McAlester, OK 74502 |
| Benjamin R. Cole | 489814 | P.O. Box 97 McAlester, OK 74502 |
| Carlos Cuesta-Rodriguez | 563531 | P.O. Box 97 McAlester, OK 74502 |
| Nicholas A. Davis | 414338 | P.O. Box 97 McAlester, OK 74502 |
| Richard S. Fairchild | 241527 | P.O. Box 97 McAlester, OK 74502 |
| John M. Grant | 102816 | P.O. Box 97 McAlester, OK 74502 |
| Wendell A. Grissom | 575281 | P.O. Box 97 McAlester, OK 74502 |
| Marlon D. Harmon | 581143 | P.O. Box 97 McAlester, OK 74502 |
| Raymond E. Johnson | 207742 | P.O. Box 97 McAlester, OK 74502 |
| Emmanuel A. Littlejohn | 190341 | P.O. Box 97 McAlester, OK 74502 |

| Name | Inmate Number | Mailing Address |
| --- | --- | --- |
| James D. Pavatt | 455677 | P.O. Box 97 McAlester, OK 74502 |
| Kendrick A. Simpson | 568612 | P.O. Box 97 McAlester, OK 74502 |
| Kevin R. Underwood | 576482 | P.O. Box 97 McAlester, OK 74502 |
| Brenda E. Andrew | 483397 | 29501 Kickapoo Rd McLoud, OK 74851-8339 |
| Richard E. Glossip | 267303 | P.O. Box 97 McAlester, OK 74502 |
| Shelton D. Jackson | 270308 | P.O. Box 97 McAlester, OK 74502 |
| Phillip D. Hancock | 126307 | P.O. Box 97 McAlester, OK 74502 |
| Julius D. Jones | 270147 | P.O. Box 97 McAlester, OK 74502 |
| Alfred B. Mitchell | 206964 | P.O. Box 97 McAlester, OK 74502 |
| Termane Wood | 271967 | P.O. Box 97 McAlester, OK 74502 |