Attorneys for Plaintiffs:

|            |                                                            |
|-----------:|------------------------------------------------------------|
|            | Patti P. Ghezzi                                            |
|    office: | Federal Public Defender                                    |
|   address: | 215 Dean A. McGee Ave. · Suite 109                         |
|            | Oklahoma City, OK  73102                                   |
| telephone: | 405 609 5975                                               |
|       fax: | 405 609 5976                                               |
|     email: | patti_ghezzi@fd.org                                        |

Attorney for Plaintiffs Cole, Cuesta-Rodriguez, Davis, Fairchild, Grant, Grissom, Harmon, Johnson, Littlejohn, Pavatt, Simpson, and Underwood

|            |                                                            |
|-----------:|------------------------------------------------------------|
|            | Randy A. Bauman                                            |
|    office: | Federal Public Defender                                    |
|   address: | 215 Dean A. McGee Ave · Suite 109                          |
|            | Oklahoma City, OK  73102                                   |
| telephone: | 405 609 5975                                               |
|       fax: | 405 609 5976                                               |
|     email: | randy_bauman@fd.org                                        |

Attorney for Plaintiffs Cole, Cuesta-Rodriguez, Davis, Fairchild, Grant, Grissom, Harmon, Johnson, Littlejohn, Pavatt, Simpson, and Underwood

|            |                                                            |
|-----------:|------------------------------------------------------------|
|            | Seth A. Day                                                |
|      firm: | Hall, Estill, Hardwick, Gable, Golden, & Nelson, P.C.      |
|   address: | 100 N. Broadway · Suite 2900                               |
|            | Chase Tower                                                |
|            | Oklahoma City, OK  73102                                   |
| telephone: | 405 553 2828                                               |
|       fax: | 405 553 2855                                               |
|     email: | sday@hallestill.com                                        |

Attorney for Plaintiffs Warner and Coddington

|  |  |
|---|---|
|  | Susanna M. Gattoni |
| firm: | Hall, Estill, Hardwick, Gable, Golden, & Nelson, P.C. |
| address: | 100 N. Broadway · Suite 2900 |
|  | Chase Tower |
|  | Oklahoma City, OK  73102 |
| telephone: | 405 553 2828 |
| fax: | 405 553 2855 |
| email: | sgattoni@hallestill.com |

Attorney for Plaintiffs Warner and Coddington

|  |  |
|---|---|
|  | Mark Henricksen |
| firm: | Henricksen & Henricksen, Lawyers, Inc. |
| address: | 600 N. Walker Ave. · Suite 220 |
|  | Oklahoma City, OK  73102 |
| telephone: | 405 609 1970 |
| fax: | 405 609 1973 |
| email: | mark@henricksenlaw.com |

Attorney for Plaintiffs Andrew, Glossip and Jackson

|  |  |
|---|---|
|  | David B. Autry |
| address: | 1021 N.W. 16th St. |
|  | Oklahoma City, OK  73106 |
| telephone: | 405 521 9600 |
| fax: | 405 521 9669 |
| email: | dbautry44@hotmail.com |

Attorney for Plaintiff Hancock

|  |  |
|---|---|
|  | Mark H. Barrett |
| address: | 111 N. Peters Ave. · Suite 200 |
|  | Norman, OK  73069 |
| telephone: | 405 364 8367 |
| fax: | 405 364 8329 |
| email: | barrettlawoffice@gmail.com |

Attorney for Plaintiff Jones

|  |  |
|---:|:---|
|  | Fred L. Staggs |
| address: | 510 N.W. 17th St. |
|  | Oklahoma City, OK  73103 |
| telephone: | 405 990 5523 |
| email: | staggslaw@aol.com |

Attorney for Plaintiff Mitchell

|  |  |
|---:|:---|
|  | Gary Peterson |
| address: | 211 N. Robinson Ave. · Suite 450 South |
|  | Two Leadership Square |
|  | Oklahoma City, OK  73102 |
| telephone: | 405 606 3367 |
| fax: | 866 628 0506 |
| email: | gp@garypeterson.com |

Attorney for Plaintiff Warner

|  |  |
|---:|:---|
|  | Dale A. Baich |
| office: | Federal Public Defender |
| address: | 850 W. Adams St. · Suite 201 |
|  | Phoenix, AZ  85007 |
| telephone: | 602 382 2816 |
| fax: | 602 889 3960 |
| email: | dale_baich@fd.org |

Attorney for Plaintiff Wood

|  |  |
|---:|:---|
|  | Kelly Culshaw |
| office: | Federal Public Defender |
| address: | 850 W. Adams St. · Suite 201 |
|  | Phoenix, AZ  85007 |
| telephone: | 602 382 2816 |
| fax: | 602 889 3960 |
| email: | kelly_culshaw@fd.org |

Attorney for Plaintiff Wood

|  |  |
|---|---|
| | Robin C. Konrad |
| office: | Federal Public Defender |
| address: | 850 W. Adams St. · Suite 201 |
| | Phoenix, AZ  85007 |
| telephone: | 602 382 2816 |
| fax: | 602 889 3960 |
| email: | robin_konrad@fd.org |

Attorney for Plaintiff Wood