AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Oklahoma

| | | |
|---|---|---|
| Charles F. Warner, et. al., | ) | |
| *Plaintiff(s)* | ) ) ) ) ) ) | |
| v. | ) | Civil Action No. CIV-14-665-C |
| Kevin J. Gross, et. al., | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kevin J. Gross, in his capacity as a member of the Oklahoma Board of Corrections
3400 N. Martin Luther King Ave.
Oklahoma City, Oklahoma 73111-4298

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Patti P. Ghezzi
Assistant Federal Public Defender
Western District of Oklahoma
215 Dean A. McGee, Suite 109
Oklahoma City, Oklahoma 73102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  06/25/2014

SUMMONS ISSUED:
1:56 pm, Jun 25, 2014
CARMELITA REEDER SHINN, Clerk

By: *Carrie Price*
Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CIV-14-665-C

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kevin Grass

was received by me on *(date)* 6-25-14 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Rhonda Langley , who is designated by law to accept service of process on behalf of *(name of organization)* DOC
on *(date)* 6-25-14 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6-25-14

*Server's signature*

Mark F. Jacobs, Investigator
*Printed name and title*

215 Dean McGee #707 OKC 73102
*Server's address*

Additional information regarding attempted service, etc: