# Exhibit 3

**MONTHLY DEATH REPORT**

**July 1, 2014**

**COURT OF CRIMINAL APPEALS**
**(Direct Appeal Cases)**

**Defendant's Brief Not Yet Filed**

    **Notice of Intent to Appeal:**

        **Donnie Lee Harris, Jr.**        **(Notice of Intent filed 2-20-14)**
           OCCA Case No. D-2014-153

    **Petition in Error/Petition for Writ of Certiorari:**

        **Shaun Michael Bosse**        **(Petition in Error filed 6-4-13)**
           OCCA Case No. D-2012-1128

        **Mica Alexander Martinez**        **(Petition in Error filed 12-30-13)**
           OCCA Case No. D-2013-673

**Defendant's Brief Filed; State's Brief Due**

**Oral Argument Not Yet Held**

**Awaiting Decision of the Court**

**Affirmed; Awaiting Decision on Rehearing; or Cert Not Yet Filed**

**Reversed; Awaiting Decision on Rehearing; or Cert Not Yet Filed**

# Exhibit 3

## <u>COURT OF CRIMINAL APPEALS</u>
### (Post-Conviction Cases)

**<u>Post-Convictions Pending</u>**

**<u>Successive Post-Convictions Pending</u>**


**<u>Cases in which post-conviction applications have been denied; habeas not yet due</u>**

      **Roderick L. Smith**                 **(App for PCR denied 2-13-14)**
          OCCA Case No. D-2010-357; PCD-2010-660

**<u>Successive Post-Convictions Denied; Cert. Not Yet Filed</u>**

      **Raymond Eugene Johnson**         **(App for PCR denied 5-21-14)**
          OCCA Case No. D-2009-702; PCD-2014-123

# Exhibit 3

## <u>UNITED STATES DISTRICT COURTS</u>

### <u>Cases in which habeas petitions are due to be filed</u>

### <u>District Court</u>

**Western**      **Ricky R. Malone**                    **(Petition due 8-8-14)**
                 OCCA Case No. D-2010-1084
                 W. Dist. Case No. CIV-13-1115-D

### <u>Cases in which habeas petitions are pending</u>

**Western**      **Brenda Evers Andrew**                **(Response filed 11-4-09)**
                 OCCA Case No. D-2004-1010
                 W. Dist. Case No. CIV-08-832-R

**Western**      **Ronson Kyle Bush**                   **(Response filed 5-5-14)**
                 OCCA Case No. DC-2009-1113
                 W. Dist. Case No. CIV-13-266-C

**Western**      **James Allen Coddington**             **(Response filed 12-27-12)**
                 OCCA Case No. D-2008-655
                 W. Dist. Case No. CIV-11-1457-C

**Western**      **Carlos Rodriguez Cuesta**            **(Response filed 5-14-13)**
                 OCCA Case No. D-2007-825
                 W. Dist. Case No. CIV-11-1142-M

**Western**      **Nicholas Alexander Davis**           **(Response filed 2-12-14)**
                 OCCA Case No. D-2007-89
                 W. Dist. Case No. CIV-12-1111-HE

**Western**      **Rocky Eugene Dodd**                  **(Status report filed 6-26-14)**
                 OCCA Case No. D-2002-286
                 W. Dist. Case No. CIV-06-140-D
                 10th Cir. Case No. 11-6225

**Northern**     **Clarence Rozell Goode, Jr.**         **(Response filed 6-14-12)**
                 OCCA Case No. D-2008-43
                 N. Dist. Case No. 11-CV-150-GKF-FHM

**Western**      **Wendell A. Grissom**                 **(Response filed 1-29-13)**
                 OCCA Case No. D-2008-595
                 W. Dist. Case No. CIV-11-1456-R

# Exhibit 3

| | | |
|---|---|---|
| **Western** | **Marlong Deon Harmon**<br>OCCA Case No. D-2008-657<br>W. Dist. Case No. CIV-13-80-M | **(Response filed 4-21-14)** |
| **Western** | **Jimmy Dean Harris**<br>OCCA Case No. D-2005-117<br>W. Dist. Case No. CIV-08-375-F | **(Response filed 7-6-09)** |
| **Northern** | **Raymond Eugene Johnson**<br>OCCA Case No. D-2009-702<br>N. Dist. Case No. 13-CV-0016-CVE-FHM | **(Response filed 3-31-14)** |
| **Western** | **Jared William Jones**<br>OCCA Case No. D-2005-599<br>W. Dist. Case No. CIV-09-1172-W | **(Response filed 1-31-11)** |
| **Northern** | **Wade Greely Lay**<br>OCCA Case No. D-2005-1081<br>N. Dist. Case No. 08-CV-617-TCK-PJC | **(Order re: competency filed 4-12-13)** |
| **Western** | **Emmanuel Littlejohn**<br>OCCA Case No. D-2000-1609<br>W. Dist. Case No. CIV-05-225-M<br>10th Cir. Case No. 10-6148 | **(Evid. hearing 2-25-14)** |
| **Western** | **Alfred Brian Mitchell**<br>OCCA Case No. D-2008-57<br>W. Dist. Case No. CIV-11-429-C | **(Response filed 9-4-12)** |
| **Eastern** | **Patrick Dwayne Murphy**<br>OCCA Case No. D-2000-705<br>E. Dist. Case No. 12-CV-191-RAW-KEW | **(Response filed 12-19-12)** |
| **Western** | **Gilbert Ray Postelle**<br>OCCA Case No. D-2008-934<br>W. Dist. Case No. CIV-12-1110-F | **(Response filed 12-20-13)** |
| **Western** | **Richard Norman Rojem**<br>OCCA Case No. D-2007-660<br>W. Dist. Case No. CIV-10-172-M | **(Response filed 3-24-11)** |
| **Western** | **Anthony Castillo Sanchez**<br>OCCA Case No. D-2006-627<br>W. Dist. Case No. CIV-10-1171-HE | **(Response filed 1-10-12)** |

# Exhibit 3

| | | |
|---|---|---|
| **Western** | **Kendrick A. Simpson** | **(Response filed 6-1-12)** |
| | OCCA Case No. D-2007-1055 | |
| | W. Dist. Case No. CIV-11-96-M | |
| | | |
| **Western** | **Michael Dewayne Smith** | **(Response filed 1-31-11)** |
| | OCCA Case No. D-2003-1120 | |
| | W. Dist. Case No. CIV-09-293-D | |
| | | |
| **Western** | **Bigler Jobe Stouffer** | **(Evid. hearing set 7-29-14)** |
| | OCCA Case No. D-2003-277 | |
| | W. Dist. Case No. CIV-07-1312-C | |
| | 10th Cir. Case No. 11-6293 | |
| | | |
| **Western** | **Kevin Ray Underwood** | **(Response filed 7-2-13)** |
| | OCCA Case No. D-2008-319 | |
| | W. Dist. Case No. CIV-12-111 | |
| | | |
| **Western** | **Termaine Wood** | **(Response filed 12-23-11)** |
| | OCCA Case No. D-2005-171 | |
| | W. Dist. Case No. CIV-10-829-HE | |

Western       21
Eventern  1
Northern     _3_
Total   25

# Exhibit 3

## <u>TENTH CIRCUIT COURT OF APPEALS</u>

**<u>Appeals to be filed</u>**

**Scott James Eizember**                    **(Appellant's brief due 11-14-14)**
    OCCA Case No. D-2005-319
    W. Dist. Case No. CIV-08-377-C
    10th Cir. Case No. 14-6012

**James Joseph Fitzgerald**                **(Appellant/State's brief due 8-4-14)**
    OCCA Case No. D-2000-1502
    N. Dist. Case No. 03-CV-0531-GKF-TLW
    10th Cir. Case No. 13-5131

**Donald Grant**                            **(HC denied 5-16-14)**
    OCCA Case No. D-2006-14
    W. Dist. Case No. CIV-10-171-F

**John Fitzgerald Hanson**                  **(Appellant's brief due 7-1-14)**
    OCCA Case No. D-2006-126
    N. Dist. Case No. 10-CV-113-CVE-TLW
    10th Cir. Case No. 13-5100

**Shelton Dewayne Jackson**                 **(Appellant's brief due 11-26-14)**
    OCCA Case No. D-2003-470
    N. Dist. Case No. 08-CV-204-JHP-FHM
    10th Cir. Case No.  13-5119

**Patrick Dwayne Murphy**                   **(Held in abeyance 11-15-07)**
    OCCA Case No. D-2000-705
    E. Dist. Case No. CIV-08-443-RAW-KEW
    10th Cir. Case No. 07-7068

**James Dwight Pavatt**                     **(Case Mgmt. Conf. 11-25-14)**
    OCCA Case No. D-2003-1186
    W. Dist. Case No. CIV-08-470-R
    10th Cir. Case No. 14-6117

**James C. Ryder**                          **(Appellant's brief due 11-21-14)**
    OCCA Case No. D-2000-886
    E. Dist. Case No. 05-CV-24-JHP-KEW
    10th Cir. Case No. 13-7073

# Exhibit 3

**Appeals Pending**

     **Jemaine Cannon**             **(Appellee's brief due 7-23-14)**
          OCCA Case No. D-1996-369
          N. Dist. Case No. 99-CV-297-TCK-PJC
          10th Cir. Case No. 03-5008; 13-5071

     **Richard Fairchild**            **(Argument set 9-12-14)**
          OCCA Case No. D-1996-121
          W. Dist. Case No. CIV-01-1550-D
          10th Cir. Case No. 06-6327; 13-6030

     **Phillip Dean Hancock**        **(Appellant's supp. brief due 10-22-14)**
          OCCA Case No. D-2004-1097
          W. Dist. Case No. CIV-08-327-F
          10th Cir. Case No. 12-6255

     **Julius Darius Jones**         **(Appellee's brief filed 5-16-14)**
          OCCA Case No. D-2002-534
          W. Dist. Case No. CIV-07-1290-D
          10th Cir. Case No. 13-6141

     **Jeremy Alan Williams**        **(Argument set 7-7-14)**
          OCCA Case No. D-2006-338
          N. Dist. Case No. 09-CV-0164-JHP-TLW
          10th Cir. 12-5190

**Appeal decided, rehearing pending or not yet filed**

**Rehearing denied**

# Exhibit 3

## UNITED STATES SUPREME COURT

**Extensions of Time to file Certiorari requested**

**Extensions of Time to file Certiorari granted**

      **Benjamin Robert Cole**              **(from 10th, petition due 7-18-14)**
          OCCA Case No. D-2004-1260
          N. Dist. Case No. 08-CV-328-CVE-PJC
          10th Cir. Case No. 11-5133

**Petition for Cert. Filed, Response Not Yet Filed**

**Awaiting Decision of the Court**

**Certiorari Denied**

      **Roderick L. Smith**              **(from direct, denied 5-27-14)**
          OCCA Case No. D-2010-357
          USSC Case No. 13-8706

**Execution Date Requests Pending**

      **Jon Marion Grant**              **(execution date requested 6-9-14)**
          OCCA Case No. D-2000-653
          N. Dist. Case No. 05-CV-167-TCK-TLW
          10th Cir. Case No. 11-5001
          USSC Case No. 13-9556

**Executions Scheduled**

      **Richard E. Glossip**             **(execution set 11-20-14)**
          OCCA Case No. D-2005-310
          W. Dist. Case No. CIV-08-326-HE
          10th Cir. Case No. 10-6244
          USSC Case No. 13-8943

      **Charles Frederick Warner**      **(execution set 11-13-14)**
          OCCA Case No. D-2003-829
          W. Dist. Case No. CIV-07-807-C
          10th Cir. Case No. 11-6236
          USSC Case No. 13-7112

**Executions Stayed**