AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. CIV-14-665-F

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Comm. Michael Thompson on *(date)* 9-22-14.

☒ I served the subpoena by delivering a copy to the named person as follows: By serving DPS General Counsel, Stephen Krise, who accepted service for Comm. Thompson     on *(date)* 9-23-14    ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9-23-14

*Patti Palmer Ghezzi*
Server's signature

Patti Palmer Ghezzi, Asst. Fed. Public Defender
Printed name and title

215 Dean A McGee, Ste 707, Oklahoma City, OK 73102
Server's address

Additional information regarding attempted service, etc.: