

October 4, 2013



Dear Sirs and Madam:

I am the owner and pharmacist-in-charge of the ███████████████████████ the pharmacy that has provided ███ with vials of compounded pentobarbital.

Based on the phone calls I had with ███████ of ██████ regarding its request for these drugs, including statements that she made to me, it was my belief that this information

**Exhibit 6**

would be kept on the "down low" and that it was unlikely that it would be discovered that my pharmacy provided these drugs. Based on ▮▮▮ requests, I took steps to ensure it would be private. However, the State of ▮▮▮ misrepresented this fact because my name and the name of my pharmacy are posted all over the internet. Now that the information has been made public, I find myself in the middle of a firestorm that I was not advised of and did not bargain for. Had I known that this information would be made public, which the State implied it would not, I never would have agreed to provide the drugs to the ▮▮▮

I, and my staff, are very busy operating our pharmacy, and do not have the time to deal with the constant inquiries from the press, the hate mail and messages, as well as getting dragged into the state's lawsuit with the prisoners, and possible future lawsuits. For these reasons, I must demand that ▮▮▮ immediately return the vials of compounded pentobarbital in exchange for a refund.

Please contact me immediately to arrange for the return of the drugs. Otherwise I may have to ask the Court in the prisoners' lawsuit to consider my concerns.

Exhibit 6