# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

CHARLES F. WARNER, *et al.,*

              Plaintiffs,

v.

**Case No: CIV-14-665-F**

KEVIN J. GROSS, *et al.,*

              Defendants.

## JOINT MOTION FOR PROTECTIVE ORDER

The parties move, pursuant to the Federal Rules of Civil Procedure 26(c), for entry of a protective order governing the disclosure of confidential information in this case. In support of this motion, the parties would show the Court the following:

1. Plaintiff's first discovery requests were served on September 25, 2014.

2. Defendants moved for a protective order on October 14, 2014. During a status conference held on October 15, 2014, this Court advised the parties to prepare a protective order that addressed non-contested discovery concerns.

3. Plaintiffs and Defendants have conferred and have agreed to the language contained in a proposed Protective Order which has been submitted to Court through the e-mail address used to submit proposed orders.

For good cause shown, the parties respectfully request the Court enter the attached agreed protective order so that discovery in this case can proceed promptly.

Respectfully submitted,

/s/Aaron J. Stewart
**JOHN D. HADDEN, OBA#18716**
**JEB E. JOSEPH, OBA#19137**
**AARON J. STEWART, OBA#31721**
Assistant Attorney General
Oklahoma Attorney General's Office
Litigation Division
313 NE 21st Street
Oklahoma City, OK   73105
Telephone:   (405) 521-3921
Facsimile:   (405) 521-4518
Email: john.hadden@oag.ok.gov
Email: jeb.joseph@oag.ok.gov
Email: aaron.stewart@oag.ok.gov
*Attorney for Defendants Burrage, Gross, Haynes, Henke, Neal, Patton, Roach and Trammell*


/s/Patti P. Ghezzi
(signed with permission)
**PATTI PALMER GHEZZI, OBA#6875**
**RANDY A. BAUMAN, OBA#610**
FEDERAL PUBLIC DEFENDER
215 Dean A. McGee Ave., Ste. 109
Oklahoma City, OK 73102
Telephone:   405.609.5930
Facsimile:   405.609.5932
Email: patti_ghezzi@fd.org
Email: randy_bauman@fd.org
*Attorneys for Plaintiffs, Cole, Cueste-Rodriguez, Davis, Fairchild, Grant, Grissom, Harmon, Johnson, Littlejohn, Pavatt, Simpson and Underwood*

/s/Seth Day
(signed with permission)
**SETH A. DAY, OBA#20670**
**SUSANNA M. GATTONI, OBA#16922**
HALL ESTILL HARDWICK GABLE
    GOLDEN & NELSON, P.C.
100 N. Broadway, Ste. 2900
Oklahoma City, OK 73012
Telephone:   405.553.2828
Facsimile:   405.553.2855
Email: sday@hallestill.com
Email: sgattoni@hallestill.com
*Attorneys for Plaintiffs Warner and Coddington*


/s/Mark Henrickson
(signed with permission)
**MARK HENRICKSEN, OBA#4102**
**LANITA HENRICKSEN, OBA#**
HENRICKSEN & HENRICKSEN,
    LAWYERS, INC.
600 N. Walker Ave., Ste. 200
Oklahoma City, OK 73102
Telephone:   405.609.1970
Facsimile:   405.609.1973
Email: mark@henricksenlaw.com
*Attorney for Plaintiffs Andrew, Glossip, Jackson and Hancock*


/s/David Autry
(signed with permission)
**DAVID B. AUTRY, OBA#1160**
1021 NW 16th Street
Oklahoma City, OK 73106
Telephone:   405.521.9600
Facsimile:   405.521.9669
Email: dbautry44@hotmail.com
*Attorney for Plaintiff Hancock and Coddington*

3

/s/Mark H. Barrett
(signed with permission)
**MARK H. BARRETT, OBA#557**
111 N. Peters Ave., Ste. 200
Norman, OK 73069
Telephone:  405.364.8367
Facsimile:  405.3645.8329
Email: barrettlawoffice@gmail.com
*Attorney for Plaintiff Jones*


/s/ Fred Staggs
(signed with permission)
**FRED L. STAGGS, OBA#8534**
510 NW 17th St.
Oklahoma City, OK 73013
Telephone:  405.990.5523
Email: staggslaw@aol.com
*Attorney for Plaintiff Mitchell*

/s/Gary Peterson
(signed with permission)
**GARY PETERSON, OBA#7068**
211 N. Robinson Ave., Ste. 450 South
Two Leadership Square
Oklahoma City, OK 73102
Telephone:  405.606.3367
Facsimile:  800.628.0506
Email: gp@garypeterson.com
*Attorney for Plaintiff Warner*

/s/Dale A. Baich
(signed with permission)
**DALE A. BAICH, OBA#**
**KELLY CULSHAW, OBA#**
**ROBIN C. KONRAD, OBA#**
FEDERAL PUBLIC DEFENDER
850 W. Adams St., Ste. 201
Phoenix, AZ 85007
Telephone:    602.382.2816
Facsimile:    602.889-3960
Email: dale_baich@fd.org
Email: kelly_culshaw@fd.org
Email: robin_konrad@fd.org
*Attorney for Plaintiff Wood*