# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES F. WARNER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. CIV-14-0665-F |
| | ) |
| KEVIN J. GROSS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The court held a motion hearing on November 13, 2014, addressing a number of discovery issues. The court's rulings at that hearing are adequately reflected in the minute sheet for that hearing. However, the court entered certain mandatory and prohibitory orders at that hearing. The mandatory and prohibitory orders are memorialized as follows:

With respect to the alternative motion to compel discovery (doc. no. 65), Commissioner Thompson is **DIRECTED** to produce to the office of the Federal Public Defender in Oklahoma City, not later than noon on Saturday, November 15, 2014, the redacted interview transcripts.

Commissioner Thompson is further **DIRECTED** to produce to the office of the Federal Public Defender in Oklahoma City, not later than noon on November 21, 2014, all documents within the scope of the subpoena except (i) videos that identify execution team members and (ii) digitally stored emails.

Counsel for the parties are **DIRECTED** to meet and confer, not later than November 19, 2014, for the purpose of arriving at a key word protocol for searching and producing digitally stored emails.

With respect to the defendants' motion for protective order, doc. no. 64, the court's rulings at the motion hearing are likewise adequately set forth in the minute sheet. However, one prohibitory order was entered during that portion of the motion hearing, as follows:

If identifying information with respect to execution team members (persons, companies, or medical providers purported to be, or who have been, involved in the execution process) is inadvertently disclosed in this case, plaintiffs and their counsel and all persons acting in concert with plaintiffs or their counsel, are **PROHIBITED** from releasing that information to any person.

Dated November 14, 2014.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0665p015.wpd