# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES F. WARNER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. CIV-14-0665-F |
| ) | |
| KEVIN J. GROSS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the court is the defendants' Motion for Expedited Response to Defendants' First Interrogatories, Requests for Production, and Requests for Admission. Taking into account the nature of the discovery sought, the other means by which the discovery sought may substantially be obtained under the current schedule, and the necessities of the current schedule, defendants' motion, doc. no. 101, is **GRANTED** in part and **DENIED** in part.

The motion is **DENIED** as to all plaintiffs other than those who are currently seeking a preliminary injunction. As to those plaintiffs who are currently seeking a preliminary injunction, the motion is **GRANTED** with respect to interrogatory no. 6, interrogatory no. 8, interrogatory no. 16, interrogatory no. 18, and all of the requests for admissions. The motion is otherwise **DENIED**.

As to the answers to the interrogatories, answers to interrogatories are ordinarily verified by the individual litigating party. In this instance, that would be the individual plaintiffs who seek preliminary injunctive relief. Taking into account the practicalities of the case, the court excuses the individual plaintiffs from providing

-2-

signed verifications of their answers to interrogatories. The court will treat the interrogatories specifically listed above, as to which defendants' motion is **GRANTED**, as contention interrogatories, and only the signature of plaintiffs' counsel will be required. A verification will not be required. The plaintiffs on whose behalf the answers are provided will be considered to be bound by the answers which are served over the signatures of their counsel.

      Dated November 19, 2014.

 

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0665p017.wpd