✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN  DISTRICT OF  OKLAHOMA

| CHARLES F. WARNER, et al., | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| KEVIN J. GROSS, et al., | Case Number: CIV-14-665 |

| PRESIDING JUDGE<br>Stephen Friot | PLAINTIFF'S ATTORNEY<br>Patti Palmer Ghezzi, et al | DEFENDANT'S ATTORNEY<br>John D. Hadden, et al., |
|---|---|---|
| TRIAL DATE (S)<br>December 17-19, 2014 | COURT REPORTER | COURTROOM DEPUTY<br>Lori Gray |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **WITNESSES** |
| | | | | | Director Robert Patton, c/o Oklahoma Attorney General's Office, 313 NE 21st Street, Oklahoma City, Oklahoma 73105. Will testify as to the provisions of the execution protocol, as well as preparations and training for carrying out executions. |
| | | | | | Warden Anita Trammell, c/o Oklahoma Attorney General's Office, 313 NE 21st Street, Oklahoma City, Oklahoma 73105. Will testify as to the preparation for executions and her role in the process. |
| | | | | | Dr. Lee Evans, c/o Oklahoma Attorney General's Office, 313 NE 21st Street, Oklahoma City, Oklahoma 73105. Will testify to the pharmacological properties and effects of the drugs specified in ODOC's execution protocols, as well as expert testimony regarding Plaintiffs' expert witnesses. |
| | | | | | Captain Holt c/o Steve Krise, General Counsel, Oklahoma Department of Safety, 3600 MLK Ave., Oklahoma City, OK 73111. Will testify as to how the DPS investigation proceeded, the evidence considered and generally the integrity of the process. |
| | | | | | Joni McClain, c/o Oklahoma Attorney General's Office, 313 NE 21st Street, Oklahoma City, Oklahoma 73105. Will testify as to the autopsy done on Clayton Lockett. |
| | | | | | Scott Crow c/o Oklahoma Attorney General's Office, 313 NE 21st Street, Oklahoma City, Oklahoma 73105. Will testify regarding updates to DOC procedures and facilities. |
| | | | | | **EXHIBITS** |
| | 1 | | | | Department of Corrections OP-040301 - Effective 9/30/2014 (Bates 1-45) |
| | 2 | | | | Department of Corrections OP-040301 - Effective 9/30/2014, Attachment D (Bates 35-45) |
| | 3 | | | | DPS Lockett Investigation Executive Summary (Bates 58-87) |
| | 4 | | | | Attachments to DPS Lockett Investigation Executive Summary (Bates 88-191) |
| | 5 | | | | OSP Log Book for Clayton Lockett (Bates 192-238) |

| | | | | | |
|---|---|---|---|---|---|
| | 6 | | | | 30-Day Information Packets for Clayton Lockett (Bates 239-265) |
| | 7 | | | | Chain of Custody Documents for Execution Drugs (Bates 266-267) |
| | 8 | | | | Incident Report Regarding Lockett Execution (Bates 268-272) |
| | 9 | | | | Execution Authorization Documents (Bates 273-279) |
| | 10 | | | | Diagrams and Photographs of Execution Chamber (Bates Defs' Rsp to RFP 1-21) |
| | 11 | | | | Clayton Lockett Execution Debriefing (Bates 130) |
| | 12 | | | | Movement of Clayton Lockett to Medical Care (Bates 131) **subject to confidentiality** |
| | 13 | | | | Portion of Visitation Log Showing Lockett's Attorneys' Visitation (Bates 132) |
| | 14 | | | | Execution Timeline and Protocol Interoffice Memo (Bates Defs' Rsp to RFP 378-381) **subject to confidentiality** |
| | 15 | | | | All documents produced to Plaintiffs by DPS **subject to confidentiality designations and redactions** (Bates 6858-10324; 12589-14638) |
| | 16 | | | | Execution Training dated 10/21/2014 (Bates 738-770) **subject to confidentiality** |
| | 17 | | | | Execution Training dated 11/04/2014 (Bates 771-803)**subject to confidentiality** |
| | 18 | | | | Execution training dated 11/12/2014 (Bates 803-836)**subject to confidentiality** |
| | 19 | | | | Execution Training dated 11/18/2014 (Bates 837-869)**subject to confidentiality** |
| | 20 | | | | Execution Training dated 10/07/2014 (Bates 870-891)**subject to confidentiality** |
| | 21 | | | | Execution Training dated 10/14/2014 (Bates 892-924)**subject to confidentiality** |
| | 22 | | | | Execution Training dated 11/24/2014 (Bates 6776-6807)**subject to confidentiality** |
| | 23 | | | | Execution Training dated 12/02/2014 (Bates 6808-10324)**subject to confidentiality** |
| | 24 | | | | Glossip and Warner Execution Check Lists (Bates 6733-6759) |
| | 25 | | | | Blank Execution Procedures Check Lists (Bates 6760-6775) |
| | 26 | | | | All Medical and Mental Health Records of Richard Glossip (Bates 158-215; 925-1053; 2026-2065; 2991-3153; 5720-5865) |
| | 27 | | | | All Medical and Mental Health Records of Benjamin Cole (Bates 136-157; 1365-1409;2818-2881; 5638-5663) |
| | 28 | | | | All Medical and Mental Health Records of Charles Warner (Bates 216-407; 1054-1258; 1440-1498; 2882-2990; 5664-5719) |
| | 29 | | | | All Medical and Mental Health Records of John Grant (Bates 408-618; 1410-1439; 3154-3510; 5615-5637) |

|  | | | | | |
|---|---|---|---|---|---|
|  | 30 |  |  |  | Michael Wilson #253528 Execution Documents (Bates 619-737)**subject to confidentiality** |
|  | 31 |  |  |  | Richard Glossip Documents pertaining to Execution (Bates 925-1053)**subject to confidentiality** |
|  | 32 |  |  |  | Charles Warner Documents pertaining to Execution (Bates 1054-1258)**subject to confidentiality** |
|  | 33 |  |  |  | OSP Event Inventory List (Bates 12365-12368) |
|  | 34 |  |  |  | Dr. Lee Evans Expert Report (Bates 6368-6732) |
|  | 35 |  |  |  | Dr. Lee Evans CV (Bates 46-47) |
|  | 36 |  |  |  | Richard Glossip Execution Procedures Check List (Bates 6733-6743; 6755)**subject to confidentiality** |
|  | 37 |  |  |  | Charles Warner Execution Procedures Check List (Bates 6745-6754; 6756-6759)**subject to confidentiality** |
|  | 38 |  |  |  | Blank Execution Procedures Check List (Bates 6760-6775)**subject to confidentiality** |
|  | 39 |  |  |  | Redacted Video of Clayton Lockett refusing to see his Attorneys provided to Plaintiffs by DPS (Bates 10324)**subject to confidentiality** |
|  | 40 |  |  |  | Department of Corrections OP-040301-01 - Effective 4/14/2014 (Bates 12369-12405) |
|  | 41 |  |  |  | Recommendations by DPS and Adjustments made by DOC (Bates 14644-14651)(Demonstrative) |
|  | 42 |  |  |  | Order Setting Execution date of Benjamin Cole (Bates 14652-14654) |
|  | 43 |  |  |  | Order Setting Execution date of Glossip, Grant and Warner (Bates 14655-14656) |
|  | 44 |  |  |  | Letter from Justin Jones to Governor Fallin dated 5/15/2012 (Bates 14639-14642) **subject to confidentiality** |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages