# United States District Court
# for the Western District of Oklahoma

| | |
|---|---|
| Charles F. Warner, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>Kevin J. Gross, *et al.*,<br><br>   Defendants. | No. CIV-14-665-F |

## Motion in Limine
## and Brief in Support

  COME NOW Plaintiffs Warner, Glossip, Grant, and Cole and move to limit the testimony of Defendants' expert R. Lee Evans to his area of expertise. In support of this motion, Plaintiffs state as follows:

  1. Defendants' Expert Report and attachments identify R. Lee Evans as having a Ph.D. in pharmacy and being a board certified psychiatric pharmacist. (Letter to J. Hadden from R. Evans dated Dec. 2, 2014, Defs' Bates No. 6368-6372.)

  2. Dr. Evans was asked by Defendants to address the "pharmacological effects of the drugs used in the execution protocol for the State of Oklahoma." (Evans letter at 6368.) Plaintiffs do not challenge Dr. Evans' qualifications to address the pharmacological effects of drugs.

  3. Dr. Evans' proposed testimony and opinion, however, extend beyond

the pharmacological effects of drugs and beyond knowledge acquired in his special discipline. Dr. Evans does not have sufficient specialized knowledge to to express any opinion or conclusion about movements of "brain dead" patients. (*See* Evans Letter at 6372)(opining on "involuntary movements"). He is unqualified to postulate regarding an offenders' movements or suggest causes for such movements. Dr. Evans has no training, education, experience or skill to reach an opinion regarding this subject. He is not qualified to offer such opinions and his unqualified opinions offer no assistance to this Court. *Kumho Tire Col, Ltd. v. Carmichael*, 526 U.S. 137 (1999); *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993).

4. Dr. Evans' proposed testimony and opinion on "involuntary movements" should also be excluded because it does not satisfy the demands of Rule 702 of the Federal Rules of Evidence. His proposed testimony and opinions are not "based upon sufficient facts or data," are not "the product of reliable principles and methods," and he has not reliably applied scientific principles and methods to the facts of this case.

5. Dr. Evans' testimony and opinion regarding "involuntary movements" is based upon the reasoning from a brief observation note published in The American Journal of Medicine from a study by Argentinian physicians regarding spontaneous and reflex movements in 107 brain dead patients.

6. Dr. Evans offers no source for his statement that "[s]ome involuntary motor movements may be observed during normal anesthesia and have been observed during execution by injection." (Evans' letter at 6372.)

When an expert's testimony and opinions are challenged under *Daubert* and *Kumho*, as they are here, it is the proponent of the testimony who bears the burden to establish the admissibility of the pertinent evidence by a preponderance of the evidence. *Ralston v. Smith & Nephew Richards, Inc.*, 275 F.3d 965, 970, n. 4 (10th Cir. 2001). *See* Fed. R. Evid 702, Advisory Committee notes. This Court's gatekeeper obligations under *Daubert* and Rule 702 are set forth extensively in *Graves v. Mazda Motor Corp.*, 675 F. Supp 2d 1082, 1090-1095 (W.D. Okla. 2009), *aff'd*, 405 Fed. Appx. 296 (2010).

Wherefore, Plaintiffs request that this Court limit the testimony of Defendants' expert to evidence within his expertise and further prevent the admission of unreliable evidence that goes beyond Dr. Evans' knowledge, skill, and education.

Respectfully submitted,


*s/ Patti Palmer Ghezzi*
Patti Palmer Ghezzi
OBA # 6875
Assistant Federal Public Defender
215 Dean A. McGee Ave., Suite 707
Oklahoma City, OK 73102
phone: 405-609-5975
fax:  405-609-5976
email: patti_ghezzi@fd.org
*Attorney for Plaintiffs Cole, Cuesta-Rodriguez, Davis, Fairchild, Grant, Grissom, Harmon,Johnson, Littlejohn, Pavatt, Simpson, and Underwood*


*s/ Gary Peterson*
Gary Peterson
OBA # 7068
211 N. Robinson Ave., Ste. 450 South
Two Leadership Square
Oklahoma City, OK 73102
phone: 405-606-3367
fax: 866-628-0506
email: gp@garypeterson.com
*Attorney for Plaintiff Warner*

*s/ Randy A. Bauman*
Randy A. Bauman
OBA # 610
Assistant Federal Public Defender
215 Dean A. McGee Ave., Suite 707
Oklahoma City, OK 73102
phone: 405-609-5975
fax:  405-609-5976
email: randy_bauman@fd.org
*Attorney for Plaintiffs Cole, Cuesta-Rodriguez, Davis, Fairchild, Grant, Grissom, Harmon,Johnson, Littlejohn, Pavatt, Simpson, and Underwood*

*s/ Mark Henricksen*
Mark Henricksen
OBA # 4102
Henricksen & Henricksen
600 N. Walker Ave., Ste. 200
Oklahoma City, OK 73102
phone: 405-609-1970
fax: 405-609-1973
email: mark@henricksenlaw.com
*Attorney for Plaintiffs Andrew, Glossip, and Jackson*

*s/ Lanita Henricksen*
Lanita Henricksen
OBA # 15016
Henricksen & Henricksen
600 N. Walker Ave., Ste. 200
Oklahoma City, OK 73102
phone: 405-609-1970
fax: 405-609-1973
email: lanita.henricksen@coxinet.net
*Attorney for Plaintiffs Hancock and Warner*

*s/ David Autry*
David B. Autry
OBA # 11600
1021 NW 16th Street
Oklahoma City, OK 73106
phone: 405-521-9600
fax: 405-521-9669
Email: dbautry44@hotmail.com
*Attorney for Plaintiff Coddington*

*s/ Mark Barrett*
Mark H. Barrett
OBA # 557
P.O. Box 896
Norman, OK 73070
phone: 405-364-8367
fax: 405-364-8329
Email: barrettlawoffice@gmail.com
*Attorney for Plaintiff Jones*

*s/ Fred Staggs*
Fred L. Staggs
OBA # 8534
510 NW 17th St.
Oklahoma City, OK 73013
phone: 405-990-5523
Email: staggslaw@aol.com
*Attorney for Plaintiff Mitchell*

*s/ Dale Baich*
*s/ Robin Konrad*
Dale A. Baich
Ohio Bar # 0025070
Robin C. Konrad
Ala. Bar # 2194-N76K
Assistant Federal Public Defenders
850 West Adams St., Ste. 201
Phoenix, AZ 85007
phone: 602-382-2816
fax: 602-889-3960
email: dale_baich@fd.org
email: robin_konrad@fd.org
*Attorneys for Plaintiff Wood*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of December, 2014, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

JOHN D. HADDEN, OBA # 18716
JEB E. JOSEPH, OBA # 19137
AARON J. STEWART, OBA # 31721
Assistant Attorneys General
Oklahoma Attorney General's Office
Litigation Division
313 N.E. 21st Street
Oklahoma City, OK   73105
phone:   (405) 521-3921
fax:     (405) 521-4518
email: john.hadden@oag.ok.gov
email: jeb.joseph@oag.ok.gov
email: aaron.stewart@oag.ok.gov
*Attorneys for Defendants Burrage, Gross, Haynes, Henke, Neal, Patton, Roach, Trammell and Ware*

                                              *s/ Patti Palmer Ghezzi*
                                              Patti Palmer Ghezzi
                                              Assistant Federal Public Defender
                                              Western District of Oklahoma