**COURTROOM MINUTE SHEET**

DATE   12-22-14

CIVIL NO.   CIV-14-665   -F

<u>Charles F. Warner, et al.</u> -vs- <u>Kevin J. Gross, et al.</u>

COMMENCED   3:00       ENDED   5:25       TOTAL TIME   2 hrs. 25 min.

PROCEEDINGS   Ruling on motion for preliminary injunction

JUDGE <u>STEPHEN P. FRIOT</u>       DEPUTY <u>LORI GRAY</u>       REPORTER <u>TRACY WASHBOURNE</u>

PLFS' COUNSEL <u>Patti Ghezzi, Lanita Henricksen, David Autry, Robin Konrad (via phone), Dale Baich (via phone)</u>

DFTS' COUNSEL <u>John Hadden, Aaron Stewart</u>

The court makes its findings of fact and conclusions of law with respect to the Motion for Preliminary Injunction on Behalf of Plaintiffs Warner, Glossip, Grant, and Cole (doc. no. 92).

As part of its findings, the court **DENIES** Plaintiffs' Motion in Limine as to the testimony of Dr. R. Lee Evans (doc. no. 161).

The court rules that the Motion for Preliminary Injunction is without merit and is in all things **DENIED**.  A brief written order will be entered to memorialize this ruling.

The parties' exhibits are **WITHDRAWN**, to be retained by counsel in the event they are needed for purposes of appeal.


14-0665x020 (12-22-14 prelim inj ruling).wpd