# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES F. WARNER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. CIV-14-0665-F |
| | ) |
| KEVIN J. GROSS, et al., | ) |
| | ) |
| Defendant. | ) |

## ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION

On November 10, 2014, a motion for preliminary injunction was filed, doc. no. 92, by plaintiffs Charles Frederick Warner, Richard Eugene Glossip, John Marion Grant and Benjamin Robert Cole. The motion came on for evidentiary hearing on December 17, 18 and 19, 2014.

For the reasons stated at length on the record, pursuant to Rule 52(a)(1), Fed.R.Civ.P., the court concludes that movants have failed to establish any of the prerequisites to a grant of preliminary injunctive relief. Specifically, the court concludes that the movants have failed to establish a probability of success on the merits of any of the five claims they assert for preliminary injunction purposes, even under the relaxed standard articulated in Kikumura v. Hurley, 242 F.3d 950, 955 (10th Cir. 2001). The court further concludes that movants have failed to demonstrate that, absent a preliminary injunction, they would suffer any non-speculative irreparable harm. The court further concludes that the balance of equities does not tip in movants' favor. Finally, the court concludes that entry of a preliminary injunction would not be in the public interest.

The court accordingly concludes that the motion of Charles Frederick Warner, Richard Eugene Glossip, John Marion Grant and Benjamin Robert Cole for preliminary injunction is without merit. The motion is accordingly **DENIED**.

Dated December 22, 2014.

---
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0665p039.wpd