# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 14, 2015

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

Re:  Charles F. Warner, et al.
v. Kevin J. Gross, et al.
No. 14-7955
(Your No. 14-6244)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 13, 2015 and placed on the docket January 14, 2015 as No. 14-7955.

Sincerely,

**Scott S. Harris**, Clerk

by

Danny Bickell
Deputy Clerk