(ORDER LIST: 574 U.S.)

FRIDAY, JANUARY 23, 2015

CERTIORARI GRANTED

13-1067        OBB PERSONENVERKEHR AG V. SACHS, CAROL P.

        The petition for a writ of certiorari is granted.

14-7955        GLOSSIP, RICHARD E., ET AL. V. GROSS, KEVIN J., ET AL.

        The motion of petitioners for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.