(ORDER LIST: 574 U.S.)

WEDNESDAY, JANUARY 28, 2015

ORDER IN PENDING CASE

14-7955        GLOSSIP, RICHARD E., ET AL. V. GROSS, KEVIN J., ET AL.
(14A796)

　　　　　Respondents' application for stays of execution of sentences of death presented to Justice Sotomayor and by her referred to the Court is granted and it is hereby ordered that petitioners' executions using midazolam are stayed pending final disposition of this case.