### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD GLOSSIP, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KEVIN J. GROSS, *et al.*, <br><br> Defendants. | **Case No: 14-cv-665-F** |

### DEFENDANTS MOTION TO ALLOW
### WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Defendants by and through Assistant Attorney General Richard N. Mann, submit their Motion to Allow Withdrawal and Substitution of Counsel. In support thereof, Defendants state:

1. Defendants are currently represented by the undersigned, AAG Lexie P. Norwood and AAG Jeb E. Joseph.

2. Defendants will continue to be represented by the Office of the Attorney General through the undersigned, AAG Lexie P. Norwood and AAG Jeb E. Joseph, who have previously entered their appearances.

3. Former AAG John Hadden left the employment of the Office of the Attorney General in 2017 to take a position as the Oklahoma Supreme Court Clerk.

WHEREFORE, for the above reasons, the undersigned counsel requests former AAG John Hadden be withdrawn from the case as counsel of record for Defendants and that the undersigned be substituted as counsel of record for Defendants.

Respectfully submitted,

/s/Richard N. Mann
**RICHARD N. MANN, OBA#11040**
Assistant Attorney General
Oklahoma Attorney General's Office
Litigation Division
313 NE 21st Street
Oklahoma City, OK   73105
Telephone:   (405) 521-3921
Facsimile:   (405) 521-4518
Email: richard.mann@oag.ok.gov
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of February 2019, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Patti Palmer Ghezzi
Randy A. Bauman
FEDERAL PUBLIC DEFENDER
215 Dean A. McGee Ave., Ste. 109
Oklahoma City, OK 73102
Email: patti_ghezzi@fd.org
Email: randy_bauman@fd.org
*Attorneys for Plaintiffs, Cole, Cueste-Rodriguez, Davis, Fairchild, Grant, Grissom, Harmon, Johnson, Littlejohn, Pavatt, Simpson and Underwood*

Mark Henricksen
Lanita Henricksen
HENRICKSEN & HENRICKSEN,
   LAWYERS, INC.
600 N. Walker Ave., Ste. 200
Oklahoma City, OK 73102
Email: mark@henricksenlaw.com
*Attorney for Plaintiffs Andrew, Glossip, Jackson, Hancock and Warner*

Mark H. Barrett
PO Box 896
Norman, OK 73070
Email: barrettlawoffice@gmail.com
*Attorney for Plaintiff Jones*

David B. Autry
1021 NW 16th Street
Oklahoma City, OK 73106
Email: dbautry44@hotmail.com
*Attorney for Plaintiff Hancock*

Gary Peterson
211 N. Robinson Ave., Ste. 450 South
Two Leadership Square
Oklahoma City, OK 73102

Fred L. Staggs
510 NW 17th St.
Oklahoma City, OK 73013
Email: staggslaw@aol.com

| | |
|---|---|
| Email: gp@garypeterson.com<br>*Attorney for Plaintiff Warner*<br><br>Dale A. Baich<br>Robin C. Konrad<br>FEDERAL PUBLIC DEFENDER<br>850 W. Adams St., Ste. 201<br>Phoenix, AZ 85007<br>Email: dale_baich@fd.org<br>Email: robin_konrad@fd.org<br>*Attorney for Plaintiff Wood* | *Attorney for Plaintiff Mitchell* |

                                      /s/Richard N. Mann
                                    Richard N. Mann