## UNITED STATES COURT OF APPEALS
### FOR THE TENTH CIRCUIT
### OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

February 08, 2019

Chris Wolpert
Chief Deputy Clerk

To Appellant, Counsel and Clerk

**RE:**     **19-6002, Glossip, et al v. Gross, et al**
           Dist/Ag docket: 5:14-CV-00665-F

Dear Appellant, Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court shall file accordingly.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

EAS/klp