**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**February 8, 2019**

_____

**Elisabeth A. Shumaker**
**Clerk of Court**

| | |
|---|---|
| RICHARD E. GLOSSIP; AMES A. CODDINGTON; BENJAMIN R. COLE, by and through his next friend Robert S. Jackson; CARLOS CUESTA-RODRIGUEZ; NICHOLAS ALEXANDER DAVIS; RICHARD S. FAIRCHILD; JOHN M. GRANT; WENDELL A. GRISSOM; MARLON D. HARMON; RAYMOND E. JOHNSON; EMMANUEL A. LITTLEJOHN; JAMES D. PAVATT; KENDRICK A. SIMPSON; KEVIN R. UNDERWOOD; BRENDA E. ANDREW; SHELTON D. JACKSON; PHILLIP D. HANCOCK; JULIUS D. JONES; ALFRED B. MITCHELL; TREMANE WOOD, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> KEVIN J. GROSS; MICHAEL W. ROACH; JOHN T. HOLDER; GENE HAYNES; FRAZIER HENKE; DIANNE OWENS; ADAM LUCK; JOE M. ALLBAUGH; MIKE CARPENTER, Warden Oklahoma State Penitentiary; LAURA PITTMAN, Warden, Associate Director of Field Operations; DAVID PARKER, Division Manager of East Institutions; GREG WILLIAMS, Division Manager of West Institutions; H-UNIT SECTION CHIEF; IV TEAM LEADER; IV TEAM MEMBERS#1-10; SPECIAL OPERATIONS TEAM LEADER; SPECIAL OPERATIONS TEAM MEMBERS #1-10, | No. 19-6002 <br> (D.C. No. 5:14-CV-00665-F) <br> (W.D. Okla.) |

|  |  |
|---|---|
| Defendants - Appellees. | |
| ------------------------------ | |
| WADE LAY, | |
| Movant - Appellant. | |

**ORDER**

On January 30, 2019, this court entered an order: (1) acknowledging receipt from appellant Wade Lay of a letter stating "[t]here is no possible scenario I can imagine that would compel [sic] me to approach this Tenth Circuit Court on appeal. . . ."; and (2) advising Mr. Lay that it would construe that letter as a motion for voluntary dismissal unless he provided written notification that he wished to continue pursuing this appeal. This matter is now before the court on two additional letters from Mr. Lay, each confirming that he does not wish to continue pursuing this appeal. [*See* Letter re this court's 1/7/19 letter, stating: "I would not even briefly consider approaching this appeals court . . . ."; Letter re this court's deficiency notice to appellees' counsel, stating: "Please cease and desist this communication and civil action."].

Upon consideration, the court construes Mr. Lay's three letters collectively as a

motion to voluntarily dismiss the appeal, grants that motion, and dismisses this appeal.

A copy of this order shall stand as and for the mandate of the court.

      Entered for the Court
      ELISABETH A. SHUMAKER, Clerk

      by: Lisa A. Lee
         Counsel to the Clerk