# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

RICHARD GLOSSIP, *et al.*,

        Plaintiffs,

v.

KEVIN J. GROSS, *et al.*,

        Defendants.

**Case No: 14-cv-665-F**

## DEFENDANTS' MOTION TO ALLOW WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Defendants by and through Assistant Attorney General Jeb Joseph, submit their Motion to Allow Withdrawal and Substitution of Counsel. In support thereof, Defendants state:

1. Defendants are currently represented by the undersigned, former AAG Lexie P. Norwood and former AAG Richard Mann.

2. Defendants will continue to be represented by the Office of the Attorney General through Solicitor General Mithun Mansinghani, Assistant Solicitor Generals Randall Yates, Zachary West, Bryan Cleveland and Andy Ferguson who have previously filed their entries of appearance. [Docs. 289-293].

3. Former AAG Richard Mann left the employment of the Office of the Attorney General on January 2, 2020 to take a position with the City of Oklahoma City.

4.      Former AAG Lexie Norwood left the employment of the Office of the Attorney General on January 12, 2020 to take a position with the University of Oklahoma.

WHEREFORE, for the above reasons, the undersigned counsel requests he, along with former AAG Richard Mann, and former AAG Lexie Norwood be withdrawn from the case as counsel of record for Defendants and that the Solicitor General, Mithun Mansinghani, Assistant Solicitor Generals Randall Yates, Zachary West, Bryan Cleveland and Andy Ferguson be substituted as counsel of record for Defendants.

Respectfully submitted,

/s/ Jeb Joseph
**JEB E. JOSEPH, OBA#19137**
Assistant Attorney General
Oklahoma Attorney General's Office
Litigation Division
313 NE 21st Street
Oklahoma City, OK   73105
Telephone:  (405) 521-3921
Facsimile:   (405) 521-4518
Email: jeb.joseph@oag.ok.gov
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Patti Palmer Ghezzi | Mark Henricksen |
| Michal W. Liberman | Lanita Henricksen |
| Emma V. Rolls | HENRICKSEN & HENRICKSEN, |
| FEDERAL PUBLIC DEFENDER | LAWYERS, INC. |

| | |
|---|---|
| 215 Dean A. McGee Ave., Ste. 109<br>Oklahoma City, OK 73102<br>Email: patti_ghezzi@fd.org<br>  randy_bauman@fd.org<br>  emma.rolls@fd.org<br>*Attorneys for Plaintiffs, Cole, Cueste-Rodriguez, Davis, Fairchild, Grant, Grissom, Harmon, Johnson, Littlejohn, Pavatt, Simpson and Underwood* | 600 N. Walker Ave., Ste. 200<br>Oklahoma City, OK 73102<br>Email: mark@henricksenlaw.com<br>*Attorney for Plaintiffs Andrew, Glossip, Jackson, Hancock and Warner* |
| Mark H. Barrett<br>PO Box 896<br>Norman, OK 73070<br>Email: barrettlawoffice@gmail.com<br>*Attorney for Plaintiff Jones* | David B. Autry<br>1021 NW 16th Street<br>Oklahoma City, OK 73106<br>Email: dbautry44@hotmail.com<br>*Attorney for Plaintiff Hancock* |
| Gary Peterson<br>211 N. Robinson Ave., Ste. 450 South<br>Two Leadership Square<br>Oklahoma City, OK 73102<br>Email: gp@garypeterson.com<br>*Attorney for Plaintiff Warner* | Fred L. Staggs<br>510 NW 17th St.<br>Oklahoma City, OK 73013<br>Email: staggslaw@aol.com<br>*Attorney for Plaintiff Mitchell* |
| Dale A. Baich<br>Robin C. Konrad<br>FEDERAL PUBLIC DEFENDER<br>850 W. Adams St., Ste. 201<br>Phoenix, AZ 85007<br>Email: dale_baich@fd.org<br>Email: robin_konrad@fd.org<br>*Attorney for Plaintiff Wood* | |

/s/Jeb Joseph
Jeb Joseph