# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD GLOSSIP, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. CIV-14-665-F |
| ) | |
| KEVIN J. GROSS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Before the court is Plaintiffs' Partially Unopposed Motion for Extension of Time to File Second Amended Complaint (doc. no. 284), requesting that an order be entered extending the time in which plaintiffs must file their Second Amended Complaint until May 4, 2020. The current deadline for this filing is March 30, 2020.

It is reasonably likely that the court will grant the scheduling relief plaintiffs seek. However, the court desires to address this scheduling matter in the overall context of scheduling in this case, with a view to putting this case on a schedule which will facilitate the orderly, fair and reasonably expeditious resolution of the issues. In particular, the court desires to receive representations from the defendants as to whether the State of Oklahoma intends to seek execution dates which would, if left in place, impose unreasonable burdens on the court and counsel.

Accordingly, this case is set for a scheduling conference in chambers on March 12, 2020, at 1:30 p.m. At the scheduling conference, the court will

address the present motion.  Counsel should be prepared to discuss all aspects of scheduling in this case at the scheduling conference.

DATED this 4th day of March, 2020.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0665p065.docx