| Section-04 Security | OP-040301 | Page: 1 | Effective Date: 02/20/2020 |
|---|---|---|---|
| Execution Procedures | ACA Standards: 2-CO-1A-27-1 | | |
| Scott Crow, Director<br>Oklahoma Department of Corrections | | | |

## Execution of Inmates Sentenced to Death

The Oklahoma Department of Corrections (ODOC) establishes procedures for planning and carrying out the execution of a person convicted of a capital offense and sentenced to death. These procedures shall be followed as written unless deviation or adjustment is required, as determined by the agency director or, in the event of an absence, their designee. This procedure outlines the internal procedures and does not create any legally enforceable rights or obligations.

I.  Definitions

   A.  Stay

       An order by the governor or court of competent jurisdiction to reprieve or suspend the execution of the judgment of death.

   B.  Stop

       An order by the agency director that all acts congruent to an execution shall immediately cease until the agency director orders the execution to continue or a stay is ordered by the governor or court of competent jurisdiction.

   C.  Equipment

       Any instrument, machine, or apparatus that is nonexpendable and includes items as listed on the "Execution Equipment Inventory" (Attachment G-1, attached).

   D.  Supplies

       Any non-durable, disposable health care materials and includes items as listed on the "Event Inventory Guide" (Attachment G-2, attached). This does not include the chemicals used in the execution.

   E.  Surviving Victim

       For the purpose of this policy, surviving victim is defined as any immediate family member of the deceased victim who, as a direct result of the crime, suffered serious harm or injury due to the criminal acts of the inmate of which the inmate has been convicted in a court of competent jurisdiction. Surviving victim includes surviving witnesses who were harmed yet survived the incident for which the inmate is being executed.

   F.  Immediate family

**Exhibit 2**

| Section-04 Security | OP-040301 | Page: 2 | Effective Date: 02/20/2020 |

For the purpose of this policy, immediate family is defined as the spouse, child by birth or adoption, stepchild, parent by birth or adoption, stepparent, grandparent, grandchild, sibling or stepsibling of each surviving victim or the spouse of any immediate family member specified in this section.

II.  Responsibility

The ODOC ensures the execution of a person sentenced to death under state law by a court of competent authority and jurisdiction is carried out in keeping with statute, case law and professional practices.

A.  The ODOC shall make every effort in the planning and preparation of an execution to ensure the execution process:

1.  Faithfully adheres to constitutional mandates against cruel and unusual punishment, in accordance with Article II, Section 9 of the Oklahoma Constitution and the Eighth Amendment to the United States Constitution;

2.  Is handled in a manner that minimizes its impact on the safety, security and operational integrity of the facility and the community in which it occurs;

3.  Accommodates the public's right to obtain certain information concerning the execution;

4.  Reasonably addresses the privacy interests as provided by law;

5.  Provides contingency planning to identify and address unforeseen problems;

6.  Allows for stays of execution, commutations and other exigencies;

7.  Provides opportunity for citizens to exercise their First Amendment Rights to demonstrate for or against capital punishment in a lawful manner; and

8.  Ensures there is an appropriate response to unlawful civil disobedience, trespass and other violations of the law by any person attempting to impact the execution or the operation of the facility.

B.  The ODOC shall detain, seek the arrest and encourage prosecution of persons who:

1.  Violate prohibitions against filming, taping, broadcasting or otherwise electronically documenting the execution of the inmate;

**Exhibit 2**

| Section-04 Security | OP-040301 | Page: 3 | Effective Date: 02/20/2020 |

2.  Trespass and otherwise enter upon ODOC property without authorization;

3.  Participate in unlawful demonstrations or unlawfully attempt to disrupt, prevent and otherwise interfere with the execution; and

4.  Unlawfully threaten, intimidate and otherwise attempt to influence authorized persons involved in the execution process.

These prohibitions apply to the inmate population, ODOC personnel and members of the general public engaging or attempting to engage in disruptive and other prohibited behaviors.

III.  Conduct and Selection of Staff for Execution Teams

A.  Conduct of Staff

1.  Participating staff shall adhere to OP-110215 entitled "Rules Concerning the Individual Conduct of Employees" and guided principles evidenced by:

a.  Appropriate levels of professionalism, restraint and courtesy when interacting with witnesses, demonstrators, attorneys, news media, state and local law enforcement and any other member of the public directly or indirectly involved with the imposition of the sentence of death;

b.  All assigned duties are performed proficiently and professionally;

c.  Their ability to exercise the option to withdraw from the process by the prescribed means at any time;

d.  Conduct that appropriately reflects the solemnity of the activities in which they elect to engage and the duties they choose to perform;

e.  Reserving public comment on any and all facets of the execution; and

f.  Maintaining confidentiality of identifying information regarding any person who participates in or performs any function of an execution. As defined in Oklahoma State Statute Title 22, Section 1015, "The identity of all persons who participate in or administer the execution process and persons who supply the drugs, medical supplies or medical

**Exhibit 2**

| Section-04 Security | OP-040301 | Page: 4 | Effective Date: 02/20/2020 |

equipment for the execution shall be confidential and shall not be subject to discovery in any civil or criminal proceedings. The purchase of drugs, medical supplies or medical equipment necessary to carry out the execution shall not be subject to the provision of the Oklahoma Central Purchasing Act."

2. All team members serve on a strictly voluntary basis. At any point before, during, or after an execution any team member may decline to participate or participate further without additional notice and explanation or repercussion.

3. The agency director shall ensure all team members understand and comply with the provisions contained herein.

B. Selection of Staff for Execution Teams

The agency director will ensure an adequate number of staff are selected and trained to carry out the execution and address unexpected events. Unless otherwise stated herein, the agency director will select staff for the execution teams, ensuring each team member is provided a copy of this operations procedure and that each team member understands his/her specific responsibilities. Employees suspended or demoted in the past 12 months shall not be selected.

1. Staff shall only be assigned to one team in the overall execution process;

2. Staff serving on any team shall not be related to the inmate by blood or marriage or have any other legal relationship with the inmate, the inmate's family or the crime victims(s); and

3. Staff participation in the execution process is strictly voluntary. ODOC staff is not required to attend or participate in an execution. Any staff volunteers may withdraw from performing their assigned duties specific to the execution by advising their team leader, advising a team member or advising their immediate chain of command.

IV. Execution Teams

A. Command Team

1. Provides overall coordination of execution procedures.

2. Consists of a minimum of three team members:

**Exhibit 2**

| Section-04 Security | OP-040301 | Page: 5 | Effective Date: 02/20/2020 |
|---|---|---|---|

      a.    Commander;

      b.    Recorder;

      c.    Telephone operator; and

      d.    Others as necessary.

**B.**    <u>H Unit Section Teams</u>

    1.    The H Unit Section chief shall coordinate the activities of the H Unit Section Teams to ensure compliance with conditions of confinement and application of approved procedures.

    2.    The H Unit Section Teams shall be comprised of the Restraint Team and the Special Operations Team.

      a.    Restraint Team

        (1)    Provides continuous observation of the inmate on the day of the execution and applies appropriate restraint procedures and inmate management prior to, during, and after the execution.

        (2)    Consists of one team leader and six team members divided into two teams.

      b.    Special Operations Team

        (1)    Implements the protocols associated with the preparation and administration of the chemicals for the execution (<u>Attachment D</u>, attached).

        (2)    Consists of a minimum of five team members:

          (a)    Team leader;

          (b)    Recorder; and

          (c)    Three additional team members.

        (3)    The team leader shall designate functions of the team members.

**C.**    <u>Intravenous (IV) Team</u>

    1.    The IV Team shall consist of a team leader and member(s) of any one or more of the following:

**Exhibit 2**

| Section-04 Security | OP-040301 | Page: 6 | Effective Date: 02/20/2020 |
|---|---|---|---|

      a.     Physician(s)

      b.     Physician assistant(s)

      c.     Nurse(s)

      d.     Emergency medical technician(s) (EMT)

      e.     Paramedic(s)

      f.     Military corpsman or other certified or licensed personnel including those trained in the United States military.

2. The team leader and member(s) shall be currently certified or licensed within the United States.

3. Selection of the team leader and any team member shall include a review of the proposed team member's qualifications, training, experience, and/or any professional license(s) and certification(s) they may hold.

4. Licensing and criminal history reviews shall be conducted by the Inspector General's office prior to assigning or retaining any team member and upon the issuance of an Order Setting Execution Date.

5. Documentation of team members' qualifications, including training of the team members, shall be maintained by the agency director or his designee.

6. All information pertaining to the selection and review of the IV Team members shall remain confidential in accordance with O.S. 22 Section 1015 of Oklahoma State Statute.

D. Maintenance Response Team

1. Tests all H Unit equipment utilized to impose the sentence of death and ensures electrical, plumbing, heating and air conditioning units are in working order.

2. Consists of one team leader and three team members.

3. The team leader and members are selected by the warden of the Oklahoma State Penitentiary (OSP).

4. Reports to the Command Team.

**Exhibit 2**

| Section-04 Security | OP-040301 | Page: 7 | Effective Date: 02/20/2020 |
|---|---|---|---|

E.    <u>Critical Incident Management Team (CIMT)</u>

    1.    Educates affected staff at all levels in the ODOC prior to, during, and after the execution regarding possible psychological responses and effective coping mechanisms as well as provides ongoing follow-up contact to staff.

    2.    Consists of one team leader and three team members.

        a.    The team leader is the Employee Assistance Program coordinator or designee.

        b.    Team members are CIMT responders and are selected by the Employee Assistance Program coordinator.

    3.    Reports to the Command Team.

F.    <u>Traffic Control Team</u>

    1.    Supervises the movement of people and vehicles into and out of the facility before, during, and after the execution.

    2.    Consists of one team leader and eight team members.

    3.    Team members and the team leader are selected by the warden of OSP.

    4.    Reports to the Command Team.

G.    <u>Witness Escort Teams</u>

    1.    Coordinate the movement of all pre-approved witnesses on and off facility grounds and within its perimeter.

        a.    Witness Escort Teams are assigned to escort and assist each group of pre-approved officials, victims, news media and inmate family witnesses.

        b.    Witness Escort Team members shall always remain with witnesses within established areas.

    2.    Consists of one team leader and eight team members divided into four teams.

    3.    Team members and the team leader are selected by the warden of OSP.

    4.    Reports to the Command Team.

**Exhibit 2**

| Section-04 Security | OP-040301 | Page: 8 | Effective Date: 02/20/2020 |
|---|---|---|---|

H. <u>Victim Services Team</u>

    1.    Ensures victims of the crime that resulted in the imposition of death are informed of the execution date and their opportunity to witness the execution.

        a.    The team explains the execution process.

        b.    If the victim is interested in attending, the team submits the victim's name(s) for consideration to the agency director.

    2.    Consists of one team leader and one team member.

    3.    The team leader is the victim services coordinator.

    4.    The team member is selected by the victim services coordinator.

    5.    Reports to the Witness Escort Team leader.

V. <u>Training</u>

The agency will establish protocols and training to enable staff to function in a safe, effective and professional manner before, during and after an execution. Prior to training, a copy of this operations procedure will be given to all team members.  All training will be documented.

A.    The agency director shall establish a training schedule and identify dates for periodic on-site practice by the H Unit Section Teams, to include ten training scenarios within the 12 months preceding the scheduled execution. Multiple training scenarios can be accomplished on the same date, including but not limited to contingency plans for:

    1.    Issues with execution equipment or supplies;

    2.    Issues with inmate IV access, including obtaining alternate IV access site(s);

    3.    Issues if the inmate is not rendered unconscious after administration of execution chemicals;

    4.    Unanticipated medical or other issues concerning the inmate or an execution team member; and

    5.    Issues regarding order, security or facilities at OSP.

**Exhibit 2**

| Section-04 Security | OP-040301 | Page: 9 | Effective Date: 02/20/2020 |

B. The H Unit Section Teams shall initiate training sessions no less than once per week until the scheduled date of execution beginning 35 days prior to the execution date.

C. The H Unit Section Teams and IV Team members shall conduct a minimum of two training sessions with multiple scenarios within seven days prior to the scheduled execution.

D. The Command Team leader shall conduct training of the following team members approximately seven days prior to the execution date. Documentation of the training will be provided to the director.

    1. Witness Escort Team

    2. Maintenance Response Team

    3. Critical Incident Management Team

    4. Traffic Control Team

    5. Victim Services Team

VI. Selection of Execution Witnesses

A. ODOC Staff Witnesses

The following staff shall be present at the execution:

    1. Agency director or designee

    2. H Unit Section chief

B. Law Enforcement Witnesses

The following persons may be present at the execution:

    1. Cabinet Secretary of Public Safety or designee;

    2. Judge who presided during the trial;

    3. Chief of police of the municipality in which the crime occurred;

    4. District attorney or designee of the county of conviction;

    5. Sheriff of the county of conviction;

**Exhibit 2**

| Section-04 Security | OP-040301 | Page: 10 | Effective Date: 02/20/2020 |
|---|---|---|---|

6.   Lead law enforcement officials from agencies that investigated the crime or testified in court or clemency proceedings related to the crime;

7.   In the event the defendant has been sentenced to death in one or more criminal proceedings in this state, or has been sentenced to death in this state and by one or more courts of competent jurisdiction in another state (or pursuant to federal authority), or any combination thereof, and this state has priority to execute the defendant, the general counsel must invite the district attorney, the judge and the chief law enforcement official from each jurisdiction where any death sentence has been issued. The above mentioned officials shall be allowed to witness the execution or view the execution by closed circuit television as determined by the agency director; and/or

8.   The law enforcement witnesses authorized to be present at the execution shall receive a two-week prior written notice of the scheduled execution per Attachment A entitled "Notification Letter to Dignitaries/Law Enforcement (sample)" (attached).

C.   <u>Victim and Inmate Witnesses</u>

1.   Victim and inmate witnesses may be subject to a criminal records check which will be conducted using the "Oklahoma Department of Corrections Request for Record" (DOC 090211B).

2.   The inmate witnesses authorized to be present at the execution shall receive a two-week prior written notice of the scheduled execution per Attachment B entitled "Notification Letter to Inmate Witnesses (sample)" (attached).

3.   Victim Witnesses

(a)   Any surviving victim of the inmate who is 18 years of age or older may view the execution if approved by the agency director.

(b)   Any surviving victim approved to view the execution of the inmate may request to have an accompanying support person who serves a close supporting role or professional role to the deceased victim or an immediate family member, including, but not limited to, a minister or licensed counselor. The agency director shall approve or disapprove such requests.

**Exhibit 2**

| Section-04 Security | OP-040301 | Page: 11 | Effective Date: 02/20/2020 |
|---|---|---|---|

    (c)    A representative from the Attorney General's Victim Services Unit and the ODOC Victim Services team coordinator or designee shall be allowed to attend the execution.

4.    Inmate Witnesses

    (a)    Witnesses may include five persons, relatives or friends, and two qualified ministers who are 18 years of age or older, as selected by the inmate and approved by the director.

5.    All witnesses shall be provided a summary detailing the execution process which shall include what to expect and rules of conduct throughout the execution.

D.    <u>News Media Witnesses</u>

1.    News media witness selection is contingent upon adherence to the provisions stipulated in the "News Media Statement After an Execution" (<u>Attachment E</u>, attached).

2.    No more than five members of the news media may be selected to witness the execution. First preference will be given to a local media representative in the market where the crime was committed and to the Associated Press.

3.    News media witnesses shall be held to the same standards of conduct as all other official witnesses.

4.    All witnesses shall be provided a written summary detailing the execution process, which shall include what to expect and rules of conduct throughout the execution.

5.    The Command Team may exclude any news media witness at any time if the media witness fails to abide by the provisions of this procedure.

    a.    News media witnesses are not permitted to bring unauthorized items into H Unit. Examples of unauthorized items include:

    (1)    Any electronic or mechanical recording device;

    (2)    Still, moving picture, or video tape camera;

    (3)    Tape recorders or similar devices; and

    (4)    Radio/television broadcasting devices.

**Exhibit 2**

| Section-04 Security | OP-040301 | Page: 12 | Effective Date: 02/20/2020 |
|---|---|---|---|

      b.    Each news media witness shall be provided a tablet of paper and a pencil for taking notes once they have completed security screening.

      c.    News media not selected to witness the execution shall remain in the designated Media Room during the execution.

E.    Persons Excluded from the Execution Process

    1.    The correctional officers, case manager and medical staff who attended to the inmate while in isolation shall not participate in the execution process.

    2.    Minors shall not be permitted to witness an execution.

    3.    The agency director shall retain full discretion as to the selection of, and any change in, the witnesses selected for each scheduled execution.

VII.    Timeline of Events for Executions

A.    Receipt of Order Setting Execution Date

Upon receipt of the Order Setting Execution Date, the following staff shall initiate the protocols below.

    1.    General Counsel's Office

      a.    Notify the agency director.

      b.    Forward the original Order Setting Execution Date to the warden of OSP or Mabel Bassett Correctional Center (MBCC).

      c.    Notify the coordinator of the Victim Services Team who shall contact the victim(s) and inform them of the court's issuance of the Order Setting Execution Date.

      d.    Notify the appropriate government officials and law enforcement officials listed in VI. B, of this procedure.

    2.    ODOC Director

      a.    Select the time of the execution and provide notice to the Oklahoma Court of Criminal Appeals.

**Exhibit 2**

| Section-04 Security | OP-040301 | Page: 13 | Effective Date: 02/20/2020 |
|---|---|---|---|

    b.    Under exigent circumstances, have the authority to change the timeframes established in this procedure.

3.    Warden of OSP or MBCC

    a.    Coordinate the monitoring and evaluation of inmate activity at their facilities for any activity related to the execution or its impact on the facility operation.

    b.    Direct the inmate to complete the "35-Day Notification Packet" (Attachments F-1 through F-5, attached) and return it to the warden no later than 30 days prior to the scheduled execution date.

    c.    Notify the inmate that minors are prohibited from witnessing the execution pursuant to Oklahoma State Statute Title 22, Section 1015.

    d.    Notify the inmate's family members as indicated by the inmate.

    e.    Notify the inmate that requests for ODOC or contract staff to attend the execution shall be denied.

    f.    Notify the inmate that requests for other inmates to attend the execution shall be denied.

    g.    Notify the inmate to review and update as necessary DOC 030120B entitled "Designation for Disposition of Property." The warden shall direct the inmate to provide any changes no later than 14 days prior to the execution. If the inmate does not provide instruction, the property and accounts shall be disposed of in accordance with OP-030120 entitled "Inmate Property."

    h.    Advise the inmate that his/her body shall not be used for organ donation.

    i.    Summarize the options available with the inmate for release and disposition of his/her body.

        (1)    The warden shall direct the inmate to review the previously completed "Release of Remains and Burial Arrangements" form (Attachment C, attached) and update as necessary no later than 14 days prior to the execution.

**Exhibit 2**

| Section-04 Security | OP-040301 | Page: 14 | Effective Date: 02/20/2020 |

(2) If the inmate provides no instruction or the information is insufficient or incorrect, the deceased shall be disposed of in accordance with OP-140111 entitled "Inmate Death, Injury and Illness Notification and Procedures."

j. Summarize the options available to the inmate stating for the release of medical information in accordance with HIPPA regulations.

k. Advise the inmate he/she may request a last meal by completing the "Last Meal Request" (Attachment F-5, attached). Reasonable effort shall be made to accommodate the request, which shall not exceed $25.00.

B. Thirty-Five (35) Days Prior to the Day of Execution

1. Facility

a. The warden or designee shall confirm in writing to the agency director that the following steps have been completed:

(1) Warrant has been read to the inmate.

(2) An outline was provided to the inmate how conditions of confinement shall be modified over the next 35 days with a brief description of the relevant aspects of the execution process. (Attachments F-1 thru F-5)

(3) The inmate's medical condition shall be assessed in order to identify any necessary accommodations or contingencies that may arise from the inmate's medical condition or history.

(a) Any medical condition or history that may affect the performance of the execution shall be communicated as soon as possible through the chain of command to the agency director, who shall confer with others as necessary to plan such accommodations or contingencies.

(b) The facts of the assessment and any conclusions shall be documented in the inmate's healthcare record.

**Exhibit 2**

| Section-04 Security | OP-040301 | Page: 15 | Effective Date: 02/20/2020 |
|---|---|---|---|

    (4)    Any concerns for establishing or maintaining IV lines and any concerns or plans for medical accommodations or contingencies shall be communicated to the Special Operations Team in order that they may be discussed and addressed in execution trainings or rehearsals.

    (5)    An appropriate member of the mental health staff shall evaluate the inmate approximately thirty-five (35) days prior to the execution to evaluate his or her stability and mental health in light of the scheduled execution.

        (a)    Any concerns or contingencies affecting the execution process shall be communicated through the chain of command to the agency director as soon as possible and documented in the inmate's healthcare record.

        (b)    The agency director shall order the warden to notify the appropriate district attorney and the attorney general of any concerns or contingencies.

    (6)    Transfer the inmate to the appropriate cell on H Unit at OSP (or MBCC when the inmate is female). Before transferring the inmate into the cell, the inmate shall be strip searched, x-rayed, screened on the calibrated BOSS Chair and then issued a new set of clothes and shoes to wear.

    (7)    The assigned cell shall be thoroughly searched prior to placing the inmate in the cell.

    (8)    Ensure an inventory is completed of all items on Attachments G-1 and G-2 (attached). If deficiencies are noted, ensures timely action is taken to correct the deficiency.

    (9)    Establish an observation log to chronicle staff's observations of the inmate's activities and behavior until the sentence of death is imposed or a stay of execution is issued.

**Exhibit 2**

| Section-04 Security | OP-040301 | Page: 16 | Effective Date: 02/20/2020 |
|---|---|---|---|

(10) The shift commander shall be responsible for ensuring the information recorded in the observation logs includes, but is not limited to:

    (a) All statements or behaviors that could be detrimental to completing an execution;

    (b) All meals provided to the inmate and what portions of the meals the inmate consumed or refused;

    (c) All medications provided to the inmate and the observations made by staff as to whether the inmate ingested the medication as prescribed; and

    (d) All liquids consumed by the inmate.

(11) The warden shall be responsible for reviewing observation logs once every twenty-four hour period, excluding weekends and holidays.

(12) The warden will communicate any significant changes in the inmate's medical and/or mental health to the health services administrator and agency director.

(13) In the instance where the inmate is female, the 35 day protocols shall be implemented with the inmate housed at MBCC.

  b. Conditions of Confinement

    (1) The warden shall:

      (a) Ensure none of the inmate's personal property is transferred with the inmate, except as provided in this section;

      (b) Have the inmate's personal property inventoried in his/her presence before the transfer of cells occurs and then have it boxed, sealed and removed from the cell;

      (c) Store the inmate's property pending receipt of written instruction by the inmate regarding disposition of property, or otherwise dispose of

**Exhibit 2**

| Section-04 Security | OP-040301 | Page: 17 | Effective Date: 02/20/2020 |
|---|---|---|---|

the property as outlined in OP-030120 entitled "Inmate Property;"

(d) Allow the inmate to keep in the cell one (1) cubic foot each of legal and religious materials, a safety ink pen, paper, a book or periodical, family photographs and correspondence from family members;

(e) Issue the inmate a new mattress, pillow and bedding;

(f) Provide the inmate limited hygiene supplies, including a towel and washcloth and exchange these items on a daily basis;

(g) Ten calendar days after being placed on continuous observation, the warden may approve weekly canteen purchases of no more than $20.00 based on the inmate's behavior;

(h) Ensure all inmate medications are unit-dosed and issued in liquid form, when available. None of the inmate's medication, including over-the-counter medications, shall be dispensed or maintained by the inmate as keep-on-person (KOP);

(i) Ensure the inmate has access to a ODOC television set that is secured inside the cell and does not have access to any other appliances; and

(j) Continue to provide outdoor exercise and showers, non-contact visits and phone calls per the current schedule for other death row inmates.

c. State and Local Law Enforcement Briefing

(1) The warden of OSP shall ensure state and local law enforcement is periodically briefed and adequately prepared for the execution.

d. Site Checks

**Exhibit 2**

| Section-04 Security | OP-040301 | Page: 18 | Effective Date: 02/20/2020 |
|---|---|---|---|

(1) The warden of OSP shall ensure all of the equipment necessary to the administration of the execution shall be available on site and in good working order including:

    (a) Transportation vehicles;

    (b) Communication devices with inter-operability capability and restricted frequencies;

    (c) Climate control;

    (d) Tool control;

    (e) Safety equipment;

    (f) Audio/Visual equipment;

    (g) Utility infrastructure;

    (h) Key control/locking devices; and

    (i) Medical emergency response capability

2. Warden of OSP

    a. Ensures preventative maintenance in H Unit occurs and that an equipment inventory is completed. If deficiencies are noted, ensures appropriate and timely action is taken to correct the deficiency.

    b. Directs the initiation of the observation log commencing 35 days prior to the day of the execution. The log shall be maintained until the execution occurs or a stay of execution is issued.

3. Correctional Health Services Administrator (OSP or MBCC)

    a. Directs Health Services staff to conduct a medical records file review to identify any prescribed medication(s) and dosages the inmate is currently or was recently taking. Health Services staff provider shall modify prescribed medication as may be necessary.

    b. Directs Health Services staff to dispense all inmate medications in unit doses and in liquid form, when available.

**Exhibit 2**

| Section-04 Security | OP-040301 | Page: 19 | Effective Date: 02/20/2020 |

No medication, including over-the-counter medication, shall be provided or maintained by the inmate as KOP.

c.   Ensures Health Services staff monitors the inmate two times per day for significant changes in his/her medical and/or mental health. Reports findings of significant changes immediately to the warden.

4.   Victim Services Office

Coordinates with the Attorney General's office to identify and advise victims of the crime for which the inmate has been sentenced to death of the issuance of the Order Setting Execution Date and the scheduled date and time of the execution.

5.   A licensed pharmacist inventories the execution drugs and verifies the drugs on hand comply with the requirements of Attachment D entitled "Preparation and Administration of Chemicals" and provides a copy of the inventory to the agency director.

C.   Fourteen Days (14) Prior to the Day of Execution

1.   Inspector General or Designee

a.   Finalizes arrangements with the State Medical Examiner for the disposition of the body, security for the medical examiner's vehicle and the custodial transfer of the body.

b.   Obtains a body bag and tag from the Medical Examiner's office.

2.   Agency Director

a.   Approves a final list of all witnesses including officials, and inmate and victim witnesses through coordination with the office of Victim Services.

b.   Upon documented approval, the agency director or designee shall prepare a written invitation to each chosen witness.

c.   Sends the completed list of approved witnesses to the warden of OSP.

D.   Seven Days (7) Prior to the Day of Execution

1.   Agency director or designee

**Exhibit 2**

| Section-04 Security | OP-040301 | Page: 20 | Effective Date: 02/20/2020 |
|---|---|---|---|

    a.    Schedules and conducts on-site scenario training sessions, modifying practices as warranted.

    b.    Confirms adequate staffing and vehicles are in place for regular operations and the execution.

    c.    Ensures a licensed pharmacist inventories the execution drugs and verifies the drugs on hand comply with the requirements of Attachment D entitled "Preparation and Administration of Chemicals."

2.    Warden of OSP

    a.    Confirms staff assigned to the Maintenance Response Team (MRT) are scheduled and shall be on-site eight (8) hours prior to the time scheduled for imposition of sentence.

    b.    Restricts access to H Unit to those with expressly assigned duties.

    c.    Verifies execution inventory and equipment checks are completed and open issues resolved in accordance with established protocols.

E.    Twenty-Four (24) Hours Prior to the Day of Execution

1.    The warden of OSP will:

    a.    Ensure final preparation of the execution area is completed. Each room receives final evaluation specific to its functions including security, climate control, lighting, sound, sanitation, and ensures that separation screens and appropriate restraints are ready;

    b.    Provide comprehensive staff briefings, detailing operational changes, security and intelligence information, as well as protocol and checklist requirements to facility staff through shift briefings, staff meetings, etc.;

    c.    Ensure the inmate's telephone privileges are terminated at 2100 hours the day prior to the execution, excluding calls from the inmate's attorney of record and others as approved by the agency director or designee;

    d.    Ensure the inmate's visitation privileges are terminated at 2100 hours the day prior to the execution. The inmate shall

**Exhibit 2**

| Section-04 Security | OP-040301 | Page: 21 | Effective Date: 02/20/2020 |
|---|---|---|---|

be permitted two hours of in-person visitation with no more than two attorneys of record, concluding two hours prior to the scheduled execution or earlier if necessary to begin preparing the inmate for the execution; and

e. Ensure the inmate receives the last meal as requested in accordance with procedures. Every reasonable effort to accommodate the last meal request shall be made. All eating utensils and remaining food and beverage shall be removed upon completion of the meal.

2. The Traffic Control Team leader shall confer with state and local law enforcement agencies, establish checkpoints and parameters for traffic control, and formulate inter-agency emergency response strategies. The team shall also coordinate the ingress/egress for ODOC and contract staff and other persons whose attendance is necessary.  This process shall continue through the conclusion of the execution process.

3. The Special Operations Team leader shall photograph and confirm in writing to the agency director the presence by name, description, expiration date, and lot number all execution drugs to be used as required by Attachment D entitled "Preparation and Administration of Chemicals."

F.  Twelve Hours (12) Prior To and Through the Execution

1. Restricting Access to Institution Property

a. During the final 12 hours prior to the execution, access to the Oklahoma State Penitentiary is limited to:

(1) On-duty personnel;

(2) On-duty contract workers;

(3) Volunteers deemed necessary by the warden;

(4) Law enforcement personnel on business-related matters; and

(5) Approved witnesses.

b. Restriction to the facility shall remain in effect until normal operations are resumed after the execution or stay of execution is issued.

**Exhibit 2**

| Section-04 Security | OP-040301 | Page: 22 | Effective Date: 02/20/2020 |
|---|---|---|---|

    c.    Any non-execution related visitation sessions or special visits shall be cancelled.

    d.    Approved witnesses are gathered and separated into pre-determined staging areas.

        (1)    Witness Escort Teams are assigned to escort and assist pre-approved officials, victims, news media witnesses and inmate's witnesses.

        (2)    Witness Escort Teams shall remain with the assigned witnesses within established areas.

        (3)    The Victim Services Team coordinator shall meet with the surviving victim(s) in the staging area and shall remain available to them throughout the process. The team shall provide support and advocacy as appropriate.

2.    News Media Access

    a.    Reasonable efforts shall be made to accommodate the representatives of the news media before, during, and after a scheduled execution; however, the ODOC reserves the right to regulate media access to ensure the orderly and safe operations of its facility.

    b.    The Communications Office shall coordinate the release of information to news media outlets. All ODOC and contract staff is expressly prohibited from providing information not readily available in the public domain.

    c.    News media witnesses to the execution shall be limited to five representatives.

        (1)    One seat will be given to a local media representative in the market where the crime was committed.

        (2)    One seat will be given to the Associated Press.

        (3)    Three seats will be chosen from the remaining media representatives with preference given to Oklahoma-based media.

    d.    If more than one media representative meets criteria for the available seats, a lottery or lotteries shall be held.

**Exhibit 2**

| Section-04 Security | OP-040301 | Page: 23 | Effective Date: 02/20/2020 |
|---|---|---|---|

e.    The public information officer shall provide general information regarding the execution and the inmate.

f.    News media witnesses shall return to the Media Room after the execution to answer questions of all other media representatives concerning their observations during the execution, prior to filing or reporting their story.

3.    Contingency Procedure

a.    An Automated External Defibrillator (AED) shall be readily available on site in the event that the inmate goes into cardiac arrest at any time prior to initiating the administration of the chemicals in accordance with Attachment D entitled "Preparation and Administration of Chemicals." Trained medical staff shall make every effort to revive the inmate should this occur.

b.    Trained medical personnel and emergency transportation, neither of which is involved in the execution process, shall be available in proximity to respond should any medical emergency arise.

c.    If at any point any team member determines that any part of the execution process is not going according to procedure, they shall advise the IV Team leader who shall immediately notify the agency director. The agency director shall determine whether to go forward with the procedure, start the procedure over at a later time within the twenty-four (24) hour day, or stop the execution.

4.    Inmate Preparation and Observation Log

a.    The inmate shall be escorted to the medical unit to receive a full body x-ray.

b.    All property in the assigned cell shall be removed and the cell thoroughly searched prior to the return of the inmate from the medical unit.

c.    The inmate shall be strip-searched and screened on the calibrated BOSS Chair before placement in the cell.

d.    The inmate shall be issued one pair each of pants, shirt, underwear and socks on the morning of the execution.

**Exhibit 2**

| Section-04 Security | OP-040301 | Page: 24 | Effective Date: 02/20/2020 |
|---|---|---|---|

e.   The cell shall be furnished with a mattress, pillow and pillowcase, one each top and bottom sheet, blanket, wash cloth, towel, and toilet paper.

f.   The inmate may have a safety ink pen and paper, religious items, a book or periodical and indigent-sized hygiene supplies (liquid soap, toothpaste), toothbrush and comb. These items may be made available only for the duration of the use and shall be removed immediately thereafter. Any other requested property shall require approval by the warden and shall be documented.

g.   The Restraint Team shall take custody of the inmate and the observation log. The Restraint Team members shall assume maintenance of the log until the execution is completed or a stay of execution is issued.

h.   The inmate shall remain on continuous watch. The Restraint Team members shall record observations and make entries every 15 minutes, or as incidents occur, in the observation log during the final four hours.

i.   The warden will ensure the assigned cell is preserved and secured immediately after the inmate is moved to the execution chamber. Entry will be limited to preservation of mission only and will be released by the Inspector General once the execution is completed or a stay of execution is issued.

j.   The inmate may be offered a mild sedative based on the inmate's need. The sedative shall be provided to the inmate no later than four (4) hours prior to the execution, unless it is determined medically necessary.

k.   These time frames may be adjusted as necessary in the event of a stay of execution or other exigencies.

5.   Notification to Proceed With Execution

a.   Prior to moving the inmate from the holding cell to the execution table, the agency director or designee shall confer with the attorney general or designee and the governor or designee to confirm there is no legal impediment to proceeding with the lawful execution.

**Exhibit 2**

| Section-04 Security | OP-040301 | Page: 25 | Effective Date: 02/20/2020 |
|---|---|---|---|

b. The H Unit Section chief shall direct the Restraint Team to prepare and escort the inmate into the execution chamber.

c. The Restraint Team shall secure the inmate on the execution table by the prescribed means with the inmate's arms positioned at an angle away from the inmate's side.

6. IV Site(s) Preparation and Establishment

a. The IV Team shall enter the Execution Room to prepare and insert a primary IV catheter and a backup IV catheter. The arm veins near the joint between the upper and lower arm shall be utilized as the preferred site for the IV injection.

b. The agency director, acting upon the advice of the IV Team leader, shall determine the catheter sites.

c. In the event that the IV Team is unable to establish an IV at a preferred site, the member(s) may establish an IV at an alternative site(s), including a central line, for use by the Special Operations Team when administering execution drugs.

d. The IV Team may utilize a non-invasive device to assist in locating a vein.

e. The IV Team shall be allowed as much time as is necessary to establish a viable IV site(s).

f. If the IV Team is unable to establish viable IV sites(s) the member(s) shall inform the agency director. The agency director will determine whether to request a postponement of the execution.

g. The agency director shall consult with others as necessary for the purpose of determining whether or how long to continue efforts to establish viable IV sites(s).

h. After one hour of unsuccessful IV attempts, the agency director shall contact the governor or designee to advise of the status and potentially request a postponement of the execution.

i. A central line shall not be used unless the person placing the line is qualified to place a central line.

**Exhibit 2**

| Section-04 Security | OP-040301 | Page: 26 | Effective Date: 02/20/2020 |
|---|---|---|---|

7.　　Confirming and Recording Establishment of IV Sites(s)

    a.　　An IV Team member shall test the viability of the IV site with a low-pressure saline drip through IV tubing. If necessary, a heparin lock may be attached to the IV needle as an alternative to the saline drip.

    b.　　The H Unit Section chief and IV Team leader shall both confirm the visibility of the IV sites.

    c.　　The H Unit Section Team Recorder shall document in the Correctional Service Log the number of attempts to establish an IV site.

8.　　Using Alternative IV Sites

    a.　　The H Unit Section Team chief shall observe the inmate during the injection process to look for signs of swelling or infiltration at the IV site, blood in the catheter, leakage from the lines and other unusual signs or symptoms.

    b.　　The IV Team leader shall determine whether it is necessary to use an alternate IV site.

    c.　　Whenever it is necessary to use alternate IV sites, the Special Operation Team shall administer a full dosage of the execution drugs through the alternate site, using additional syringes as necessary, prepared in accordance with the terms of this procedure.

    d.　　In the event the IV Team leader changes to another IV site, the Special Operation Team recorder shall capture that information on the Correctional Service Log.

9.　　Proceeding with the Execution

    a.　　When the inmate is secured on the execution table by the Restraint Team and readied by the IV Team, the H Unit Section Team chief shall advise the agency director and order the witnesses to their respective seating.

    b.　　The agency director shall confirm with the attorney general or designee and the governor or designee that there is no legal impediment to proceeding. Upon oral confirmation that there are no legal impediments to proceeding with the

**Exhibit 2**

| Section-04 Security | OP-040301 | Page: 27 | Effective Date: 02/20/2020 |
|---|---|---|---|

execution, the agency director shall order the H Unit Section chief to proceed with the execution.

If there is a legal impediment the agency director shall instruct the H Unit Section chief to stop the execution and to notify the inmate witnesses that the execution has been stayed or delayed. The H Unit Section chief shall also notify the Command Team to notify the agency's public information officer in the Media Room.

c.    The H Unit Section chief shall read aloud a summary of the Warrant of Execution.

d.    The H Unit Section chief shall ask the inmate if he wishes to make a last statement that is reasonable in length and does not contain vulgar language or intentionally offensive statements directed at the witnesses. The microphone shall remain on during the last statement, after which time it shall be turned off. The microphone may be turned off earlier in the event the inmate uses vulgarity or makes intentionally offensive statements. The H Unit Section chief will remain in the execution chamber to observe the IV sites.

e.    The agency director or designee shall instruct the disbursement of chemicals to begin in accordance with Attachment D entitled "Preparation and Administration of Chemicals."

G.    Pronouncement and Documentation of Death

1.    The agency director or designee shall announce death has occurred.

2.    The H Unit Section chief shall complete and sign the return of the Death Warrant. The H Unit Section chief is also responsible for coordinating with the General Counsel's office for the filing of the document with the sentencing court and the Oklahoma Court of Criminal Appeals within five business days.

3.    The State Medical Examiner's Office shall be given custody of the body in order to issue a Certificate of Death.

H.    Stay of Execution

**Exhibit 2**

| Section-04 Security | OP-040301 | Page: 28 | Effective Date: 02/20/2020 |
|---|---|---|---|

1.  Upon receipt of notification that the court and/or governor has issued a Stay of Execution, the agency director shall advise the Command Team.

2.  Upon receipt of the notification, the H Unit Section chief shall:

    a.  Instruct the Special Operations Team to stand down.

    b.  In the event that a pending stay results in more than an approximately two (2) hour delay, the catheters shall be removed and the inmate shall be returned to the holding cell until further notice.

    c.  Direct the Restraint Team to remove the inmate from the chamber and return him/her to the assigned cell if the stay of execution is less than 35 days.

        (1)  Prior to moving the inmate back to the assigned cell, the inspector general shall release the cell.

        (2)  The assigned cell shall be thoroughly searched prior to placing the inmate in the cell.

    d.  Advise the witnesses a Stay of Execution has been issued.

    e.  The Command Team commander shall inform the following teams of the Stay of Execution:

        (1)  Traffic Control Team Leader

        (2)  Critical Incident Management Team Leader

        (3)  Communications Director

        (4)  Victim Services Coordinator

        (5)  Witness Escort Team Leader.

    f.  The Traffic Control Team leader shall notify any protestors of the issuance of the Stay of Execution.

I.  Post Execution/Stay of Execution

1.  The Witness Escort Teams shall commence escorting witness groups from H Unit in the prescribed order from the facility.

2.  Each group of witnesses shall continue to be kept separated from the other groups at all times.

**Exhibit 2**

| Section-04 Security | OP-040301 | Page: 29 | Effective Date: 02/20/2020 |
|---|---|---|---|

3.   News media witnesses shall return to the Media Room to participate in the media briefing.

4.   Victim witnesses speaking with the media shall be escorted to the Media Room.

5.   Media may remain on site in a designated location outside the secure perimeter for a limited time to complete live broadcasts.

6.   The Victim Services team leader ensures the victim(s) receives follow up phone calls and support.

7.   Upon the pronouncement of death, the agency director shall notify the governor or designee and the attorney general or designee that the sentence has been carried out and the time that death occurred.

8.   An IV Team member shall clamp and cut the IV lines leaving them connected to the inmate for examination by a medical examiner.

9.   An investigator with the Inspector General's office and a medical examiner shall take photos of the inmate's body:

    (a)   While in restraints prior to being placed in the body bag;

    (b)   Without restraints prior to being placed in the body bag;

    (c)   Sealed in the body bag; and

    (d)   A photo of the seal in place on the bag.

10.   The inmate's body shall be placed on a medical examiner's gurney and released into the custody of a medical examiner's office.

11.   Once the inmate's body is placed in a medical examiner's transport vehicle, it shall be escorted off the premises.

J.   Site Clean Up and Recording of Execution Drugs

1.   In accordance with OP-040109 entitled "Control of Contraband and Physical Evidence," the Special Operations Team leader shall properly dispose of any execution drugs that have not been utilized by inventorying them on the form entitled "Oklahoma State Bureau of Investigation Inventory of Drugs Submitted for Destruction"

**Exhibit 2**

| Section-04 Security | OP-040301 | Page: 30 | Effective Date: 02/20/2020 |
|---|---|---|---|

(www.ok.gov/osbi/documents/LABdestructForm.pdf) and forwarding the unused drugs to the Oklahoma State Bureau of Investigation.

2.   The warden of OSP shall witness the disposal of the unused execution drugs and document the disposal in accordance with procedure.

3.   The Special Operations Team leader shall document the name, description, expiration date, and lot number of all execution drugs used.

4.   The Special Operations Team Leader shall save any packaging of the used execution drugs or take photographs of such packaging of items.

5.   Under supervision of a person designated by the warden, the execution room shall be cleaned and secured. Institutional staff trained in infectious diseases preventive practices shall utilize appropriate precautions.

K.   Normal Operations

1.   The Command Team commander shall determine when the prison shall resume normal operations.

2.   ODOC staff shall be deactivated at the direction of the Command Team commander.

L.   Execution Documentation

1.   The chief of Operations shall gather all documents pertaining to the executions and forward to the general counsel for archiving.

2.   The chief of Operations shall attach a copy of the death warrant and forward it to the general counsel, who shall then forward it to the court from which it was rendered, indicating the time, mode and manner of which it was accomplished. Copies of the report and log shall be sent to the agency's closed records department for filing. MBCC shall receive a copy for females that are executed.

M.   After-Action Review

1.   Immediately following an execution, all of the Execution Teams and the on-site administrators directly involved in the execution process shall meet to review the process of the execution.

**Exhibit 2**

| Section-04 Security | OP-040301 | Page: 31 | Effective Date: 02/20/2020 |
|---|---|---|---|

2.      Any unique or unusual events shall be discussed, as well as opportunities for improvement and successful procedures.

3.      Actions and documentation of the events shall be reviewed to identify any discrepancies.

4.      The review should serve as an opportunity for all involved personnel to voice their opinions, concerns, and/or recommendations.

5.      The review shall be formally documented and retained for future reference.

N.      Critical Incident Debriefing

1.      The Command Team shall ensure that critical incident debriefings are available for the Execution Teams and staff participants immediately following the execution.

2.      The Critical Incident Management Team shall conduct interviews in accordance with Critical Incident Program guidelines.

VIII.   Quality Assurance Review

A.      The agency director or designee shall designate the chief of Staff, or designee, to evaluate the performance of the execution process and report findings to the agency director. The chief of Staff shall review documentation and training to ensure compliance with the written procedure directive.

B.      The chief of Staff or designee may utilize assistance as necessary to compile or assess the information, and may consult with others consistent with the confidentiality of the process.

C.      Whenever appropriate, the chief of Staff or designee shall consult with a properly trained medical person when reviewing the medical aspects of the execution procedures.

D.      The chief of Staff or designee shall provide consultation and advice concerning modifications in the written directive.

E.      The chief of Staff or designee shall prepare a report to the agency director following each execution, with appropriate suggestions or recommendations as needed.

IX.     References

**Exhibit 2**

| Section-04 Security | OP-040301 | Page: 32 | Effective Date: 02/20/2020 |
|---|---|---|---|

Policy Statement No. P-040100 entitled "Security Standards for the Oklahoma Department of Corrections"

OP-030120 entitled "Inmate Property"

OP-040109 entitled "Control of Contraband and Physical Evidence"

OP-110215 entitled "Rules Concerning the Individual Conduct of Employees"

OP-140111 entitled "Inmate Deaths, Injury and Illness Notification and Procedures"

Robinson v. Maynard, 857 P.2d 817 (Okla. App. 1992)

21 O.S. § 142A-14

22 O.S. §1014 and 1015

X.    Action

The wardens of Oklahoma State Penitentiary and Mabel Bassett Correctional Center are responsible for compliance with this procedure.

The general counsel is responsible for the annual review and revisions.

Any exception to this procedure will require prior written approval from the agency director.

This procedure is effective as indicated.

Replaced:     Operations Memorandum No. OP-040301 entitled "Procedures of the Execution of Offenders Sentenced to Death" dated June 30, 2015

Distribution:  Policy and Operations Manual
                    Agency Website

**Exhibit 2**

| Section-04 Security | OP-040301 | Page: 33 | Effective Date: 02/20/2020 |
|---|---|---|---|

| Attachments | Title | Location |
|---|---|---|
| Attachment A | "Notification Letter to Dignitaries/Law Enforcement (sample)" | Attached |
| Attachment B | "Notification Letter to Inmate Witnesses (sample)" | Attached |
| Attachment C | "Release of Remains and Burial Arrangements" | Attached |
| Attachment D | "Preparation and Administration of Chemicals" | Attached |
| Attachment E | "News Media Statement after an Execution" | Attached |
| Attachment F-1 | "35 Day Information Packet" | Attached |
| Attachment F-2 | "Summary of Rules and Procedures" | Attached |
| Attachment F-3 | "Witnesses" | Attached |
| Attachment F-4 | "Visitors" | Attached |
| Attachment F-5 | "Last Meal" | Attached |
| Attachment G-1 | "Execution Equipment Inventory" | Attached |
| Attachment G-2 | "Event Inventory Guide" | Attached |

| Referenced Forms | Title | Location |
|---|---|---|
| DOC 030120B | "Designation for Disposition of Property" | OP-030120 |
| DOC 090211B | "Oklahoma Department of Corrections Request for Record" | OP-090211 |
| OSBI Form | "OSBI Inventory of Drugs Submitted for Destruction and/or Other Items in OSBI Custody for Destruction" http://www.ok.gov/osbi/documents/LABdestructForm.pdf | Website Link |

**Exhibit 2**

Attachment A
OP-040301

# SAMPLE

### NOTIFICATION LETTER TO DIGNITARIES/LAW ENFORCEMENT

[Date]


[Name]
[Address]
[City, State, Zip]

Dear [Name]:

The Court of Criminal Appeals of the State of Oklahoma has set the execution date for inmate [name and DOC #]. Inmate [name] was convicted in [county] for the crime of Murder in the First Degree.

Inmate [last name] is scheduled to die by lethal injection at the Oklahoma State Penitentiary on [date of execution] at [time of execution] in accordance with Oklahoma State Statute 22 Section 1015. You may attend this execution.

If attending, please notify my office by return mail or by contacting the deputy warden at 918-423-4700, extension 617. You will need to provide your name and the make, model and tag number of your vehicle. You should arrive at [location] at [time] on the day of the execution. Please ensure you have picture identification with you.

Sincerely,


[name]
Warden

(R 02/20)

**Exhibit 2**

Attachment B
OP-040301

# SAMPLE

## NOTIFICATION LETTER TO INMATE WITNESSES

[Date]


[Name]
[Address]
[City, State, Zip]

Dear [Name]:

It is with empathy that I must inform you that inmate [name and DOC #] is scheduled to die by lethal injection at the Oklahoma State Penitentiary on [date of execution] at [time of execution] in accordance with Oklahoma State Statute 22 Section 1015. Inmate [name] has requested you as a witness to the execution.

You should arrive at [location] at [time] on the day of the execution. Personnel will meet you there and escort you to the institution at the proper time. Please ensure you have picture identification with you.

If additional information is needed, or if I may be of assistance in other ways, please do not hesitate to contact me at 918-423-4700, extension 617.

Sincerely,


[name]
Warden

(R 02/20)

**Exhibit 2**

Attachment C
OP-040301

## OKLAHOMA DEPARTMENT OF CORRECTIONS
## RELEASE OF REMAINS AND BURIAL ARRANGEMENTS

I, _____, being of sound mind, do hereby designate
(Printed inmate name and DOC #)

the following person(s) to receive my remains upon my death while incarcerated.  I understand that I have the right to change the designee named below at any time during my incarceration with the Oklahoma Department of Corrections (ODOC).

1.  **Designee**

_____          _____
Name                                       Relationship

_____          _____
Mailing Address                            Phone

_____
City, State, Zip

2.  **Designee**

_____          _____
Name                                       Relationship

_____          _____
Mailing Address                            Phone

_____
City, State, Zip

## INMATE DEATH PERSUANT TO A WARRANT OF EXECUTION

- The organs of an inmate who dies as a result of the ODOC carrying out a Warrant of Execution are not eligible for donation for organ transplant purposes.

- The appropriate Medical Examiner's Office shall take possession of the body upon completion of an execution as required by statute.

- After the inmates' body has been released from the medical examiner, it will be sent for burial as arranged by the family. If the family does not arrange for burial, the state will assume responsibility for the inmate's burial at the ODOC cemetery.

_____          _____
Inmate Signature and DOC #                 Date

_____          _____
Staff Signature                            Date

Original: Inmate Field Record
Copy: Inmate

(R 02/20)

**Exhibit 2**

## PREPARATION AND ADMINISTRATION OF CHEMICALS

A.    Obtaining Chemicals and Equipment

   1.    Upon receipt of the Order Setting Execution Date, the H Unit Section Chief shall:

      a.    Confirm and ensure all equipment necessary to properly conduct the procedure is on site, immediately available for use and functioning properly.

      b.    Ensure all medical equipment, including a backup electrocardiograph, is on site, immediately available for use and functioning properly.

      c.    Ensure a licensed pharmacist inventories the execution drugs and verifies the drugs on hand comply with the requirements of this Attachment.  If the chemicals are present at OSP, verifies with a licensed pharmacist that they are properly stored and meet the requirements of this Attachment. The chemicals shall be under the direct control of the H Unit Section Chief.

B.    Preparation of Chemicals

   1.    At the appropriate time on the day of the execution, the H Unit Section Chief shall transfer custody of the chemicals to the Special Operations Team to begin the chemical(s) and syringe preparation in the chemical room, under the direct supervision by the Intravenous (IV) Team leader.

   2.    The Special Operations Team leader shall verify the identity, concentration and quantity of each chemical, consistent with this Attachment and assign a team member(s) to assist preparing each chemical and the corresponding syringe under the supervision of the IV Team leader.

   3.    The IV Team leader will verify the identity, concentration and quantity of each chemical, consistent with this Attachment.  The IV Team leader, with the assistance of the Special Operations Team members, shall prepare the designated chemical and syringes for a total of one (1) complete set of chemicals. One (1) full set of syringes is used in the implementation of the death sentence and an additional complete set of the necessary chemicals shall be obtained and kept available in the chemical room.

   4.    The IV Team leader, with the assistance of a Special Operations Team member, shall be responsible for preparing and labeling the assigned sterile syringes in a distinctive manner. The specific chemical contained in each syringe will be identified with the following information as set forth in the chemical charts:

**Exhibit 2**

    a.    Assigned number

    b.    Chemical name

    c.    Chemical amount

    d.    Designated color

This information shall be pre-printed on a label, with one label affixed to each syringe to ensure the label remains visible.

C.    <u>Chemical Charts</u>

    1.    CHART A: One (1) Drug Protocol with Pentobarbital

| CHEMICAL CHART | |
| --- | --- |
| **Syringe No.** | **Label** |
| 1A | 2.5 gm pentobarbital GREEN |
| 2A | 2.5 gm pentobarbital GREEN |
| 3A | 60 ml heparin/saline, **BLACK** |

    a.    Syringes 1A and 2A shall each have a dose of 2.5 grams of pentobarbital for a total of 5 grams. Each syringe containing pentobarbital shall have a **GREEN** label which contains the name of the chemical, chemical amount and the designated syringe number.

    b.    Syringe 3A shall contain 60 milliliter of heparin/saline solution at a concentration of 10 units of heparin per milliliter. The syringe shall have a **BLACK** label which contains the name of the chemical, chemical amount and the designated syringe number.

    2.    CHART B: One (1) Drug Protocol with Sodium Pentothal

| CHEMICAL CHART | |
| --- | --- |
| **Syringe No.** | **Label** |
| 1A | 1.25 gm sodium pentothal, GREEN |
| 2A | 1.25 gm sodium pentothal, GREEN |
| 3A | 1.25 gm sodium pentothal, GREEN |
| 4A | 1.25 gm sodium pentothal, GREEN |
| 5A | 60 ml heparin/saline, **BLACK** |

    a.    Syringes 1A, 2A, 3A, and 4A shall each contain 1.25 grams/50 milliliter of sodium pentothal in 50 milliliter of sterile water in four (4) syringes for a total dose of 5 grams of sodium pentothal. Each syringe containing sodium pentothal shall have a **GREEN** label which contains the name of the chemical, the chemical amount and the designated syringe number.

**Exhibit 2**

    b.    Syringe 5A shall contain 60 milliliter of heparin/saline solution at a concentration of 10 units of heparin per milliliter. The syringe shall have a **BLACK** label which contains the name of the chemical, chemical amount and the designated syringe number.

3.    CHART C: Reserved

4.    CHART D: Three (3) Drug Protocol with Midazolam, Vecuronium Bromide and Potassium Chloride

| CHEMICAL CHART | |
| --- | --- |
| **Syringe No.** | **Label** |
| 1A | 250 mg midazolam, GREEN |
| 2A | 250 mg midazolam, GREEN |
| 3A | 60 ml heparin/saline, **BLACK** |
| 4A | 50 mg vecuronium bromide, |
| 5A | 50 mg vecuronium bromide, |
| 6A | 60 ml heparin/saline, **BLACK** |
| 7A | 120 mEq potassium chloride, RED |
| 8A | 120 mEq potassium chloride, RED |
| 9A | 60 ml heparin/saline, **BLACK** |

    a.    Syringes 1A and 2A shall each have a dose of 250 milligrams midazolam for a total dose of 500 milligrams. Each syringe containing midazolam shall have a **GREEN** label which contains the name of each chemical, the chemical amounts and the designated syringe number.

    b.    Syringes 4A and 5A shall each have a dose of 50 milligrams vecuronium bromide or 50 milligrams pancuronium bromide or 50 milligrams rocuronium bromide, for a total dose of 100 milligrams. Each syringe containing the selected bromide shall have a YELLOW label which contains the name of each chemical, the chemical amounts and the designated syringe number.

    c.    Syringes 7A and 8A shall each contain 120 milliequivalents potassium chloride for a total dose of 240 milliequivalents. Each syringe containing potassium shall have a **RED** label which contains the name of each chemical, the chemical amounts and the designated syringe number.

    d.    Syringes 3A, 6A, and 9A shall each contain 60 milliliter of heparin/saline solution at a concentration of 10 units of heparin per milliliter. Each syringe shall have a **BLACK** label which contains the name of the chemical, chemical amount and the designated syringe number.

D.    <u>Choice of Chemicals</u>

**Exhibit 2**

1.   The director shall have the sole discretion as to which chemicals shall be used for the scheduled execution. This decision shall be provided to the inmate in writing ten (10) calendar days prior to the scheduled execution date.

2.   Any compounded drug used shall be obtained from a certified or licensed compounding pharmacist or compounding pharmacy in good standing with their licensing board. Licensing certification and criminal history reviews shall be conducted by the Inspector General's office prior to obtaining the compounded drug. A qualitative analysis of the compounded drug to be used in the execution shall be performed no more than thirty (30) calendar days prior to the execution date.

3.   After the IV Team prepares all required syringes with the proper chemicals and labels as provided in the Chemical Chart, the IV Team leader shall attach one complete set of the prepared and labeled syringes to a 3-Gang, 2-Way Manifold in the order in which the chemicals are to be administered. The syringes shall be attached to the 3-Gang, 2-Way Manifold in a manner to ensure there is no crowding, with each syringe resting in its corresponding place in the shadow board which is labeled with the name of the chemical, color, chemical amount and the designated syringe number.

4.   The syringes shall be affixed in such a manner to ensure the syringe labels are clearly visible. Prior to attaching the syringes to the 3-Gang, 2-Way Manifold, the flow of each gauge on the manifold shall be checked by the IV Team leader running the Heparin/Saline solution through the line to confirm there is no obstruction.

5.   After all syringes are prepared and affixed to the 3-Gang, 2-Way Manifold in proper order, the Special Operations Team leader shall confirm that all syringes are properly labeled and attached to the manifold in the order in which the chemicals are to be administered as designated by the Chemical Chart. Each chemical shall be administered in the predetermined order in which the syringes are affixed to the manifold.

6.   The quantities and types of chemicals prepared and administered may not be changed in any manner without prior documented approval of the director.

7.   All prepared chemicals shall be utilized or properly disposed of in a timely manner after the time designated for the execution to occur.

8.   The chemical amounts as set forth in the Chemical Chart are designated for the execution of persons weighing 500 pound or less. The chemical amounts shall be reviewed and may be revised as necessary for an inmate exceeding this body weight.

**Exhibit 2**

9.   The Special Operations Team Recorder is responsible for completing the Correctional Service Log. The Recorder shall document on the form the amount of each chemical administered and confirm that it was administered in the order set forth in the Chemical Chart.  Any deviation from the written procedure shall be noted and explained on the form.

E.   Movement and Monitoring of Inmate

1.   The inmate shall be positioned to enable the IV Team or the Special Operations Team leader and the H Unit Section Chief to directly observe the inmate and/or to monitor the inmate with the aid of a high resolution color camera and a high resolution color monitor.

2.   After the inmate has been secured to the execution table, the Restraint Team leader shall personally check the restraints which secure the inmate to the table to ensure they are not so restrictive as to impede the inmate's circulation, yet sufficient to prevent the inmate from manipulating the catheter and IV lines.

3.   A microphone shall be affixed to the inmate's shirt to enable the IV Team, or the Special Operations Team leader, to hear any utterances or noises made by the inmate throughout the procedure. The Special Operations Team leader shall confirm the microphone is functioning properly, and that the inmate can be heard in the chemical room.

4.   The Restraint Team members shall attach the leads from the electrocardiograph to the inmate's chest once the inmate is secured. The IV Team leader shall confirm that the electrocardiograph is functioning properly. A backup electrocardiograph shall be on site and readily available if necessary. Prior to and on the day of the execution both electrocardiograph instruments shall be checked to confirm they are functioning properly.

5.   An IV Team member shall be assigned to monitor the electrocardiograph at the commencement and completion of the administration of the chemicals.

6.   Throughout the procedure, the IV Team leader shall monitor the inmate's level of consciousness and electrocardiograph readings utilizing direct observation, audio equipment, camera and monitor as well as any other medically approved method(s) deemed necessary by the IV Team leader. The IV Team leader shall be responsible for monitoring the inmate's level of consciousness.

F.   Intravenous Lines

1.   The IV Team leader shall ensure the catheters are properly secured and properly connected to the IV lines and out of reach of the inmate's hands.

**Exhibit 2**

A flow of heparin/saline shall be started in each line and administered at a slow rate to keep the lines open.

2.    The primary IV catheter shall be used to administer the chemicals and the backup catheter shall be reserved in the event of the failure of the first line.  Any failure of a venous access line shall be immediately reported to the director.

3.    The IV catheter in use shall remain visible to the H Unit Section Chief throughout the procedures.

4.    The H Unit Section Chief shall physically remain in the room with the inmate throughout the administration of the chemicals in a position sufficient to clearly observe the inmate and the primary and backup IV sites for any potential problems and shall immediately notify the IV Team leader and director should any issue occur. Upon receipt of such notification, the director may stop the proceedings and take all steps necessary in consultation with the IV Team leader prior to proceeding further with the execution.

5.    Should the use of the backup IV catheter be determined to be necessary, a set of backup chemicals should be administered in the backup IV site.

G.    Administration of Chemicals – Charts A and B

1.    Upon receipt of the director's order and under observation of the IV Team leader, the Special Operations Team leader shall instruct the assigned Special Operations Team member(s) to begin dispensing the chemicals in the order they appear in the corresponding chart.

2.    Upon direction from the Special Operations Team Leader, the assigned Special Operations Team member shall visually and orally confirm the chemical name on the syringe and then administer the full dose of the chemicals immediately followed by the heparin/saline flush.

3.    When approximately five (5) minutes has elapsed since commencing the administration of the chemicals, the IV Team leader, dressed in a manner to preserve their anonymity, shall enter into the room where the H Unit section chief and inmate are located to physically confirm the inmate is unconscious by using all necessary and medically-appropriate methods. The IV Team leader shall also confirm that the IV line remains affixed and functioning properly.

4.    If, after approximately five (5) minutes the inmate remains conscious, the IV Team leader shall communicate this information to the director, along with all IV Team leader input. The director shall determine how to proceed or, if necessary, to start the procedure over at a later time or stop. The

**Exhibit 2**

director may order the curtains to the witness viewing room be closed, and if necessary, for witnesses to be removed from the facility.

5.   If deemed appropriate, the director may instruct the Special Operations Team leader to administer additional doses of the chemical(s) followed by the heparin/saline flush.

6.   Upon administering the chemical(s) and heparin/saline from a backup set, the IV Team shall confirm the inmate is unconscious by sight and sound, utilizing the audio equipment, camera and monitor. The IV Team leader shall again physically confirm the inmate is unconscious using proper medical procedures and verbally advise the director of the same.

7.   When all electrical activity of the heart has ceased as shown by the electrocardiograph, the IV Team leader shall confirm the inmate is deceased and the inmate's death shall be announced by the director or designee.

8.   The Special Operations Team Recorder shall document on the Correctional Service Log the start and the ending times of the administration of the chemical(s).

9.   Throughout the entire procedure, the IV Team members, the Special Operations Team members and the H Unit Section Chief shall continually monitor the inmate using all available means to ensure that the inmate remains unconscious and that there are no complications.

H.   Administration of Chemicals – Chart D

1.   Upon receipt of the director's order and under observation of the IV Team leader, the Special Operations Team leader shall instruct the assigned Special Operations Team member(s) to begin dispensing the chemicals in syringe numbers 1A, 2A, and 3A.

2.   Upon direction from the Special Operations Team Leader, the assigned Special Operations Team member shall visually and orally confirm the chemical name on the syringe and then administer the full dose of the chemicals in syringe numbers 1A, 2A, and 3A.

3.   When approximately five (5) minutes has elapsed since commencing the administration of the first chemical, the IV Team leader, dressed in a manner to preserve their anonymity, shall enter into the room where the H Unit section chief and inmate are located to physically confirm the inmate is unconscious by using all necessary and medically-appropriate methods. The IV Team leader shall also confirm that the IV line remains affixed and functioning properly.

**Exhibit 2**

4.   If confirmed the inmate is unconscious, an announcement will be made and the director will order the remaining chemicals be dispensed in the order they appear in the chart.

5.   Upon direction from the Special Operations Team Leader, the assigned Special Operations Team member shall visually and orally confirm the chemical name on the syringe and then administer the full dose of the remaining chemicals in the order they appear in the chart.

6.   If the inmate remains conscious after approximately five (5) minutes, the IV Team shall communicate this information to the director, along with all IV Team input. The director shall determine how to proceed or, if necessary, to start the procedure over at a later time or stop the execution. The director may order the curtains to the witness viewing room be closed, and if necessary, for witnesses to be removed from the facility.

7.   If deemed appropriate, the director may instruct the Special Operations Team to administer additional doses of the chemical(s) followed by the heparin/saline flush.

8.   Upon administering the chemical(s) and heparin/saline from a backup set, the IV Team shall confirm the inmate is unconscious by sight and sound, utilizing the audio equipment, camera and monitor. The IV Team leader shall again physically confirm the inmate is unconscious using proper medical procedures and verbally advise the director of the same.

9.   When all electrical activity of the heart has ceased as shown by the electrocardiograph, the IV Team leader shall confirm the inmate is deceased and the inmate's death shall be announced by the director or designee.

10.  The Special Operations Team Recorder shall document on the Correctional Service Log the start and the ending times of the administration of the chemical(s).

11.  Throughout the entire procedure, the IV Team members, the Special Operations Team members and the H Unit Section Chief shall continually monitor the inmate using all available means to ensure that the inmate remains unconscious and that there are no complications.

(R 02/20)

**Exhibit 2**

Attachment E
OP-040301

## News Media Statement After An Execution

You have been selected to witness the execution of the inmate(s) noted below:

_____     _____
Inmate Name and ODOC #                                                Date of Execution

_____     _____
Inmate Name and ODOC #                                                Date of Execution

Please read and initial the following statements:

_____ I agree to abide by the rules of the Oklahoma Department of Corrections as stated in OP-040301 entitled "Execution of Inmates Sentenced to Death," as a news media representative.

_____ I agree to immediately report to the non-witnessing members of the assembled news media my account of the execution as I witnessed it.

_____ I agree that this report to the media will occur immediately following the execution and prior to my filing of the account as a witness.

_____ I agree this report will be made at the information center provided for the purpose of accommodating the news media at the time of said execution.

_____     _____
Printed Name                                                                News Media Affiliation
                                                                                       (television/radio station, newspaper, magazine, wire service, or other
                                                                                       affiliation)

_____     _____
Signature                                                                     Date

(R 02/20)

**Exhibit 2**

Attachment F-1
OP-040301

# 35-DAY INFORMATION PACKET

This packet includes the following attachments:

Summary of Rules and Procedures (Attachment F-2)

Witnesses (Attachment F-3)

Final Day Visitor List (Attachment F-4)

Last Meal (Attachment F-5)

Please complete the attachments and return to your case manager by:

_____

Date

Approval by the warden is final.

Inmate's signature will attest to receiving the six pages in this packet.

_____     _____
Name/DOC #                                                            Date

_____     _____
Tommy Sharp, Warden                                             Date

(R 02/20)

**Exhibit 2**

## SUMMARY OF RULES AND PROCEDURES

_____          _____
Inmate Name                                      DOC Number

I am _____, warden of the

_____. You have been sentenced

to death for the crime of **Murder** at _____ on _____.

The purpose of this meeting is to inform you of the rules and procedures to be
followed for the next thirty-five (35) days and to discuss certain privileges you may
be afforded. When this meeting is over, you will be placed in a special cell where
you will remain until the time of the execution. While in this cell and until the time of
the execution, you will be under constant surveillance by correctional officers.

1. If you leave your cell for any reason, you will be handcuffed and strip-searched.

2. The lights in your cell will remain on at all times.

3. A television will be located inside the cell.

4. In the event of illness or injury, you will be treated in the cell if feasible.

5. The only items of personal property allowed in your cell will be:

    a. One (1) cubic foot each of legal and religious materials

    b. Safety ink pen and paper

    c. One (1) book or magazine, which can be exchanged daily

    d. Hygiene items (comb, indigent-sized liquid soap, toothbrush and
       toothpaste). These items will be made available only for the time you
       need them and then shall be removed immediately after use.

6. Your remaining personal property will be inventoried in your presence and will
   then be boxed, sealed and removed from the cell. This property will be stored in
   the Personnel Office until you are executed or receive a stay of execution. It will

**Exhibit 2**

be your responsibility to make arrangements for the disposition of your property.

7. On a daily basis, you may be contacted by your case manager, chaplain, Psychological Services personnel, and Health Services personnel. The facility chaplain will be available to you continuously during the last twenty-four (24) hour period.

8. Non-contact visitation will be restricted to two (2) visitors at a time from your approved visitation list and will be during established visitation periods. Visitation privileges will be terminated at 2100 hours the day prior to the execution. You will be permitted two (2) hours of in-person visitation with no more than two (2) attorneys of record. Visitation will be concluded at least two hours prior to the scheduled execution.

9. Arrangements for your burial are the responsibility of your family. The facility will notify your family by certified mail at least two weeks prior to the date of the execution of their responsibility for making burial arrangements. If your family does not make arrangements with a funeral home, the state will assume responsibility for your burial.

_____     _____
Name / DOC #                                 Date

_____     _____
Tommy Sharp, Warden                          Date

(R 02/20)

**Exhibit 2**

Attachment F-3
OP-040301

## WITNESSES

Upon approval by the warden, you may list five (5) witnesses, relatives and/or friends, and two (2) spiritual advisors/clergy. No witnesses under the age of eighteen (18) will be allowed. No staff members who currently attend to you or current inmates will be allowed.

| | Name & Age | Address | Phone Number | Relationship |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | Clergy |
| 7 | | | | Clergy |

Name / DOC # _____     Date _____

____ Approved

____ Denied   Tommy Sharp, Warden _____   Date _____

(R 02/20)

**Exhibit 2**

Attachment F-4
OP-040301

## VISITORS

Upon approval by the warden, you may have two (2) immediate family visitors on the day prior to the scheduled execution. If you do not have immediate family or if immediate family does not intend to visit, then you may list two (2) friends. Visiting privileges will end at 2100 hours the day prior to the scheduled execution. You will be permitted two (2) hours of in-person visitation with no more than two (2) attorneys of record which must conclude two (2) hours prior to the scheduled execution.

| | Name & Age | Address | Phone Number | Relationship |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

Name / DOC # _____     Date _____

___ Approved

___ Denied     Tommy Sharp, Warden _____     Date _____

(R 02/20)

**Exhibit 2**

## Execution Equipment Inventory

| Shelf | Bin | Item Description | Manufactures Part # | Item# | Cabinet Count | Overflow Storage | TOTAL COUNT | Required Inventory |
|---|---|---|---|---|---|---|---|---|
| | | Execution Table | | | | | | 1 |
| | | Ultrasound | | | | | | 1 |
| | | AED | | | | | | 1 |
| | | ECG | | | | | | 1 |
| | | IV Hook/Pole | PS 309 | 36032 | | | | 1 |
| | | Intercom System | 43-3105 | | | | | 1 |
| | | Executive Office Chair - Director | | | | | | 1 |
| | | Meridian II Task Chair | CHMRTCPPSF | | | | | 4 |
| | | Desk w/drawer 24"w X 36"1 X 29"h | | | | | | 4 |
| | | Ultrasound (Substitute) Cart - Pedigo Utility Table w/1 Drawer | | | | | | 1 |
| | | Pedigo SS 3-Lea Base Foot Operated Mayo Stand Tray 16.25" x 21.25" | P-1069-55 | | | | | 1 |
| | | TV - Sceptre E195BV-SHD 19" | | | | | | 4 |
| | | TV Shield - 19-29" Weatherproof TV Enclosure | TVS1929 | | | | | 4 |
| | | Dual Monitor Wall Mount - Ergotron Neo-Flex | YYI1-M03333 | | | | | 1 |
| | | Laptop Stand, Black | 15Y318 | | | | | 1 |
| | | LED Clip Lamp Light Model LD2000-CHR | 2B5076 | | | | | 1 |
| | | Clock | | | | | | 1 |
| | | TV Mount - Full Motion Tilt/Swivel Articulating Wall Mount 19-70" flat panel TV w/HDMI cable | 6811304028 | | | | | 1 |
| | | 2-Way BNC Manual Switch Box | 47-2300-017 | | | | | 1 |
| | | 19" LED Monitor | SMT-1934 | | | | | 2 |
| | | Humane Locking Leather Bed Torso Restraints | CBL-101 | | | | | 6 |
| | | Humane Locking Leather Ankle Restraints | CBLAL-203 | | | | | 2 |
| | | Humane Locking Leather Wrist Restraints (goes w/HRBL-118) | AAL-501XL | | | | | 2 |
| | | Humane Locking Leather Belt | HRBL-118 | 232101 | | | | 4 |

**Exhibit 2**

Attachment G-2
OP-040301
Page 1 of 3

## Event Inventory Guide
### (Supplies)

| Shelf | Bin | Item Description | Mfg Part# | Item# | Cabinet Count | Overflow Storage | TOTAL COUNT | Required Inventory |
|---|---|---|---|---|---|---|---|---|
| A | | ULTRASOUND GEL 8.5OZ CLR | 4963 | 232101 | | | | 1 |
| A | | SOAP ANTIMICROBIAL 18OZ BLUE | 197 | 6110 | | | | 1 |
| A | | GERMICIDAL SPRAY SOLUTION | | | | | | 3 |
| A | | SANI-CLOTH GERMICIDAL WIPES | | | | | | 3 |
| A | 1 | SPILL KIT BB PATHOGEN | 25000 | 263590 | | | | 4 |
| A | 2 | CAP BOUFFANT BLU LG | 69801 | 174589 | | | | 50 |
| A | 3 | MASK WITH EYESHIELD | 022 | 122846 | | | | 15 |
| A | 4 | MASK SURGICAL TIE BAND | 42311 | 281687 | | | | 60 |
| A | 5 | GLOVE SURG LTX 5.5 PF | 912 | 222906 | | | | 15 |
| A | 5 | GLOVE SURG LTX 6 PF | 3155 | 172863 | | | | 15 |
| A | 5 | GLOVE SURG LTX 6.5 PF | 3038 | 175364 | | | | 15 |
| A | 6 | GLOVE SURG LTX 7 PF | 3157 | 172865 | | | | 15 |
| A | 7 | GLOVE SURG LTX 7.5 PF | 3158 | 172866 | | | | 15 |
| A | 8 | GLOVE SURG LTX 8 PF | 3159 | 172868 | | | | 15 |
| A | 9 | GLOVE SURG LTX 8.5 PF | 3160 | 172869 | | | | 15 |
| A | 9 | GLOVE SURG LTX 9 PF | 3161 | 172870 | | | | 15 |
| A | 10 | GLASSES PROTECTIVE | 1702 | 5466 | | | | 20 |
| A | 11 | GLOVE EXAM NITRILE M PF | 907 | 314703 | | | | 100 |
| A | 12 | GLOVE EXAM NITRILE LG PF | 908 | 314704 | | | | 100 |
| A | 13 | GLOVE EXAM NITRILE XL PF | 909 | 314705 | | | | 100 |
| B | | POSIFLUSH PRE-FILLED SYRINGES - SYRINGE, HEPARIN, LOCK 100U 1 ML, 5 ML, FILL IN (120 Each/4 box/Case) | 306513 | | | | | |
| B | | TWO-LUMEN CENTRAL VENOUS ACCESS KIT BY TELEFLEX MEDICAL, 5 EACH CAES | CDC-21242-X1A | | | | | |
| B | | MULTI-LUMEN CENTRAL VENOUS CATHETERIZATION KIT WITH BLUE FLEXTIP CATHETER, SHARPS SAFETY FEATURES, AND MAXIMAL BARRIER PRECAUTIONS | | | | | | |
| B | 1 | SUTURE 4-0 GUT CHR DS18/FS2 | S635G | 88661 | | | | 6 |
| B | 2 | SUTURE 4-0 NYLON DSM18/PS2 | S1667G | 88659 | | | | 6 |
| B | 3 | FORCEP KELLY 5.5" STR | 25-10114 | 248686 | | | | 2 |
| B | 4&5 | CLIPPER BLADES | 4406 | 35882 | | | | 15 |
| B | 6 | SCALPEL #10 SAFETY DISP | 1643 | 270192 | | | | 10 |

**Exhibit 2**

| Shelf | Bin | Item Description | Mfg Part# | Item# | Cabinet Count | Overflow Storage | TOTAL COUNT | Required Inventory |
|---|---|---|---|---|---|---|---|---|
| B | 7&8 | GAUZE PAD 2X2 ST | FAE-5000 | 263291 | | | | 50 |
| B | 9 | ALCOHOL PREP MED ST | 58-204 | 314182 | | | | 100 |
| B | 10 | TAPE PAPER 2"X10YD | 100182 | 4431 | | | | 3 |
| B | 11 | TAPE PAPER 1"X10YD | 100181 | 8770 | | | | 6 |
| B | 13 & 14 | ECG - PRINTER PAPER FOR WAVELINE PRO EASY TOUCH AND PLUS | | | | | | 6 |
| B | 15 | TAPE SILK 1" DURAPORE | 1538-1 | 2468 | | | | 10 |
| B | 16 | TAPE SILK 2" DURAPORE | 1538-2 | 2470 | | | | 8 |
| B | 19 | LACERATION TRAY 20/CS * | 2681 | 12801 | | | | 1 |
| B | 20 | SPONGE GAUZE 4X4X16P NS | 4416 | 5587 | | | | 100 |
| B | 21 | TAPE FOAM 3" MICROFOAM | 1528-3 | 2456 | | | | 2 |
| B | 22 | GAUZE CONFORM 2" ST | 017 | 52310 | | | | 12 |
| B | 23 | STETH NURSESCOPE BLK | 354 | 44626 | | | | 2 |
| | | | | | | | | |
| C | | HAIR CLIPPERS - CAREFUSION | 5513E | | | | | 1 |
| C | 1 | SYRINGE 60CC LL | 102-S60C | 295251 | | | | 40 |
| C | 2 | IV START PK TEGADERM | 386150 | 5703 | | | | 25 |
| C | 3 | SYRINGE 10cc LL | 309604 | 590 | | | | 50 |
| C | 4 | IV GATH 16X1.77 AUTO SAF 50B | 381708 | 75662 | | | | 25 |
| C | 5 | NEEDLE GUIDE 18G X 3.5 | 183133 | | | | | 10 |
| C | 6 | SYRINGE 3CC 22X1 | 102-SN3C221 | 303684 | | | | 50 |
| C | 7 | NEEDLE GLIDE 25 X 5/8 | 305901 | 53664 | | | | 50 |
| C | 8 | NEEDLE 16X1.5 | 305198 | 558 | | | | 50 |
| C | 9 | NEEDLE 18X1 | 305195 | 556 | | | | 50 |
| C | 10 | IV CATH 14X1.25 PROTECTIV+ | 3068 | 62134 | | | | 25 |
| C | 11 | SYRINGE 1CC LL (ML LUER LOK) | 309628 | 17534 | | | | 50 |
| C | 12 | IV CATH 18X1-1/4 | 4055 | 7719 | | | | 25 |
| C | 13 | IV CATH 20X1.25 PROTECTIV | 3056 | 5694 | | | | 25 |
| | | | | | | | | |
| D | | LIDOCAINE 2% 50ML | 427702 | 28859 | | | | |
| D | 1 | SODIUM CHL .9% 1000ML INJ BG | L8000 | 7617 | | | | 10 |
| D | 2 | BLOOD PRESSURE CUFFS | | | | | | 5 |
| D | 3 | ECG EQUIPMENT - ASSORTED | | | | | | |
| D | 4 | ELECTRODE SNAP FM WETGEL 50S | 2256-50 | 172888 | | | | 75 |
| D | 6 | GUIDE FLO 3G 4WAY SC M-LL * | MX4343LM | 67594 | | | | 10 |
| D | 5 | ADMIN SET 110" 10DRP 3Y INTR | 2C6537 | 1807 | | | | 5 |

**Exhibit 2**

| Shelf | Bin | Item Description | Mfg Part# | Item# | Cabinet Count | Overflow Storage | TOTAL COUNT | Required Inventory |
|---|---|---|---|---|---|---|---|---|
| D | 7 | EXTEN SET 42" 2INJST LLADP | ACT5612 | 141773 | | | | 25 |
| D | 8 | 7" EXTENSION SET W/ROTATING LOCK LUER | | | | | | 20 |
| | | | | | | | | |
| | | SHARPS COLL 5GL RED XL | 305491 | 15217 | | | | 1 |
| O | | LABCOAT DISP MED WHT | 969 | 265578 | | | | 15 |
| O | | LABCOAT SMS DISP WHT LG | A8043 | 226377 | | | | 25 |
| O | | LABCOAT DISPOSABLE XL | 12043 | 177511 | | | | 15 |
| O | | LABCOAT DISP 2XL WHT | 972 | 265581 | | | | 15 |
| O | | LABCOAT KNEE WHT KNT 5XL | 3660WHTK5XL | 107384 | | | | 5 |
| O | | GOWN PROCEDURE UNIV SZ | 3200PG | 124396 | | | | 30 |
| | | | | | | | | |
| | | INMATE CLOTHING PANTS - MED | | | | | | |
| | | INMATE CLOTHING PANTS - LARGE | | | | | | |
| | | INMATE CLOTHING PANTS - X-LARGE | | | | | | |
| | | INMATE CLOTHING PANTS - XX-LARGE | | | | | | |
| | | INMATE CLOTHING SHIRT - MED | | | | | | |
| | | INMATE CLOTHING SHIRT - LARGE | | | | | | |
| | | INMATE CLOTHING SHIRT - X-LARGE | | | | | | |
| | | INMATE CLOTHING SHIRT - XX-LARGE | | | | | | |
| | | | | | | | | |
| | | | | | | | | (02/20) |

**Exhibit 2**