**COURTROOM MINUTE SHEET**

DATE    3-12-2020

CIVIL NO.    CIV-14-665    –F

Richard Glossip, et al. -vs- Kevin J. Gross, et al.

COMMENCED    1:30      ENDED    1:55      TOTAL TIME    25 min.

PROCEEDINGS    In-chamber scheduling conference

JUDGE STEPHEN P. FRIOT      DEPUTY LORI GRAY      REPORTER

PLF COUNSEL James Stronski, Dale Baich, Michael Lieberman, Patti Ghezzi

DFT COUNSEL Mike Hunter, Mithun Mansinghani, Bryan Cleveland, Zach West, Andy Ferguson

As to Wade Lay, the court grants an oral motion, through Mr. Wade's new counsel Jim Stronski, for Mr. Lay to intervene as a plaintiff.   Wade Lay's Motion for Stay of Execution and Evidentiary Hearing (doc. no. 304) is **STRICKEN**.

The court holds a scheduling conference with counsel.

The court sets a hearing on May 5, 2020, at 1:30 p.m., on Plaintiffs' Motion to Reopen Action Which Was Administratively Closed (doc. no. 283) and Plaintiffs' Motion to Enforce the Terms of the Court's Order Granting Joint Stipulation (doc. no. 303).

14-0665x025.docx