UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

RICHARD GLOSSIP, *et al.*,

                  *Plaintiffs,*

v.                                                                                    No. 14-cv-665-F

KEVIN J. GROSS, *et al.*,

                  *Defendants.*

### RESPONSE TO PLAINTIFFS' MOTION TO REOPEN

Defendants do not oppose the pending Motion to Reopen (Doc. 283) insofar as the motion requests reopening this matter and resuming litigation as contemplated by the agreed Order of October 16, 2015. However, Defendants disagree with the motion's argument that Defendants have not fully complied with the conditions set forth in the October 16, 2015 Order necessary to impose deadlines for reopening this case, filing an amended complaint, and setting execution dates. Defendants have fully complied with the Order and will address Plaintiffs' arguments to the contrary when responding to Plaintiffs' Motion to Enforce the Terms of the Court's Order Granting Joint Stipulation (Doc. 303).

                                                                                 Respectfully submitted,

                                                                                 s/ *Mithun Mansinghani*

RANDALL J. YATES, OBA 30304               MITHUN MANSINGHANI, OBA 32453
ZACH WEST, OBA 30768                          *Solicitor General*
BRYAN G. CLEVELAND, OBA 33860      OFFICE OF ATTORNEY GENERAL
   *Assistant Solicitors General*                STATE OF OKLAHOMA
ANDY N. FERGUSON, OBA 33388        313 N.E. 21st Street
   *Staff Attorney*                                    Oklahoma City, OK 73105
                                                      Phone: (405) 522-4392
                                                      mithun.mansinghani@oag.ok.gov
                                                        *Counsel for Defendants*