IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA   73102

Date:   March 19, 2020

| | |
|---|---|
| RICHARD GLOSSIP, et al.,<br><br>　　　　　Plaintiff,<br><br>-vs-<br><br>KEVIN J. GROSS, et al.,<br><br>　　　　　Defendants. | Case No. CIV-14-665-F |

ENTER ORDER:

Plaintiffs' Motion to Reopen Action Which Was Administratively Closed, doc. no. 283, is **GRANTED**.  The matters raised in Plaintiffs' Motion to Enforce the Terms of the Court's Order Granting Joint Stipulation, doc. no. 303, will be addressed at the hearing on May 5, 2020.

By direction of Judge Stephen P. Friot, we have entered the above enter order.

　　　　　　　　　　　　　　　　　　　　　　Carmelita Reeder Shinn, Clerk


　　　　　　　　　　　　　　　　　　By:　　　　s/ Lori Gray　　　　
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

cc:   all parties

14-0665p069.docx