UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD GLOSSIP, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> KEVIN J. GROSS, *et al.*, <br><br> *Defendants.* | No:   14-cv-665-F |

**NOTICE OF COMPLIANCE WITH COURT ORDER
REGARDING TRAINING MATERIALS**

Defendants file this notice to (1) advise the court that no materials in their possession are responsive to any existing discovery request or required under Fed. R. Civ. P. 26(e)(1) and (2) notify the court that they have supplied the additional training materials to Plaintiffs notwithstanding that issue.

Having examined Plaintiffs' existing discovery requests, Defendants have determined that no additional training materials created since the most recent amendment to the execution protocol are responsive to any of Plaintiffs' requests for production. All of Plaintiffs' discovery requests for training materials were exclusively for materials used in preparation for past executions (*i.e.* Clayton Lockett and Charles Warner).

Nevertheless, in the hopes of moving this litigation forward and in complying with the spirit of this Court's directive, Defendants hereby notify the court that they have produced their new training materials to Plaintiffs today.

Respectfully submitted,

s/ *Mithun Mansinghani*

| | |
|---|---|
| BRYAN G. CLEVELAND, OBA 33860<br>RANDALL J. YATES, OBA 30304<br>ZACH WEST, OBA 30768<br>  *Assistant Solicitors General*<br>ANDY N. FERGUSON, OBA 33388<br>  *Staff Attorney* | MITHUN MANSINGHANI, OBA 32453<br>  *Solicitor General*<br>OFFICE OF ATTORNEY GENERAL<br>STATE OF OKLAHOMA<br>313 N.E. 21st Street<br>Oklahoma City, OK 73105<br>Phone:  (405) 522-4392<br>mithun.mansinghani@oag.ok.gov |

*Counsel for Defendants*