# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD GLOSSIP, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. CIV-14-665-F |
| ) | |
| KEVIN J. GROSS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' MOTION TO ALLOW WITHDRAWAL OF COUNSEL

Plaintiffs by and through Assistant Federal Public Defender Michael W. Lieberman, submit their Motion to Allow Withdrawal of Counsel. In support thereof, Plaintiffs state:

1. In addition to representation by law firm Crowell & Moring LLP, Plaintiffs are presently, and will continue to be represented by the Office of the Federal Public Defender through Michael W. Lieberman, Emma V. Rolls, Patti P. Ghezzi, as well as other counsel of record.

2. Former Assistant Federal Public Defender Randy A. Bauman retired on July 31, 2018.

WHEREFORE, for the above reasons, the undersigned counsel requests that former Assistant Federal Public Defender Randy A. Bauman be withdrawn from the case as counsel of record for Plaintiffs.

Respectfully submitted,

*s/ Michael W. Lieberman*
Michael W. Lieberman, OBA # 32694
Emma V. Rolls, OBA # 18820
Patti P. Ghezzi, OBA #6875
Office of the Federal Public Defender
215 Dean A. McGee Ave., Suite 707
Oklahoma City, OK  73102
Telephone:  (405) 609-5975
Michael_Lieberman@fd.org
Emma_Rolls@fd.org
Patti_Ghezzi@fd.org

Harry P. Cohen (pro hac vice pending)
Michael K. Robles (pro hac vice pending)
James Stronski (pro hac vice pending)
CROWELL & MORING LLP
590 Madison Avenue
New York, NY 10022
Telephone:  (212) 223-4000
hcohen@crowell.com
mrobles@crowell.com
jstronski@crowell.com

Jon M. Sands
Federal Public Defender
District of Arizona
Dale A. Baich (OH Bar No. 0025070)
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
Telephone: (602) 382-2816
Facsimile:  (602) 889-3960
dale_baich@fd.org

COUNSEL FOR PLAINTIFFS

        Alex Kursman
        Shawn Nolan
        Assistant Federal Defenders
        Capital Habeas Unit
        Federal Community Defender Office for the
        Eastern District of Pennsylvania
        601 Walnut Street
        Philadelphia, PA 19106
        Telephone: (215) 928-0520

        COUNSEL FOR PHILLIP HANCOCK

## Certificate of Service

I hereby certify that on June 5, 2020, I electronically filed the foregoing Plaintiff's Motion to Allow Withdrawal of Counsel with the Clerk's Office by using the CM/ECF system for filing and transmittal of Notice of Electronic Filing to the Counsel of Record who are registered participants of the Electronic Case Filing System.

        *s/ Michael W. Lieberman*
        Michael W. Lieberman