# **EXHIBIT 1**

## Glossip dates

| | |
|---|---|
| Plaintiffs' preliminary witness list | |
| Defendants' preliminary witness list | |
| Discovery cutoff except for expert witnesses | |
| Plaintiffs' preliminary exhibit list | |
| Defendants' preliminary exhibit list | |
| Plaintiffs' expert reports | |
| Defendants' expert reports | |
| Depositions of plaintiffs' experts not later than | |
| Depositions of defendants' experts not later than | |
| Plaintiffs' final witness and exhibit lists | |
| Defendants' final witness and exhibit lists | |
| Dispositive motions | |
| Trial briefs | |
| Proposed FoF and CoL | |
| Trial | |

14-0665x027 Glossip dates.docx