**COURTROOM MINUTE SHEET**

DATE  8-10-2020

CIVIL NO.  CIV-14-665 –F

Richard Glossip, et al. -vs- Kevin J. Gross, et al.

COMMENCED  10:00   ENDED  10:15   TOTAL TIME  15 min.

PROCEEDINGS  Telephonic scheduling conference

JUDGE STEPHEN P. FRIOT   DEPUTY LORI GRAY   REPORTER _____

PLF COUNSEL Harry Cohen, Michael Lieberman, Jennifer Moreno, Alex Kursman, Jim Stronski

DFT COUNSEL Mithun Mansinghani, Bryan Cleveland, Andy Ferguson

The court holds a telephonic scheduling conference with counsel.

The court sets this case for a non-jury trial beginning May 3, 2021.

Counsel are directed to work toward submitting an agreed schedule to the court.

The court requires a minimum 45-day interval from the time that dispositive motions are fully at issue until the date of trial.

Counsel directed are to notify the courtroom deputy, by the end of this week, of an agreed schedule or, if agreement cannot be reached, of their respective proposed schedules.

14-0665x031.docx