# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| RICHARD GLOSSP, *et al.*, | ) |
|---|---|
| Plaintiffs, | ) |
| -vs- | ) Case No. CIV-14-0665-F |
| RANDY CHANDLER, *et al.*, | ) |
| Defendants. | ) |

## SCHEDULING ORDER

The court enters the following scheduling order in this case:

| Event | Deadline |
|---|---|
| Plaintiffs' preliminary witness list | August 24, 2020 |
| Defendants' preliminary witness list | August 24, 2020 |
| Discovery cutoff except for expert witnesses | November 18, 2020 |
| Plaintiffs' preliminary exhibit list | November 24, 2020 |
| Defendants' preliminary exhibit list | November 24, 2020 |
| Plaintiffs' expert reports | January 8, 2021 |
| Defendants' expert reports | January 15, 2021 |
| Depositions of plaintiffs' experts not later than | February 5, 2021 |
| Depositions of defendants' experts not later than | February 12, 2021 |
| Plaintiffs' final witness and exhibit lists | March 12, 2021 |
| Defendants' final witness and exhibit lists | March 12, 2021 |
| Dispositive motions<br>    Initial Briefs:<br>    Opposition Briefs:<br>    Reply Briefs: | <br>February 19, 2021<br>March 12, 2021<br>March 19, 2021 |
| Trial briefs | April 9, 2021 |

| Event | Deadline |
|---|---|
| Proposed Findings of Fact and Conclusions of Law | April 23, 2021 |
| Trial | May 3, 2021, at 9:00 AM |

Entered this 14th day of August, 2020.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0665p075.docx