# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

RICHARD GLOSSIP, *et al.*,

*Plaintiffs,*

v.                                                                                  No:        14-cv-665-F

RANDY CHANDLER, *et al.*,

*Defendants.*

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

For good cause shown, the court grants Defendants' Motion for Extension of Time, Doc. 347. The response to the Motion for Injunctive Relief is now due to be filed within fourteen days of the court's ruling on the Motion to Strike or Dismiss, Doc. 334, with no response required if the court's ruling moots the Motion for Injunctive Relief.

Entered this 3rd day of September, 2020.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0665p078.PO (Chandler).docx