## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD GLOSSIP, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| -vs- | )   Case No. CIV-14-0665-F |
| | ) |
| RANDY CHANDLER, et al., | ) |
| | ) |
| Defendants. | ) |

## SUPPLEMENTAL SCHEDULING ORDER

This order supplements the scheduling order entered on August 14, 2020, doc. no. 341. Any motions challenging the admissibility of proposed expert testimony under Daubert or Rule 702 shall be filed not later than February 26, 2021.

On the overall subject of Daubert/Rule 702 motions, the court suggests to counsel on both sides that, in this non-jury case, careful consideration should be given to the necessity of such motions. The court's experience in this and other method-of-execution cases has been that testifying experts (regardless of by whom called) have typically been well qualified to address the subjects of their expert testimony and have supported their opinions cogently enough to clear the Daubert/ Rule 702 bar. Arguments as to the persuasive value of expert testimony are, of course, fair game at trial, and the arguments available in that setting certainly do include matters which might also have been cognizable by way of Daubert/Rule 702 evaluation.

IT IS SO ORDERED this 15th day of September, 2020.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0665p079.docx