PG. 1 OF 7

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

Richard Glossip, et. al.,
PLAINTIFFS,

vs.   No. 14-CV-665-F

Randy Chandler, et. al.,
DEFENDANTS,

Wade Lay as Movant

FILED
NOV 25 2020
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

PLAINTIFF WADE LAY'S MOTION FOR THIS COURT TO PROVIDE DECLARATORY RELIEF TO ENFORCE A PRIOR ORDER FOR WADE LAY TO RECEIVE PERTINENT AND CRITICAL DOCUMENTS AS pro-se COUNSEL FROM VARIOUS PARTIES AND THIS COURT

WADE GREELY LAY #516263
OKLAHOMA STATE PENITENTIARY
P.O. BOX 97
McALESTER, OKLA. 74502

DATE: 11/23/2020
pro-se

12881097

PG. 2 OF 7

BRIEF BACKGROUND:

This case has its origins in the 8th Article of Amendment. In 2014, Oklahoma State Penitentiary (O.S.P.) carried out what many have characterized as a botched execution of prisoner (Mr. Lockett). After prisoner (Mr. Warner) was executed multiple prisoners with various counsel, to include Richard Glossip filed this civil rights action claiming the Oklahoma Department of Corrections (O.D.O.C.) execution protocols violate the right of individuals to be free of cruel and unusual punishment as stated in the Eighth Amendment.

Wade Lay entered into an agreement with the law firm Crowell Moring to be represented in this case. However, Crowell Moring failed to fulfill its promised stipulation to visit Wade Lay to discuss alternative subject matter surrounding the 8th Article of Amendment; the Plaintiff Wade Lay

TERMINATED HIS ASSOCIATION WITH Crowell Moring AND FILED HIS AMENDED COMPLAINT pro-se.

THIS COURT ORDERED THE DEFENDANT'S COUNSEL AND THE PLAINTIFF'S COUNSEL TO PROVIDE TO WADE LAY ALL RELATIVE DOCUMENTS IN THIS CASE. WADE LAY AS CO-PLAINTIFF IS STILL ACTIVELY INVOLVED IN THIS CASE AS A DEATH ROW PRISONER.

LEGAL ARGUMENTS:

UNDER THE FEDERAL RULES OF CIVIL PROCEDURE, EVEN THOUGH THE COURT DISMISSED HIS AMENDED COMPLAINT, WADE LAY IS NOT EXCLUDED FROM ENTERING PLEADINGS IN THIS CASE. PURSUANT TO THE COURT'S ORDER THAT EVERY CONDEMNED PRISONER IS A PARTY TO THIS ACTION. (DOC NO. 261). THAT INTERACTION IS IMPOSSIBLE IF LAY IS DEPRIVED OF THE PERTINENT DOCUMENTS

128881097

DEFINING THE PROGRESS OF THIS CIVIL ACTION.

ON WEDNESDAY 11/18/2020, THE O.S.P. LEGAL MAIL REP. (CHRYSTAL) REFUSED TO DELIVER TO WADE LAY A LEGAL DOCUMENT IN THIS CASE. APPROXIMATELY TWO WEEKS PRIOR TO THIS DEPRIVATION O.S.P. MAILROOM RETURNED LEGAL DOCUMENTS SENT TO WADE LAY TO Crowell Moring, OPENING THE PACKAGE PRIOR TO DELIVERY IN WADE LAY'S PRESENCE. IN BOTH INSTANCES O.S.P. MAILROOM EMPLOYEES ATTEMPTED TO CONCEAL THIS ACTION, EVEN DECEITFULLY ATTEMPTING TO ACQUIRE A SIGNATORY APPROVAL ON 11/18/20, YET WITHHOLDING THE DOCUMENTS.

ONE EXAMPLE MAY BE GIVEN TO SHOW THE DETRIMENTAL NATURE OF THIS DEPRIVATION. IN DOC. NO. 335, (DELIVERED BY THE SAME O.S.P. LEGAL MAIL REP.) ON PG. 5 OF 12,

F.N.
*) ON OR ABOUT 07/27/2020.

PARAGRAPH NO. 27, THE DEFENDANTS CLAIM THE CIRCUMSTANCES SURROUNDING THE STAY OF EXECUTION BY GOVERNOR FALLIN OF RICHARD GLOSSIP ARE ERRONEOUS. THE INFORMATION SENT TO WADE LAY FROM CROWELL-MORING APPROXIMATELY (3) THREE WEEKS AGO, i.e., ON OR ABOUT 11/02/20 IS CRITICAL TO THE PROPER ASSESSMENT OF THIS ISSUE, BUT O.S.P. LEGAL MAIL REPRESENTATIVES REFUSED TO DELIVER THE PACKAGE UNDER THE PRETENSE THAT INMATE RICHARD GLOSSIP WAS OFFENDED.

O.S.P. HAS VIOLATED O.D.O.C. POLICY REGULATIONS CONTROLLING THE PROPER HANDLING OF LEGAL MAIL, AND THE LAWS OF THE UNITED STATES AND PREVAILING PRECEDENCE OF THE COURTS OF THE UNITED STATES. WADE LAY

12888104

Pg. 6 of 7

submits to this court, that this action by O.S.P. mail room is similar to, and derives from the same source as Wade Lay's denial of equal protection of state law surrounding his inability to purchase products other prisoners are allowed. Additionally, the multiple attacks, such as the false claim by a prisoner on 09/16/20, where the prisoner claimed Wade Lay spit on him, an impossible thing to do on this H-unit, are related. That is to say, the incentive to target Wade Lay comes from the same source. The prejudice comes from O.D.O.C. officials who maintain a vendetta, and that a plethora of evidence confirms this fact!

For these reasons it is necessary to ask this

1288810947

COURT TO REITERATE ITS PREVIOUS ORDER, BUT TO DIRECT THE ORDER FOR WADE LAY TO RECEIVE ALL PERTINENT DOCUMENTS RELATED TO THIS CASE TO THE O.D.O.C. AND O.S.P..

RESPECTFULLY SUBMITTED

WADE LAY  LT 20.S.P.

P.O. BOX 97

MCALESTER, OKLA. 74502