# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD GLOSSIP, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| -vs- ) | Case No. CIV-14-665-F |
| ) | |
| RANDY CHANDLER, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER FOR HEARING

Before the court is Plaintiffs' Motion to Compel Defendants to Produce Fact Witnesses for Deposition, filed on December 7, 2020 (doc. no. 377).

The motion is set for hearing on December 18, 2020, at 4:00 p.m.

Defendants shall file their response to the motion not later than noon on December 16, 2020.

Appearance by video teleconference will be permitted (but personal appearance is preferred). Any party desiring to appear by video conference must make appropriate arrangements with the Courtroom Deputy assigned to the undersigned judge (lori_gray@okwd.uscourts.gov) by not later than noon on December 16, 2020.

**If the issues presented by the motion are resolved by agreement, counsel shall immediately so notify the court.**

2

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification to the court security officer.

DATED this 8th day of December, 2020.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0665p088.docx