# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

RICHARD GLOSSIP, *et al.*,

*Plaintiffs,*

v.

Randy Chandler, et al.,

*Defendants.*

No:    14-cv-665-F

---

## DECLARATION OF DANIEL E. BUFFINGTON, PharmD, MBA, FAPhA
---

## EXPERT

1. I, Dr. DANIEL E. BUFFINGTON, acting under the penalty of perjury, do hereby declare and say:

2. I am a clinical pharmacologist and serve as the Medical Director of Clinical Pharmacology Services, a medical specialty practice that provides drug information support services, patient consultations (i.e., Medication Therapy Management), clinical research design and management, and forensic pharmacology services to prescribers, healthcare facilities, government, and law enforcement agencies. I am on the faculty of the University of South Florida's Colleges of Medicine and Pharmacy in Tampa, Florida. My training includes undergraduate studies in Biology at the University of South Florida, a Doctor of Pharmacy (PharmD) degree from Mercer University, post graduate General Pharmacy Practice Residency and Clinical Pharmacology Fellowship from Emory University, and a Master of Business Administration (MBA) from Mercer University. I have specialty training and professional experience in the domain of clinical pharmacology and toxicology, including the pharmacokinetic and pharmacodynamic properties of prescription, over-the-counter medications, and substances of abuse (i.e., alcohol and illicit substances).

3. The specialty of clinical pharmacology includes the study of the absorption, distribution, metabolism, and elimination corresponding with the expected pharmacologic effects of substances in humans. I am experienced in translation and application of laboratory and animal research models and resulting data and the roles that the resulting data serve in the proper design of human clinical trials. In addition, I am versed in the U.S. Food and Drug Administration's review and monitoring processes for both prescription and nonprescription products, including dietary supplements.

4. In addition to my academic responsibilities with the University of South Florida, I am also affiliated with numerous universities across the United States and provide "experiential training" for professional and graduate students who are pursuing training for specialty practice roles in the area of clinical pharmacology and toxicology. I have also served as a guest lecturer or visiting professor, assisting with the development of academic curricula and specialty practice models. I routinely provide consultation on human phase clinical trial design and management, including serving as principal investigator on Phase I-IV studies.

5. Additional consultative support is provided to clinical laboratories and medical examiners to assist in the determination of critical drug therapy monitoring procedures and forensic evaluation of autopsy results and determination of potential attribution or causation related to different pharmacologic agents. I have also provided consultative assistance with respect to the use of drugs in physician assisted aid to terminally ill patients in voluntarily ending their lives.

6. With the advances in health information technology, I have been actively involved with the design, development, and application of national drug information databases to assist in the training and support of health care providers on medication monitoring and adverse drug event surveillance systems. These systems are now serving as foundations in national electronic medication records (EMRs) and pharmacy systems, providing the ability to review patient specific medication profiles in real-time to either optimize treatment or identify patients who are at risk for drug-related problems.

7. I am active in numerous local, state, and national professional associations, including the American Medical Association (AMA), American Pharmacists Association (APhA),

the American College of Clinical Pharmacology (ACCP), American College of Clinical Pharmacy (ACCP), and Current Procedural Terminology (CPT) Editorial Board. I also serve as a Medication Safety & Management Expert to the US Department of Health & Human Services (DHHS) Center for Medicare and Medicaid Services (CMS).

8. The opinions that I do provide are within my field of clinical pharmacology and toxicology and such fields as are necessarily related to pharmacy, including physiology, pharmacology and general medicine, and fall within the scope of my expertise. I have previously testified on matters related to medications applicable to this case and their application in the lethal injection process. All opinions expressed herein are stated to a reasonable degree of medical and scientific certainty unless otherwise noted.

## PLAINTIFFS GENERAL ASSERTIONS

(Per the Third Amended Complaint, 07/06/20)

9. Plaintiffs' are asserting that the Oklahoma's lethal injection process violates (actual and threatened) the following:

(a) their right under the Eighth Amendment of the United States Constitution to be free from cruel and unusual punishment;

(b) their right of access to counsel under the First, Fifth, and Sixth Amendments of the United States Constitution;

(c) their right to due process under the Fourteenth Amendment of the United States Constitution;

(d) Section 3599(a)(2) of Title 18 of the U.S. Code;

(e) the ex post facto provision of the United States Constitution and Article V, Section 54 of the Oklahoma Constitution;

(f) their right to religious liberty under the First Amendment to the United States Constitution due to the alternative pleading requirement;

(g) actual and threatened violations of the right to be free from human experimentation under the Eighth and Fourteenth Amendments to the United States Constitution; and

(h) actual and threatened violations of the right to access to governmental information under the First and Fourteenth Amendments to the United States Constitution.

## CASE BACKGROUND

(Per the Third Amended Complaint, 07/06/20)

10. Each Plaintiff was sentenced to death by an Oklahoma court pursuant to 22 Okla. Stat. Ann. § 1014(A). At the time Plaintiffs' (other than Mica Martinez's) judgments were entered, the prevailing statute described that lethal injection must "be inflicted by continuous, intravenous administration of a lethal quantity of an ultrashort-acting barbiturate in combination with a chemical paralytic agent until death is pronounced by a licensed physician according to accepted standards of medical practice." 22 Okla. Stat. Ann. § 1014(A). Defendants include the individuals charged with carrying out Plaintiffs' death sentences.

11. Effective February 20, 2020, the Oklahoma Department of Corrections ("ODOC") converted to a revised OSP Policy No. OP-040301, Execution of Offenders Sentenced to Death (the "Execution Protocol"), to be utilized in the executions of prisoners, including Plaintiffs. The same day, Oklahoma Attorney General Mike Hunter announced that executions of Plaintiffs will be conducted utilizing a three-drug protocol (set forth in Chart D of Attachment D to the Execution Protocol) utilizing intravenous injections of midazolam, vecuronium bromide, and potassium chloride.

12. The State of Oklahoma will be carrying out the executions of the Plaintiffs utilizing the Execution Protocol ("Execution of Inmates Sentenced to Death)," including Chart D of Attachment D. Plaintiffs are claiming that the implementation and use of the Execution Protocol, including Chart D of Attachment D to the Execution Protocol, violates both the a) Plaintiffs' rights under the First, Fifth, Sixth, Eighth, and Fourteenth Amendments of the U.S. Constitution and b) the Oklahoma Constitution.

13. Plaintiffs are seeking (a) a "permanent injunction" preventing the Defendants from executing them pursuant to the Execution Protocol, (b) an order declaring that the implementation or use of the Execution Protocol violates Plaintiffs' rights under the First, Fifth, Sixth, Eighth, and Fourteenth Amendments of the U.S. Constitution, (c) an order declaring that the adoption and use of the Execution Protocol violates the Oklahoma Constitution; and (d) any such other equitable relief as this Court deems

just and proper.

14. The claims are described in greater detail in the Third Amended Complaint (Filed 07/06/20). Plaintiffs are essentially asserting that the "Oklahoma Execution Protocol" violates the United States Constitution, the Oklahoma Constitution, and other applicable laws.


## SCOPE OF EXPERT REVIEW

15. I have been retained by Defendants, Randy Chandler, et al., to review and evaluate the Plaintiff's complaints concerning the effectiveness and utility of midazolam, vecuronium bromide, and potassium chloride in the current Oklahoma Execution protocol. Specifically addressing the pharmacology and toxicology perspectives of each substance and providing specialty consultation to the Court as to the pharmacologic properties and clinical management of the substances as utilized within the protocol.

16. During my engagement, I may use exhibits based on selected pages from the documents and information reviewed, or I may prepare graphical or illustrative exhibits based on the materials and information considered, or on my analyses and opinions. I may supplement and amend the opinions in this report based on any additional information received or to address issues raised by other witnesses in these proceedings. My deposition or testimony may also supplement this report.


## MATERIALS RECEIVED FOR REVIEW

17. In the course of my engagement, I requested and received records pertaining to the Oklahoma Execution Protocol and documents related to this specific proceeding. I received the records without restrictions or demands from counsel as to interpretations or findings. I have reviewed the records and feel that I have sufficient documentation to perform my professional review and to provide subsequent opinions to a reasonable degree of professional certainty. The documents I received and considered in forming my opinions include:

- Plaintiff's Third Amended Complaint (07/06/20)

- Oklahoma Execution Protocol (02/20/20)

- Scheduling Order (08/14/20)

## MIDAZOLAM PHARMACOLOGY

18. Midazolam is a central nervous system depressant, specifically a short acting benzodiazepine, that is FDA approved and routinely utilized as a sedating and tranquilizing agent in diverse clinical practice settings.  As a class, benzodiazepines share similar chemical structures, but vary widely in their physicochemical properties, specifically their potency, distribution rates, clearance rates, onset of action, and duration of therapeutic effects. The drug concentrations may be compared based upon their relative solubility in the aqueous and organic phases (Leo 1971; Ritschel 1980). The most lipophilic benzodiazepines include diazepam and midazolam, possessing the highest volume of distributions ($V_d$). While this increase in lipophilicity and unbound $V_d$ benefits the rapidity and magnitude of pharmacologic effect, it has also been associated with a reduced duration of pharmacodynamic action (Arendt 1983).

19. Midazolam is commonly utilized as a premedication to produce sedation, reduce anxiety, induce and maintain anesthesia, induce anterograde amnesia, and for the treatment of specific seizure disorders. The US Food and Drug Administration's (FDA) Approved Package Insert (PI) illustrates the multiple clinical indications and usages (Table 1) for midazolam, which include:

| Table 1. FDA Approved Indications and Usage | |
|---|---|
| IM or IV | • Preoperative sedation/anxiolysis/amnesia |
| IV | • Sedation/anxiolysis/amnesia prior to or during diagnostic, therapeutic or endoscopic procedures (e.g., bronchoscopy, gastroscopy, cystoscopy, coronary angiography, cardiac catheterization, oncology procedures, radiologic procedures, suture of lacerations and other procedures either alone or in combination with other CNS depressants)<br><br>• Induction of general anesthesia, before administration of other anesthetic agents. With the use of narcotic premedication, induction of anesthesia can be attained within a relatively narrow dose range and in a short period of time.<br><br>• Midazolam can also be used as a component of intravenous supplementation of nitrous oxide and oxygen (balanced anesthesia) |

| | • Sedation of intubated and mechanically ventilated patients as a component of anesthesia or during treatment in a critical care setting. (Continuous IV) |
|---|---|

FDA Approved Package Insert, Hospira, midazolam, Carpuject®, Rev. 06/2020

20. The clinical uses and treatment applications vary significantly as to route of administration and dosage. Dosing ranges (Table 2) for midazolam when used for sedation and anesthesia, per the FDA Approved package insert include the following:

---

**Table 2. FDA Approved Indications Related to Sedation and Anesthesia**

**Preoperative Sedation / Anxiolysis with Amnesia:**

**Adult -**

IM:
0.07 to 0.08 mg/kg administered up to 1 hour before surgery. Onset is within 15 minutes, peaking at 30 to 60 minutes.

IV Initial:
Usually, 0.5-1 mg given over 2 minutes (not to exceed 2.5 mg/dose); wait 2-3 minutes to evaluate sedative effect after each dose adjustment; total dose >5 mg usually not necessary to reach desired sedation; use 30% less midazolam if patient premedicated with narcotics or other CNS depressants.

Debilitated or chronically ill patients: 1.5 mg IV initially over 2 minutes; may repeat with 1 mg/dose IV q2-3 min PRN; total doses greater than 3.5 mg are usually not necessary; peak effect may be delayed in elderly, so increments should be smaller and rate of Injection slower.

IV Maintenance:
25% of initial effective dose PRN by slow titration, reduce 30% if premedicated with opiate (50% in elderly/chronically Ill).

**Geriatric -**

IM:
2-3 mg (0.02 to 0.05 mg/kg) 30-60 minutes before surgery; some elderly patients may respond to as little as 1 mg; onset is 15 minutes (peaking at 30-60 min).

IV:
1.5 mg initially; may repeat with 1 mg/dose q2-3min PRN; not to exceed cumulative dose of 3.5 mg; peak effect may be delayed in elderly, so increments should be smaller and rate of injection slower.

IV maintenance:
25% of the dose used to first reach the sedative endpoint by slow titration PRN.

---

**Anesthesia:**

**Induction -**

<55 years without premedication:
0.3 to 0.35 mg/kg IV injection over 20-30 seconds wait 2-3 minutes to evaluate sedative effect after each dose adjustment; may use increments of 25% of initial dose PRN to complete induction; may use up to 0.6 mg/kg total dose in resistant cases, but such dosing may prolong recovery.

>55 years without premedication and with no systemic disease, in a patient who is not weak:
0.3 mg/kg over 20-30 seconds initially; wait 2-3 minutes to evaluate sedative effect after each dose adjustment.

>55 years without premedication but presence of systemic disease or weak patient:
0.2 to 0.25 mg/kg over 20-30 seconds is usually enough; in some cases, 0.15 mg/kg may be enough; wait 2-3 minutes to evaluate sedative effect after each dose adjustment.

>55 years with premedication:
0.15 to 0.35 mg/kg IV injection over 20-30 seconds; wait 2-3 minutes to evaluate sedative effect after each dose adjustment; a dose of 0.25 mg/kg is usually enough to achieve desired effect.

**Maintenance –**
May administer increments of 25% of induction dose PRN when there are signs that anesthetic effects are lightening.

**Continuous Infusion –**
0.02 to 0.10 mg/kg/hr for a typical adult, the lowest effective dose should be used. Assess level of sedation at regular intervals; find the minimum effective infusion rate to decrease potential for accumulation of midazolam and most rapid recovery.

**Geriatric Dosing –**
Typical adult induction and maintenance doses may need to be decreased in some elderly patients by 20-50%, because the elderly overall are more susceptible to CNS depressants than Is the general population.

FDA Approved Package Insert, HOSPIRA, midazolam, Carpuject®, Rev. 06/2020

21. The onset of action for midazolam, from time of administration to effect, is rapid and varies slightly based upon the route of administration (i.e., oral, intramuscular, or intravenous) (Table 3). A rapid rate of administration of midazolam also influences induction time of anesthesia. The literature illustrates that rapid rates of infusion of midazolam shorten or decrease the time to onset of sedation and anesthesia. (White

2003).

| Table 3 – Midazolam - Onset of Action Based on Route of Administration ||
| Category | Time |
| --- | --- |
| IV (with narcotic premedication) | 1.5 minutes (approximately) |
| IV (without narcotic premedication) | 2-5 minutes |
| IM | 15 minutes (approximately) |

FDA Approved Package Insert, Hospira, midazolam, Carpuject®, Rev. 06/2020

22. The route of administration of midazolam also impacts the duration of pharmacologic effects (Table 4).   Following intramuscular injection the duration of action is approximately 2 hours (range is 1–6 hours). The duration of amnesia (anterograde) following intramuscular is about 1 hour. However, following intravenous administration, the duration of action is usually <2 hours; but the effects may persist for up to 6 hours and the duration is dose related.  Amnesia (anterograde) following intravenous persists for about 40 minutes following a single IV dose and the duration is also dose dependent.

| Table 4 – Midazolam Duration of Action 20 ||
| Category | Time |
| --- | --- |
| IM | Approximately 2 hours (range 1-6 hours) |
| IV | Less than 2 hours (single dose, dose dependent) |

The American Society of Health-System Pharmacists. AHFS Drug Monographs. November 19, 2020, Accessed 01/13/2021.

23. Midazolam is a potent central nervous system depressant and sedative agent that requires individualization of dosage and is estimated to be 3 to 4 times more potent, mg per mg, than diazepam (Valium®). The pharmacologic effects of midazolam have been documented to be dose dependent. Clinical research trials have demonstrated that doses in the 0.5 – 3.5 mg range provide preoperative sedation and anxiolysis

with amnesia. (Hospira 2020) The dosage may be reduced when administered concomitantly with other central nervous system depressants due to synergistic pharmacologic effects. Doses as low as 10 mg have been reported to result in serious central nervous depression, multisystem organ failure, and cardiac arrest, resulting in death (Baselt, 11th Ed. 2017).

24. The FDA Approved Package Inserts for midazolam state the potential for rare and serious cardiorespiratory adverse events. These risks include airway obstruction, oxygen desaturation, apnea, respiratory depression, respiratory and/or cardiac arrest, sometimes resulting in death or permanent neurologic injury. This is in part due to the unique properties of the medication as well as its therapeutic applications as an anesthetic agent. Rare reports of hypotensive episodes have occurred in both adult and pediatric patients with preexisting hemodynamic instability. Reductions in blood pressure were more commonly identified in sedation studies in those patients who were pre-medicated with a narcotic. Other reactions such as agitation, involuntary movements (i.e., tonic/clonic movements and muscle tremor), hyperactivity, and combativeness were also observed. Adverse reactions may be the result of a physiologic response, dosage administered, method of administration, indications of cerebral hypoxia, or paradoxical reaction (Hospira 2010). Numerous prescription and over-the-counter medications are known to have the potential to induce paradoxical reactions (e.g., antidepressants, nasal decongestant, antihistamines, blood pressure). This means a potential to result, in limited incidences, in an opposite effect than what would be anticipated from midazolam's pharmacologic effects. Observations of physical activity or motor response during the administration of midazolam should not be presumed to indicate that an individual is conscious, aware of their surroundings, or has the capacity to discern pain or other types of sensations.

25. Paradoxical reactions to midazolam (i.e., agitation, involuntary movements, restlessness, and shaking) are extremely rare, reported at less or equal to 2% of pediatric patients and less or equal to 1.4% of adult patients receiving midazolam (Hospira 2020; Tae CH 2014). These symptoms are more associated with pediatric use following extended periods of sedation and not considered an infusion related phenomenon. The observation of these signs and symptoms may be reflective of cerebral hypoxia or hypercarbia related to airway obstruction (Inal 2007).

---

**Midazolam: FDA Approved Package Insert – Black Box Warning**

Intravenous midazolam has been associated with respiratory depression and respiratory arrest, especially when used for sedation in noncritical care settings. In some cases, where this was not recognized promptly and treated effectively, death or hypoxic encephalopathy has resulted. Intravenous midazolam should be used only in hospital or ambulatory care settings, including physicians' and dental offices, that provide for continuous monitoring of respiratory and cardiac function, e.g., pulse oximetry. Immediate availability of resuscitative drugs and age- and size appropriate equipment for bag/valve/mask ventilation and intubation, and personnel trained in their use and skilled in airway management should be assured (see WARNINGS). For deeply sedated pediatric patients, a dedicated individual, other than the practitioner performing the procedure, should monitor the patient throughout the procedure.

---

FDA Approved Package Insert, Hospira, midazolam (Carpuject®) Rev. 06/2020

26. Midazolam's half-life is 1.8 to 6.4 hours (mean approximately 3 hours), the volume of distribution ($V_d$) ranges from 1.0 – 3.0 L/kg (Baselt 2011), and total clearance (Cl) ranges from 0.25 to 0.54 L/hr/kg, and at doses over 0.45 mg/kg midazolam exhibits non-linear kinetics and the clearance rate is reduced by approximately 30% (Hospira 2020). In an average size adult, the therapeutic serum concentration is 0.04 – 0.1 mcg/mL, with sedative effects sufficient for surgical procedures achieved at an average of 0.1 mcg/mL. The toxic serum concentration range is 1.0 – 1.5 mcg/mL. An IV injection of 5 mg midazolam will produce an average serum concentration of 0.112 mcg/mL (range: 0.092 – 0.772 mcg/mL) in an adult. Additionally, a bolus dose of 0.3 mg/kg (21 mg in an average 70 kg adult) will yield an average serum concentration of 1.254 mcg/mL. Thus, an injection of 500 mg midazolam in an average adult will produce an average serum concentration of 31.35 mcg/mL, approximately 35 times the toxic concentration (Hospira 2020; Baselt 2011; Reganthal 1999).

27. The manifestations of midazolam overdosing are similar those observed with other benzodiazepines, including sedation, somnolence, confusion, impaired coordination, diminished reflexes, respiratory depression, coma, loss of vital signs and death.

28. There is limited human data concerning a rare phenomenon referred to as hyperalgesia following the administration of midazolam. Hyperalgesia is described as

the enhanced sensitivity to and responsiveness to painful stimulation in an area of injury. Regardless of the origin of the injury (i.e., trauma, chemical, surgical, etc.) it is theorized it is produced due to the enhanced sensitization of nociceptors to substances released during injury. The supporting literature and notations within the FDA-approved package insert for midazolam (IV) only reference that patients may experience rare and mild cases of pain during injection (i.e., localized injection site reactions) and these were not associated with any limitation of use or its discontinuation during medical procedures. (Hospira 2020, Purves 2001)

29. The administration of midazolam, at standard dosages, is sufficient to result in therapeutic loss of consciousness (i.e., progressive levels of sedation and anesthesia). Anesthesia is represented by various depth levels of sedation, from mild, moderate, deep and general anesthesia. Anesthesia is defined as the partial or total loss of awareness, consciousness, auditory response, and sensation, especially tactile awareness, resulting from disease, trauma, acupuncture, or a medication with anesthetic properties. An anesthetic agent is a medication or substance that can produce local or general insensibility to pain, with or without the loss of consciousness. Anesthetic agents may be administered topically, locally, regionally, or generally, depending on the product formulation, body target area, and method of administration. Fundamental to the concept of anesthesia is the loss of sensation and/or consciousness without loss of vital organ functions artificially produced by the administration of one or more agents capable of blocking the passage of pain impulses along nerve pathways to the brain (Taber's Cyclopedic Medical Dictionary, 2021; Merriam-Webster 2021).

30. Per the American Society of Anesthesiologists (ASA), Deep Sedation/Analgesia is a drug-induced depression of consciousness during which patients cannot be easily aroused but respond purposefully* following repeated or painful stimulation. The ability to independently maintain ventilatory function may be impaired. Patients may require assistance in maintaining a patent airway, and spontaneous ventilation may be inadequate. Cardiovascular function is usually maintained. (*NOTE: Reflex withdrawal from a painful stimulus is NOT considered a purposeful response). The ASA Continuum of Depth of Sedation: General Anesthesia is a drug-induced loss of consciousness during which patients are not arousable, even by painful stimulation. The ability to independently maintain ventilatory function is often impaired.  Patients

often require assistance in maintaining a patent airway, and positive pressure ventilation may be required because of depressed spontaneous ventilation or drug-induced depression of neuromuscular function. Cardiovascular function may also be impaired. (ASA 2019)

31. Bispectral Index (BIS) is a technology utilized to quantify depth of sedation or anesthesia. BIS values of less than or equal to 60 are considered indicative of general anesthesia. (Neurological Monitoring. Miller's Anesthesia, 8th edition. 2015; *Id.* Monitoring Brain State During General Anesthesia and Sedation). In Liu, total doses of midazolam ranged from 4.5 – 20 mg with dosing increments ranging from 0.5 – 1 mg bolus doses, every 6 – 10 minutes. (Liu 1996). The mean total dose in this study was 9.1 mg, until individuals became unresponsive to tactile stimulation (i.e., mild prodding or shaking). At this point of sedation, an individual's average BIS value was 69, with multiple participants values below 60. Bulach demonstrated individuals reaching BIS levels as low as 66 with standard doses midazolam as low as 10 mg IV and within 4 minutes of administration. The midazolam groups had an increasing dose-responsive effect in relation to their BIS scores (Bulach 2005). Thus, existing data shows that standard dosages of midazolam can already achieve mild, moderate, or deep anesthesia, and general anesthesia when dosed accordingly. There is no human data to support the assumption that administration of doses of midazolam 500 mg IV or greater would alter or abate the observed trends of increasing dose-dependent sedative effects of midazolam.

32. Theoretical assertions stating that an individual would sense pain during the lethal injection protocol process, attributable to presumed limitations of pharmacologic effects of midazolam in humans, are fundamentally defective. The arguments that an individual would have the capacity to sense pain or the ability to discern and quantify pain, by type or level of intensity, at any point during the sequential dosing of protocol-based medications, are purely speculative and clinically unsupported. Specifically, the assertion that an individual being administered the ODOC lethal injection procedures, including the use of midazolam 500 mg (IV), would have the ability to experience, discern, or articulate the nature of discomfort (i.e., pain or suffering), or the degree of intensity, is purely speculative and denies the concepts established within the medical literature and established clinical practice experience.

33. Based upon established and documented evidence of dose-dependent sedative effects, midazolam is also proven to produce a condition referred to as anterograde amnesia. Anterograde amnesia is the loss in the ability to be aware of and form new memories, which occur either during a period of pharmacologic activity or specific incidents. Numerous clinical trials have confirmed and validated midazolam's capacity to produce anterograde amnesia. Additional research has been conducted to assess its capacity to produce or impact retrograde amnesia as well (reduced awareness and memories of things before a specific event). Like sedation, midazolam's pharmacologic effect of producing anterograde amnesia is also dose dependent. The anterograde amnestic effect observed with midazolam is comparable to other pharmacologic substances utilized during anesthesia, including propofol, thiopental, and fentanyl (Veselis 1997).

34. Midazolam's sedative and amnestic effects significantly impact an individual's level of consciousness and the capacity to perceive pain, discern its level of intensity, and to form functional memory during the period of its pharmacologic activity.

35. While some authors have postulated that midazolam may have a theoretical ceiling effect, there are no medical or scientific studies or cases that document the dosage level or clinical conditions that would be necessary to render such a ceiling effect. In addition, given the significantly high dosage of midazolam being administered (well in excess of both therapeutic and toxic ranges), the sequential administration of the of the three pharmaceutical components within ODOC's lethal injection procedures, and the dose-related amnestic effects associated with midazolam, the concept that the patient would have capacity to discern any clinical effects related to a theoretical ceiling effect (i.e., changes in consciousness or variable levels of discomfort) is unsupportable. There is currently no scientific data in humans to support the assumption that a "ceiling effect" for sedation occurs at or before 500 mg IV midazolam, or at or before the point at which a person would be unconscious to any pain associated with the drugs administered in Oklahoma's lethal injection procedures.

36. I am aware of reports submitted in other litigation where experts for inmates have attempted to calculate and opine that there is a maximum pharmacologic effect associated with midazolam. These reports have attempted to use "in vitro" research

models to forecast human pharmacology. An "In vitro" study occurs in a controlled environment, such as a test tube or petri dish, where "In vivo" is Latin for "within the living." In these studies, they took cells from an animal and conducted testing in isolated test tubes or containers and assumed that the results reflect normal physiologic conditions. (Merriam-Webster, 2021, retrieved 01/14/21) These reports cite three in-vitro studies using animal cells outside of the living organism. that purport to demonstrate a plateauing of pharmacologic effects of midazolam (Rovira 2005, Bai 2001, and Rusch 2005). It is imperative to note that none of the authors ever documented a decline or abatement of any of the pharmacologic effects of benzodiazepines (e.g., midazolam), in animal or human trials, to support their assumptions. In fact, a critical review of these trials reveals that the data is not consistent with regard to benzodiazepine agonist concentration response patterns. Specifically, Rusch and Bai each conclude that a midazolam ceiling effect occurs at 100 nM, yet their data is disparate. Rusch purports a "ceiling effect" occurring at $10^{-7}$ M (100 nM). However, Rusch's data demonstrates (Figure 2) a continued increase in midazolam effect at both $10^{-6}$ (1,000 nM) and $10^{-5}$ (10,000 nM). There is a potential for continued slowed escalations or multiphasic changes in response at concentrations greater than $10^{-5}$ (10,000 nM). These studies struggle to demonstrate relevance and capacity for translation to human response for the following reasons: in-vitro (non-living), animal tissue (rats and frogs), assessed GABAa receptor variants, and conflicting data. These studies limited their data collection and analysis at $10^{-5}$ (10,000 nM). It would be clinically inappropriate to opine that there is a benzodiazepine class-wide or agent specific "ceiling effect" without performing additional studies at higher concentrations to validate and confirm the assumptions. Medical literature and the United States Food and Drug Administration (FDA) have affirmed that animal studies, alone or in combination with in vitro data, are not sufficient for opining pharmacological effects in humans, nor can they be used to state with any degree of medical or scientific certainty the safety and efficacy (i.e., dosage, adverse side effects, toxicities, and abuse potential) in humans. (Liu 1996; Shanks 2009; Hackman 2006; Perel 2007; FDA Guidance, 2005; Sabolic 2011; and Jolivette 2005).

37. Based upon the fact that, a) a purported midazolam "ceiling effect" is purely a speculative concept and has never been demonstrated in humans, b) midazolam's

pharmacologic effects are documented to be dose-related (i.e., the greater the dosage, the greater the effects), and c) midazolam is highly lipophilic, it is more likely than not that doses of 500 mg or greater would render an inmate unresponsive to painful stimuli and BIS values progressively lower than 60. Specifically, BIS values lower than 60 are indicative of general anesthesia, which render an individual reliably unconscious and insensate to noxious stimuli and have been documented with larger therapeutic doses of midazolam. Based on the above, I conclude, with a reasonable degree of scientific and medical certainty that a 500 mg IV dose of midazolam would likely result in a BIS level lower than 60 and render a person unconscious, with anterograde amnesia, and insensible to noxious stimuli. There is no medical consensus or substantive clinical literature to support the assumption that an inmate receiving a 500 - 1,000 mg IV dose of midazolam would be conscious or sensate to pain resulting from administration of vecuronium bromide and potassium chloride as set forth in ODOC's lethal injection procedure. The length of the lethal injection process is short in duration and is confidently within the duration and capacity of midazolam's pharmacologic properties and effects to achieve its intended role as the initial agent within the three-drug sequence.

38. I am aware of reports submitted in other litigation where experts for inmates have proposed a hypothetical claim that midazolam-induces a condition referred to as flash pulmonary edema and that the resulting edema will preclude or reverse the profound dose dependent levels of anesthesia and amnesia produced by the midazolam resulting in the individual being aware and sensate to pain during the lethal injection process. (Kakouros 2003, Shiotani 2011)

Their claims disregard the established understanding regarding the pharmacokinetic and pharmacodynamic effects of midazolam, specifically sedation, anesthesia, and amnesia. Their premise has previously been based solely upon the observational findings of pulmonary edema in post-mortem lung tissue samples from individuals who received similar lethal injection protocol medications. There is no method to discern the order of occurrence (edema vs sedation), magnitude of pulmonary edema at any time prior to death, or the claim of the ability to ever discern a related sensation, based solely on postmortem pathology findings.

39. Plaintiffs claim administration of 500 mg midazolam will result in damage immediately upon entering circulation due to the acidic pH of midazolam hydrochloride (pH of 3.5) as compared to the blood (pH of 7.4). Midazolam is a crystalline compound that is insoluble in water, and as such it must be formulated as a hydrochloride (HCl) salt to be soluble in intravenous solutions. As a solution, midazolam hydrochloride is adjusted to an acidic pH of approximately 3.5 and is present as an equilibrium mixture of the closed-ring form (pharmacologically active) and an open-ring structure (pharmacologically inactive) which is formed by the acid catalyzed ring opening of the bond of the diazepine ring. At a pH of 3.5 the midazolam hydrochloride solution may contain up to 25% of the open-ring compound. When the solution is administered and enters physiologic conditions (pH 4-8) the open-ring form of midazolam is converted to the closed-ring form. (Hospira 2020, Chattopadhyay 2013)

40. Thus, 75% of midazolam hydrochloride is already in a pharmacologically active form immediately upon IV administration. And upon entering physiologic conditions (pH 7.4) the remaining open-ring form of midazolam will quickly convert to the closed-ring form. The "buffering" process which occurs in the bloodstream is a continuous process required to maintain a consistent physiologic pH throughout the bloodstream and related tissue compartments (i.e., brain, fat, muscle, central circulation). The blood contains a buffer of carbonic acid and bicarbonate anion present in equilibrium, and when drugs and other chemical substances of differing pH enter the bloodstream the equilibrium of these substances will shift to return the blood pH to normal. There is no scientific evidence to support his theory that the innate buffer system of the blood does not rapidly adjust the pH to physiologic conditions upon the injection of midazolam hydrochloride (at any dose). In short, even if midazolam is immediately starting the process of pulmonary edema in an inmate injected with 500 mg, that midazolam is also immediately starting the process of sedation, anesthesia, and unawareness of pain.

41. Therefore, it appears disingenuous to opine that individual was ever aware or had the capacity to discern symptoms associated with pulmonary edema. The pathological postmortem findings of pulmonary edema often present and continue to worsen in the time following death and subsequent autopsy, further confounding postmortem analysis and interpretations.

42. It is illogical to surmise that an individual is capable or has ever experienced discernable symptoms of pulmonary edema during the concurrent and rapid onset of midazolam-induced anesthesia and amnesia. The entire lethal injection process is short in duration and is confidently within the duration of midazolam's pharmacologic effects.

43. There is no scientific support, either by clinical data or past experience with administration of midazolam in lethal injection executions, to support the statement that an inmate would experience pain from flash pulmonary edema after being injected with 500 mg of midazolam.

44. While I have relied extensively on the FDA approved package inserts for more midazolam, it is important to note that the package insert reflects some of the scientifically justified uses of midazolam, but there may be other uses that are justified by scientific research and clinical practice. The United States Food and Drug Administration performs scientific and clinical reviews of medications to support their subsequent product approvals.  The FDA product approval process includes the designation of specific therapeutic indications based upon product development data submitted for review. This should not be interpreted to infer that a medication or substance can only be utilized or administered for the specific indication(s) as set forth in the listed FDA approved treatment indications.

45. The FDA, via convening a panel of healthcare practitioners from selected specialties, evaluates the data submitted by companies of organizations to support proposed medical indications and usages. Once a pharmaceutical agent has been FDA approved, the medication may be marketed by the company or organization to healthcare practitioners for the approved medical indications. It is imperative to note that a medication's use and utility is by no means limited to the list of FDA-approved treatment indications. The list of approved indications serves more as a regulatory limitation for which a company or organization can promote or market the medication. In fact, the FDA respects and supports the practice of "off-label" use and prescribing, meaning the use or application beyond the FDA-approved list of indications.  The FDA states that when "off label" use occurs, that it should be based upon clinical rationale concerning the pharmacologic properties of the medication.

> **Off Label Use:**
>
> "If physicians use a product for an indication not in the approved labeling, they have the responsibility to be well informed about the product, to base its use on firm scientific rationale and on sound medical evidence, and to maintain records of the product's use and effects."

United States Food & Drug Administration (FDA) 2021: Labeling Guidance
https://www.fda.gov/regulatory-information/search-fda-guidance-documents/label-and-investigational-use-marketed-drugs-biologics-and-medical-devices

## CONCLUSION

46. Based upon my education, training and expertise, it is my professional opinion that midazolam as utilized in the ODOC Execution Protocol will render a prisoner unconscious or insensate to pain when administered appropriately. There is no substantial evidence to support the Plaintiffs speculations that,

    a) there is a "ceiling effect" of midazolam, at any specific dose, or a clinically relevant complication in patients receiving 500 mg IV dose,

    b) that the pH level of the midazolam injection would produce severe pain,

    c) that midazolam would cause an inmate to consciously experience pain from "flash" pulmonary edema after receiving a 500 mg IV dose, or

    d) that the dose dependent pharmacologic properties, specifically the depth of sedation/anesthesia/amnesia, would reverse or abated and an individual become conscious, aware, and sensate to the effects of any of the drugs in Oklahoma's execution protocols.

47. The above Report is based upon facts, documents and circumstances that have been made available to me through and including December 14, 2020. My fee schedule for this matter is $400 per hour for forensic review and testimony. I reserve the right to expand, modify, or otherwise amend my opinions as appropriate. If I become aware of additional facts, documents and circumstances, I may revise, extend and/or supplement this report as may be appropriate under the circumstances and/or include further or amended opinions on issues that may lie within my field of expertise. I hold all my opinions with a reasonable degree of medical and

pharmacologic probability. In accordance with 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 15, 2021,

**/s/ DANIEL E. BUFFINGTON, PharmD, MBA**

DANIEL E. BUFFINGTON, PharmD, MBA

**REFERENCES:**

AHFS 2020 – AHFS Drug Monographs: Midazolam.
Am Soc of Health-System Pharm: 2020, Database accessed 01/13/2021

Akorn 2017 - MIDAZOLAM- midazolam hydrochloride injection.
FDA Approved Package Insert, rev. 11/2017

Arendt 1983 - In Vitro correlates of Benzodiazepine Cerebrospinal Fluid Uptake, Pharmacodynamic Action and Peripheral Distribution.
The Journal of Pharmacology and Experimental Therapeutics 1983; 0022-3565/83/2271-0098: 98-106

Bai 2001 - Distinct Functional and Pharmacological Properties of Tonic and Quantal Inhibitory Postsynaptic Currents Mediated by g -Aminobutyric Acid A Receptors in Hippocampal Neurons.
Molecular Pharmacology 2001; 59:814–824

Baselt 2011 – Midazolam.
Disposition of Toxic Drugs and Chemicals in Man 2011; 1119-1121

Bulach 2005 - Double-blind randomized controlled trial to determine extent of amnesia with midazolam given immediately before general anesthesia.
British Journal of Anaesthesia; 2005; 94 (3): 300-305

Chattopadhyay 2013 - Midazolam in Subarachnoid Block: Current Evidence.
ISRN Anesthesiology Volume 2013, Article ID 202835, 7 pages,
http://dx.doi.org/10.1155/2013/202835

Coll-Vincent 2003 - Sedation for Cardioversion in the Emergency Department: Analysis of Effectiveness in Four Protocols.
Annals of Emergency Medicine 2003; 42:6: 0196-0644: 767-772

ASA 2019 - Continuum of Depth of Sedation Definition: Definition of General anesthesia and Levels of Sedation/Analgesia.
Am Soc of Anesth (ASA), Position on Monitored Anesthesia Care, Last Amended on October 17, 2018

FDA Guidance 2005 - Guidance for Industry: Estimating the Maximum Safe Starting Dose in Initial Clinical Trials for Therapeutics in Adult Healthy Volunteers
US Department of Health and Human Services.

Food and Drug Administration, Center for Drug Evaluation and Research (CDER) 2005; J:\!GUIDANC\5541fnlcln1.doc

FDA Off-Label Use 1998 - INFORMATION SHEET "Off-Label" and Investigational Use Of Marketed Drugs, Biologics, and Medical Devices, Guidance for Institutional Review Boards and Clinical Investigators.
US Food & Drug Administration 1998

Hackman 2006 - Translation of Research Evidence From Animals to Humans.
JAMA 2006; Vol 296 No. 14: 1731-1732

Hospira 2020 - MIDAZOLAM HYDROCHLORIDE- midazolam hydrochloride injection, solution Hospira, Inc.
FDA Approved Package Insert, rev 06/2020

Inal 2007 - Paradoxic Reaction To Midazolam During Intravenous Sedation.
The Internet Journal of Anesthesiology 2007: Volume 16 Number 1: 1-3

Jolivette 2005 - Extrapolation of Human Pharmacokinetic Parameters from Rat, Dog, and Monkey Data: Molecular Properties Associated with Extrapolative Success or Failure.
Journal of Pharmaceutical Sciences; 2005; Vol 94: 1467-1483

Kakouros 2003 - Non-Cardiogenic Pulmonary Edema.
Hellenic Journal of Cardiology 2003; 44: 385-391

Leo 1971 - Measurement of Dissolution and Partitioning Rate of Drugs.
Chemical Review 1971; Vol 71 No. 6: 549-550

Lui 1996 – Electroencephalogram Bispectral Analysis Predicts the Depth of Midazolam-induced Sedation.
Anesthesiology 1996; 84:64-69

Merriam Webster - Anesthesia Definition 2021
https://www.merriam-webster.com/dictionary/anesthesia, accessed 01/14/2021

Michalodimitrakis 1999 - Death Related to Midazolam Overdose During Endoscopic Retrograde Cholangiopancreatography.
Am J Forensic Med Pathol. 1999 Mar;20(1):93-7

Miller's Anesthesia, 8th Edition – Chapter 49 Neurological Monitoring, Chapter 50

Monitoring Brain Activity.
Miller's anesthesia / [edited by] Ronald D. Miller; associate editors, Neal H. Cohen,
Lars I. Eriksson, Lee A. Fleisher, Jeanine P. Wiener-Kronish, William L. Young. --
Eighth edition. ISBN 978-0-7020-5283-5


Perel 2007 – Comparison of treatment effects between animal experiments and
clinical trials: systemic review.
BMJ, Dec 15, 2006. Doi 10.1136/bmj.39048.BE

Purves 2001 – Hyperalgesia and Sensitization.
Purves D, Augustine GJ, Fitzpatrick D, et al., editors. Neuroscience. 2nd edition.
Sunderland (MA): Sinauer Associates; 2001

Regenthal R 1999 – Drug Levels: Therapeutic and Toxic Serum/Plasma
Concentrations of Common Drugs.
J Clin Monit 1999,15:529-544

Ritschell 1980 – Prediction of the volume of distribution from in vitro data and use for
estimating the absolute extent of absorption.
Int J Clin Pharmacol Ther Toxicology, 1980 Jul;18(7):298-316

Rovira 1999 – Developmental study of miniature IPSCs of CA3 hippocampal cells:
modulation by midazolam.
Developmental Brain Research 114 (1999) 79-88

Rusch 2005 - Classic Benzodiazepines Modulate the Open-Close Equilibrium in
A1B2G2L Gamma-Aminobutyric Acid Type A Receptors.
Anesthesiology 2005;102:783-92

Sabolic 2011 – Are Mice, Rats, and Rabbits Good Models for Physiological,
Pharmacological and Toxicological Studies in Humans?
Peridicum Biologorum, Vol 113, No 1, 7-167, 2011

Schwagmeier 1998 – Midazolam Pharmacokinetics Following Intravenous and Buccal
Administration.
Br J Clin Pharmacol, 1998;46:203-206

Shanks 2009 – Review: Are Animal Models Predictive for Humans?
Philospy, Ethics, and Humanities in Medicine, 2009, 4:2

Shiotani 2011 – Postmortem Pulmonary Edema: A Comparison Between Immediate
and Delayed Postmortem Computed Tomography.
Legal Medicine 13 (2011) 151-155

Taber's 2021 – Anesthesia Medical Dictionary.
Taber's Medical Dictionary (online), accesses 01/15/2021
https://www.tabers.com/tabersonline/view/Tabers-
Dictionary/764983/all/anesthesia?q=general%20anesthesia

Tae CH 2014 – Paradoxical Reaction to Midazolam in Patients Undergoing
Endoscopy Under Sedation: Incidence, Risk Factors and the Effect of Flumazenil.
Digestive and Liver Disease 46 (2014) 710-715

Veldhorst-Janssen 2011- Pharmacokinetics and Tolerability of Nasal Versus
Intravenous Midazolam in Health Dutch Volunteers: A Single Dose, Randomized-
Sequence, Open-Label, 2-Period Crossover Pilot Study.
Clinical Therapeutics/Volume 33, Number 12, 2011

Veselis RA 1997 – The Comparative Amnestic Effects of Midazolam, Propofol,
Thiopental, and Fentanyl at Equisedative Concentrations.
Anesthesiology 1997;87:749-64

White 2003 - Comparative Evaluation of Intravenous Agents for Rapid Sequence
Induction – Thiopental, Ketamine, and Midazolam.
Ann Emerg Med. 2003 Dec;42(6):767-72

# CURRICULUM VITAE

# DANIEL E. BUFFINGTON, PharmD, MBA

Clinical Pharmacology Services, Inc.
6285 E. Fowler Ave
Tampa, FL 33617

813-983-1500 Work
813-983-1501 Fax
813-679-0792 Cell

---

**PERSONAL:**

|  |  |
|---|---|
| Place of Birth | Clearwater, FL |
| Citizenship | United States |

**EDUCATION:**

| | | |
|---|---|---|
| Postgraduate | **Emory University Hospital** | |
| | Pharmacy Practice Residency | 07/1987 – 06/1988 |
| | Clinical Pharmacology Fellowship | 07/1988 – 06/1989 |
| | Atlanta, GA | |
| Graduate | **Mercer University, School of Pharmacy** | |
| | Doctor of Pharmacy | 08/1983 - 06/1987 |
| | Atlanta, GA | |
| | **Mercer University, College of Business & Economics** | |
| | Master of Business Administration | 06/1987 – 05/1995 |
| | Atlanta, GA | |
| Undergraduate | **University of South Florida** | |
| | Biology | 08/1980 – 08/1983 |
| | Tampa, FL | |

**SPECIALTY TRAINING:**

**National Association of Drug Diversion Investigators (NADDI)**
**Southern Regional Training**
St. Pete Beach, FL
May 7-8, 2015

**Transportation & Management of Hazardous Materials**
Morton Plant Mease, Certificate Program
Tampa, FL
September 8, 2001

**Nephrology Preceptorship**
University of Pittsburgh, School of Pharmacy
Pittsburgh, PA
October 25, 1995

**EMPLOYMENT:**

| | |
|---|---|
| 03/2014 – Present | **United States Center for Medicare and Medicaid Services (CMS)**<br>Washington, DC & Baltimore, MD |
| | **Center for Medicare and Medicaid Innovation (CMMI)**<br>ORISE Fellow – Medication Safety Expert<br>03/2014 – 10/2016 |
| | **Center for Clinical Standards and Quality (CCSQ)**<br>Technical Expert - Medication Management and Safety<br>11/2016 - Present |
| 01/2007 – Present | **American Institute of Pharmaceutical Sciences, Inc.**<br>President & CEO<br>Tampa, FL |
| 05/1991 – Present | **University of South Florida** |
| | **College of Medicine**<br>Department of Internal Medicine<br>Division of Clinical Pharmacology<br>Clinical Associate Professor of Medicine<br>Tampa, FL<br>05/1991 - Present |
| | **College of Pharmacy**<br>Department of Pharmacotherapeutics and Clinical Research<br>Clinical Associate Professor of Pharmacy<br>Tampa, FL<br>2011 - Present |
| | **College of Nursing**<br>Clinical Pharmacology for Advanced Registered Nurse Practitioners<br>1998 - 2002 |
| 01/1990 - Present | **Clinical Pharmacology Services, Inc.**<br>President & CEO<br>Tampa, FL |

**PRIOR EMPLOYMENT:**

| | |
|---|---|
| 10/2013 –07/2015 | **North Shore Long Island Jewish Health System**<br>CareConnect® and LiveWell®<br>Director of Pharmacy<br>Long Island, NY |

| | |
|---|---|
| 06/1989 - 06/1991 | **H. Lee Moffitt Cancer Center**<br>Gynecology/Oncology, Infectious Diseases, Clinical Research<br>Clinical Pharmacist<br>Tampa, FL |
| 03/1989 - 09/1990 | **Professional Designs, Inc.**<br>Presentation Graphics & Design Consulting<br>President<br>Atlanta, GA |
| 01/1985 - 06/1989 | **Beta Technology**<br>Medical Computer Systems and Presentation Consulting<br>President<br>Atlanta, GA |

## LICENSES:

| | |
|---|---|
| Florida (Pharmacy) | PS 0024260 |
| Georgia (Pharmacy) | 150301 |

## FACULTY AFFILIATIONS:

| | |
|---|---|
| **Marshall University** | School of Pharmacy<br>Adjunct Faculty<br>Huntington, WV<br>2018 – Present |
| **Belmont University** | College of Pharmacy<br>Clinical Preceptor<br>Nashville, TN<br>2018 – Present |
| **University of Connecticut** | College of Pharmacy<br>Clinical Preceptor<br>Storrs, CT<br>2012 – Present<br><br>Guest Professorship<br>02/2012 – 04/2012 |
| **Lake Erie College of Osteopathic Medicine** | College of Pharmacy<br>Clinical Preceptor<br>Bradenton, FL<br>2010 – Present |
| **Creighton University** | College of Pharmacy<br>Clinical Preceptor<br>Omaha, NE<br>2007 – Present |
| **Shenandoah University** | College of Pharmacy<br>Clinical Preceptor<br>Winchester, VA<br>2004 – Present |

| | |
|---|---|
| **Idaho State University** | College of Pharmacy<br>Affiliate Faculty Member<br>Potatello, ID<br>2004 – Present |
| **Palm Beach Atlantic University** | Lloyd L Gregory School of Pharmacy<br>Clinical Instructor of Pharmacy Practice<br>West Palm Beach, FL<br>2003 – Present |
| **Mercer University** | Southern School of Pharmacy<br>Adjunct Faculty, Department of Pharmacy<br>2000 – Present |
| **Florida A&M University** | College of Pharmacy<br>Clinical Preceptor<br>Tampa, FL<br>1999 – Present |
| **Nova Southeastern University** | College of Pharmacy<br>Department of Pharmacy Practice<br>Clinical Assistant Professor of Pharmacy<br>North Miami Beach, Florida<br>1996 – Present |
| **University of South Florida** | College of Medicine<br>College of Pharmacy<br>College of Nursing (ARNPs)<br>1991 – Present |
| **University of Florida** | College of Pharmacy<br>Department of Pharmacy Practice<br>Assistant Clinical Professor & Clinical Preceptor<br>1990 – Present |

**PROFESSIONAL & COMMUNITY ORGANIZATIONS:**

**NATIONAL**

Healthcare Information and Management Systems Society (HIMSS) 2018 – Present
- Member North American Chapter

National Academies of Practice 2016 – Present
- Practitioner Fellow

American Pharmaceutical Association (APHA), 1985 – Present
- Government Affairs Committee 2013 – Present
- Board of Trustees Executive Committee,
  - First Term 2011 – 2014
  - Second Term 2016-2019
- Finance Committee, 2016 - 2019
- APHA Delegate, 2011 – Present
- Strategic Directions Committee, 2011 - Present
- STAT Task Force - Reimbursement for Pharmacy Services, 1995, 1996
- Academy of Pharmaceutical Care Specialists, 1996 – Present
- Student APA, Vice-President, 1983 -1985

Board of Pharmacy Specialties, 2009 - 2012
- Oncology Specialty – Exam Question Development
- Pharmacotherapy Specialty – Exam Question Development
- Ambulatory Care Specialty Counsel, 2009 – 2012

American Medical Association (AMA), 2004 - Present
- CPT/RUC Emerging Issues Workgroup 2015 - 2019
- Therapeutic Drug Monitoring Workgroup, 2013 – 2016
- Drug Infusion Workgroup, 2005 – 2009
- Current Procedural Terminology, Editorial Panel, CPT Advisor, 2004 - Present
- Healthcare Professional Advisory Committee, Pharmacy, 2004 - Present

American College of Clinical Pharmacology (ACCP), 1991 - Present
- Program Planning Committee, 1992 - 1994

American College of Clinical Pharmacy (ACCP), 1988 - Present
- Clinical Affairs Committee, 1991 -1992
- Reimbursement Task Force, 1993 -1994
- Public & Professional Relations Committee, 1994 -1995

American Society of Consultant Pharmacists, 1988 – Present

American Society of Health-System Pharmacists (ASHP), 1985 – Present
- Specialty Practice Group (SPG):
- Vice-Chair, 1996 – 1997
- Public Policy and Government Relations Committee, 1995 – 1996
- Section for Clinical Specialist, 1995 - Present
- Vice-Chair, 1993 -1994
- Task Force on Unlabeled Uses of Medications, 1993 - 1994
- House of Delegates, 1993 – present
- Clinical Pharmacokinetics, 1990 -1995

International Society for Pharmacoeconomics and Outcomes Research, 2000 - 2003

American Society of Microbiology (ASM), 1992 – 1997

**STATE**

American Cancer Society, Hillsborough County, 1991 -1993
- Board of Directors, 1991 - 1993

American College of Clinical Pharmacology, Tampa Chapter, 1989 – Present
- Tampa Chapter, Program Committee, 1991 - 1993

Association for Clinical Research Professionals – SunCoast Chapter, 1999 - 2000
- SunCoast Chapter, President-elect, 1999
- SunCoast Chapter, President, 2000

Florida Society of Health-System Pharmacists, 1989 – Present
- Experiential Education Innovation Forum - 2012
- House of Delegates, 2011 - Present
- Legal and Regulatory Affairs Council Chairman, 1992, 1993 member, 2002-2005
- President, 2000 - 2001
- President Elect, 1999
- Educational Affairs Council, Council Chairman, 1998
- House of Representative, 1993 - present
- Reimbursement Task Force, 1993 - 1995
- Board of Directors 1993 -1995
- Communications Council/Board Liaison, 1993 – 1994

- Board of Directors, 1992 - Present
- Clinical Council/Chair, 1992 -1993
- Editor, FSHP/Digest, 1990 -1993
- Clinical Council/member, 1990 -1992

Southwest Florida Society of Hospital Pharmacists, 1989 – 2003
- President, 1992 - 1993
- President-Elect, 1991 - 1992
- Nominations Committee 1990 - 1991

Florida Pharmacy Association, 1991 – Present
- Government Affairs Committee, 2012 - Present
- Professional Affairs Council, 2000 – 2002; 2012-2014
- Public Affairs Committee, 1993
- Public Relations Committee, 1992 -1993

Hillsborough County Pharmacy Association, 1991 - 2010
- Board of Directors, 1992 -1993

Atlanta Academy of Institutional Pharmacist, 1987 -1990

University of South Florida, 1993 - 1996
- USF Institutional Review Board, Human Research, 1994 – 1996
- USF Community Music Division, Board of Directors, 1994 -1996
- Health and Safety Committee, 1993 - 1996

Mercer University School of Pharmacy, 1984 - 1987
- National Deans List, 1986 -1987
- Mercer Dean's List - 1986, 1987
- Class of 1987, Vice-President, 1985 -1987
- Class of 1987, Secretary, 1984 -1985
- Georgia Pharmaceutical Association: Board of Directors/Student Rep, 1984

Florida Pharmacy Foundation, 2012 - 2013
- Board of Trustee, 2012 - 2013

Florida Community Pharmacy Network and Political Action Committee 2009 - Present


**COMMUNITY**

LifePath Hospice and Palliative Care, 1999 - Present
- Executive Committee, 2005 - Present
- Bioethics Committee, Chairman, 2001 – 2003
- Board of Directors, Tampa, FL, 1999 – Present

METRO BAND, Christian Music Ministry, 1994 – Present

Idlewild Baptist Church, Orchestra, 1989 – Present

Great American Teach-In, 2001 – 2012
- Young Middle Magnet School
- Lewis Elementary School

Hillsborough Regional Science Fair Judge, 2003 and 2001

SideFX: Medical Band (Charity Functions), 1993 – 2005

Judeo Christian Health Clinic Volunteer, 1991-1995

Paint Your Heart Out Tampa, Hillsborough County Medical Association, 1989-1991

Community Relations Board, Ex-Officio Member, City of Clearwater, 1979

**FRATERNITY - PROFESSIONAL**

Kappa Psi Pharmaceutical Society, 1984

Phi Lambda Sigma - Leadership / Honor Society (Mercer University), 1985
- Vice-President, 1986 -1987
- National Convention Representative, 1986

**FRATERNITY – SOCIAL**

Sigma Alpha Epsilon Fraternity, 1981


**PROFESSIONAL APPOINTMENTS AND ENGAGEMENTS:**

| | |
|---|---|
| 10-04-2009 | **National Dean's Advisory Council**<br>University of Florida, College of Pharmacy<br>Gainesville, FL |
| 01-13-2009 | **Medication Measures Special Study Technical Expert Panel**<br>Quality Partners of Rhode Island |
| 06-01-2006 | **Pharmacy Quality Alliance (PQA)**<br>Center for Medicare and Medicaid Services (CMS)<br>Baltimore, MD |
| 12-12-2005 | **Technical Advisory Panel: Center for Medicare & Medicaid (CMS), Medicare Prescription Drug, Improvement and Modernization Act of 2003**<br>Baltimore, MD (BearingPoint) |
| 04-03-2005 | **Board of Pharmaceutical Specialties (BPS) Focus Group**<br>Pharmacy Certification Programs, Orlando FL |
| 12-18-2003 | **Health Care Professionals Advisory Committee (HCPAC)**<br>American Medical Association, Current Procedural Terminology (CPT) Editorial Panel, 2003 – Present |
| 11-15-2002 | **Pharmacists Services Technical Advisory Coalition (PSTAC)**<br>Representing the American Society of Health-Systems Pharmacists 2002 – Present |
| 11-01-2002 | **Mercer Southern School of Pharmacy Campaign Committee**<br>Associate Chair |
| 10-02-2002 | **Dean's Advisory Board of Visitors**<br>Mercer University, Southern School of Pharmacy, Atlanta, GA |
| 09-23-2000 | **Dean's National Advisory Board**<br>University of Florida, College of Pharmacy, Gainesville, FL |
| 07-16-1999 | **National Faculty: Managing Respiratory Tract Infections in the New Millennium**<br>Thomas Beam, Jr. Memorial Institute, Bayer, Denver, CO |

**EDITORIAL REVIEW BOARD:**

American Journal of Health-System Pharmacy Supplement, Guest Editor, 2007

American Pharmacists Association, Reviewer, 2007

Cancer Control - Journal of the Moffitt Cancer Center

Florida Digest, Co-Editor, 1991, 1992, 1993

Florida Journal of Hospital Pharmacy

Clinical Pharmacy

American Journal of Hospital Pharmacy

Hospital Pharmacy

**HONORS / AWARDS / SCHOLARSHIPS:**

**Preceptor Award**
Palm Beach Atlantic University Gregory School of Pharmacy 2018

**Distinguished Service Award, 2016**
Florida Society of Health-System Pharmacists

**Florida Pharmacist of the Year - James H Beal Award, 2016**
Florida Pharmacy Association

**Outstanding Achievement in the Field of Pharmaceutical Relations in Florida
R Q Richards Award, 2015**
Pharmaceutical Public Relations

**Outstanding Pharmacy Service Award, 2013**
University of Florida, College of Pharmacy

**Appreciation for Service, Mock Trial, 2011 - 2018**
University of South Florida, College of Pharmacy

**APhA Practice Excellence - Daniel B. Smith Award, 2010**
American Pharmacists Association

**Education Awareness Certificate, 2009**
University of South Florida

**APhA Pinnacle Award, 2008**
American Pharmacists Association Foundation

**Award of Excellence, 2008**
American Society of Health-System Pharmacists

**The Inaugural Distinguished Alumni Award, 2009**
Mercer University, College of Pharmacy & Health Sciences

**NetSmartz® Sponsorship Award, 2007**
Hillsborough County

**Dr. G. Van Greene Distinguished Lecturer, 2005**
Mercer University College of Pharmacy

**Distinguished Achievement Award in Clinical Pharmacotherapeutic Practice, 2005**
Academy of Pharmacy Practice and Management
American Pharmacists Association

**Florida Pharmacist of the Year, 2002**
Florida Society of Health-System Pharmacists

**Florida Pharmacist Fore Runner Award, 1994**
Florida Society of Hospital Pharmacists

**President's Award, 1993**
Florida Society of Hospital Pharmacists

**Distinguished Service Award, 1991 -1993**
Florida Pharmacy Association

**Outstanding Service Award, 1993**
Florida Society of Hospital Pharmacists

**Bristol Laboratories Award, 1987**
Mercer University, School of Pharmacy

**Collegiate Student Government Award, 1987**
Mercer University

**Outstanding Young Men of America Award, 1987**
Mercer University

**United States Achievement Academy Award, 1987**
Mercer University

**Georgia Pharmaceutical Association, 1986**
Scholarship

**Churches Home Foundation, 1986**
Scholarship

**Clearwater Community Service Award, 1980**
City of Clearwater, FL


**PHILANTHROPY:**

**International Health Service Collaborative (2017)**
**Children's Hospital (2015 - 2016)**
**Pediatric Cancer (2014)**
**Ruth Eckerd Hall (2013 – 2018)**
**AIM Convention Health Fair 2012**
**Autism Speaks (2010 - 2015)**
**Make A Wish Foundation (2010 - 2012)**

**Denver & the Mile-High Orchestra 2010**
Global Missions Project – Russia
**Temple Terrace Rotary Club – Linwood Park 2010**
Opening ceremony
**Idlewild Baptist Church**
Cuba Missions Trip (2009 – Present)
**University of Florida Foundation (2009 - 2014)**
**Steve McCauley Memorial Golf Tournament 2009**
Proceeds benefit the Steve McCauley Memorial Scholarship Fund

**Children's Dream Fund (2009)**
**Temple Terrace Rotary Foundation (2008)**
**University of South Florida Library Fund (2007 – 2014)**
**Ohio State University Pharmacy Society (2007 - 2010)**
**Hillsborough County – NetSmartz® Launch 2007**
Internet Safety for Kids
**Cross International (2007)**
**Global Missions (2006 - 2011)**
**Stamford University (2006 - 2008)**
**Breast Cancer Donation (2006)**
**Cystic Fibrosis Foundation (2006)**
**University of South Florida Foundation (2005 – Present)**
**American College of Clinical Pharmacy (2005 - Present)**
**American Pharmacists Association (2005 – Present)**
**American Cancer Society (2005 - 2010)**
**Mercer University (2002 - 2016)**
**Muscular Dystrophy Association (2002 – 2012)**
**American Society of Consultant Pharmacists Foundation (2001 – Present)**
**Kayla's Hope for Kids Golf Tournament 2001 - 2014**
Proceeds benefit The Children's Hospital of Philadelphia, Division of Neuro-Oncology
**Florida Family Association (2001 - 2006)**
**LifePath Hospice and Palliative Care 1999 - 2016**
Board of Directors and committee work

## MUSIC PERFORMANCES:

| | |
|---|---|
| 06-22-2005 | **Southern Baptist Convention, Nashville, TN**<br>Celebration Orchestra, Idlewild Baptist Church |
| 03-22-2004 | **Cuba National Orchestra: Global Missions Project, Havana, Cuba**<br>National Theatre Performance (03-25-2004)<br>Concert in the Park, Plaza De Armas (03-26-2004) |
| 2003 - Present | **Idlewild Baptist Church, Tampa, FL, Celebration Choir and Orchestra** |
| 01-29-1999 | **Academy of Gospel Music Arts**<br>Orlando Region, Metro Band |
| 1993 - 2005 | **SideFX: Medical Band** |

## POSTER PRESENTATIONS:

**Evaluation of the Utility of Sinus Endoscopy versus Sinus Aspiration for Microbiologic Documentation of Acute Maxillary Sinusitis-Zagam Endoscopy Study Group**
International Conference on Antimicrobial Agents and Chemotherapy 35th (ICAAC)
San Francisco, CA, 09-15-1995

**Development of Reimbursement Mechanisms for Pharmacist Services**
American Pharmacy Association 1995 Annual Meeting
Orlando, FL, 03-19-1995

**Creation of a Software Program to Assess Patient Risk Factors for the Development of Candidemia**
American Society of Hospital Pharmacists, Midyear Clinical Meeting
Miami Beach, FL 12-06-1994

**Task Force on Reimbursement for Cognitive Services Report**
ACCP Annual Meeting
08-15-1993

**Clinical Pharmacokinetics: Software Review**
American Society of Hospital Pharmacists, Clinical Midyear Meeting
Dallas, TX 12-07-1988

**COURSE LECTURES:**

**University of South Florida, College of Nursing**
Tampa, FL

**Clinical Pharmacology for Advanced Nurse Practitioners (USF, NGR 6199)**
Registered Nurse Practitioners - Graduate Program
Course Director
1998 – 2002

**University of South Florida, College of Pharmacy**
Tampa, FL

**Medical Informatics and Technology**
Interoperability and Health Information Exchanges
2018

**Pharmacy Management**
Managing People – Human Resource Management
2017

**Pharmacy's Role in the US Healthcare System**
2017

**The Future of Pharmacy**
2016

**Healthcare Administration and Economics**
2016

**Drugs of Abuse & Forensic Pharmacology**
2013 – Present

**Pharmacy Practice Orientation**
2014 - 2016

**Pharmacy Leadership**
Professional Pharmacy Advocacy
2014

**USF AMCP Student Group Lecture**
2016

**University of South Florida, College of Public Health**
Tampa, FL

**Pharmacoepidemiology (6934) – "Pharmacoeconomics"**
Lecturer
[insert Years]

**University of Florida College of Pharmacy**
Gainesville, FL

**Clinical Pharmacokinetics (PHA 4123, PHA 5121)**
Aminoglycosides & Vancomycin Pharmacokinetics: Clinical Applications
BS & Doctor of Pharmacy Programs
**Pharmacy Management (PHA 4210)**
"Reimbursement for Pharmaceutical Care Services"
BS & Doctor of Pharmacy Programs

**Clinical Pharmacy & Therapeutics**
Non-Traditional Doctor of Pharmacy Program

Topics:
- Pharmacokinetics
- Gynecologic Malignancies
- Infectious Diseases (Sinusitis, Infectious Diarrhea)
- Allergic Rhinitis

**University of Connecticut - School of Pharmacy Department of Pharmacy Practice**
Hartford, CT

**Creating, financially sustaining, and providing MTM Services**
2012

**MTM and Pharmacists' Practice Models**
2012

**Lake Erie College of Medicine**
Erie. PA

**Toxicology Lecture**
2015 - 2016

**Forensic Pharmacology**
2014

**University of Washington**
Seattle, WA
2013

**Preceptor Development Conference**
Ft Myers, FL

**Encouraging Critical Thinking Skills in Students and Residents**
2013

**Nova Southeastern University**
Ft Lauderdale, FL

**Strategic Positioning of MTM Services and Reimbursement in HealthCare Reform**
2012

**Philadelphia College of Medicine**
Philadelphia, PA

[title of lecture]
2011

**University of Pittsburgh, School of Pharmacy**
Pittsburgh, PA

**Nicholas C. Tucci Lecture**
2009

**West Virginia University, School of Pharmacy**
Morgantown, WV

**Annual Bergy Lecture**
2011

**University of Maryland**
Baltimore, MD

**Future of Medication Therapy Management: Winning or Loosing**
2008

**Mercer University Southern School of Pharmacy Inaugural Distinguished Lecture**
Atlanta, GA

**Medicare Modernization Act**
Focus on Improving Care
2005

**Bernard J. Dunn School of Pharmacy at Shenandoah University**
Washington, DC

**Hooding Ceremony – Guest Speaker**
2018

**University of South Florida**
Tampa, FL

**Interoperability and Health Information Exchange**
2018

**PUBLICATIONS:**

Opiate Disposal/Pain Research/Buffington D (Purdue Pharma)
Understanding factors that contribute to the disposal of unused opioid medication
Sep 2018

Brill J, Ashmore J, Buffington D, Brengman M, Streett S
White Paper AGA: An Episode-of-Care Framework for the Management of Obesity: Moving Towards High Value, High Quality Care
Clinical Gastroenterology and Hepatology the Official Clinical Practice Journal, Feb 2017

Whalen K, Hardin H, Buffington D
Medication Therapy Management: A Pharmacotherapy and Medication System Primer, McGraw-Hill, 2017

Green D, Rubenstein A, Buffington D, Martin D
Leveraging FDA and CMS collaboration to enhance quality improvement in safe medication use
Research in Social and Administrative Pharmacy, Jul 2016

Isetts B, Buffington D, Carter B, Smith M, Polgreen L, James P
Evaluation of Pharmacists' Work in a Physician-Pharmacist Collaborative Model for the Management of Hypertension, Pharmacotherapy, Feb 2016

Buffington D, Wager D, McGann P
 All In: Using Healthcare Collaboratives to Save Lives and Improve (Care, Spurlock & Teske), Chapter 4: "Key Elements of Effective Collaborative Design – Fostering Leadership at All Levels"
2015

Buffington D (Contributing Author)
Medication Therapy Management: A Pharmacotherapy and Medication System Primer McGraw-Hill 2014

Buffington D
New Codes for Transitional Care Management and Chronic Care Coordination Services
2012

Buffington D, Isetts B
Coding Principles for Medication Therapy Management Services: The ABCs of CPTs
The Pharmacist's Guide to Compensation for MTM Services, Chapter 6, 2009

Buffington D
Future of medication therapy management services in delivering patient-centered care
American Journal of Health-System Pharmacy, Sep 2007

Brill J, Buffington D, Downs C, Siegel
Perspectives one year after implementation of the Medicare Prescription Drug Improvement and Modernization Act: A Socratic Panel Discussion
American Journal of Health-System Pharmacy, Sep 2007

Buffington D, Isetts B
CPT cod-change proposal: National data on pharmacists' medication therapy management services
Journal of the American Pharmacists Association, Jul/Aug 2007, 491-495

Isetts, B, Cipolle R, Buffington D
Medication Therapy Management Relative Value Scale Survey Proposal
American Pharmacists Association, May 2007

Buffington D
Pharmacist current Procedural Terminology codes and medication therapy management
Medicare Modernization Act Q&A
American Journal of Health-System Pharmacists, Vol 63 Jun 2006

Buffington D
Coding Communication:  Medication Therapy Management Services
American Medical Association, CPT Assistant, Apr 2006 / Volume 16, Issue 4

Rauck RL, Wallace M, Leong M, MineHart M, Webster L, Charapata S, Abraham J, Buffington D, Ellis D, Kartzinel R, et al
A Randomized, Double-Blind, Placebo-Controlled Study of Intrathecal Ziconotide in Adults with Severe Chronic Pain
Journal of Pain and Symptom Management, 2006; 31:393-406

Turner JL, Kosstman JR, Aquino A, Wright D, Szabo S, Bidwel RI, Goodgame J, Daigle A, Kelley E, Jensen F, Duggy C, Carlo Z, and Moss RB
The effects of an HIV-1 immunogen (Remune) on viral load, CD4 cell counts and HIV-specific immunity in a double-blind, randomized, adjuvant-controlled subset study in HIV infected subjects regardless of concomitant antiviral drugs
HIV Medicine, Buffington D, Editorial Panel, Research Site, 2001 2, 68-77

Buffington D, et al
Participation as an Investigator in the IRC 806 Clinical Research Trial
JAMA, Feb 2001

Buffington D
Improving Our Communications Via the Internet
Florida Journal of Health-System Pharmacy, Volume 18, Number 3, Jan 2001

Buffington D, et al
Sparfloxacin for the treatment of acute bacterial maxillary sinusitis documented by sinus puncture
Annual Allergy Asthma Immunology, 2000; 84:63-71 Volume 84, Jan 2000

Poirier S, Buffington D, Memoli G
Billing Third Party Payers for Pharmaceutical Care Services
Annals of Allergy, Asthma and Immunology, Feb 1999

Buffington D, Garrison N, Spector S, Stafford C, Granito K, Zhang H, Talbot G
Sparfloxacin for the Treatment of Acute Bacterial Maxillary Sinusitis
Manuscript for Rhone-Poulenc Rorer, Nov 1997

Buffington D
Identifying Profitable Areas of Expansion: Obtaining Reimbursement
American Society of Health-System Pharmacists, Center on Pharmacy Practice Management, Oct 1997

Buffington D
Reimbursement for Pharmacy Services
Specialists Spectrum, ASHP, Vol.1, No.1, p.3, Fall 1994

Buffington D, Lampasona V, Chandler M.
Computers in Pharmacokinetics:  Choosing Software for Clinical Decision Making
Clinical Pharmacokinetic, 25 (3):205-216, Oct 1993

Buffington D
Predict what major changes will result from health care reform.  What impact will these changes have on you and how you conduct your business
Florida Journal of Hospital Pharmacists, Vol. 13, No. 4, p. 23, Aug 1993

Asbury WH, Darsey EH, Rose WB, Murphy JE, Buffington DE, Capers CC
Vancomycin Pharmacokinetics and Neonates in Infants:  A Retrospective Evaluation
Annuals of Pharmacotherapy, Apr 1993;27:490-6

Pritchard J, Buffington D
Is varicella immune globulin (VZIG) an appropriate therapy for the treatment of chicken pox
Florida Journal of Hospital Pharmacy, Vol. 13, No. 3, Jul 1993:29-30

Perkins J, Buffington D, Hoffman M
Gynecologic Malignancies (Chapter 120)
Pharmacotherapy (Second Edition)

Buffington D, Wallach P
Is methemoglobinemia associated with dapsone therapy?
Florida Journal of Hospital Pharmacy, Vol. 13, No. 1, Feb 1993:29

Morton T, Buffington D
Post-graduate pharmacy training programs in Florida
Florida Journal of Hospital Pharmacy, Vol. 13, No. 1, Feb 1993:29-31

Buffington D, Toney J
Focus on temafloxacin: A new rapidly absorbed, extended-spectrum fluoroquinolone antibiotic
Hospital Formula, Jan 1992:27:241-247

Buffington D
Injectable Nonsteroidal Anti-inflammatory: Alternative to Narcotics
Hospital News p. 16, Mar 1991

Buffington D
How is alfa interferon being used in the treatment of cancer?
Florida Society of Hospital Pharmacist Digest, Feb 1991

Buffington D
New medication helps protect the bladder during chemotherapy
Hospital News p. 19, Jan 1991

Buffington D
The Fluoroquinolones and Theophylline:  A Potential for Interaction
Pharmacotherapy Forum Vol.1/No.1, Oct 1990

Buffington D
Word Processors and desktop publishing put shine on drug utilization reviews
Drug Utilization Reviews Vol.5/No.4, Apr 1989

Buffington D
Ticar7 and Timentin7: Recent Formulary Changes
EUH/Antibiotic Use Reviews, Oct 1987

Buffington D
Methicillin-Resistant Staphylococcus Aureus (MRSA)
DGH/Pharmacy News, May 1986

Gilmore R, Russell J, Buffington D
<u>Legislative Review of Georgia's Third-Party Prescription Programs</u>
Georgia Pharmaceutical Association, May 1986

Toler SM, Lopez AV, Buffington D
<u>Smoking and the fetus - What You Should Know</u>
Georgia Pharmaceutical Association Journal, (Computer Graphics)

## RESEARCH PROTOCOLS:

### 2015

COV02520124: An Open-Label, Safety and Pharmacokinetic Study of Hydromorphone Hydrochloride Extended-Release Tablets
(Once-Daily Hydromorphone) in Opioid-Tolerant Pediatric Subjects with Chronic Pain

### 2012

D3820C0005: A Randomized, Double-blind, Placebo-Controlled Study to Assess the Efficacy and Safety of NKTR-118 in Patients with Non-Cancer-Related Pain and Opioid-Induced Constipation (OIC)

### 2011

D3820C0004: A Randomized, Double-blind, Placebo-Controlled Study to Assess the Efficacy and Safety of NKTR-118 in Patients with Non-Cancer-Related Pain and Opioid-Induced Constipation (OIC)

GWCA0999: A multicenter, non-comparative, follow-on study to assess the long term safety of Sativex oromucosal spray (Sativex®; Nabiximols) therapy in patients with cancer related pain.

GWCA0958: A double blind, randomized, placebo-controlled, parallel group study of Sativex oromucosal spray (Sativex®; Nabiximols) in relieving pain in patients with advanced cancer, who experience inadequate analgesia during optimized chronic opioid therapy

### 2010

CQAB149B2223: A multi-center, randomized, double-blind, placebo controlled, parallel group, repeated-dose study to evaluate the efficacy, safety, tolerability and pharmacokinetics of three different dosing regimens of inhaled indacaterol maleate in patients with persistent asthma

GS-US-164-0216 The SWIFT Study: A Prospective, Randomized, Open-Label Phase IV Study to Evaluate the Rationale of Switching from Fixed-Dose Abacavir (ABC)/Lamivudine (3TC) to Fixed-Dose Tenofovir DF (TDF)/Emtricitabine (FTC) in Virologically-Suppressed, HIV-1 Infected Patients Maintained on a Ritonavir-Boosted Protease Inhibitor-Containing Antiretroviral Regimen

### 2009

The SWIFT Study: A Prospective, Randomized, Open-Label Phase IV Study to Evaluate the Rationale of Switching from Fixed-Dose Abacavir (ABC)/ Lamivudine (3TC) to Fixed-Dose Tenofovir DF (TDF)/Emtricitabine (FTC) in Virologically-Suppressed, HIV-1 Infected Patients Maintained on a Ritonavir-Boosted Protease Inhibitor-Containing Antiretroviral Regimen GS-US-164-0216

Blood Pressure and Metabolic Effects of Nebivolol Compared with Hydrochlorothiazide and Placebo in Hypertensive Patients with Impaired Glucose Tolerance or Impaired Fasting Glucose Protocol ID: NEB-MD-04

A double blind, randomized, placebo controlled, parallel group dose-range exploration study of Sativex® in relieving pain in patients with advanced cancer, who experience inadequate analgesia during optimized chronic opioid therapy GWCA0701

**2005**

An Open-Label, 12-Month Study to Evaluate the Safety, Tolerability, and Efficacy of ORAVESCENT® Fentanyl Citrate for the Management of Breakthrough Pain in Opioid-Tolerant Patients with Chronic Non-cancer Pain C25608/3040/BP/US (Cephalon)

A Double-Blind, Randomized, Placebo-Controlled Study to Evaluate the Efficacy and Safety of ORAVESCENT® Fentanyl Citrate for the Management of Breakthrough Pain in Opioid-Tolerant Patients With Chronic Neuropathic Pain C25608/3041/BP/US (Cephalon)

A Double-Blind, Randomized, Placebo-Controlled Study to Evaluate the Efficacy and Safety of ORAVESCENT® Fentanyl Citrate for the Management of Breakthrough Pain in Opioid-Tolerant Patients With Chronic Low Back Pain C25608/3042/BP/US (Cephalon)

Survey to Assess the Prevalence, Characteristics and Impact of Breakthrough Pain in Chronic Pain Patients with and without Cancer Managed by Clinicians Who are not Pain Specialists SMI05002

**2004**

THE SAFETY, TOLERABILITY, AND IMMUNOGENICITY OF ACAM2000 SMALLPOX VACCINE IN ADULTS WITH PREVIOUS SMALLPOX VACCINATION.  A Randomized, Double-Blind, Fixed Dose, Phase 3 Comparison between ACAM2000 and Dryvax® Smallpox VaccinesH-400-012 (Acambis)

A Multicenter, Phase 3 Study to Confirm the Safety and Efficacy of Intravenous Doripenem in Complicated Lower Urinary Tract Infection or PyelonephritisDORI-06 (Peninsula Pharmaceuticals)

THE SAFETY, TOLERABILITY, AND IMMUNOGENICITY OF ACAM2000 SMALLPOX VACCINE IN ADULTS WITHOUT PREVIOUS SMALLPOX VACCINATION.  A Randomized, Double-Blind, Fixed Dose, Phase 3 Comparison between ACAM2000 and Dryvax® Smallpox VaccinesH-400-009 (Acambis)

An Open-Lable, Long Term, Multi-Center, Intrathecal Ziconotide (PRIALT™) Effectiveness And Safety Trial (ZEST) In Patients With Chronic Severe Pain ELN92045-501

A Multi-Center, Open-Label, Long-Term Study of OraVescent® Fentanyl Citrate for the Treatment of Breakthrough Pain in Opioid-Tolerant Cancer Patients099-15 (CIMA)

A Multi-Center, Double-Blind, Placebo-Controlled Study of OraVescent® Fentanyl Citrate for the Treatment of Breakthrough Pain in Opioid-Tolerant Cancer Patients099-14 (CIMA)

**2003**

A multicenter, international, randomized, open-label, assessor-blind, non-inferiority study comparing the efficacy and safety of once-weekly subcutaneous SanOrg 34006 with the combination of (LMW)Heparin and vitamin K antagonist (VKA) in the treatment of acute symptomatic pulmonary embolism P64714 / EFC 3484 (Organon/Sanofi)

An Open-label, Multicenter Study of the Safety and Efficacy of Combined Intrathecal Infumorph and Ziconotide (Prialt): Addition of Infumorph in Patients Receiving Prialt for Severe Chronic PainELN92045-201(Elan Pharmaceuticals)

A Double-Blind, Double-Dummy, Randomized, Placebo- and Active-Controlled, Multicenter, Parallel-Group Study of (R,R)-Formoterol in the Treatment of Subjects with Chronic Obstructive Pulmonary Disease091-051 (Sepracor)

**2002**

A Phase III, Vehicle-Controlled Study of Topical Resiquimod (R-848) 0.01% Gel Applied 2 Times per Week for 1 Week for Each Recurrence of Anogenital Herpes over 52 Weeks Study 1452-RESI (3M Pharmaceuticals)

A Retrospective, Case-Control Study to Investigate Genetic Polymorphisms in HIV Infected Subjects Who Developed Hypersensitivity Following Treatment with Abacavir CNA30032 (GlaxoSmithKline)

Vehicle-Controlled, Double-Blind Study to Assess the Safety and Efficacy of Imiquimod 5% Cream Applied Once Daily 3 Days per Week for the Treatment of Actinic Keratoses on the Head1447-IMIQ (3M Pharmaceuticals)

An Open-label, Long-term, Multicenter Study of Ziconotide Administered IntrathecallyELN92045-352 (Elan Pharmaceuticals)

A RANDOMIZED, DOUBLE-BLIND, PLACEBO-CONTROLLED STUDY OF INTRATHECAL ZICONOTIDE IN ADULTS WITH SEVERE CHRONIC PAIN ELN92045-301(Elan Pharmaceuticals)

AN OPEN-LABEL, LONG-TERM, MULTICENTER STUDY OF ZICONOTIDE ADMINISTERED INTRATHECALLY ELN92045-351, IND # 45,718 (Elan Pharmaceuticals)

A Case Control Investigation Exploring the Relationship Between Gene Variants (HAP ™ Markers) and Agranulocytosis or Granulocytopenia In Adult Patients Treated With Clozapine

A 6-month open label, multi-national, effectiveness, and safety study of Elidel® (pimecrolimus) Cream, 1% in subjects with atopic dermatitis Novartis CASM981 C2405

**2001**

APV30001:  A Phase III, randomised, multicenter, parallel, open-label study to compare the efficacy, safety and tolerability of GW433908 (1395mg bid) and Nelfinavir (1250mg bid) over 48 weeks in antiretroviral therapy naïve HIV-1 Infected Adults (Glaxo Welcome)

APV30005:  An open-label phase III study to assess the long term safety profile of GW43398 containing regimens in HIV-1 infected subjects (Glaxo Welcome)

A Phase II, Randomized, Double-Blind, Vehicle-Controlled, Dose Frequency Response Study of Topical Resiquimod (R-848) Gel Applied to Anogential Herpes Lesions Once, Twice or Three Times Per Week for One Recurrence to Prevent Future Recurrences 1411-RESI (3M Pharmaceuticals)

Vehicle-Controlled, Double-Blind Study to Assess the Safety and Efficacy of Imiquimod 5% Cream Applied Once Daily 3 Days per Week for the Treatment of Actinic Keratoses on the Head (3M Pharmaceuticals)

A prospective, randomized, double blind, multicenter trial assessing the safety and efficacy of sequential (intravenous/oral) BAY 12 -8039 (moxifloxacin) 400 mgevery 24 hr compared to intravenous piperacillin/tazobactam 3.0/0.375 g every 6 hr followed by oral amoxicillin/clavulanic acid suspension 800 mg every 12 hr for the treatment of patients with complicated skin and skin structure infections (Bayer)

Protocol #: CPS 2000-01A An Open Label, Phase 1 Study of the Safety and Tolerability of Coccoloba uvifera in Healthy Volunteers

Omapatrilat Cardiovascular Treatment Assessment versus Enalapril (OCTAVE) Protocol Number: CV137-120

Protocol Number: CPS.USF.001 An Open Labeled, Single Blind, Patient-Controlled Study of the Safety and Efficacy of Clobetasol Propionate Foam, 0.05% in the Treatment of Alopecia Areata

CNA30021: A phase III, 48-week, randomized, double-blind, multicentre study to evaluate the safety and efficacy of abacavir (ABC) 600mg once-daily (QD) vs abacavir 300mg BID in combination with lamivudine (3TC) (300mg QD) and efavirenz (EFV) (600mg QD) in antiretroviral therapy naïve HIV-1 infected subjects (GlaxoSmithKline)

A Phase III, randomized, multicenter, parallel, open-label study to compare the efficacy, safety, and tolerability of GW433908 1395 mg bid and Nelfinavir 1250 mg bid over 48 weeks in antiretroviral therapy naive HIV-1 Infected Adults (Glaxo)

A Multicenter Dose Randomized Evaluation of Targretin® Capsules + PUVA In Patients With Stage IB – IIA Cutaneous T-Cell Lymphoma IND No. 61,896 (Ligand)

A Multicenter, Randomized, Open-Label Study Comparing the Efficacy And Safety Of Once Daily (OD) ORG 31540/SR90107A Versus Adjusted-Dose Intravenous (IV) Unfractionated Heparin (UFH) In The Initial Treatment Of Acute Symptomac Pulmonary Embolism (PE) (Organon)

Protocol Number: 25000/592. An Open, Non-Comparative Multicenter Study to Assess the Efficacy and Safety of Oral Augmentin® SR 2000/125 mg Twice Daily for 10 Days in the Treatment of Acute Bacterial Sinusitis in Adults (Smith-Kline Beecham)

VER001-5:  Phase II Pilot, Randomized, Open-Label, Multi-center Study to Evaluate the Safety and Efficacy of Dalbavancin (V-Glycopeptide) Versus Investigator/Physician Designated Comparator in Skin and Soft Tissue Infection  IND # 60,613 (Vericor)

**2000**

A Phase III, Multicenter, Randomized, Parallel Group, Evaluator Blinded, Comparative Study to Evaluate the Effectiveness and Safety of "Topical Otic CILODEX™ (ciprofloxacin 0.3%, dexamethasone 0.1%) Suspension Compared to CILOXAN® (ciprofloxacin 0.3%) Solution and CORTISPORIN® Suspension (neomycin 0.35%, polymyxin 10,000 IU/mL, hydrocortisone 1.0%) for Treatment of Patients with Moderate to Severe Acute Otitis External

**1999**

Protocol Title: Safety and Efficacy of Intravenous HMR4396 and Epogen® for the Management of Anemia in Subjects with Chronic Renal Failure Requiring Hemodialysis HMR4396A/3001

An Open-Label, Long-Term Safety and Tolerability Study of Ziconotide® Administered Intrathecally to Patients with Chronic, Severe Pain (Elan Pharmaceutical s)

**1998**

A One-Year Randomized, Double Blind, Placebo Controlled Study of Alosetron (GR68755) 1mg BID in Female Subjects with Irritable Bowel Syndrome  S3B30006

A Open, Non-Comparative Multicentre Study to Assess the Efficacy and Safety of Oral Augmentin SR 2000/125 mg, Twice Daily for 10 Days in the Treatment of Acute Bacterial Sinusitis in Adults, Protocol BRL-02500/551 (Smith-Kline Beecham)

**1997**

A Multicenter, Double-Blind, Phase III, Adjuvant-Controlled Study of the Effect of 10 units of HIV-1 Immunogen Compared to IFA Alone Every 12 Weeks on AIDS-Free Survival in Subjects with HIV Infection and CD4 T Lymphocytes Between 300-549 cells mcg Regardless of Concomitant HIV Therapies Protocol IRC-806 (Immune Response Corporation)

A Randomized, Double Blind, Placebo Controlled, Efficacy and Safety Study of Oral Lobucavir In Patients With Recurrent Herpes Labialis, AI459-012 (Bristol-Myers Squibb)

A Randomized, Double Blind, Placebo Controlled, Efficacy and Safety Study of Oral Lobucavir In Patients With Recurrent Genital Herpes, AI459-011 (Bristol-Myers Squibb)

Phase II Multi-Center, Randomized, Placebo-Controlled, Two-Step Dose-Escalation Safety, Tolerability, and Hypothesis Generating Trail of Recombinant Tissue Factor Pathway Inhibitor (rTFPI), SC-59735 in Sepsis Patients, Protocol CS-TF004 (Chiron)

**1996**

A Randomized, Double-Blind, Multicenter Trial Assessing the Safety and Efficacy of a Single Intravenous Dose of CP-116,517 (alatrofloxin) Compared with Cefotetan for the Prophylaxis of Infection Following Colorectal Surgery #154-128 (Pfizer Central Research)

**1995**

Pfizer 154-128   Colo-Rectal Prophylaxis (Pfizer)

Pfizer 154-124   Intraabdominal Infections(Pfizer)

Matrix 66-94-2  5 FU/epi Basal Cell Carcinoma (Matrix)

RPR 106972  Streptogramin Sinusitis (Rhone-Poulenc Rorer)

Oral Cefpodoxime Proxetil (Vantin®) Tablets in the Treatment of Acute Maxillary Sinusitis in Adults #M/116/40/0108. (Upjohn Company)

A Double Blind, Comparative Study of the Efficacy and Safety of Orally Administered OPC-17116 and Clarithromycin in the Treatment of Patients with Community Acquired Pneumonia  #106-94-206 (Otsuka America Pharmaceuticals, Inc.)

A Prospective, Randomized, Double-Blind, Parallel, Control, Multicenter Trial Comparing The Efficacy and Safety of 1% terbinafine (Lamisil®) Cream Applied Once Daily to Placebo In The Treatment of Cutaneous Candidiasis  SFC-352 (Sandoz Pharmaceuticals)

**1994**

Multicenter, Randomized, Partially-Blind, Parallel Group, Clinical Trial to Compare the Efficacy and Safety of Twice and Once Daily Subcutaneously Administered Enoxaparin and Continuous Infusion Heparin in the Treatment of Patients with Deep Vein Thrombosis and Pulmonary Embolism RP-54536-529 (Rhone-Poulenc Roher)

Multicenter, Double Blind, Comparative Study of Intravenous meropenem (Merrem®) and imipenem (Primaxin®) for the Treatment of Nosocomial Lower Respiratory Tract Infections 359IL/0059 (Zeneca Pharmaceuticals)

Open, Non-comparative, Multicenter Study of RP64206 sparfloxacin in the Treatment of Acute Bacterial Maxillary Sinusitis RP64206-359 (Rhone-Poulenc Roher)

A Double-Blind, Parallel Group, Randomized Trial to Compare the Efficacy and Safety of Enoxaparin 40mg SC QD and Unfractionated Heparin 5000 IU SC TID During 6-12 Days for Prevention of Deep Vein Thrombosis (DVT) in 800 Evaluable Patients After Planned Elective Curative Cancer Surgery RP-54563-567 (Rhone-Poulenc Roher)

A Double-Blind Multinational Trial Comparing Sorivudine (BV-araU) (SQ 32,756) vs. Acyclovir for the Treatment of Acute Localized Herpes Zoster and the Effect on Zoster-associated Pain In Immunocompetent Subjects.  BMS-AI458-072-008 (Bristol Myers Squibb)

Assessment and Analysis of Risk Factors for the Development of Candidemia in Hospitalized Patients, (Pfizer)

**1993**

Pharmacoeconomic Analysis of Systemic Antifungal Prescribing Patterns. (Pfizer/Roerig)

A Multicenter, Double-Blind Comparative Study of Intravenous Merrem (Meropenem) and Primaxin (imipenem-cilastatin) for the Treatment of Intra-Abdominal Infections. (Zeneca)

A Multicenter, Double-Blind Comparative Study of Intravenous Merrem (Meropenem) and Primaxin (Imipenem-Cilastatin) for the Treatment of Nosocomial Lower Respiratory Tract Infections (Zeneca)

Double Blind, Placebo-Controlled Study of the Efficacy and Safety of three doses of CP-127 and Placebo in Patients with Presumed Sepsis and the Systemic Inflammatory Response Syndrome (SIRS)  CP-0127-92-002 (Cortech, Inc)

Double Blind, Randomized, Comparative Study of RP-64206 (Sparfloxacin) vs. Cefaclor in the Treatment of Community-Acquired Pneumonia  (Rhone-Poulenc Rorer)

A Randomized, Double Blind, Placebo-Controlled, Multicenter Study of Oral GR122311X Compared with Ranitidine and GR88502X for the Prophylaxis of Nonsteroidal Anti-Inflammatory Drug Associated Gastric or Duodenal Ulcers in Patients with Osteo- or Rheumatoid Arthritis and without a History of Gastric or Duodenal Ulcers  (Glaxo)

Prospective, Randomized, Third Party-Blind, Study to Compare the Safety and Efficacy of Ciprofloxacin (Sequential IV/PO) with Intravenous Ceftazidime and Tobramycin in the Treatment of Pediatric Cystic Fibrosis Patients with Acute Pulmonary Exacerbation D91-024, BAY o9867m BAY q3939 (Miles, Inc)

A Multicenter, Open-Label Treatment Protocol to Provide Aerosolized rhDNase Therapy to Patients with Cystic Fibrosis.  rhDNase Protocol Z0507g-A2 (Genetech)

A Multicenter Epidemiologic Protocol to Evaluate Pulmonary Function and the Rate of Respiratory Tract Infections in Patients with Cystic Fibrosis  rhDNase Z0525n (Genetech)

Lorabid, 200 mg vs. 400 mg BID in Sinusitis with Bacteriology.  Lorabid Protocol B9U-MC-AZBX(b) IND No. 29957, NDA No. 50-668 (Eli Lilly)

Uncomparative Study of Sparfloxacin in Acute Sinusitis (Rhone-Poulenc Rorer)

**1992**

Comparison of the Safety and Efficacy of Cefodizime versus Ceftriaxone in the Treatment of Complicated Urinary Tract Infections.  Cefodizime CSZ-300  (Fujisawa Pharmaceutical Corporation)

A Multicenter, Double-blind, Randomized, Comparative Study of the Efficacy and Safety of Temafloxacin Intravenous/Oral Sequential Therapy Versus Cefuroxime with or without Erythromycin Intravenous/Oral Sequential Therapy in the Treatment of Hospitalized Patients with Community Acquired Pneumonia.  Temafloxacin #M91-651.  (Abbott Laboratories)

A Phase III, Multicenter, Double-Blind, Placebo-Controlled, Parallel Study to Evaluate the Safety and Efficacy of Aerosolized Recombinant Human DNASE I (rhDNase) in Patients with Cystic Fibrosis (Genentech, Inc.)

Centocor:  HA-1A™ Efficacy in Septic Shock Trial  CHESS #C0041T20  (Centocor, Inc.)

A Randomized, Double-Blind Repeat-Dose Crossover Study to Determine the Safety and Efficacy of sustained Versus Immediate Release Codeine Sulfate on Chronic Cancer Pain.  Codeine #CSR-0192 (Roxane Laboratories)

A Randomized, Double-Blind Comparative Study of the Safety and Efficacy of Sustained Versus Immediate Release Codeine Sulfate in the Treatment of Chronic Cancer Pain. Codeine #CSR-0292 (Roxane Laboratories.)

A Multicenter Randomized, Double Blind, Placebo-Controlled Evaluation of Healing and Relapse Rates Following Oral GR122311X Compared with GR88502X, Ranitidine and Placebo in Patients with Duodenal Ulcer. Ranitidine #H2B-302 (Glaxo, Inc.)

A Multicenter Randomized, Double-Blind, Placebo-Controlled Evaluation of Healing and Relapse Rates Following Oral GR122311X Compared with GR88502X, Ranitidine and Placebo in Patients with Benign Gastric Ulcer. Ranitidine #H2B-312 (Glaxo, Inc.)

A Multicenter, Open-Label Treatment Protocol to Provide Aerosolized rhDNase Therapy to Patients with Cystic Fibrosis (Genentech, Inc.)

Prospective, Double Blind, Controlled, Randomized, Multi-Center Comparison of the Safety and Efficacy of Intravenous Ciprofloxacin Versus Intravenous Imipenem for the Treatment of Patients with the Sepsis Syndrome (Miles, Inc.)

RENOVA for the Treatment of Photo damaged Skin (Ortho Pharmaceuticals)

A Multicenter, Controlled Evaluation of the Safety and Efficacy of Repeated Oral Doses of Vicoprofen (hydrocodone bitartrate with ibuprofen) for the Treatment of Chronic Pain. Vicoprofen VP-04 IND No. 29498  (Knoll Pharmaceuticals)

**1991**

A Prospective Comparison of Ondansetron (IV) and Dexamethasone (PO) Versus Prochlorperazine (PO) and Dexamethasone (PO) for the Prevention of Post Chemotherapy Related Nausea and Vomiting

A Comparative Study of the Safety and Efficacy of BIOLID versus EES in the Treatment of Group a Beta-Hemolytic Streptococcal Pharyngitis.  BIOLID BE-C200 (Belmac Corporation)

**1989**

A Randomized, Prospective, Comparative Study of the Efficacy of Cefoperazone/ Sulbactam Versus Ceftazidime Plus Vancomycin Versus Ticarcillin Plus Gentamicin in Febrile Neutropenic Patients.  Cefoperazone/Sulbactam 88-S-137.  (Pfizer)

**1988**

An Open, Prospective Study to Evaluate the Incidence of Prothrombin Time Elevation and Clinical Bleeding in Patients Receiving One of Ten Selected Antibiotics.  PT Elevation 88-R-041.  (Pfizer Pharmaceuticals)

Imipenem-Cilastatin Efficacy, Tolerability and Economic Comparisons to Combination Antibiotic Therapy. Imipenem-Cilastatin.

A Comparison of Ampicillin/Sulbactam Versus Cefoxitin in the Prevention of Infections Complicating Radical Abdominal Hysterectomy.  Ampicillin/Sulbactam 87-S-421.  (Pfizer Pharmaceuticals)

Evaluation of Antibiotic Prophylaxis in Open Heart Surgery.

A Study of the Cost of Administration of Vancomycin and a Comparison with Alternative Antibiotic Therapy.  Vancomycin.  (Merrell Dow Pharmaceutical, Inc.)

**1987**

Evaluation of Gentamicin Levels Obtained from Hickman Catheters in a Hematology Population.  Hickman Catheters HIC-118-87

**PRESENTATIONS:**

| | |
|---|---|
| 03-05-19 | **Pharmacist-guided Exemplary Opioid Management Practices**<br>WebEx Presentation<br>Tampa, FL |
| 11-28-18 | **(INSERT TITLE)**<br>PHIT Nov 28th CC Meeting & FYI Guiding Principles for the Development and Use of Documentation and Billing Codes for Pharmacists' Patient Care Services<br>Washington, DC |
| 09-12-18 | **Prescription Drug Monitoring Programs**<br>The Opioid Safety Project American Medical Association PDMP<br>Opioid Webinar Lecture Series |
| 08-04-18 | Florida Society of Health-System Pharmacists Association 52nd Annual Meeting – Leadership Track<br>Orlando, FL |
| 05-09-18 | **Advanced Practice Models:  Transitions of Care**<br>American Society of Consultant Pharmacist<br>Tampa, FL |
| 07-28-17 | **DUI: Extrapolation, Medical v. Legal Draws, etc.**<br>Florida Public Defender Association, Summer Training Program<br>Bonita Springs, FL |
| 07-13-17 | **Innovations in Pharmacy Practice**<br>Florida Pharmacy Association, 127th Annual Meeting and Convention<br>Orlando, FL |

07-01-17      **Health Choice Network's 23rd Annual Educational Conference**
[insert title]
Boca Raton, FL

04-24-17      **Pharmacy Deans' Forum**
[insert title]
National Association of Chain Drug Stores Annual Meeting
Scottsdale, AZ

04/19-17      **Emerging Payment Models for Physicians: What Does it Mean for AMCP Members and Medication Management?**
Academy of Managed Care Pharmacy
Webinar Presentation

03-25-17      **Creating a Successful Specialty Pharmacy**
American Pharmacists Association Annual Meeting
San Francisco, CA

03-16-17      **Medication Therapy Management (MTM), Clinical Research, and Forensic Pharmacy**
University of South Florida Pharmacy Skills Lecture (Clinical & Forensics)
Tampa, FL

03-14-17      **2017 Florida Pharmacists Legislative Days and Health Fair**
Pharmacy Advocacy Efforts
[insert title]
Tallahassee, FL

02-18-17      **Kappa Psi Ideals:  How They Can Shape Your Future and Ensure Your Success**
Keynote Speaker
Kappa Psi Spring Assembly
Tampa, FL

02-01-17      **Pharmacy HIT Collaborative Council Face to Face Meeting American Pharmacist's Association**
[insert title]
Washington, DC

01-26-17      **Current Issues/Advocacy – Pharmacy Reimbursement**
Shenandoah University
Winchester, VA

10-25-16      **Keynote Speaker**
FSHP Mentor Dinner
University of South Florida
Tampa, FL

10-13-16      **Provider Status Update**
Hillsborough County Pharmacist Association
Tampa, FL

10-03-16      **Making Your Goals a Reality**
Mentoring Hour and Leadership Presentation
University of South Florida
Tampa, FL

| | |
|---|---|
| 08-12-16 | **Keynote Speaker**<br>Larkin Health Sciences Institute, College of Pharmacy<br>White Coat Ceremony<br>Miami, FL |
| 06-30-16 | **Pharmacy Practice Update:  CMS Update and Reimbursement**<br>Florida Pharmacy Association<br>Ft. Lauderdale, FL |
| 06-24-16 | **Establishing and Paying for New Models of Pharmacy Care**<br>Medical College of Wisconsin, College of Pharmacy<br>Milwaukee, WI |
| 02-01-16 | **USF AMCP Student Group Lecture**<br>Tampa, FL |
| 02-20-16 | **Pharmacist's Reimbursement:  Current and Future Trends**<br>American Association of Colleges of Pharmacy<br>Tampa, FL |
| 02-11-16 | **National Progress Toward a Health System that Supports Pharmacist Clinical Services**<br>The 3rd USC Conference on Optimizing Medication Safety and Healthcare Quality:  Best Practices and Collaborations for Public Health, Geriatrics, and Mental Health<br>University of Southern California<br>Los Angeles, CA |
| 08-12-15 | **U.S. Healthcare Reform and Its Impact on Pharmacy Practice**<br>University of South Florida, College of Pharmacy<br>Tampa, FL |
| 08-09-15 | **Ask the Experts Panel: Provider Status**<br>Florida Society of Health-System Pharmacists Association<br>Orlando, FL |
| 08-09-15 | **MTM Services with a focus on Provider**<br>Florida Society of Health-System Pharmacists Association<br>Orlando, FL |
| 06-26-15 | **Profession & Career Planning: Expanding Your Horizons**<br>Florida Pharmacy Association 2015 Annual Meeting<br>St. Augustine, FL |
| 04-18-15 | **Medicare & Health Care Reform:  Opportunities for Pharmacists**<br>Florida Pharmacy Association Law and Regulatory Conference<br>Tampa, FL |
| 03-16-15 | **Recognizing Pharmacists as Providers: Expanding Scope of Practice**<br>South Carolina Society of Health-System Pharmacists Annual Meeting<br>Hilton Head Island, SC |
| 02-21-15 | **Pharmacists Influencing Positive Health Outcomes**<br>Virginia Pharmacist's Association Midyear Meeting<br>34th Annual Rooke Award Lecture<br>Roanoke, VA |

| | |
|---|---|
| 01-10-15 | **Defining Your Path as Leaders… Oh the Places You'll Go!**<br>Florida Pharmacy Association Leadership Conference<br>Orlando, FL |
| 12-06-14 | **What is Pharmacist Provider Status and Why Is It Necessary**<br>Florida Pharmacy Association Law and Regulatory Conference<br>Sarasota, FL |
| 11-06-14 | **Protecting Your Patient and Yourself: Universal Precautions, the Pharmacist, and Ebola**<br>American Society of Consultant Pharmacists (SCP) 2015 Annual Meeting<br>Orlando, FL |
| 08-25-14 | **Future of Pharmacy Curricula:  Blending Clinical & Entrepreneurial Skills**<br>University of Virginia College of Pharmacy, Visiting Faculty<br>Virginia Commonwealth University School of Pharmacy<br>Richmond, VA |
| 07-10-14 | **Innovative Health Care Solutions:  The Impact of Integrating Pharmacist's Services**<br>124th Annual Florida Pharmacy Association Meeting<br>Ft. Lauderdale, FL |
| 12-07-13 | **Update on the Provider Status and MTM Reimbursement**<br>Florida Pharmacy Association<br>Regulatory and Law Conference<br>Sarasota, FL |
| 09-08-13 | **Update on the Provider Status and MTM Reimbursement**<br>Florida Pharmacy Association<br>Regulatory and Law Conference<br>Ft. Lauderdale, FL |
| 07-13-13 | **Florida Healthcare Law Update**<br>University of Florida, College of Pharmacy<br>FPA Gator Reception<br>Orlando, FL |
| 07-13-13 | **MTM Practice Models and CPT Coding Update**<br>123rd Annual Meeting and Convention<br>Florida Pharmacy Association<br>Orlando, FL |
| 05-03-13 | **Medicare Provider Status for Pharmacists**<br>University of Florida, College of Pharmacy<br>Spring National Advisory Board Meeting<br>Orlando, FL |
| 04-04-13 | **Employer-based Initiatives: Role of the Pharmacists in Transition of Care.**<br>Transition of Care & Readmissions Boot Camp<br>36th Annual Conference, Survive and Thrive in the Changing Health Care Environment<br>American Board of Quality Assurance & Utilization Review Physicians (ABQAURP)<br>Tampa, FL |

| | |
|---|---|
| 03-22-13 | **The Future of Pharmacy:  Your Vision, Your Plan?**<br>National Student Pharmacist Compounding Competition,<br>University of Florida College of Pharmacy<br>Gainesville, FL |
| 03-23-13 | **MTM Coding: Current Procedural Terminology**<br>National Student Pharmacist Compounding Competition,<br>University of Florida College of Pharmacy<br>Gainesville, FL |
| 11-03-12 | **Strategic Positioning of MTM Services and Reimbursement in HealthCare Reform**<br>Nova Southeastern University<br>Ft. Lauderdale, FL |
| 07-20-12 | **Medication Therapy Management: Emerging Payment Options**<br>Georgia Society of Health-System Pharmacists<br>2012 Summer Meeting<br>Amelia Island, FL |
| 06-24-12 | **Compensation for MTM Services: Where We've Been And Where We're Going**<br>American Pharmacist's Association<br>MTM Emerging Opportunities (McKesson Meeting)<br>Las Vegas NV |
| 3-31-12 | **Opiate Metabolism: Dangerous Interactions**<br>Prescribing in an Epidemic – Uniting Medical, Legal & Corporate Entities in Fighting America's Deadly Epidemic<br>Gulf Stream, FL |
| 03-10-12 | **Compensation for MTM Services: Where We've Been and Where We're Going**<br>American Pharmacist's Association Annual Meeting 2012<br>New Orleans, LA |
| 02-16-12 | **Overview CDTM with metrics Measurement-Inpatient and Ambulatory Practice**<br>CDTM Summit<br>New York State Council of Health-system Pharmacists<br>Albany, NY |
| 10-17-11 | **ACCP Meeting**<br>Challenges to Expanding the Scope of Clinical Pharmacy<br>Pittsburgh, PA |
| 10-17-11 | **Challenges to Expanding the Scope of Clinical Pharmacy**<br>American College of Clinical Pharmacy Annual Meeting<br>Pittsburgh, PA |
| 08-27-11 | **Prescribing in an Epidemic**<br>Associates in Emergency Medical Education<br>Tampa, FL |
| 05-26-11 | **Collaborative Drug Therapy Management as a Tool for Medication Therapy Management**<br>34th Annual Schwarting Symposium Presentation<br>Hartford, CT |

| | |
|---|---|
| 12-4-10 | **Developing ED practice models to ASHP Emergency Medicine PRN**<br>45th Annual Midyear Meeting<br>Anaheim, CA |
| 09-18-10 | **Healthcare Reform Update**<br>Central Florida Society of Health-System Pharmacists<br>Orlando, FL |
| 07-17-10 | **Summer Seminar**<br>University of Florida<br>Tampa, FL |
| 04-28-10 | **Therapy Management:  Rheumatology and High Cost Agent**<br>Lake Erie College of Osteopathic Medicine (LECOM)<br>Bradenton, FL |
| 02-26-10 | **The Current Healthcare Environment:  Where Does Medication Therapy Management Fit it?**<br>Florida A & M University<br>33rd Annual Clinical Pharmacy Symposium<br>Tallahassee, FL |
| 12-09-09 | **Educating Patients about Gene Therapy: Information and Tools**<br>44th Annual Midyear meeting<br>American Society of Health-System Pharmacists<br>Las Vegas, NV |
| 12-08-09 | **Submitting Medical Service Claims for Pharmacists' Clinical Activities**<br>44th Annual Midyear meeting<br>American Society of Health-System Pharmacists<br>Las Vegas, NV |
| 11-06-09 | **Medication Therapy Management and CPC codes for Reimbursement**<br>University of Florida COP 2009 Dean's National Advisory Board Meeting<br>Gainesville, FL |
| 09-25-09 | **Journal Club Session**<br>University of Florida Fall Faculty Workshop Conference<br>Orlando, FL |
| 09-19-09 | **Pharmacy Managed Hyperlipidemia Clinic: Practice Models and Payment Mechanisms for Clinical Services**<br>Southwest Florida Society of Health-System Pharmacy<br>Tampa, FL |
| 07-31-09 | **Reaching Milestones MTM**<br>Florida Society of Health-System Pharmacists<br>43rd Annual Meeting<br>Orlando, FL |
| 07-11-09 | **Pharmacy Managed Hyperlipidemia Clinic: Practice Models and Payment Mechanisms for Clinical Services**<br>Florida Pharmacy Association 119th Annual Meeting and Convention<br>St. Augustine, FL |

| 02-24-09 | **Medication Therapy Management, Documentation and Marketing**<br>Lake Erie College of Osteopathic Medicine (LECOM)<br>Bradenton, FL |
|---|---|
| 01-15-09 | **The Profession's Perspective on MTM Documentation and Billing in Providing Effective and Efficient Patient Care**<br>2009 Annual Industry & Technology Issues Conference<br>American Society for Automation in Software (ASAP)<br>St. Petersburg, FL |
| 12-9-08 | **AMA-CPT Code Development and Update**<br>2008 ASHP Management Pearls<br>Orlando, FL |
| 12-05-08 | **Medication Therapy Management: Getting Paid for Clinical Services**<br>University of Florida Seminar Presentation<br>Gainesville, FL |
| 11-14-08 | **Medication Therapy Management: Getting Paid for Clinical Services**<br>Keynote Speaker, 2008 Michigan Society of Health-System Pharmacists Annual Meeting<br>Lansing, MI |
| 10-07-08 | **Documentation & Billing Standardization**<br>2008 APHA Foundation Conference<br>Bethesda, MD |
| 09-12-08 | **Design and Management of Medical Journal Club**<br>2008 University of Florida, College of Pharmacy, Dean's Counsel Symposia<br>Orlando, FL |
| 08-25-08 | **Medication Therapy Management: What's Next for Community Pharmacy?**<br>2008 National Association of Chain Drug Stores Pharmacy & Technology Conference<br>San Diego, CA |
| 07-10-08 | **The MTMS Business Plan and Dealing with Legal Billing Issues**<br>Florida Pharmacy Association<br>Orlando, FL |
| 06-08-08 | **ASHP Summer Meeting**<br>Seattle, WA |
| 04-12-08 | **Strategies for Optimal Therapy in High Risk Patients:  Treatment of COPD, Acute Coronary Syndrome & Venous Thromboembolism**<br>Florida Chapter of American Society of Consultant Pharmacists<br>Senior Care 2008<br>Tampa, FL |

04-7-08     **Determining the value of Pharmacy Services and Interventions in the ambulatory care setting**
American College of Clinical Pharmacy
2008 Spring Practice and Research Forum
Phoenix, AZ

03-16-08     **Documenting MTM and Patient Care Activities**
APhA 2008 Annual Meeting
San Diego, CA

02-09-08     **A Vision for the Future: Developing Pharmacy Practice Models**
Pennsylvania Pharmacists Association 2008 Mid Year Meeting
Harrisburg, PA

10-14-07     **Development of Pharmacist Professional Services: The Future of MTMS**
NCPA 109th Annual Convention
Anaheim, CA

09-20-07     **Software, Documentation and Billing**
National Association of Chain Drug Stores Meeting, Medication Therapy Management Services in Community Pharmacy: Building Process, Partnerships, and Outcomes
Philadelphia, PA

06-26-07     **Current Legislative and Regulatory Issues in Pharmacy 2007**
American Society of Health-system Pharmacists –
Summer Meeting
San Francisco, CA

05-22-07     **General Session:  Perspectives in Practice: Medication Therapy Management Services**
American Society of Consultant Pharmacists 29th Midyear Conference
Hollywood, FL

05-22-07     **Business Skills 101: Contracting to Provide MTM Services**
American Society of Consultant Pharmacists 29th Midyear Conference
Hollywood, FL

12-2/4-06     **Impact of the Medicare Modernization Act on Pharmacy Reimbursement:  Lessons Learned at the One Year Benchmark**
American Society of Health-system Pharmacists –
Midyear Meeting
Anaheim, CA

11-20-06     **PQA National Meeting**
American Society of Health-system Pharmacists
Washington, DC

11-18/20-06     **Purchasing Medications Through the Internet**
CDMI – Pfizer
Chicago, IL

11-16-06     **Understanding CPT Codes**
American Society of Consultant Pharmacists
37th Annual Meeting and Exhibition - Senior Care Pharmacy
Phoenix, AZ

| | |
|---|---|
| 11-16-06 | **Defining Your Professional Services**<br>American Society of Consultant Pharmacists<br>37th Annual Meeting and Exhibition - Senior Care Pharmacy<br>Phoenix, AZ |
| 10-28-06 | **Pharmacy Perspective on Quality Issues**<br>29th Annual Health Care Quality and Patient Safety<br>Conference Quality: The Pathway to Success<br>American Board of Quality Assurance & Utilization Review<br>Physicians<br>Chicago, IL |
| 10-27-06 | **Models of Delivery for Patient Care – Future of MTMS**<br>American College of Clinical Pharmacy<br>29th Annual Health Care Quality & Patient Safety Conference<br>Quality: The Pathway to Success<br>St. Louis, MO |
| 10-19-06 | **Effective Oncology Benefit Management**<br>Center for Business Intelligence's Effective Oncology Benefit<br>Management Conference<br>Chicago, IL |
| 09-29-06 | **Pharmacist Service Payment: Blueprint for Success**<br>Alabama Pharmacy Consensus Conference<br>Auburn University Harrison School of Pharmacy<br>Auburn, AL |
| 09-20-06 | **Opportunities to Implement Compliant MTMP**<br>HCPro<br>Online Audio Conference |
| 07-09-06 | **CPT Coding**<br>Georgia Society of Health-System Pharmacists<br>2006 Summer Meeting<br>Amelia Island, FL |
| 05-15-06 | **MTM – Focus Presentation**<br>FMQAI Presentation<br>Tampa, FL |
| 05-05-06 | **Emerging Trends in Clinical Medical Management: Value of Pharmacists Services**<br>American Board of Quality Assurance & Utilization Review<br>Physicians (ABQAURP), Medical Management System<br>Innovations: The Next Generation<br>Orlando, FL |
| 04-28-06 | **Pharmacist/Physician Collaboration Strategies**<br>Walgreen's National Advisory Board Meeting<br>Rosemont, IL |
| 04-27-06 | **Medicare Part D and the Expanding Need for Pharmacists Services**<br>Pharmacy Society of Wisconsin<br>Madison, WI |

04-24-06        **Value of Psychiatric Medicine Debate – Industry and Managed Care Perspectives**
College of Psychiatric and Neurologic Pharmacists (CNCP)
Annual Meeting 2006
Baltimore, MD

04-22-06        **Medicare Part D: The Pharmacist's Role in Patient Management**
National Advisory Board
University of Florida College of Pharmacy
Gainesville FL

04-07-06        **Pharmacists Billing Codes: Application in Practice Models**
AMCP 18th Annual Meeting and Showcase
Seattle, WA

04-05-06        **Medicare Part D: Prescription Drug Plans and MTMS Benefit Design**
Academy of Managed Care Pharmacy (AMCP)
18th Annual Meeting & Showcase
Seattle, WA

03-23-06        **Medicare/CPT/Hospital**
Catholic Health Partners
Cincinnati, OH

02-26-06        **Medicare Reimbursement of Drug Therapy Management**
Tennessee Society of Health –System Pharmacists (TSHP)
Midyear Seminar
Nashville, TN

02-20-06        **University of South Carolina**
University of South Carolina College of Pharmacy (USC COP)
Rho Chi Society Banquet,
Columbia, SC

02-17-06        **Medication Therapy Management Services:  Opportunities for Pharmacists and Implications for Treatment Options**
American Society of Consultant Pharmacists
2006 Spring Meeting, Hilton Clearwater Beach Resort
Clearwater, FL

01-28-06        **Update on Medicare Part D and CPT Codes for Pharmacists' Services**
Iowa Pharmacy Association
Educational Expo 2006
Des Moines, IA

01-25-06        **Update on Medicare Part D and CPT Codes for Pharmacists' Services**
Pinellas County Pharmacy Association Meeting
Hospice of the Florida Suncoast
Clearwater, FL

12-06-05        **Practice Applications in Medication Therapy Management Services (MTMS) in Medicare Part-D**
American Society of Health-System Pharmacists
Midyear Meeting (ASHP)
Las Vegas, NV

| | |
|---|---|
| 12-05-05 | **Cutting-Edge Ambulatory Practice Program**<br>American Society of Health-System Pharmacists<br>Midyear Meeting (ASHP)<br>Las Vegas, NV |
| 12-03-05 | **Impact of Medicare Part D and MTMS on Anticoagulation Services**<br>20th Anniversary of the Pharmacy Invitational Conference on Antithrombotic Therapy (PICAT), Tuscany Suites and Casino<br>Las Vegas, NV |
| 12-03-05 | **Selective Issues in Hospital Pharmacy Practice for 2006: Medicare Part D – It's Here!**<br>University Health-System Consortium, Pharmacy Council<br>Las Vegas, NV |
| 12-03-05 | **Anticoag**<br>ASHP Midyear Meeting<br>Las Vegas, NV |
| 11-15-05 | **Electronic Billing of Non-Dispensing Pharmacy Services**<br>National Association of Chain Drug Stores (NACDS) 2005 Pharmacy & Technology Conference<br>San Diego, CA |
| 11-12-05 | **Clinical Pharmacy Interventions Post MMA**<br>American Society of Consultant Pharmacists, Senior Care Pharmacy '05 (ASCP)<br>36th Annual Meeting Exhibition Course Tracking/Publishing #20-39948/10-231316<br>Boston, MA |
| 10-26-05 | **MMA and Medicare Part D**<br>AmeriDrug & JSA Medical Group<br>Tampa, FL |
| 09-29-05 | **MTMS Presentation**<br>Florida Hospital Presentation & Consulting<br>Orlando, FL |
| 09-26-05 | **MMA and Medicare Part D**<br>NCPDP Educational Summit<br>Countdown to MMA:  New & Unfinished Business<br>San Diego, CA |
| 09-15-05 | **Pharmacist-Based CPT Codes for Medication Management**<br>The Profession has been recognized with CPT Codes, What Next?<br>ASHP Teleconference Seminar |
| 08-31-05 | **Electronic Billing of Non-Dispensing Pharmacy Services**<br>National Association of Chains Drug Stores Foundation (NACDS) 2005 Pharmacy & Technology Conference<br>San Diego, CA |
| 08-16-05 | **Current Opportunities in Billing for Pharmacist Clinical Services**<br>National Council of Prescriptions and Drug Programs (NCPDP) Educational Summit, Countdown to MMA: New and Unfinished Business<br>Philadelphia, PA |

| | |
|---|---|
| 08-06-05 | **Using a PDA to Demonstrate the Value of Clinical Pharmacy Services**<br>Florida Society of Health-System Pharmacists (FSHP)<br>39th Annual Meeting, Gaylord Palms Resort and Convention Center<br>Orlando, FL |
| 08-02-05 | **MTMS Medicare Part D**<br>Keystone Medical<br>Philadelphia, PA |
| 07-08-05 | **Medicare Modernization Act:  What we need to Know on January 1, 2006**<br>Florida Pharmacy Association (FPA)<br>115th Annual Meeting and Convention<br>Marco Island, FL |
| 06-23-05 | **Show me the Money: Billing & Payment for MTM**<br>National Association of Chain Drug Stores Foundation<br>Washington, DC |
| 06-16-05 | **Develop a Clinical Practice**<br>Arizona Pharmacy Association (AZPA)<br>1st Annual Meeting<br>Phoenix, AZ |
| 06-16-05 | **Update on Medication Therapy Management Services (MTMS) and Medicate Part D**<br>Tampa Bay Residency Forum, St. Bart's Island House<br>Tampa, FL |
| 05-01-05 | **How to Start a Clinical Practice**<br>Arizona Pharmacy Association<br>1st Annual Convention, Wild Horse Pass Resort ND  Spa<br>Chandler, AZ |
| 04-30-05 | **Tip Jars for Pharmacists: Current Update on Pharmacist Reimbursement Trends**<br>Nova Southeastern University (NSU)<br>16th Annual Program Contemporary Pharmacy Issues<br>Davie, FL |
| 04-11-05 | **Current Opportunities in Billing and the Medicare Drug Benefit**<br>American College of Clinical Pharmacy (ACCP)<br>2005 Spring Practice Research Forum/Updates in Therapeutics<br>Myrtle Beach, FL |
| 04-02-05 | **Development of Current Procedural Terminology (CPT) Codes for Pharmacists Services:  Implications for Residency Training Programs**<br>American Pharmacists Association Community Pharmacy Residency Program (CPRP)<br>Annual Meeting 2005<br>Orlando, FL |
| 02-15-05 | **Value of Medicine**<br>Diagnostic Clinic of Largo<br>Largo, FL |

| 12-05-04 | **Section Connection**
American Society of Health-System Pharmacists (ASHP)
39th Midyear Meeting
Orlando, FL |
|---|---|
| 11-22-04 | **Developing an Advanced Pharmacy Practice Model – Position in the Pharmacist to Meet the Needs of the Healthcare Marketplace**
National State Executives Association Meeting (NCSPAE)
Fall Symposium
Marco Island, FL |
| 10-21-04 | **Treatment of Pulmonary Embolus**
Journal Club for St. Joe's ER, Donnetello's
Tampa, FL |
| 10-17-04 | **To Switch or Not to Switch**
Brevard County Pharmacist's Association
Melbourne, FL |
| 9-26-04 | **Reimbursement Update**
Nebraska Health-System Pharmacists Association
2004 Annual Fall Seminar
Mahoney State Park, NE |
| 09-09-04 | **Value of Medicine**
Tampa Bay Association of Health Underwriters, Feather Sound Country Club
Clearwater, FL |
| 08-28-04 | **MMA and Reimbursement**
National Association of Chain Drug Stores (NACDS)
2004 Pharmacy & Technology Conference
San Diego, CA |
| 08-26-04 | **Pancreatic Enzymes in Malabsorption Disorders**
Wake AHEC Meeting
Raleigh, NC |
| 07-30-04 | **Value of Medicine**
Georgia Society of Health-System Pharmacists
2004 GSHP Summer Meeting
Amelia Island, FL |
| 07-08-04 | **Medicare Part D and CPT Coding Update**
Florida Pharmacy Association, Pfizer
Marco Island, FL |
| 04-30-04 | **Medicare Part D and CPT Coding Update**
Nova Southeastern University (NOVA)
Ft. Lauderdale, FL |
| 11-15-03 | **Documenting and Being Reimbursed for Care and Panel Discussion Opportunities for Pharmacists and Expanding Their Practices in Caring for Patients with Dementia, Delirium and Depression**
Florida Pharmacy Association
Academy of Pharmacy Practice (APP)
Mid-Year Clinical Conference
Orlando FL |

10-11-03      **Overview of Direct Thrombin Inhibitors**
SouthWest Florida Society of Health-System Pharmacists
2003 Annual Meeting
Professional and Therapeutic Update
Tampa, FL

10-11-03      **Antibiotic Treatments in the Inpatient Setting**
SouthWest Florida Society of Health-System Pharmacists
2003 Annual Meeting
Professional and Therapeutic Update
Tampa, FL

09-10-03      **Public Debate Forum – Pharmaceutical Importation**
Suncoast Tiger Bay Club
St. Petersburg, FL

06-27-03      **New Developments in the Treatment of Erectile Dysfunction Managed Care Consultancy Panel**
Bayer Healthcare Pharmaceuticals, Sheraton City Centre Hotel,
Salt Lake Centre Hotel
Salt Lake City, UT

06-03-03      **Transforming Pharmacy Reimbursement – Planning Your Route: Applying Reimbursement Strategies to diverse Practice Settings**
American Society of Health-System Pharmacists (ASHP)
Summer Meeting 2003, Learners and Leaders
San Diego, CA

06-02-03      **Under Construction: Obtaining Reimbursement for Clinical Services.**
American Society of Health-System Pharmacists (ASHP)
Summer Meeting 2003, Learners and Leaders
San Diego, CA

05-08-03      **Treatment Options for Persistent Asthma**
Merck, Roy's Restaurant
Tampa, FL

04-01-03      **Roundtables in Pharmaceutical Care**
American Pharmaceutical Association (APhA)
Annual Meeting & Exposition 2003
Pharmacy Administration and Management
ACPE 202-000-03-087-L04
New Orleans, LA

03-31-03      **How to get paid for Pharmaceutical Care**
American Pharmaceutical Association (APhA)
Annual Meeting & Exposition 2003, Pharmacy Administration
and Management ACPE 202-000-03-040-L04
New Orleans, LA

03-22-03      **Pharmacy Education and Pharmacy Practice: Improving Health Outcomes Through the Provision of Comprehensive Pharmacy Services**
Senate Health Educational and Labor and Pension Committee
Congressional Briefing, United States Capitol, Room S-115
Washington, DC

| | |
|---|---|
| 03-13-03 | **Peer Discussion Group TOPIC: Treatment Options for Persistent Asthma**<br>Merck Speaker, Del Frisco<br>Winter Park, FL |
| 12-10-02 | **Ambulatory and Chronic Care Practitioners:  Development and implementation of collaborative Management plans with other providers**<br>American Society of Health-system Pharmacists (ASHP)<br>37th Annual ASHP Midyear Meeting, The ASHP Section of Home<br>Atlanta, GA |
| 11-13-02 | **Clinical Service Reimbursement Workshop**<br>American Society of Consultant Pharmacists (ASCP)<br>2002 Senior Care Pharmacy 33rd Annual Meeting and Exhibition<br>Anaheim, CA |
| 11-10-02 | **Reimbursement for Pharmacy Services**<br>University of Florida, Pharmacy Law and Management Conference 2002<br>Orlando, FL |
| 10-05-02 | **Quinolone Antibiotic Update**<br>Southwest Florida Society of Health-System Pharmacists (SWFSHP)<br>2002 Annual Meeting, Professional and Therapeutic Update<br>Tampa, FL |
| 09-26-02 | **The Nuts and Bolts of Billing for Pharmacists' Services, Billing for Clinical Services**<br>Iowa Pharmacy Association<br>Des Moines, IA |
| 07-03-02 | **Fluoroquinolone Overview Lecture**<br>Bayer, Primary Care 2002<br>Kiawah Island, SC |
| 06-14-02 | **Toxicology and DUI**<br>DUI Seminar, Hillsborough County Public Defender's Office Meeting<br>Tampa, FL |
| 06-09-02 | **Anti-Infective Treatment of Sinusitis**<br>Allergy, Asthma, and Immunology Associates<br>Key Largo, FL |
| 06-07-02 | **HIV Pharmacology Update**<br>Florida Allergy, Asthma & Immunology Society<br>2002 Annual Meeting<br>Key Largo, FL |
| 02-20-02 | **Insulin Delivery Devices**<br>Duval County Pharmacological Society, Novo Nordisk<br>Jacksonville, FL |
| 12-13-01 | **Avelox Clinical Advisory Panel**<br>Bayer - Stratagem Plus, Inc., Donatello's<br>Tampa, FL |

12-05-01 **Public Relations:  How to Get the Message Out About Today's Pharmacy Practice**
American Society of Health-System Pharmacists (ASHP)
Midyear Meeting
New Orleans, LA

12-04-01 **Serving as a Medical Expert Witness**
American Society of Health-System Pharmacists (ASHP)
2001 36th Annual Midyear Meeting
New Orleans, LA

11-18-01 **Diabetes Update:  Alternative Delivery Devices**
Eckerd's Health Care
Southeastern Region Symposium
Bonita Springs, FL

11-06-01 **Billing for Clinical Services**
American Society of Clinical Pathologists (ASCP)
32nd Annual Meeting
Chicago, IL

08-09-01 **Collaboration is the Secret to Success**
Florida Society of Health-System Pharmacists (FSHP)
Annual Meeting
Orlando, FL

06-28-01 **FPA 111th Annual Meeting and Convention**
Marriott Marco Island Resort
Marco Island, FL

05-17-01 **New Drug Approvals and Research Pipelines**
Central Savannah River District of the Georgia Society of Health-System Pharmacists
Martinez, GA

05-16-01 **Geriatric Practice: Pharmacy Consulting Models**
American Society of Consultant Pharmacists (ASCP)
23rd Midyear Conference 2001 Geriatrics Meeting
Washington, DC

05-05-01 **Getting Paid for your Services**
American Society of Consultant Pharmacists (ASCP)
23rd Midyear Conference
Washington, DC

03-25-01 **Handheld Medical Applications**
Florida Society of Health-System Pharmacists (FSHP)
2001Spring Meeting, Health Professions Division, Nova Southeastern University
Ft. Lauderdale, FL

03-01-01 **Update on Diabetes and Current Clinical Opportunities**
Association of Clinical Research Professionals (ACRP)
Suncoast Chapter
Tampa, FL

02-15-01 **Anti-infective Selection: The Impact Of Our Decisions**
Bayer
Tampa, FL

| | |
|---|---|
| 01-30-01 | **Pharmacotherapy Update Insulin, Advances and Feature NovoPen 3**<br>Diabetes Update Lectures for Publix Pharmacists, Novo Nordisk<br>Orlando, FL |
| 01-23-01 | **Diabetes Care and Clinical Research Update**<br>St. Joseph's Hospital, Institutional Review Board (IRB)<br>Tampa, FL |
| 01-23-01 | **Pharmacotherapy Update Insulin, Advances and Feature NovoPen 3**<br>Diabetes Update Lectures for Publix Pharmacists, Novo Nordisk<br>Publix Divisional Office<br>Marietta, GA |
| 01-21-01 | **Pharmacotherapy Update Insulin, Advances and Feature NovoPen 3**<br>Diabetes Update Lectures for Publix Pharmacists, Novo Nordisk<br>Gainesville, FL |
| 01-18-01 | **Pharmacotherapy Update Insulin, Advances and Feature NovoPen 3**<br>Diabetes Update Lectures for Publix Pharmacists, Novo Nordisk<br>Tampa, FL |
| 01-14-01 | **Pharmacotherapy Update Insulin, Advances and Feature NovoPen 3**<br>Diabetes Update Lectures for Publix Pharmacists, Novo Nordisk<br>Deerfield Beach, FL |
| 12-08-00 | **Legislative Update: Pharmacy Law and Current Initiatives**<br>American Society of Health-System Pharmacists<br>Public Relations Advisory Network<br>Midyear Clinical Meeting<br>Las Vegas, NV |
| 10-02-00 | **Managing the Pharmacy Benefit:  We Must Strive to Improve Patient Care**<br>Pfizer - Tri-Service Forum Regions 3 &4<br>Callaway Gardens, GA |
| 05-26-00 | **DUI Issues Training Seminar**<br>Hillsborough County Public Defender's Office<br>Tampa, FL |
| 03-09-00 | **Fluoroquinolone Update**<br>South Florida Society of Health System Pharmacists Meeting<br>Miami, FL |
| 12-07-99 | **Issues Surrounding Pharmacist Reimbursement**<br>American Society of Health-System Pharmacists (ASHP)<br>1999 Mid-Year Clinical Meeting<br>Orlando, FL |
| 12-02-99 | **Antibiotic Selection in the Age of Resistance: A Focus on Newer Agents on Selected Respiratory Tract Infections**<br>Bayer - CME Dinner Conference<br>Microbiology, Resistance and PK/PD of the Newer Agents<br>Dallas, TX |

| | |
|---|---|
| 12-01-99 | **Antibiotic Selection in the Age of Resistance: A Focus on Newer Agents on Selected Respiratory Tract Infections**<br>Bayer - CME Dinner Conference<br>Microbiology, Resistance and PK/PD of the Newer Agents<br>Houston, TX |
| 11-02-99 | **Antibiotic Selection in the Age of Resistance: A Focus on Newer Agents on Selected Respiratory Tract Infections**<br>Bayer - CME Dinner Conference<br>Microbiology, Resistance and PK/PD of the Newer Agents<br>Baton Rouge, LA |
| 10-25-99 | **Antibiotic Selection in the Age of Resistance: A Focus on Newer Agents on Selected Respiratory Tract Infections**<br>Bayer - CME Dinner Meeting<br>Microbiology, Resistance and PK/PD of the Newer Agents<br>Ft. Worth, TX |
| 09-29-99 | **Antibiotic Selection in the Age of Resistance: A Focus on Newer Agents on Selected Respiratory Tract Infections**<br>Bayer - CME Dinner Conference<br>Microbiology, Resistance and PK/PD of the Newer Agents<br>Bayer, The Pillars Restaurant<br>Mobile, AL |
| 09-25-99 | **Designing an Anticoagulation Clinic**<br>Saint Louis College of Pharmacy, St. Louis College of Medicine,<br>Fundamentals for Pharmaceutical Care Reimbursement<br>St. Louis, MO |
| 09-23-99 | **Antibiotic Selection in the Age of Resistance: A Focus on Newer Agents on Selected Respiratory Tract Infections**<br>Bayer - CME Dinner Conference<br>Microbiology, Resistance and PK/PD of the Newer Agents<br>Bayer, Donatello's Restaurant<br>Tampa, FL |
| 08-13-99 | **Getting Paid for Pharmaceutical Care: Guidelines for Medicaid, Medicare and Third Party Payer Reimbursement**<br>Pharmacy Society of Wisconsin (PSW)<br>1999 Annual Meeting<br>La Crosse, WI |
| 03-05-99 | **Long Term Care: Reimbursement for Clinical Services**<br>American Society of Consultant Pharmacists (ASCP)<br>North Carolina Chapter<br>Charlotte, NC |
| 04-18-98 | **Polypharmacy and the 20 Newest Drugs**<br>Nurse Practitioners Associates for Continuing Education<br>NPACE National Primary Care Conference<br>Orlando FL |
| 03-03-98 | **Advances in Quinolone Antibiotic Therapy**<br>Southern Gulf Society of Health-system Pharmacists<br>Ft. Myers, FL |

| | |
|---|---|
| 02-24-98 | **Overview of Quinolone Antibiotics: Current Market Trends**<br>Department of Pharmacy, St. Joseph's Hospital<br>Tampa, FL |
| 02-20-98 | **Establishing, Documenting & Marketing Clinical Services**<br>Clinical Practice in a Managed Care Era<br>22nd Annual Clinical Pharmacy Symposium<br>Florida A&M University School of Pharmacy<br>Tallahassee, FL |
| 01-27-98 | **Pharmaceutical Care Services in the Long Term Care Setting: Reimbursement Strategies**<br>Clinical Advisory Board<br>Omnicare International<br>Cincinnati, OH |
| 11-15-97 | **Compensation Strategies for Hyperlipidemia Programs**<br>Hyperlipidemia Conference '97<br>Auburn University, School of Pharmacy<br>Auburn, AL |
| 11-11-97 | **Biotechnology: Pharmaceutical Care Practice Opportunities**<br>University of Illinois at Chicago, College of Pharmacy<br>Symposium on Biotechnology<br>Chicago, IL |
| 10-18-97 | **Managed Care: Drug Formulary Strategies**<br>Managed Care Success Strategies, Tampa Westin Hotel<br>Tampa, FL |
| 09-27-97 | **Embracing Pharmaceutical Care Practices**<br>Southern California Society of Health-systems Pharmacists<br>Los Angeles, CA |
| 09-17-97 | **Biotechnology: Pharmaceutical Care Practice Opportunities**<br>Chicago, IL |
| 09-09-97 | **Update on Reimbursement Strategies for Pharmaceutical Care Services**<br>University of Florida Law & Management Conference<br>Orlando, FL |
| 08-26-97 | **Development of Clinical Pharmacy Services and Practice Management Systems**<br>VHA Conference, Opryland Hotel<br>Nashville, TN |
| 08-02-97 | **Reimbursement Strategies for Clinical Services for Managing Patients with Osteoporosis**<br>Osteoporosis Treatment Management<br>Mercer University<br>Atlanta, GA |
| 07-11-97 | **Asthma: Treatment and Therapeutic Alternatives**<br>Establishing Patient Care Services in the Pharmacy: The Basics, CarePoint<br>Atlanta, GA |

06-27-97 **Osteoporosis & Reimbursement**
Mercer University
Atlanta, GA

06-20-97 **Developing Advanced Practice Models for Pharmaceutical Care Services**
Pennsylvania Society of Health-System Pharmacists
Long Branch, NJ

06-07-97 **Developing Reimbursement Strategies for Ambulatory Care Services**
Nebraska Pharmacists Association
1997 Annual Convention
Grand Island, NE

05-17-97 **Pharmacists-based Clinical Pharmacology Research**
Florida Society of Health-Systems Pharmacists
1997 Annual Meeting
Ft. Lauderdale, FL

05-16-97 **Reimbursement for Pharmaceutical Care: Present and Future Considerations**
Pharmaceutical Care A Closer Look, North Carolina Council on Pharmaceutical Care
Chapel Hill, NC

05-16-97 **Marketing Pharmaceutical Care: An Essential Ingredient**
Pharmaceutical Care A Closer Look
North Carolina Council on Pharmaceutical Care
Chapel Hill, NC

05-10-97 **New Horizons in Diabetes Management: Reimbursement Models**
New Jersey Society of Certified Diabetes Education
Diabetes Educators Symposium
Voorhees, NJ

05-03-97 **Practice models for service and reimbursement – Diabetes Management**
Metro New York – Garden State Diabetes Educators Symposium
West Orange, NJ

05-01-97 **Evaluation Methods for Clinical Pharmacology Trials**
University of South Florida, Department of Pediatrics
Residents Program
Tampa, FL

04-29-97 **Tinnitus: Treatment and Management Update**
American Tinnitus Association
Tampa Bay Chapter/Support Group
Tampa, FL

04-22-97 **Clinical Pharmacology Review: American Board of Internal Medicine Review Course**
University of South Florida College of Medicine
Medical Residents
Tampa, FL

| | |
|---|---|
| 04-12-97 | **Advanced Practice Models: The Future of Pharmaceutical Care**<br>Louisiana Society of Health-System Pharmacists<br>New Orleans, LA |
| 04-04-97 | **New Treatments for HIV: Update**<br>National Association of Nurse Practitioner's Conference<br>1997 NPACE<br>Orlando, FL |
| 04-04-97 | **Top 20 New Medications**<br>National Association of Nurse Practitioner's Conference<br>1997 NPACE<br>Orlando, FL |
| 04-04-97 | **Antibiotic Update:  1997**<br>National Association of Nurse Practitioner's Conference<br>1997 NPACE<br>Orlando, FL |
| 03-15-97 | **Advanced Practice Models for Pharmaceutical Care**<br>South Florida Society of Health-System Pharmacists<br>Miami, FL |
| 03-09-97 | **Developing Reimbursement Strategies for Clinical Pharmacy Services**<br>Greensboro AHEC<br>Greensboro, NC |
| 03-07-97 | **Getting Paid for Pharmaceutical Care: Reimbursement Workshop**<br>American Pharmaceutical Association (APhA)<br>1997 Annual Meeting<br>Los Angeles, CA |
| 12-12-96 | **Cost Impact of Lipid Lowering Therapy**<br>Managed Care Medical Directors of Florida<br>1996 Annual Meeting<br>Tampa, FL |
| 09-14-96 | **Management of Tuberculosis: Clinical Case Studies**<br>Southwest Florida Society of Health system Pharmacists (SWFSHP)<br>1996 Annual Meeting<br>Update on the Management of Infectious Diseases<br>Tampa, FL |
| 11-07-96 | **Value of Pharmaceutical Disease Management in Reducing Overall Health Care Costs**<br>Merck - Central Florida Health Care Coalition (CFHCC)<br>Orlando, FL |
| 08-17-96 | **Management and New Therapies for HIV Infection**<br>Update on HIV and Related Infections<br>A Continuing Education Program for Pharmacists<br>University of South Florida<br>Tampa FL |

| | |
|---|---|
| 04-08-96 | **Implementation of Community Based Pharmaceutical Care Service**<br>Florida Society of Health-System Pharmacists Midyear Meeting<br>Ft. Lauderdale, FL |
| 03-26-96 | **Newer Antibiotics in the Managed Care Setting**<br>Challenges in Pharmaceutical Care<br>Braintree, MA |
| 02-22-96 | **Pharmacokinetic Services:  Pharmacist Managed Consult Service Model**<br>Polk County Pharmaceutical Association<br>Bartow, FL |
| 02-10-96 | **Pharmacoeconomic Trials:  Designing Research Trials to Improve Clinical Outcomes and Reduce Health Care Costs**<br>United States Pharmacoeconomic Advisory Board, Bayer<br>Vail, CO |
| 11-07-95 | **Value of Pharmaceutical Disease Management In Reducing Overall Health Care Costs Reducing Overall Health Care Costs Through Pharmaceutical and Disease Intervention,**<br>The Healthcare Revolution, Central Florida Health Care Coalition (CFHCC)<br>Orlando, FL |
| 10-04-95 | **Pharmacy Management Course**<br>University of Florida<br>Gainesville, FL |
| 10-01-95 | **Applying Reimbursement Coding to Pharmaceutical Care Services**<br>New York State Council of Health-System Pharmacists<br>1995 Annual Meeting<br>Newburgh, NY |
| 09-16-95 | **Pharmacists Care of Anticoagulant and Cardiovascular Patients**<br>Florida Pharmacy Association Continuing Education Series<br>St. Petersburg, FL |
| 08-26-95 | **Practical Issues Related to the Conduct of Clinical Trials, Research & Development: Oral Streptogramins In Sinusitis**<br>Four Seasons Hotel<br>Chicago, IL |
| 08-15-95 | **Expanding Services in the Diabetes Marketplace**<br>Orange County Pharmaceutical Association<br>Orlando, FL |
| 08-07-95 | **Macrolide Antibiotic Update**<br>American College of Clinical Pharmacy<br>1995 Annual Meeting<br>Washington, DC |
| 08-04-95 | **Pharmaceutical Care: Nephrology Services, Developing Reimbursement Strategies**<br>Florida Society of Health-system Pharmacist<br>1995 Annual Meeting, Stouffer Hotel<br>Orlando, FL |

| 08-04-95 | **Justification of Pharmacy Services: Survival for the Future, Panel Discussion**
Opening Session, Florida Society of Health-system Pharmacist 1995 Annual Meeting, Stouffer, Hotel
Orlando, FL |
|---|---|
| 07-25-95 | **Implementing Pharmaceutical Care**
Practitioner Panel Tennessee Pharmacist Association 108th Annual Meeting
Memphis, TN |
| 06-06-95 | **Expanding Pharmaceutical Care in and Era of Declining Resources**
American Society of Hospital Pharmacists
1995 Annual Meeting
Philadelphia, PA |
| 05-21-95 | **Issues in Infectious Diseases: 1995**
CE on the SEA, Continuing Education Seminar
Ocho Rios, Jamaica |
| 05-19-95 | **Antibiotic Update: 1995**
Florida Nurses Association, Belleview Biltmore
Clearwater, FL |
| 05-16-95 | **Update on Antifungal Therapy: Primer for Clinical Practice**
Pinellas County Pharmaceutical Association
Pinellas Park, FL |
| 05-10-95 | **Steroid Overview for Primary Care Practice**
Nurse Practitioner Association for Continuing Education
1995 Annual Meeting
Orlando, FL |
| 04-18-95 | **Pharmaceutical Care: Intensive Insulin Therapy**
Southern Gulf Society of Hospital Pharmacist, Holiday Inn
Ft. Myers, FL |
| 04-08-95 | **Pharmacotherapeutic Care Plans for Ambulatory Patients**
Implementation of Community Based Pharmaceutical Care Service
Ft. Lauderdale, FL |
| 04-08-95 | **Developing a Nephrology Pharmaceutical Care Practice**
Florida Society of Hospital Pharmacist
1995 Annual Meeting
Ft. Lauderdale, FL |
| 04-07-95 | **Issues and Advances in Pediatrics. Advances in Pediatric Pharmacology: Medications and Drug Delivery Systems**
Sheraton Sand Key Resort
Clearwater Beach, FL |
| 03-21-95 | **Reimbursement for Pharmaceutical Care Services**
Southern Gulf Society of Hospital Pharmacist
Lee Memorial Hospital
Ft. Myers, FL |

02-16-95 **Early Presumptive Antifungal Therapy**
Internal Medicine Grand Rounds, University of South Florida
College of Medicine
Tampa, FL

02-24-95 **Aminoglycoside and Vancomycin Pharmacokinetics: Clinical Application**
Course# PHA4123/5121, University of Florida, College of Pharmacy
Gainesville, FL

02-25-95 **Pediatric Hyperlipidemia: Assessment and Management**
University of Florida College of Pharmacy
Post Graduate PharmD. Program, USF College of Public Health
Tampa, FL

02-04-95 **New Approaches to Cancer Therapy: Gene Therapy and Monoclonal Antibodies**
Florida Pharmacy Association
Academy of Pharmacy Practice
Clinical Mid-Year Conference
Orlando, FL

01-27-95 **Reimbursement Factors in Modern Healthcare**
Miles 1995 Pharmacy Advisory Board
Innisbrook, FL

01-28-94 **Pharmaceutical Care and Reimbursement for Pharmacy Services**
Miles Pharmacy Advisory Group
Tarpon Springs, FL

12-13-94 **Establishing Reimbursement Guidelines for Cognitive Services**
North Pinellas Pharmacy Association
Tarpon Springs, FL

12-05-94 **Issues in Antifungal Therapy**
American Society of Hospital Pharmacists
Exhibitor's Theater Program
29th Midyear Clinical Meeting, Miami Beach Convention Center
Miami, FL

11-19-94 **Clinical Aspects of Early Antifungal Therapy in the ICU**
Cost Effectiveness in the ICU
Orlando Hilton
Orlando, FL

11-10-94 **Review of Antifungal Therapy**
Mobile Pharmacy Association, Providence Hospital
Mobile, AL

10-18-94 **Diabetes and the Geriatric Patient**
VA Medical Center
Miami, FL

| | |
|---|---|
| 10-07-94 | **Medications and Their Impact on Ototoxicity and Patient Assessment**<br>Florida Speech and Hearing Association<br>1994 Annual Meeting<br>Cocoa Beach, FL |
| 10-06-94 | **Contribution of Biotechnology to Pharmaceutical Pipelines: Current and Future**<br>American College of Clinical Pharmacology, Symposium<br>23rd Annual Meeting<br>Orlando, FL |
| 08-05-94 | **Obtaining Reimbursement for Therapeutic Outcomes Monitoring**<br>TOM Pharmacist Meeting<br>University of Florida College of Pharmacy<br>Gainesville, FL |
| 08-04-94 | **Considerations in the Diagnosis and Treatment of Fungal Infections**<br>National Teleconference, American Teleconferencing<br>Tampa, FL |
| 08-04-94 | **A Pharmacotherapeutic Care Plan Model: Renal Disease, Pharmacoeconomic Considerations II**<br>Florida Society of Health system Pharmacists<br>1995 Annual Meeting<br>Orlando, FL |
| 08-04-94 | **Financial Impact of Innovative Pharmaceutical Services**<br>Florida Society of Health system Pharmacists<br>Opening General Session: Forces Affecting Health Care in Florida<br>1995 Annual Meeting<br>Orlando, FL |
| 07-08-94 | **Reimbursement for Pharmacy Services**<br>Arizona Society of Hospital Pharmacists<br>1994 Annual Meeting<br>Tucson, AZ |
| 06-22-94 | **Antifungal Therapy: Clinical Software Applications**<br>Pharmacy Grand Rounds, Gunnersville Hospital<br>Gunnersville, AL |
| 06-21-94 | **Antifungal Therapy: Clinical Software Applications**<br>University Hospital Pharmacists<br>Birmingham, AL |
| 06-20-94 | **Rational Antifungal Therapy in Hospitalized Patients**<br>Grand Rounds, Lakeland Regional Hospital<br>Lakeland, FL |
| 06-08-94 | **Pain Management and Non-steroidal Anti-inflammatory Agents**<br>Pain Management Symposium, Tampa General Hospital<br>Tampa, FL |

| | |
|---|---|
| 06-07-94 | **Maximizing Reimbursement for Pharmaceutical Products and Services**<br>American Society of Hospital Pharmacists, Exhibitor's Theater,<br>51st Annual Meeting<br>Reno, NV |
| 05-05-94 | **The Rising Cost of Candida Infections**<br>Northwest Alabama Pharmacists Association<br>Florence, AL |
| 04-08-94 | **Antifungal Therapy in the Critically Ill**<br>American Association of Critical Care Nurses Gulf coast<br>Chapter Spring Meeting |
| 03-26-94 | **Reimbursement Guidelines for Pharmacy Services**<br>Pharmaceutical Care Forum, CarePoint<br>Folly Beach, SC |
| 03-06-94 | **Health Care Reform: Preparing Pharmacy for Change**<br>Tennessee Society for Hospital Pharmacist<br>1994 Annual Meeting<br>Nashville, TN |
| 02-25-94 | **Patient Education and Pharmaceutical Care**<br>1994 Update: Colony Stimulating Factors<br>St. Petersburg, FL |
| 02-15-94 | **Opportunities for Pharmacists in Biotechnology**<br>West Alabama Society of Hospital Pharmacists<br>Tuscaloosa, AL |
| 02-10-94 | **Health care Reform:  It's Impact on Pharmacy Practice**<br>Society of Hospital Pharmacists<br>Tallahassee, FL |
| 02-05-94 | **Patient Monitoring - Software Applications**<br>Cytokine Forum Group<br>San Diego, CA |
| 02-04-94 | **Developing Reimbursement Guidelines of Pharmaceutical Care Services**<br>CarePoint Pharmaceutical Care Conference<br>Atlanta, GA |
| 01-28-94 | **Pharmaceutical Care and Reimbursement for Pharmacy Services**<br>Miles Pharmacy Advisory Group<br>Tarpon Springs, FL |
| 01-13-94 | **Implementing System for Payment**<br>An update on OBRA 90<br>The 22nd Annual Pharmacy Law and Management Conference<br>Lake Buena Vista, FL |
| 12-09-93 | **New Clinical Software Applications**<br>American Society of Hospital Pharmacists<br>1993 Midyear Clinical Meeting<br>Atlanta, GA |

| | |
|---|---|
| 12-09-93 | **Clinical Case Studies: Antifungal Therapy**<br>American Society of Hospital Pharmacists<br>1993 Midyear Clinical Meeting<br>Atlanta, GA |
| 12-08-93 | **Health Care Reform: It's Impact on Hospitals and Pharmacy,**<br>**How Hospital Pharmacy Will Be Affected**<br>American Society of Hospital Pharmacists<br>1993 Midyear Clinical Meeting<br>Atlanta, GA |
| 11-21-93 | **Biotechnology Pharmaceutical Products: The Pharmacists Role**<br>South Dakota Pharmaceutical Association<br>1993 Annual Meeting<br>Sioux Falls, SD |
| 11-13-93 | **Implementing a System for Payment**<br>University of Florida College of Pharmacy<br>22nd Annual Pharmacy Law and Management Conference,<br>"An Update of OBRA 90"<br>Gainesville, FL |
| 11-12-93 | **The Diabetes Marketplace**<br>Gulf Coast Pharmaceutical Association<br>Ft. Meyers, FL |
| 11-07-93 | **Pharmacoeconomics and Colony Stimulating Factors**<br>Georgia Society of Hospital Pharmacists<br>Thomasville, GA |
| 10-03-93 | **Reimbursement for Patient Consultation**<br>Illinois Pharmacists Association<br>113th Annual Meeting and Exhibition<br>Rockford, IL |
| 09-26-93 | **Insulin & Diabetes Update**<br>Southeastern Society of Hospital Pharmacists<br>Ft. Lauderdale, FL |
| 09-14-93 | **Update on Health Care Reform**<br>Eastern Shores Florida Society of Hospital Pharmacists<br>Daytona, FL |
| 08-22-93 | **Experiences with Utilization of CPT Coding Reimbursement for**<br>**Clinical Services:  Round Table Forum**<br>Florida Society of Hospital Pharmacists<br>1993 Annual Meeting<br>Orlando, FL |
| 08-19-93 | **Managing Patients on Biologic Response Modifiers Practical**<br>**Applications of Biologic Response Modifiers**<br>Florida Society of Hospital Pharmacists<br>1993 Midyear Meeting<br>Orlando, FL |
| 08-14-93 | **Leadership Skills:  Tricks of the Trade**<br>Florida A&M Leadership Conference<br>Orlando, FL |

07-13-93            **The Pharmacoeconomics of Antifungal Therapy**
                   Vanderbilt University, Department of Pharmacy
                   Nashville, TN

07-10-93            **Pharmaceutical Biotechnology Update**
                   ALCO Health Services Corporation
                   1993 Annual Meeting
                   Orlando, FL

06-24-93            **Important Issues in the Selection of IV versus PO Fluconazole**
                   Teleconference Pfizer Pharmaceuticals

06-22-93            **Insulin Update**
                   Hillsborough County Pharmaceutical Association
                   Tampa, FL

06-10-93            **Important Issues in the Selection of IV versus PO Fluconazole**
                   Teleconference Pfizer Pharmaceuticals
                   Tampa, FL

06-07-93            **Amlodipine and Beta Blockers**
                   American Society of Hospital Pharmacists
                   1993 Annual Meeting
                   Denver, CO

05-30-93            **Developing Reimbursement Strategies for Clinical Services**
                   Florida A&M University
                   Clearwater, FL

05-25-93            **Monitoring Patients on Biologic Response Modifiers**
                   National Home Infusion Association/National Association of
                   Retail Druggist
                   1993 Annual Meeting, Rx Expo '93
                   Orlando, FL

05-21-93            **Clinical Pharmacokinetic Software**
                   University of Florida, Applied Pharmacokinetics 1993
                   Gainesville, FL

05-19-93            **Important Issues in the Selection of IV versus PO Fluconazole**
                   Teleconference Pfizer Pharmaceuticals
                   Tampa, FL

05-13-93            **Important Issues in the Selection of IV versus PO Fluconazole**
                   Capital Society of Hospital Pharmacists
                   Tallahassee, FL

05-07-93            **Important Issues in the Selection of IV versus PO Fluconazole**
                   Flagler Community Hospital, Department of Pharmacy
                   St. Augustine, FL

05-07-93            **Important Issues in the Selection of IV versus PO Fluconazole**
                   St. Vincent's Hospital, Department of Pharmacy
                   Jacksonville, FL

05-01-93            **Drug Research and Development: From the Laboratory to the
                   Drug Store**
                   Cystic Fibrosis Family Day, University of South Florida,
                   Department of Pediatrics
                   Tampa, FL

04-29-93    **Important Issues in the Selection of IV versus PO Fluconazole**
Teleconference Pfizer Pharmaceuticals
Tampa, FL

04-28-93    **Important Issues in the Selection of IV versus PO Fluconazole**
Birmingham Hospital Pharmacists Program
Birmingham, AL

04-27-93    **Important Issues in the Selection of IV versus PO Fluconazole**
Montgomery Regional Hospital Pharmacists, Penach at
Rose Hill
Montgomery, AL

04-23-93    **Pharmaceutical Biotechnology Update**
American Association Critical Care Nurses
1993 Annual Meeting
Clearwater, FL

04-22-93    **Pharmaceutical Biotechnology: Research and Development**
Anderson Memorial Hospital, Medical Grand Rounds
Anderson, SC

04-07-93    **Important Issues in the Selection of IV versus PO Fluconazole**
Teleconference Pfizer Pharmaceuticals
Tampa, FL

02-24-93    **Important Issues in the Selection of IV versus PO Fluconazole**
Teleconference Pfizer Pharmaceuticals
Tampa, FL

02-18-93    **Therapeutic Drug Monitoring: Antibiotics**
University of Florida, College of Pharmacy
Pharmacokinetics Course
Gainesville, FL

12-28-92    **JCAHO and Home Health Care**
CareStat of Colorado, Department of Pharmacy
Denver, CO

12-15-92    **Selection of IV versus PO Fluconazole Therapy**
Teleconference
Tampa, FL

12-13-92    **Reimbursement for Clinical Pharmacy Services**
Florida Pharmaceutical Association
Sarasota, FL

11-21-92    **Reimbursement for Clinical Pharmacy Services "Implementing OBRA '90"**
Twenty-First Annual Pharmacy Law and Management
Conference
Orlando, FL

11-20-92    **Pharmacy Practice in the 1990's**
Seminole Heights Elementary School, Great American Teach-In
Tampa, FL

| | |
|---|---|
| 10-24-92 | **New Medications and Absorption Routes - How They Can Interact**<br>Florida Nurses Association<br>Third Annual Pharmacology Update<br>Tampa, FL |
| 10-14-92 | **Drug Utilization Review and Outcomes Management**<br>Georgia Shared Services, Fall Forum 1992<br>Callaway, GA |
| 10-07-92 | **Pharmacological Approach to the Treatment of Pressure Ulcers**<br>Pressure Ulcers - Prevention, Assessment, Treatment and Infection Control<br>Sand Key Beach, FL |
| 09-30-92 | **Review of Antifungal Therapy**<br>Pfizer Pharmaceuticals, Southeastern Regional Sales Division<br>Regional Sales Meeting<br>Tampa, FL |
| 09-15-92 | **Advances in Oral Antibiotics**<br>Augusta Pharmaceutical Association<br>Augusta, GA |
| 09-06-92 | **Biotechnology and Immunology**<br>Puerto Rico Pharmaceutical Association<br>San Juan, Puerto Rico |
| 08-14-92 | **Biotechnology and Drug Development**<br>Pharmacy Grand Rounds<br>HCA Community Hospital<br>New Port Richey, FL |
| 08-13-92 | **Review of Amphotericin B and Antifungal Therapy**<br>Roche Professional Services Division<br>Home Health Pharmacy Services<br>Tampa, FL |
| 07-27-92 | **Advances in Biotechnology and Drug Development**<br>Pharmacy Grand Rounds, St. Joseph's Hospital<br>Tampa, FL |
| 07-18-92 | **Application of Biotechnology in Medicine**<br>Florida Pharmaceutical Association, Annual Meeting 1992,<br>Boca Raton, FL |
| 07-14-92 | **Advances in Hospital Pharmacy Practice**<br>Pharmaceutical Training Seminar, Miles, Inc.<br>Orlando, FL |
| 05-20-92 | **Health Care Reform: Impact on Pharmacy Services**<br>Eastern Shores Society of Hospital Pharmacists<br>Daytona Beach, FL |
| 05-15-92 | **All Americas Health care Conference**<br>AIDS Update, Moderator<br>Tampa, FL |
| 04-16-92 | **Antimicrobial Testing and Resistance**<br>Memorial Hospital (AMI)<br>Tampa, FL |

| | |
|---|---|
| 04-14-92 | **Clinical Pharmacology Review or Sertraline**<br>Hillsborough County Pharmaceutical Association<br>Tampa, FL |
| 04-02-92 | **Monoclonal Antibodies and Antibiotic Selection**<br>Pinellas County Hospital Pharmacists<br>Clearwater, FL |
| 03-25-92 | **Monoclonal Antibodies: Clinical Applications**<br>Health care Forum, Regional Hospital Consortium<br>Miami, FL |
| 03-11-92 | **Biotechnology in Retail Pharmacy**<br>Pasco/Hernando County Pharmaceutical Association<br>New Port Richey, FL |
| 03-05-92 | **Introduction to Use and Handling of Biotechnology Agents**<br>Ohio Society of Hospital Pharmacists, "Pharmacy Technician Program"<br>1992 Annual Meeting<br>Dayton, OH |
| 02-27-92 | **Introduction to Clinical Pharmacology Principles**<br>University of South Florida, Internal Medicine Noon Conference<br>Tampa, FL |
| 02-05-92 | **Therapeutic Drug Monitoring in Psychiatry**<br>University of South Florida, Psychiatry Residence Conference<br>Tampa, FL |
| 01-15-92 | **Analysis of Antibiotic Selection and Treatment on the Clinical Outcome of Monoclonal Anti-Endotoxin Therapy**<br>Merck Research Laboratories<br>Rahway, NJ |
| 12-10-91 | **Profile of the Clinical Pharmacokinetic Software Marketplace**<br>Syva International, Marketing Division<br>Tampa, FL |
| 12-05-91 | **Selecting Clinical Pharmacokinetic Software**<br>American Society of Hospital Pharmacists<br>1991 Midyear Clinical Meeting<br>New Orleans, LA |
| 12-01-91 | **Clinical Applications for Colony Stimulating Factors**<br>Long Island Hospital Pharmacy Directors Meeting<br>Long Island, NY |
| 09-29-91 | **Clinical Documentation:  Important or Impractical?**<br>Indian River Pharmacy Association<br>Vero Beach, FL |
| 08-10-91 | **Colony Stimulating Factors:  From Laboratory to Clinical Applications**<br>Southern Gulf Society of Hospital Pharmacist<br>Ft.  Myers, FL |
| 08-08-91 | **Medical Legal Issues in Pharmacy Practice**<br>Moderator Current Issues in Pharmacy Practice<br>Lake Buena Vista, FL |

| | |
|---|---|
| 06-07-91 | **Colony Stimulating Factors: Clinical Applications**<br>Southeastern Society of Hospital Pharmacists<br>North Broward Medical Center<br>Ft. Lauderdale, FL |
| 05-16-91 | **Colony Stimulating Factors: From Laboratory to Clinical Applications**<br>Polk County Pharmacy Association<br>Lakeland, FL |
| 04-26-91 | **Evaluation of Clinical Services: Outcomes Management**<br>Moses H. Cone Hospital, Pharmacy Grand Rounds<br>Greensboro, NC |
| 04-06-91 | **Clinical Impact of Nutrition Support in Home Health care**<br>Roche Professional Services, Clinical Training Program<br>Tampa, FL |
| 03-15-91 | **Therapeutic Drug Monitoring: Applications in Home Health care**<br>Dun & Bradstreet Corporation<br>Tampa, FL |
| 01-26-91 | **Pharmacology Concerns for the Audiologist**<br>Florida Association of Speech, Hearing, and Audiology (FLASHA) Winter Conference<br>Gainesville, FL |
| 01-91 | **Drug-Induced Ototoxicity**<br>Florida Language Speech and Hearing Association<br>1991 Winter Meeting<br>Cocoa Beach, FL |
| 11-90 | **Clinical Outcomes Management**<br>Southwest Florida Society of Hospital Pharmacists<br>1990 Annual Meeting<br>St. Petersburg, FL |
| 08-90 | **Clinical Pharmacokinetics: Software Review**<br>Florida Society of Hospital Pharmacists<br>24th Annual Meeting<br>Orlando, FL |
| 06-90 | **Outcomes Management**<br>Southwest Central Louisiana Society of Hospital Pharmacists<br>Baton Rouge, LA |
| 05-90 | **Anti-infective Therapy in the Immunocompromised Patient**<br>Orlando Pharmacy Symposium '90, Co-Chairman<br>Orlando, FL |
| 10-89 | **Review of Clinical Pharmacokinetic Software**<br>California Society of Hospital Pharmacists Seminar<br>1989 Meeting<br>Los Angeles, CA |
| 10-89 | **Evaluation of Commercially Available Pharmacokinetic Software Systems**<br>Georgia Society of Hospital Pharmacists Midyear Meeting<br>Athens, GA |

| 10-89 | **Bayesian Pharmacokinetics**
Pharmacy Grand Rounds, H. Lee Moffitt Cancer Center
Tampa, FL |
|---|---|
| 02-89 | **Clinical Pharmacokinetics Software Systems**
Pharmacy Grand Rounds, H. Lee Moffitt Cancer Center
Tampa, FL |
| 04-88 | **Design and Implementation of a Computerized Pharmacokinetic Patient Tracking System**
Southeastern Residents Conference
Athens, GA |
| 10-87 | **Geriatric Pharmacology: Therapeutic Considerations**
Emory University Hospital, Pharmacy Grand Rounds
Atlanta, GA |
| 11-86 | **Aminoglycoside Dosing Adjustments in Renal Failure**
Emory University Hospital, Clinical Pharmacy Department
Atlanta, GA |
| 08-86 | **Vaccinating the Elderly**
Veteran's Administration Hospital, Medical Staff
Atlanta, GA |
| 06-86 | **Pneumocystis carinii Pneumonia in AIDS Patients: Current Treatments and Investigational Agents**
Dekalb General Hospital, Clinical Pharmacy Department
Atlanta, GA |
| 11-85 | **The Pharmacological Interactions of Lithium Carbonate**
Georgia Mental Health Institute, Medical Staff Conference
Atlanta, GA |
| 11-85 | **Clinical Case Study: Organic Personality Syndrome**
Georgia Mental Health Institute, Medical Staff Conference
Atlanta, GA |

## TELEVISION / RADIO / MEDIA:

| 05-01-13 | **Transitional Care CPT Codes May Include Pharmacists' Services**
Pharmacy News
Kate Traynor |
|---|---|
| 09-11-12 | **Connecting Health: Medication Therapy Management**
Medical Update Show
Jacksonville, FL |
| 01-14-10 | **Antidepressants Can Lead to Weight Gain**
St. Petersburg Times
Irene Maher |
| 10-09 | **Current Concepts in Pharmacy Management: Medicare Part D**
Interview
David's Production, Inc. |
| 07-09-09 | **United Stated Health Care Reform 2009**
Drive Time with Bill Bunkley, WTBN
William Bunkley |

| | |
|---|---|
| 07-09 | **Viagra – Video Taped Interview**<br>Posted on website |
| 06-24-09 | **Increased abuse of synthetic medications**<br>BBC World News: World Service<br>George Arney |
| 08-18-08 | **Opiate Toxicity**<br>Dr. G Medical Examiner Show<br>Discovery Health |
| 10 – 07 | **Front-line Practitioners Offer Keys To Their Success**<br>Pharmacy Today<br>Page 36 |
| 07-21-07 | **Tampabay.com Know it now**<br>**An Hour of Expert Witness Time, $4,000**<br>Interview with Scott Barancikn |
| 06-01-06 | **Pharmacist Current Procedural Terminology Codes and Medication Therapy Management**<br>American Journal of Health-System Pharmacists<br>Volume 63, Page 1008 & 1010 |
| 05-09-06 | **Medicare Part D: The Facts about the May 15th Deadline for Signing up**<br>Drive Time, WTBM AM 570/910, News Radio |
| 04-12-06 | **Medicare Part D:  Selecting the Plan That Meets Your Needs**<br>Drive Time, WTBM AM 570/910, News Radio |
| 09-07-05 | Linda Hurtado, Channel 28 |
| 07-19-05 | **Medication Importation and Risk of Fatal Toxicities**<br>Dr. G Medical Examiner (Jan C. Garavaglia, MD)<br>Discovery Health Channel |
| 07-13-05 | **Post Partum Depression**<br>Channel 13, WTVT/FOX, Kathy Fountain Show,<br>Tampa, FL |
| 05-01-05 | **Distinguished Achievement Award in Clinical/Pharmacotherapeutic Practice**<br>APhA – APPM awardees to be recognized APhA2005<br>Annual Meeting News |
| 01-25-05 | **Jeff Fisher (WFLA-AM) Interview**<br>Tampa, FL |
| 02-24-04 | **Violence In 'Passion' Necessary, Viewers Say**<br>The Tampa Tribune, Metro, Philip Morgan |
| 02-01-04 | **APhA Member Goes to Bat for Pharmacy**<br>Pharmacy Today, Volume 10, Number 2 |
| 12-03 | **People Talk - Daniel E. Buffington, PharmD, MBA a Member of The X12 Panel**<br>Computer Talk, Volume 23, Number 6, November/December 2003, Page 51 |

| | |
|---|---|
| 06-03 | **What You Can Do:  Tips for Telling Your Story**<br>ASHP Action Line, Special Edition, The American Society of Health-System Pharmacists, Monthly New Bulletin, Volume 33, Number 3 |
| 01-03 | **Beyond dispensing and drug therapy management: Pharmacist creates a medical specialty practice model**<br>APHA Pharmacy Today, Volume 9, Number 1, January 2003, Pages 14-15, 18 |
| 01-10-02 | **Experts: Safe overall, drug demands caution**<br>St. Petersburg Times, Newspaper |
| 06-20-01 | **Oxycontin**<br>Channel 62, WVEA-TV (Entravision), Evening News, Tampa, FL |
| 10-06-00 | **Drug Pricing**<br>Channel 8, WFLA, Evening News, Tampa, FL |
| Summer 2000 | **Innovative Pharmacology Practice Decreases Healthcare Costs**<br>Health & Medical Feeling Good, Summer 2000, Page 27-28 |
| 02-09-98 | **Golf Max**<br>CBS Channel 10, WTSP, Evening News, Tampa, FL |
| 01-30-98 | **Cleaning Out Your Medicine Cabinet**<br>Channel 8, WFLA, Evening News, Tampa, FL |
| 10-13-97 | **Nutritional Supplements:  Trends in Alternatives to Prescription Medications**<br>Channel 10, WTSP/ACB, Evening News, Tampa, FL |
| 06-30-97 | **Non-prescription Products for Relief of Alcohol Related Hangovers**<br>Channel 10, WTSP/ACB, Evening News, Tampa, FL |
| 06-18-97 | **Caffeine Containing Soft Drinks and their Impact on Your Health**<br>Channel 8 WFLA, NBC Evening News, Tampa, FL |
| 04-28-97 | **Understanding Prescription Medication Pricing**<br>Channel 10, WTSP/ABC News, Tampa, FL |
| 02-25-97 | **Oral Contraceptives: Morning After Pills?**<br>Channel 8, WFLA, NBC Evening News, Tampa, FL |
| 01-28-97 | **Breast Pill**<br>Channel 10, WTSP News, Tampa, FL |
| 11-28-96 | **Diabetes: Understanding New Drug Therapies**<br>Channel 28, WFTS/ABC, Evening News, Tampa, FL |

| 11-11-96 | **Medications which may cause weight gain**<br>Channel 8, WFLA, NBC Evening News,<br>Tampa, FL |
|---|---|

11-11-96 **Medications which may cause weight gain**
Channel 8, WFLA, NBC Evening News,
Tampa, FL

11-05-96 **Nutritional Supplements for Sports & Fitness:  Helpful or Harmful**
Channel 28, WFTS/ABC, Evening News,
Tampa, FL

09-23-96 **HIV Treatment Update: Salk/Remune Vaccine**
Channel 13, WTVT/FOX, Good Morning Tampa Bay,
Tampa, FL

09-13-96 **Dr. On Call, What is Remune?**
Channel 13,
Tampa, FL

09-09-96 **New Experimental Vaccine Therapy for HIV**
Channel 8, WFLA/NBC, Evening News,
Tampa, FL

1996 **Clinical Pharmacology Services – Medication Consulting & Clinical Research**
Feeling Good, Premiere Issue 1996, Page 39

08-29-96 **Developing New Treatments for HIV & AIDS Infection**
Channel 8, WFLA, NBC Evening News,
Tampa, FL

02-07-96 **Smoking Cessation: Using Injectable Medications**
Channel 8, WFLA/NBC, Evening News,
Tampa, FL

11-07-95 **Analgesics**
Channel 13,
Tampa, FL

10-10-95 **Medications in the Treatment of Obesity**
Channel 13 WTVT, Evening News,
Tampa, FL

09-14-95 **Non-approved use of prescription medications: Misoprostol and Methotrexate**
Channel 13, WTVT, FOX, Evening News,
Tampa, FL

08-24-95 **Medications in the Elderly: United States General Accounting Office 1995 Report**
Channel 13, WTVT, FOX, Good Morning Tampa Bay,
Tampa, FL

08-23-95 **GATT Treaty and it's Impact on Pharmaceutical Patents and Pricing**
National Public Radio (NPR), WUSF 90 FM,
Tampa, FL

07-27-95 **Prescription to over-the-counter antacid preparations**
Channel 13, WTVT/FOX, Good Morning Tampa Bay,
Tampa, FL

| 06-13-95 | **Diet Pills and Weight Loss**<br>Channel 13, WTVT/CBS, Evening News<br>Tampa, FL, |
|---|---|
| 02-22-95 | **Overmedication in The Elderly**<br>Channel 8, WFLA/NBC News, Evening News,<br>Tampa, FL |
| 11-01-94 | **Awards and Installation Banquet, FSHP Forerunner Award**<br>The Florida Journal of Hospital Pharmacy, Volume 14 Number 5, |
| 05-19-94 | **Medical Charity Concert - Band Side FX**<br>Channel 8, WFLA, NBC, Evening News,<br>Tampa, FL |
| 05-04-94 | **Antibiotic Resistance**<br>Channel 8, WFLA, NBC, Evening News,<br>Tampa, FL |
| 04-13-94 | **Toxic Effects of Tobacco and Solvents Used in the Production of Cigarettes**<br>Channel 10, WTSP, ABC, Evening News,<br>Tampa, FL |
| 02-15-94 | **Health Tips: Medication Awareness and Counseling**<br>Channel 8, WFLA, NBC, Evening News,<br>Tampa, FL |
| 06-30-93 | **Cow's Head Pills: Asian Herbal Medications**<br>Channel 13, WTVT, CBS, Morning News,<br>Tampa, FL |
| 03-25-93 | **New Medical Uses for Aspirin**<br>Channel 8, WFLA, NBC, Morning News<br>Tampa, FL |

**Testimony List of:  Daniel E. Buffington, PharmD, MBA**

| Date | Event | Case Name | Court Case No | Court Jurisdiction | State | County | Representing |
|---|---|---|---|---|---|---|---|
| 01/03/2017 | Trial | Gray (Ricky Jovan) v MCAULIFFE (TERENCE), CLARKE (HAROLD), PEARSON (EDDIE), ZOOK (DAVID), et al | 3:16-CV-982-HEH | US District Court, Eastern District of Virginia | Virginia | Richmond Division | Defense |
| 01/17/2017 | Deposition | BURNETT (e/o ROBERT HENRY) v CVS | CV-2013-900140 | 13th Judicial Circuit | Alabama | Jackson | Plaintiff |
| 01/18/2017 | Deposition | Vivanco, Myrna and Albert (e/o Manny Vivanco) v OPERATION PAR | 15-002235-CI | 6th Judicial Circuit Court | Florida | Pinellas | Defense |
| 02/03/2017 | Deposition | Curry (Charity) v RANGER CONSTRUCTION, EYON GORDON | 50 2015-CA-010516 | 15th Judicial Circuit | Florida | Palm Beach | Defense |
| 02/06/2017 | Trial | United States v THOMAS (DONTRELL) | 3:16-CR-63-J-34JRK | US District Court, Middle District of Florida | Florida | Duval | Defense |
| 02/20/2017 | Deposition | State of Florida v OLMO (George) | 2007-CF-001037 | 5th Judicial Circuit Court | Florida | Hernando | Defense |
| 02/24/2017 | Deposition | KOCIS (HUNTER) and Barron (Jackson) v Penske Automotive Group | 13-C-06205-S2 | In the State Court of Georgia | Georgia | Gwinnett | Plaintiff |
| 02/28/2017 | Deposition | State of Florida v CAMPBELL (MARIANNE) | 2015-CF-000511-A | 5th Judicial Circuit Court | Florida | Citrus | Defense |
| 03/02/2017 | Deposition | Weisenfluh, Tye (e/o Kristen) v BAYFRONT MEDICAL CENTER | 15-008221CI | 6th Judicial Circuit Court | Florida | Pinellas | Defense |
| 03/27/2017 | Trial | State of Florida v CAMPBELL (MARIANNE) | 2015-CF-000511-A | 5th Judicial Circuit Court | Florida | Citrus | Defense |
| 03/30/2017 | Deposition | FIELDER, KRISTA (e/o Edward) v Internal Medicine Associates of Lee County, John Glazer, DO, Paul Tritel MD, et al | 15-CA-3063 | 20th Judicial Circuit Court | Florida | Lee | Plaintiff |
| 03/31/2017 | Deposition | State of Florida v SWANGER (CHRISTOPHER) | 15-300876 CFDB | 7th Judicial Circuit Court | Florida | Volusia | Defense |
| 04/10/2017 | Trial | McGehee v HUTCHINSON | 4:17CV00179-KGB | US District Court, Eastern District of Arkansas, Western Division | Arkansas | Eastern District | Defense |
| 04/21/2017 | Deposition | State of Florida v FEBRES ALICEA (ERIC) | 2015CF012303AO | 9th Judicial Circuit Court | Florida | Orange | Defense |
| 04/26/2017 | Trial | State of Florida v PATLAN (ANGELA) | 2016-CT-001268 | 5th judicial Circuit Court | Florida | Hernando | Defense |
| 05/03/2017 | Deposition | State of Florida v GONZALEZ (JOSE) | 14 CF 005519-A | 13th Judicial Circuit | Florida | Hillsborough | Defense |
| 05/08/2017 | Trial | WIENDL (STEPHANIE) v Wiendl (Joe) | 14-DR-10045 | 13th Judicial Circuit | Florida | Hillsborough | Defense |
| 05/24/2017 | Deposition | Gibbs (Justin) v RIVER PALM HOTEL | 05-2014-CA-013587 | 18th Judicial Circuit Court | Florida | Brevard | Defense |
| 05/30/2017 | Deposition | WILLIS, CHERYL (e/o DOROTHY WILLIS) v Horton MD (Sarah) | 2014 CA 007185 M | In the Superior Court for the District of Columbia | Washington | Columbia | Defense |
| 06/15/2017 | Deposition | Ellis (Jeffrey) v TOPPEL (JOHNATHAN) | 502015C003074 | 15TH Judicial Circuit | Florida | Palm Beach | Defense |
| 06/16/2017 | Deposition | State of Florida v SANTOS (VICTOR) | CF15-001022-XX | 10th Judicial Circuit Court | Florida | Polk | Defense |
| 06/19/2017 | Deposition | Hill, Kim and Adam (e/o Melvin and Voncile Hill) v Ford Motor Company, THE PEP BOYS, et al | 16-C-04179-S2 | In the State Court of Georgia | Georgia | Gwinnett | Defense |
| 07/11/2017 | Deposition | Mitchell, Kathleen and Godwin (e/o Godwin Mitchell Sr) v SHETTY MD (MANGALA) and Marion Pain Management Center | 2015-0021-CAG | 5th Judicial Circuit Court | Florida | Marion | Defense |
| 07/13/2017 | Trial | State of Florida v GONZALEZ (JOSE) | 14 CF 005519-A | 13th Judicial Circuit | Florida | Hillsborough | Defense |
| 07/25/2017 | Trial | STATE OF FLORIDA v Asay (Mark James) | 1987-CF-6876 | 4th Judicial Circuit | Florida | Duval | Plaintiff |
| 07/31/2017 | Deposition | AMIODARONE MDL - Priest v Sandoz | unknown | State | Alabama | unknown | Plaintiff |
| 08/02/2017 | Deposition | State of Florida v CALONGE (EUGENE ELOY) et al | 2017MM000244MMAXES-10 | 6th Judicial Circuit Court | Florida | Pasco | Defense |
| 08/17/2017 | Deposition | State of Florida v PHILLIPS (MICHAEL) | 25-2012-CF-000350-A000-XXW | 10th Judicial Circuit Court | Florida | Hardee | Defense |
| 08/24/2017 | Trial | State of Florida v PHILLIPS (MICHAEL) | 25-2012-CF-000350-A000-XXW | 10th Judicial Circuit Court | Florida | Hardee | Defense |
| 08/28/2017 | Trial | Mitchell, Kathleen and Godwin (e/o Godwin Mitchell Sr) v SHETTY MD (MANGALA) and Marion Pain Management Center | 2015-0021-CAG | 5th Judicial Circuit Court | Florida | Marion | Defense |
| 09/06/2017 | Deposition | EMERSON (BRUCE) v Lambert (Kyle), Lambert (Keith), Lambert (Debbie) | 51-2015-CA-004089-CAXX-ES | 6th Judicial Circuit Court | Florida | Pasco | Plaintiff |
| 09/20/2017 | Deposition | State of Florida v SMITH (MICHAEL CHARLES) | 15CF-8983 | 10th Judicial Circuit Court | Florida | Polk | Defense |

Updated:  1/15/21

## Testimony List of:  Daniel E. Buffington, PharmD, MBA

| Date | Event | Case Name | Court Case No | Court Jurisdiction | State | County | Representing |
|---|---|---|---|---|---|---|---|
| 09/22/2017 | Deposition | DESOLA (ROBERT) v Walgreens | CV2015-013218 | Superior Court of Arizona | Arizona | Maricopa | Plaintiff |
| 10/16/2017 | Deposition | Therrien (Cynthia) v CATTELANE DO (JERRY), Martin Memorial Hospital | 16-1077-CA | 19th Judicial Circurt Court | Florida | Martin | Defense |
| 10/18/2017 | Deposition | Kenney (Gerry and Debra) v SHETTY (MANGALA) | 14-2662-CAG | 5th Judicial Circuit Court | Florida | Marion | Defense |
| 10/23/2017 | Trial | Campbell (Alva) v OHIO DEPARTMENT OF REHABILITATION AND CORRECTION, DIVISION OF LEGAL SERVICES | 2:11-CV-1016 | USDC Southern District of Ohio - Eastern Division | Ohio | Southern District | Defense |
| 10/30/2017 | Deposition | BUDT (CHARLES) (e/o Jennifer Budt) v Florida Hospital (Adventist) | 2015-CA-11714-O | 9th Judicial Circuit Court | Florida | Orange | Plaintiff |
| 11/07/2017 | Trial | Kenney (Gerry and Debra) v SHETTY (MANGALA) | 14-2662-CAG | 5th Judicial Circuit Court | Florida | Marion | Defense |
| 11/29/2017 | Deposition | Woods, Lorraine (e/o James Woods) v NICOSIA JR, DO, ROGER J | 15-320-CA | 19th Judicial Circuit Court | Florida | Martin | Defense |
| 12/11/2017 | Deposition | State of Florida v THOMPSON (DERRICK) | 2014-CF-1124 | 14th Judicial Circuit Court | Florida | Bay | Defense |
| 12/13/2017 | Trial | State of Florida v THOMPSON (DERRICK) | 2014-CF-1124 | 14th Judicial Circuit Court | Florida | Bay | Defense |
| 12/14/2017 | Deposition | State of Florida v SKIPPER (JARON CLIFTON) | 17-CF-004250XX | 10th Judicial Circuit Court | Florida | Polk | Defense |
| 12/20/2017 | Deposition | Gomberg (Francine & David) v NORTH FLORIDA REGIONAL MEDICAL CENTER | 01-2014-CA-1542 | 8th Judicial Circuit | Florida | Alachua | Defense |
| 12/21/2017 | Deposition | State of Florida v SANTOS (VICTOR) Depo 2 | CF15-001022-XX | 10th Judicial Circuit Court | Florida | Polk | Defense |
| 01/05/2018 | Trial | State of Florida v SKIPPER (JARON CLIFTON) | 17-CF-004250XX | 10th Judicial Circuit Court | Florida | Polk | Defense |
| 01/10/2018 | Trial | State of Florida v SANTOS (VICTOR) | CF15-001022-XX | 10th Judicial Circuit Court | Florida | Polk | Defense |
| 01/11/2018 | Trial | State of Florida v FEBRES ALICEA (ERIC) | 2015CF012303AO | 9th Judicial Circuit Court | Florida | Orange | Defense |
| 01/12/2018 | Trial | State of Florida v FEBRESALICEA  Trial Day 2 | 2015CF012303AO | 9th Judicial Circuit Court | Florida | Orange | Defense |
| 01/22/2018 | Deposition | State of Florida v HIGGINS (PETER) | 53-2017-CF-001447-A000-XX | 10th Judicial Circuit Court | Florida | Polk | Defense |
| 01/24/2018 | Trial | United States v ACHEY (JEREMY) | 6:17-cr-165-Orl-40 KRS | 9th Judicial Circuit Court | Florida | Orange | Defense |
| 01/25/2018 | Deposition | SCHOLL, GARY (e/o EILEEN SCHOLL) v Mease Countryside Hospital | 2015-CA-006579 | 6th Judicial Circuit Court | Florida | Pinellas | Plaintiff |
| 01/30/2018 | Deposition | State of Florida v SMITH (DONALD) | 16-2013-CF-5781-AXXX-MA Division: CR-D | 4th Judicial Circuit | Florida | Duval | Defense |
| 01/30/2018 | Deposition | State of Florida v SWANGER (CHRISTOPHER) Depo part 2 | 15-300876 CFDB | 7th Judicial Circuit Court | Florida | Volusia | Defense |
| 02/05/2018 | Trial | WILLIS, CHERYL (e/o DOROTHY WILLIS) v Horton MD (Sarah) | 2014 CA 007185 M | In the Superior Court for the District of Columbia | Washington | Columbia | Defense |
| 02/07/2018 | Trial | WILLIS, CHERYL (e/o DOROTHY WILLIS) v Horton MD (Sarah) Trial Day 2 | 2014 CA 007185 M | In the Superior Court for the District of Columbia | Washington | Columbia | Defense |
| 02/20/2018 | Trial | State of Florida v SMITH (DONALD) | 16-2013-CF-5781-AXXX-MA Division: CR-D | 4th Judicial Circuit | Florida | Duval | Defense |
| 03/02/2018 | Deposition | State of Florida v RICKETTS (TORAY) | 16-2017-CF-2779-AXXX | 4th Judicial Circuit | Florida | Duval | Defense |
| 03/08/2018 | Trial | EMERSON (BRUCE) v Lambert (Kyle), Lambert (Keith), Lambert (Debbie) | 51-2015-CA-004089-CAXX-ES | 6th Judicial Circuit Court | Florida | Pasco | Plaintiff |
| 03/12/2018 | Deposition | State of Florida v DUKES (KEITH) | 15CF002209A | 12th Judicial Circuit Court | Florida | Manatee | Defense |
| 03/27/2018 | Deposition | Nguyen, Khai (e/o Maituyet) v PLANTATION GENERAL HOSPITAL | CACE-14-014218 | 17th Judicial Circuit Court | Florida | Broward | Defense |
| 04/04/2018 | Trial | State of Florida v RICKETTS (TORAY) | 16-2017-CF-2779-AXXX | 4th Judicial Circuit | Florida | Duval | Defense |
| 04/09/2018 | Deposition | State of Florida v SCHIRMER (STEVEN) | 53-2016-CF-002806-A000-XX | 10th Judicial Circuit Court | Florida | Polk | Defense |
| 04/12/2018 | Deposition | Mitchell (Latricia and Jerald) on behalf of Mitchell (Jamiyah, a minor) v South Broward Hospital District, d/b/a MEMORIAL HOSPITAL WEST | CACE 14-005044 | 17th Judicial Circuit Court | Florida | Broward | Defense |
| 04/13/2018 | Trial | Bernal, Jose C (e/o Maria D C Barbosa) v W. HOTEL | 11-27847- CA 31 | 11th Judicial Circuit Court | Florida | Miami-Dade | Defense |
| 05/21/2018 | Deposition | KOCIS (HUNTER) and Barron (Jackson) v Penske Automotive Group Depo Part 2 | 13-C-06205-S2 | In the State Court of Georgia | Georgia | Gwinnett | Plaintiff |

Updated:  1/15/21

**Testimony List of:  Daniel E. Buffington, PharmD, MBA**

| Date | Event | Case Name | Court Case No | Court Jurisdiction | State | County | Representing |
|---|---|---|---|---|---|---|---|
| 05/22/2018 | Trial | Bratt (Michael) and Youmans (Margorie) v GENOVESE (LOUIS), GEORGE (STEVEN), VAN TASSEL (KENNETH) AND GORE (JOHN) | 8:13-cv-3210-T-36AEP | Middle District, Tampa Division | Florida | Hillsborough | Defense |
| 05/25/2018 | Trial | United States v PATTERSON (MICHAEL JAMES) | 1-99cr75 | Federal Public Defender Western District of North Carolina | North Carolina | Western District | Defense |
| 06/01/2018 | Deposition | MORRISON (SARA) v Walgreens Co et al | 17-CA-5722 | 13th Judicial Circuit | Florida | Hillsborough | Plaintiff |
| 06/20/2018 | Deposition | State of Florida v COLLEY (JAMES TERRY) | 1500124CFMA | 7th Judicial Circuit Court | Florida | Volusia | Defense |
| 06/22/2018 | Deposition | Brooks IV (Richmond) v Toman, MD (Charles), DELRAY MEDICAL CENTER, HOWARD, RN (MANTA) et al | 50-2016-CA-012957 | 15th Judicial Circuit | Florida | Palm Beach | Defense |
| 07/24/2018 | Trial | State of Florida v COLLEY (JAMES TERRY) | 1500124CFMA | 7th Judicial Circuit Court | Florida | Volusia | Defense |
| 07/31/2018 | Deposition | Mosley (e/o Anna) v SEVEN RIVERS REGIONAL MEDICAL CENTER, Dr. Rose Mary Sobel | 2016-CA-000776-A | 5th Judicial Circuit Court | Florida | Citrus | Defense |
| 08/15/2018 | Deposition | State of Florida v MERCIERI (CARLO) | 2016 103075 CFDL | 7th Judicial Circuit Court | Florida | Volusia | Defense |
| 09/07/2018 | Deposition | Anderson (Jasmine) v OSEI (ELIZABETH) | 16A60516 | In the State Court of Georgia | Georgia | Dekalb | Defense |
| 09/11/2018 | Deposition | HOFFMAN (MATTHEW) v P&S Paving Inc and Tyde (Richard) | 2017-CA-001457 | 18th Judicial Circuit Court | Florida | Seminole | Plaintiff |
| 09/24/2018 | Deposition | State of Florida v WASHINGTON (TYREE) | 46 CF 2010 000567 0000 XX | 1st Judicial District Court | Florida | Okaloosa | Defense |
| 10/09/2018 | Deposition | State of Florida v FOWLER (DARBY) | 41-2017-CT-001052-A | 12th Judicial Circuit Court | Florida | Manatee | Defense |
| 10/16/2018 | Deposition | Bennett (Kelly) v WELLS PHARMACY NETWORK | 2017-CA-005526-O | 9th Judicial Circuit Court | Florida | Orange | Defense |
| 10/17/2018 | Deposition | State of Florida v BENTON (ROBERT) | 2016-CF-001161-A | 5th Judicial Circuit Court | Florida | Sumter | Defense |
| 11/05/2018 | Deposition | State of Florida v MAGRADZE (VAKHTANG) | 2013CF003430 | 15th Judicial Circuit | Florida | Palm Beach | Defense |
| 11/08/2018 | Deposition | State of Florida v JONES (ALLAN) | 17CF17040 | 20th Judicial Circuit Court | Florida | Lee | Defense |
| 11/09/2018 | Trial | State of Florida v DUKES (KEITH) | 15CF002209A | 12th Judicial Circuit Court | Florida | Manatee | Defense |
| 11/14/2018 | Deposition | Gleghorn (Cheryl) v BISSET DO (WILLIAM) | 2015-CA-6626 | 13th Judicial Circuit Court | Florida | Hillsborough | Defense |
| 11/15/2018 | Deposition | State of Florida v MALTESE (AMBER) | 052015CF025866AXXXXX | 18th Judicial Circuit Court | Florida | Brevard | Defense |
| 11/16/2018 | Trial | State of Florida v FOWLER (DARBY) | 41-2017-CT-001052-A | 12th Judicial Circuit Court | Florida | Manatee | Defense |
| 11/19/2018 | Deposition | McCants (James) v VITACOST.com | 50216-CA-4982-MB | 15th Judicial Circuit Court | Florida | Palm Beach | Defense |
| 01/04/2019 | Deposition | State of Florida v REYNOLDS (COREY) | 2011003404 CFAWS | 7th Judicial Circuit Court | Florida | Volusia | Defense |
| 01/10/2019 | Deposition | Hernandez, Lucilla (e/o Anthony Hernandez) v YELLOW CAB COMPANY OF ORLANDO AND BENJAMIN | 2015-CA-11758-0 | 9th Judicial Circuit Court | Florida | Orange | Defense |
| 01/14/2019 | Deposition | Barrier, Pamela (for Chad Barrier) v JFK MEDICAL CENTER et al | 502012CA022822XXXXMBAN | 15th Judicial Circuit Court | Florida | Palm Beach | Defense |
| 01/21/2019 | Deposition | Hamilton (April) and Rheaume (Eric) v DEERKOSKI (KELLY AND DONALD) | 2017-DR-1171 | 18th Judicial Circuit Court | Florida | Seminole | Defense |
| 01/28/2019 | Deposition | State of Florida v GORDON (MICHAEL) | 2015CF-000476-XX | 10th Judicial Circuit Court | Florida | Polk | Defense |
| 02/04/2019 | Deposition | BECKEL (JACOB) v Fargon Holdings et al | 8:16-CV-02059-SDM-AAS | US District Court | Florida | Hillsborough | Plaintiff |
| 02/05/2019 | Deposition | State of Florida v PERKINS (STAR) | 1717CF003774A | 1st Judicial Circuit Court | Florida | Escambia | Defense |
| 02/13/2019 | Deposition | State of Florida v YOUMANS (WILLIAM CURTIS) | 2017-CF-000592-A | 5th Judicial Circuit Court | Florida | Citrus | Defense |
| 02/15/2019 | Trial | State of Florida v GORDON (MICHAEL) | 2015CF-000476-XX | 10th Judicial Circuit Court | Florida | Polk | Defense |
| 02/25/2019 | Deposition | Hummer (Martin) v RUSSELL ENGINEERING INC and CTS1 | CACE 16-008549 | 17th Judicial Circuit Court | Florida | Broward | Defense |
| 03/05/2019 | Deposition | State of Florida v HELD (MICHAEL) | 312018MM000376A | 19th Judicial Circurt Court | Florida | Indian River | Defense |
| 03/15/2019 | Trial | Gray, Karen (e/o Robert Gray) v NORTHWEST MEDICAL CENTER | 11-010583 | 17th Judicial Circuit Court | Florida | Broward | Defense |
| 03/19/2019 | Trial | State of Florida v WASHINGTON (TYREE) | 46 CF 2010 000567 0000 XX | 1st Judicial District Court | Florida | Okaloosa | Defense |
| 04/01/2019 | Deposition | GUEST (JENNIFER) v Guest (Jason) | 502017DR007262XXXXNB | 15th Judicial Circuit Court | Florida | Palm Beach | Plaintiff |

Updated:  1/15/21

**Testimony List of:  Daniel E. Buffington, PharmD, MBA**

| Date | Event | Case Name | Court Case No | Court Jurisdiction | State | County | Representing |
|---|---|---|---|---|---|---|---|
| 04/02/2019 | Deposition | Pearson, Phyllis (e/o Earle Pearson) v MARTIN MEMORIAL HEALTH SYSTEMS | 43201CA000443CAAAXMX | 19th Judicial Circuit Court | Florida | Martin | Defense |
| 04/04/2019 | Trial | McCants (James) v VITACOST.com | 50216-CA-4982-MB | 15th Judicial Circuit Court | Florida | Palm Beach | Defense |
| 04/05/2019 | Trial | McCants (James) v VITACOST.com Trial Day 2 | 50216-CA-4982-MB | 15th Judicial Circuit Court | Florida | Palm Beach | Defense |
| 04/24/2019 | Deposition | State of Florida v CHAVEZ (JESUS) | 53-2017-CF-003640-A000-XX | 10th Judicial Circuit Court | Florida | Polk | Defense |
| 04/29/2019 | Trial | McGehee v HUTCHINSON | 4:17CV00179-KGB | US District Court, Eastern District of Arkansas, Western Division | Arkansas | Eastern District | Defense |
| 04/30/2019 | Trial | McGehee v HUTCHINSON Trial Day 2 | 4:17CV00179-KGB | US District Court, Eastern District of Arkansas, Western Division | Arkansas | Eastern District | Defense |
| 05/03/2019 | Trial | STATE OF FLORIDA v Long (Robert) | 84:CF-13346 | 13th Judicial Circuit Court | Florida | Hillsborough | Plaintiff |
| 05/06/2019 | Trial | Disciascio (James) v BEYER (DANA) | 502018DR001963XXXXSB | 15th Judicial Circuit Court | Florida | Palm Beach | Defense |
| 05/07/2019 | Trial | State of Florida v THOMPSON (DERRICK) Trial 2 | 032014CF02564A | 14th Judicial Circuit Court | Florida | Bay | Defense |
| 05/13/2019 | Deposition | Rene (Marc and Sandra Jean) v PAT SALMON AND SONS OF FLORIDA, INC and Patrick Chancey Depo part 2 | 502015CA007601 | 15th Judicial Circuit | Florida | Palm Beach | Defense |
| 05/15/2019 | Deposition | State of Florida v STROLLA (SCOTT) | 2016CF012149AMB | 15th Judicial Circuit | Florida | Palm Beach | Defense |
| 05/20/2019 | Deposition | Price (Christopher Lee) v DUNN (JEFFERSON) Depo 2 | 14-CV-472 | US District Court, Southern District of Alabama | Alabama | Southern District | Defense |
| 06/04/2019 | Deposition | POLT (CAROLINE AND MONICA) (e/o Joane Polt) v Sandoz | 2:16-CV-02362-ER | US District Court for Eastern District of Pennsylvania | Pennsylvania | unknown | Plaintiff |
| 06/14/2019 | Deposition | Legra, Joseph (e/o Louis Legra) v SANCHEZ MD (JOSE) | 2017-004409-CA | 11th Judicial Circuit Court | Florida | Miami-Dade | Defense |
| 06/17/2019 | Deposition | Hummer (Martin) v RUSSELL ENGINEERING INC and CTS1 Depo Part 2 | CACE 16-008549 | 17th Judicial Circuit Court | Florida | Broward | Defense |
| 06/27/2019 | Deposition | PENA (DIANA) v Fox (Matthew) | 13-CA-010149 | 13th Judicial Circuit Court | Florida | Hillsborough | Plaintiff |
| 07/09/2019 | Trial | People of the State of California v RATH (THEODORE) | 2018025081 | Superior Court of California | California | Ventura | Defense |
| 08/08/2019 | Trial | Pearson, Phyllis (e/o Earle Pearson) v MARTIN MEMORIAL HEALTH SYSTEMS | 43201CA000443CAAAXMX | 19th Judicial Circuit Court | Florida | Martin | Defense |
| 08/15/2019 | Deposition | State of Florida v COLUMBRO (EDWARD) | 2018-CF-001409-A | 5th Judicial Circuit Court | Florida | Hernando | Defense |
| 08/19/2019 | Deposition | ARBELO (KATHLEEN and ANGEL) (e/o MICHAEL ANGEL KAZALLA) v Harry Ferrell Hobbs and Brown Trucking Co. | 16-CA-10877 | 13th Judicial Circuit | Florida | Hillsborough | Plaintiff |
| 08/21/2019 | Deposition | State of Florida v DREJKA (MICHAEL) | 18-CF-009851 | 6th Judicial Circuit Court | Florida | Pinellas | Defense |
| 08/22/2019 | Trial | State of Florida v DREJKA (MICHAEL) | 18-CF-009851 | 6th Judicial Circuit Court | Florida | Pinellas | Defense |
| 08/27/2019 | Trial | Nguyen, Khai (e/o Maituyet) v PLANTATION GENERAL HOSPITAL | CACE-14-014218 Div 04 | 17th Judicial Circuit Court | Florida | Broward | Defense |
| 09/13/2019 | Trial | State of Florida v STROLLA (SCOTT) | 2016CF012149AMB | 15th Judicial Circuit | Florida | Palm Beach | Defense |
| 09/20/2019 | Deposition | State of Florida v FERRELL (FREDERICK) | 1996-CF-1913-A | 11th Judicial Circuit Court | Florida | Miami-Dade | Defense |
| 09/23/2019 | Deposition | Gordon (Scott) v GORMAN, MD (ROGER) Depo 1 | CACE 17-001561 (04) | 17th Judicial Circuit Court | Florida | Broward | Defense |
| 10/01/2019 | Deposition | State of Florida v WILLIAMS (VICTOR) | 18-927CFFA | 7th Judicial Circuit Court | Florida | Flagler | Defense |

## Testimony List of:  Daniel E. Buffington, PharmD, MBA

| Date | Event | Case Name | Court Case No | Court Jurisdiction | State | County | Representing |
|------|-------|-----------|---------------|--------------------|-------|--------|-------------|
| 10/08/2019 | Deposition | CROSSMAN (CRAIG) and SUTHERLAND (CYNTHIA) v Smith ARNP (Mechele), Giroux DO (Richard), Emergency Physician Solutions of South Florida, JFK Medical Center | 50-2018-CA-009997  AH | 15th Judicial Circuit Court | Florida | Palm Beach | Plaintiff |
| 10/11/2019 | Deposition | Bulow (Russell and Erna) v UNITED STATES, VETERANS HEALTH ADMINISTRATION | 8:18-cv-01781-MSS-AEP | Middle District, Tampa Division | Florida | Hillsborough | Defense |
| 10/14/2019 | Deposition | Keen, Elizabeth (e/o James Voss) v LIFE CARE CENTER OF HILLIARD and CORTES (DONNA) | 2016-CA-004128 | 4th Judicial Circuit | Florida | Duval | Defense |
| 10/24/2019 | Trial | State of Florida v WILLIAMS (VICTOR) | 18-927CFFA | 7th Judicial Circuit Court | Florida | Flagler | Defense |
| 10/28/2019 | Trial | State of Florida v CHARLES (JUSTEN) | 2013-102942 CFDL | 7th Judicial Circuit Court | Florida | Volusia | Defense |
| 11/11/2019 | Deposition | VILLARREAL, MARIA ELOISA (e/o Julio Villarreal) v Taro Pharmaceuticals USA | 7:17-cv-35 | Southern District of Texas | Texas | McAllen | Plaintiff |
| 11/15/2019 | Trial | State of Florida v HARVESTER (RYAN) | 19-MM-000669-A | 5th Judicial Circuit Court | Florida | Citrus | Defense |
| 11/18/2019 | Trial | State of Ohio v DAVIS (MICHAEL) | CR-18-000266 | Lake County Court of Common Pleas | Ohio | Lake | Defense |
| 11/21/2019 | Deposition | REZA, TOMAS (e/o PETRA REZA) v Covington, MD (Jerome) and Lower Keys Medical Center | 18-CA-258-K | 16th Judicial Circuit Court | Florida | Monroe | Plaintiff |
| 12/06/2019 | Trial | Bennett (Kelly) v WELLS PHARMACY NETWORK | 2017-CA-005526 | 9th Judicial Circuit Court | Florida | Orange | Defense |
| 12/19/2019 | Deposition | Madanlou, Hoeina (e/o Sina Sharifai) v SUITE JX, Hines Global REIT 4875 Town Center, LLC and Hines Interests Limited Partnership | 16-2017-CA-007512 | 4th Judicial Circuit Court | Florida | Duval | Defense |
| 12/30/2019 | Deposition | State of Florida v RAND (MEGAN) | 18-CF-015210A | 13th Judicial Circuit Court | Florida | Hillsborough | Defense |
| 01/30/2020 | Deposition | State of Florida v DREILING (ZACHARY) | 2018-102646 CFDL | 7th Judicial Circuit Court | Florida | Volusia | Defense |
| 02/18/2020 | Deposition | BUSSART, PATRICIA (e/o Jessica Grace) v Salina Regional Health Center | 2018-CV-000180-TM | Saline County District Court | Kansas | Saline | Plaintiff |
| 02/20/2020 | Deposition | State of Florida v MAI JR (JOHN CALVIN) | 2019-304249 CFDB | 4th Judicial Circuit Court | Florida | Volusia | Defense |
| 02/25/2020 | Trial | State of Florida v MAI JR (JOHN CALVIN) | 2019-304249 CFDB | 4th Judicial Circuit Court | Florida | Volusia | Defense |
| 03/04/2020 | Trial | SULTAN MD (HASHEM) v Walgreen Co and Cobas-Hernandez (Elisa) | 2013-034287-CA-01 | 11th Judicial Circuit Court | Florida | Miami-Dade | Plaintiff |
| 03/05/2020 | Deposition | In Re: National Prescription Ipiate Litigation (WALMART NY) | 40001/2017 40008/2017 | Supreme Court | New York | New York | Defense |
| 03/17/2020 | Deposition | Colbath (Jason) v RANGER CONSTRUCTION INDUSTRIES INC | 502018CA4312XXXXMB | 15th Judicial Circuit Court | Florida | Palm Beach | Defense |
| 03/30/2020 | Deposition | State of Florida v MCINTYRE (ZOA) | 1718CF004171A | 1st Judicial Circuit Court | Florida | Escambia | Defense |
| 04/02/2020 | Deposition | LIGHTFOOT (CHRISTOPHER) v Walt Disney Parks and Resorts | 2016-CA-3871-O | 9th Judicial Circuit Court | Florida | Orange | Plaintiff |
| 04/06/2020 | Deposition | State of Florida v PEREZ (PATRICK) | 53-2018-CF-002430-A000-XX | 10th Judicial Circuit Court | Florida | Polk | Defense |
| 04/08/2020 | Deposition | QUINTANA, RODNEY (e/o ANALIET) v Florida Hospital of Orlando | 2017-CA-010213-0 | 9th Judicial Circuit Court | Florida | Orange | Plaintiff |
| 04/23/2020 | Deposition | Carroll, Sharon (e/o John Carroll III) v HOMAN DO (BRADLEY), Adventist Health System, Florida Hospital  Celebration Health, Celebration Orthopaedic and Sports Medicine Institute Inc. | 2016-CA-002783-MP | 9th Judicial Circuit Court | Florida | Osceola | Defense |
| 05/12/2020 | Deposition | COLBATH, KRISTIN (e/o Walter Colbath III) v Good Samaritan Medical Center | 50-2018CA016208XXXXMB AE | 15th Judicial Circuit Court | Florida | Palm Beach | Plaintiff |
| 05/21/2020 | Deposition | State of Florida v DEFFENDALL (MARK) | 31-2014-CF-001306A | 19th Judicial Circuit Court | Florida | Indian River | Defense |
| 06/05/2020 | Deposition | State of Florida v REDLICK (DANIELLE) | 48-2019-CF-001846-O | 9th Judicial Circuit Court | Florida | Orange | Defense |
| 07/28/2020 | Deposition | Rios, Jose (e/o Krystal Rios) v Amadeo Evans, Siles & Sons, CMJC Services, RANGER CONSTRUCTION INDUSTRIES, and Prince Contracting | 2018-CA-10754 | 9th Judicial Circuit Court | Florida | Orange | Defense |

Updated:  1/15/21

## Testimony List of:  Daniel E. Buffington, PharmD, MBA

| Date | Event | Case Name | Court Case No | Court Jurisdiction | State | County | Representing |
|------|-------|-----------|---------------|--------------------|-------|--------|-------------|
| 08/13/2020 | Hearing | United States v GULF-MED PHARMACY | 20-6 | United States Department of Justice, Drug Enforcement Administration | Virginia | Fairfax | Defense |
| 09/14/2020 | Deposition | Ramai (Brandon) v WAFFLEHOUSE INC | 8:19-CV-2348T-35-TGW | USDC, Middle District, Tampa Division | Florida | Hillsborough | Defense |
| 10/15/2020 | Trial | State of Florida v MCINTYRE (ZOA) | 1718CF004171A | 1st Judicial Circuit Court | Florida | Escambia | Defense |
| 10/19/2020 | Deposition | STUBBS, LARRY(e/o Martha McHenry) et al v Chavez , Alicia et al | 05-2018-CA-032298 | 18th Judicial Circuit Court | Florida | Brevard | Plaintiff |
| 10/27/2020 | Deposition | State of Florida v NELSON (JAMIE LIN) | 2017-CF-3293A | 18th Judicial Circuit Court | Florida | Seminole | Defense |
| 11/19/2020 | Hearing | United States v AT COST PHARMACY | 20-8 | United States Department of Justice, Drug Enforcement Administration | Virginia | Fairfax | Defense |
| 12/15/2021 | Deposition | Campbell (Michael and Michelle) v TUCCIO (JERRY) and Progressive Select Insurance | 2019-CA-000358 | 10th Judicial Circuit Court | Florida | Highlands | Defense |
| 01/08/2021 | Trial | In the Interest of Dennis Exley Jr, a minor | DP-2017-154 | 5th Judicial Circuit Court | Florida | Hernando | Plaintiff |

Updated:  1/15/21