Page 1

1   UNITED STATES DISTRICT COURT

2   WESTERN DISTRICT OF OKLAHOMA

3   Case No. CIV-14-665-F

4   ---------------------------------------

5   RICHARD GLOSSIP, et al.,

6          Plaintiffs,

7      vs.

8   RANDY CHANDLER, et al.,

9          Defendants.

10  ---------------------------------------

11

12      REMOTE VIDEOTAPED DEPOSITION OF

13             DR. JOSEPH ANTOGNINI

14             January 28, 2021

15              10:03 a.m. EST

16

17

18

19

20

21

22

23  Reported by:

24  Debra Stevens, RPR-CRR

25

Page 2

1                    January 28, 2021

2                    10:03 a.m. EST

3

4

5        Remote Videotaped Deposition of

6    Dr. Joseph Antognini, held at the

7    above date and time, before Debra

8    Stevens, RPR/CRR and Notary Public of

9    the State of New York.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                                              Page 3
 1    REMOTE APPEARANCES:

 2

 3    On behalf of Plaintiffs:

 4    CROWELL & MORING, LLC

 5              3 Embarcadero Center, 26th Floor

 6              San Francisco, California 94111

 7    BY:       JAMES STRONSKI, ESQ.

 8              PILAR STILLWATER, ESQ.

 9              - and -

10    OFFICE OF FEDERAL PUBLIC DEFENDER

11              215 Dean A. McGee Avenue

12              Suite 707

13              Oklahoma City, Oklahoma 73102

14    BY:       MICHAEL W. LIEBERMAN, ESQ.

15              - and -

16    OFFICE OF FEDERAL PUBLIC DEFENDER

17              850 West Adams Street, Suite 201

18              Phoenix, Arizona 85007

19    BY:       KIM STOUT, ESQ.

20              - and -

21    OFFICE OF FEDERAL PUBLIC DEFENDER

22              601 Walnut Street, Suite 545W

23              Philadelphia, Pennsylvania 19106

24    BY:       ALEXANDER L. KURSMAN, ESQ.

25                        (Continued)
```

```
                                            Page 4
```

1    REMOTE APPEARANCES:   (Continued)

2

3    On behalf of the Defendants:

4    OKLAHOMA OFFICE OF THE ATTORNEY GENERAL

5              313 NE 21st Street

6              Oklahoma City, Oklahoma 73105

7    BY:     MITHUN MANSINGHANI, ESQ.

8

9    On behalf of Philip Hancock:

10   FEDERAL COMMUNITY DEFENDER OFFICE

11   FOR THE EASTERN DISTRICT OF PENNSYLVANIA

12   ASSISTANT FEDERAL DEFENDERS CAPITAL

13   HABEAS UNIT

14             601 Walnut Street

15             Philadelphia, Pennsylvania 19166

16   BY:     LYNNE KOLODINSKY, ESQ.

17

18   Also Present:

19             LEE BOWRY, Videographer

20

21

22

23

24

25

Page 5

E X A M I N A T I O N S

WITNESS                                          PAGE

DR. JOSEPH ANTOGNINI

  By Mr. Stronski                                  9

E X H I B I T S

EXHIBIT          DESCRIPTION                  PAGE

Exhibit 800    Report of Dr. Joseph          70
               F. Antognini

Exhibit 940    Depth of Sedation             111
               Chart

Exhibit 801    Curriculum Vitae of           139
               Dr. Joseph F.
               Antognini

Exhibit 831    Gehrke article               157

Exhibit 853    Miyake reference             172

Exhibit 928    Benzodiazapine               200
               overdoses article

Exhibit 941    Warner autopsy               231
               data;Exhibit 30 to
               Edgar report

Exhibit 927    Schultz reference            272

Exhibit 833    Glass reference              287

Exhibit 877    White reference              297

1

2          THE VIDEOGRAPHER:  Good morning.

3     We are going on the record at

4     10:03 a.m. on January 28, 2021.

5     Please note that audio and video

6     recording will continue to take place

7     unless all parties agree to go off the

8     record.  This is media unit 1 of the

9     video-recorded remote virtual

10    deposition of Dr. Joseph F. Antognini

11    in the matter of Richard Glossip, et

12    al., versus Randy Chandler, et al.,

13    filed in the United States District

14    Court, Western District of Oklahoma,

15    Civil Action No. CIV-14-665-F.

16          My name is Lee Bowry from the

17    firm of Winter Reporting, a Veritext

18    company, and I am the videographer.

19    The court reporter is Debra Stevens,

20    also with Winter Reporting.  I am not

21    authorized to administer an oath.  I

22    am not related to any party in this

23    action, nor am I financially

24    interested in the outcome.

25          Counsel attending remotely will

1

2          now state their appearances and

3          affiliations for the record.  If there

4          are any objections to proceeding

5          please state them at the time of your

6          appearance, beginning with the

7          noticing attorney.

8                    MR. STRONSKI:  This is Jim

9          Stronski.  I am from the law firm

10         Crowell & Moring and we represent

11         Plaintiffs in this case.  With me is

12         Pilar Stillwater, also with the firm

13         Crowell & Moring; and other co-counsel

14         will introduce themselves.

15                    MR. LIEBERMAN:  Good morning.

16         This is Michael Lieberman from the

17         Federal Public Defender Capital Habeas

18         Unit in the Western District of

19         Oklahoma.  Also appearing but not on

20         screen, Alex Kursman, K-U-R-S-M-A-N,

21         who is also an assistant federal

22         defender.  He is with the Community

23         Defender Office in the Eastern

24         District of Pennsylvania; and Kim

25         Stout, S-T-O-U-T, who is also an

1

2       assistant federal public defender with

3       the Federal Public Defender in

4       District of Arizona.

5            MS. KOLODINSKY:  This is Lynne

6       Kolodinsky.  I recently changed my

7       name.  It is K-O-L-O-D-I-N-S-K-Y.

8            MS. STILLWATER:  Were you able

9       to hear me?

10           MR. MANSINGHANI:  This is Mithun

11      Mansinghani for the Defendants from

12      the Oklahoma Office of the Attorney

13      General.

14           THE VIDEOGRAPHER:  Will the

15      reporter please swear the witness.

16           COURT REPORTER:  If you would

17      state your full name?

18           THE WITNESS:  Joseph Francis

19      Antognini.

20           Whereupon,

21            DR. JOSEPH F. ANTOGNINI,

22      having been first duly sworn/affirmed,

23      was examined and testified as follows:

24           THE VIDEOGRAPHER:  We may

25      proceed.

1                    DR. J. ANTOGNINI

2    EXAMINATION BY

3    MR. STRONSKI:

4        Q.    I am Jim Stronski.  I introduced

5    myself before.  Good morning,

6    Dr. Antognini.

7        A.    Good morning.

8        Q.    Are you aware of any study that

9    used midazolam to induce and maintain

10   general anesthesia in the face of surgical

11   stimuli?

12       A.    I presume you are asking about

13   this in humans.  Is that correct?

14       Q.    Correct.

15       A.    And when you -- could you repeat

16   the question?  I want to make sure I

17   understood.  Induce and maintain?

18       Q.    Yes.  I am interested in any

19   study that reliably used midazolam as the

20   only drug to induce and maintain general

21   anesthesia for purposes of surgery.

22       A.    Well, surgery -- let me just

23   address the surgery part.  Surgery --

24   there are different types of surgery,

25   different types of surgical stimuli and

1              DR. J. ANTOGNINI

2    noxious stimuli.  Certainly midazolam has

3    been used as a sole drug to induce

4    anesthesia for a procedure, as I have

5    mentioned in my report.

6              (Reporter interruption.)

7       A.    As I mentioned in my report,

8    there are -- I did cite studies where

9    midazolam has been used to induce

10   anesthesia in preparation for endotracheal

11   intubation, which is very stimulating.

12   And that, as I said, is in my report.

13              One of the challenges of using

14   midazolam to maintain anesthesia would be

15   that you need a very large dose to be able

16   to achieve that, so large that nobody has

17   actually attempted to do that for a

18   prolonged surgical procedure.

19              So, if we are talking about a

20   very short procedure, there are studies, I

21   think, that indicate that, that you could

22   use midazolam for painful procedures,

23   otherwise painful procedures.  But for

24   prolonged procedures, no, there are no

25   studies in humans where midazolam has been

1                    DR. J. ANTOGNINI

2     used alone for the purposes I mentioned

3     because of the massive dose that would

4     likely need to be administered.

5          Q.    But in humans, to use your

6     words, such a massive dose has not been

7     studied clinically.  Correct?

8          A.    That is correct, to my

9     knowledge.

10          Q.    So, you have no basis in

11     science, in data, to opine that midazolam

12     at any dose would maintain anesthesia.

13     Correct?

14          A.    I do not have any -- again,

15     there are no data that I am aware of, any

16     published studies where midazolam has been

17     used by itself for a prolonged surgical

18     procedure.  By that I mean for hours and

19     hours.  So, that is correct.  And that is

20     because the dose that would be required or

21     to even study that would be so large that

22     it wouldn't be ethically or clinically

23     worthwhile to pursue.

24          Q.    So you rely upon the Gehrke

25     reference.  You mentioned endotracheal

```
 1                    DR. J. ANTOGNINI
 2   intubation.  That was your example.  Am I
 3   right in remembering that?
 4        A.    That particular study, you mean?
 5        Q.    Yes.  I asked you if there are
 6   studies where midazolam was used in humans
 7   to induce and maintain anesthesia for
 8   surgery, and the example I think you gave
 9   me was endotracheal intubation.  Is that
10   right?
11        A.    That is correct.  There is more
12   than the Gehrke study, though, that I have
13   cited.
14        Q.    Are there any other
15   procedures -- how long does the
16   endotracheal intubation take?  What is the
17   range of time it takes?
18        A.    The actual intubation involves
19   what is called laryngoscopy, basically
20   where you actually take a metal tongue
21   blade, as I tell patients, and insert it
22   into the mouth, open up the airway.  And
23   then you actually place the endotracheal
24   tube.  All that might take on average a
25   minute, a minute and a half.
```

1               DR. J. ANTOGNINI

2               But it's not just the procedure

3       itself that is stimulating.  You have that

4       large plastic tube into the trachea or the

5       windpipe, and it's there after you are

6       done, so it's still stimulating.  In my

7       report, I talked about the Miyake study,

8       where they had given midazolam for

9       induction.  They also gave other drugs.

10      Both drugs wore off very quickly and those

11      patients were basically lying there with

12      this endotracheal tube for about

13      60 minutes, and that's stimulating.  The

14      authors, as I recall, talk about that.

15              So, it's not just the procedure

16      itself.  It's actually the tube that is

17      there.  Since we all know, have

18      experienced aspiration, where something

19      went down the wrong way and you have

20      coughed violently, well, that is what that

21      tube is like, and it's there basically

22      past the procedure itself.  So, that also

23      is stimulating.

24         Q.    How long does the tube stay

25      there?

1              DR. J. ANTOGNINI

2        A.     It depends on the particular

3    procedure.  It could be there for days

4    after surgery.  We can leave the tube in

5    or it can come out after surgery,

6    30 minutes after, an hour, two hours.

7    Depends on the length of the surgery.

8        Q.     So there is no cutting done with

9    the endotracheal intubation, right?  That

10   is not the intent of it; correct?

11       A.     No.  There is no cutting done,

12   but it is certainly more stimulating in

13   terms of anesthetic requirements than a

14   skin incision.

15       Q.     So, is it your testimony in

16   Gehrke and in the other Miyake reference

17   that you know that those patients were

18   receiving no other drugs?

19       A.     Well, both the Miyake study and

20   the Gehrke study that I have cited -- so

21   the Gehrke study, there was a subgroup of

22   patients that did not receive other drugs,

23   at least according to their report.  Some

24   of them did receive opiates.  But the

25   conclusion was that midazolam was still a

```
 1                  DR. J. ANTOGNINI
 2    good drug to use in the study, even the
 3    study of midazolam by itself.  If they
 4    recognized midazolam by itself was not,
 5    adequate, they would have mentioned that,
 6    I would think, and they did not.  The
 7    other --
 8        Q.    Did they say it was adequate?
 9        A.    That is my recollection.  We can
10    certainly pull up the reference, but that
11    is --
12        Q.    We'll look at it.
13        A.    That's my recollection of it.
14              As far as the Miyake study is
15    concerned, those patients received an
16    opiate called remifentanil with the
17    induction, and then the remifentanil was
18    discontinued right afterwards.  And that
19    is a drug that -- its effects dissipate
20    very, very quickly.  After five, ten
21    minutes or so or something like that,
22    maybe shorter, the effects are gone.
23              So, that's one of the reasons
24    why, if you look at how these patients
25    behaved in terms of their
```

Page 16

```
 1                    DR. J. ANTOGNINI

 2     electroencephalogram, it's pretty clear

 3     that 20, 30 minutes out or more, the

 4     remifentanil is gone and that basically

 5     these patients are doing okay.

 6              Also in the discussion section,

 7     as I recall -- we will have to pull it up.

 8     In the discussion section of the Miyake

 9     study, they talked about essentially a

10     preliminary study, and I believe there

11     they did not use remifentanil.  So

12     again -- and they got more or less the

13     same result.  So, that leads me to believe

14     and opine that midazolam is sufficient to

15     anesthetize patients for the endotracheal

16     intubation and for the continued placement

17     or presence of that endotracheal tube.

18         Q.    In these cases, you said that

19     the actual intubation takes a minute or

20     so.  Did you say that?  A minute, minute

21     and a half?

22         A.    Yes.  It can be shorter if it's

23     an easy airway and you are skilled, or it

24     can be a little longer.  You know,

25     somewhere around there is my guess.
```

Page 17

1              DR. J. ANTOGNINI

2        Q.    Could be 30 seconds?

3        A.    Could be 30 seconds, yes.

4        Q.    Then it is just there for

5   however long and then it's removed at some

6   point.  Is that fair?

7        A.    That is correct, yes.

8        Q.    And it could be there, you said,

9   for days?

10       A.    If the patient, after surgery,

11  needs to be in an intensive care unit and

12  needs a respirator or ventilator, yes, it

13  could be there for days.

14       Q.    So is it your testimony that

15  these patients in the Miyake and Gehrke

16  study had their tubes in for an extended

17  period of time without any other

18  medication but for midazolam?

19       A.    Well, for the Miyake study that

20  is correct.  They stopped the study

21  basically at 60 minutes.  After that they

22  basically continued on with surgery and

23  they gave more anesthetic at that point.

24  I don't recall exactly what they used.

25  For the Gehrke study, I don't recall what

Page 18

```
 1                    DR. J. ANTOGNINI
 2    happened afterwards.
 3                    But in general, patients that
 4    have endotracheal tube in place in the
 5    intensive care unit, they require some
 6    type of sedation or anesthesia or
 7    something, some drug, because it is very
 8    stimulating.  Virtually all of the
 9    hospitals that I am aware of have some
10    type of protocol to provide some types of
11    drugs, including midazolam.  That's a very
12    common drug to be used as an infusion in
13    intensive care unit so that these patients
14    will tolerate that endotracheal tube.  It
15    is pretty unusual for a patient to not
16    require some type of drug, medication such
17    as midazolam or something like that --
18    propofol is sometimes used -- to ensure
19    that they can tolerate that tube.
20         Q.    Are you familiar with the
21    continuum of depth of sedation definitions
22    of general anesthesia and levels of
23    sedation, analgesia that have been
24    approved by the ASA Committee of
25    Delegates?
```

```
 1               DR. J. ANTOGNINI
 2   milliequivalent level, which is your
 3   experience in administering potassium
 4   chloride, the low range of that
 5   experience, if you compare it to the
 6   amount administered in the Ohio lethal
 7   injection protocol, that amount is 24
 8   times greater --
 9          MR. MANSINGHANI:  Object to
10      form -- sorry.
11      Q.    Do you have any knowledge of any
12   studies that would characterize the nature
13   of the kind of pain that results
14   administering 24 times the amount of a
15   drug that is known to cause pain at
16   10 milligrams milliequivalents?
17          MR. MANSINGHANI:  Object to
18      form.
19      A.    There are no studies that I am
20   aware of that would quantify that.  And my
21   experience with potassium chloride has
22   been in the operating room primarily.
23   Again, I have had patients in the recovery
24   room -- that is not the term we use
25   anymore but that is what most people will
```

Page 85

1               DR. J. ANTOGNINI
2   recognize -- and then also in the ICU.
3               Most of my own personal
4   professional experience with potassium
5   chloride has been in the operating room.
6   Of course, you have to infuse it slowly
7   because if you give it too fast you can
8   have a cardiac arrest.  That is the main
9   reason why it is infused slowly.
10              But in that setting, in my
11  experience, in anesthetized patients there
12  is no indication that the patients are
13  experiencing any type of response to it
14  because I don't recall there being
15  increases in the heart rate or blood
16  pressure or anything else when potassium
17  is being infused.
18      Q.    How many times do you recall
19  infusing potassium during anesthesia?
20      A.    I can't give you a number.  It
21  is going to be maybe, you know, a dozen,
22  two dozen times maybe.  I just don't --
23  you are talking about a 30-year career
24  more or less.  I can't remember.
25      Q.    So, it is not something

Page 92

```
1                    DR. J. ANTOGNINI

2    controlled.

3        Q.    Similarly, the osmolarity of

4    injectable drugs is adjusted so that you

5    don't have a hyper or hypo osmolar

6    substance in the blood or in the veins.

7    Correct?

8        A.    That is often done, yes.  There

9    is adjustment of the osmolarity.

10       Q.    And that is because it is well

11   understood that either can cause damage

12   and pain on injection.  Correct?

13             MR. MANSINGHANI:  Object to

14       form.

15       A.    I don't know that people have

16   systematically studied the amount of pain

17   that occurs with alterations in

18   osmolarity.  So, that is a little bit -- I

19   am not aware of anything -- that

20   information may exist.  I just don't know

21   about it.

22       Q.    Okay.  But it is done because it

23   can damage tissue, whether or not that

24   causes -- the pain it causes we'll put

25   aside, but it damages the tissue.
```

Page 93

1              DR. J. ANTOGNINI

2    Correct?

3         A.    The experience over many years

4    is that veins can be damaged by drugs that

5    are going through them.  So, often that is

6    damage that occurs over the course of a

7    long time, not just from one injection but

8    over the course of many hours to days.

9    So, it is also time dependent.

10        Q.    And the potassium chloride also,

11   at 240 milliequivalents, will depolarize

12   the cells and trigger the nerve fibers in

13   the veins.  Correct?

14        A.    That is my understanding of that

15   area.  I don't have any more specifics as

16   to what the mechanism would be.

17        Q.    And that would be experienced as

18   severe pain unless you put the brain stem

19   to sleep and had a state of general

20   anesthesia.  Correct?

21             MR. MANSINGHANI:  Object to

22        form.

23        A.    The presence of a drug, an

24   anesthetic drug or a drug that affects the

25   brain will reduce the experience of

```
 1                    DR. J. ANTOGNINI
 2     somebody who's receiving potassium
 3     chloride.  And I have opined that
 4     midazolam is such a drug, especially at
 5     the dose used in the protocol, that it
 6     would drastically alter any experience of
 7     the usual pain that we think about that
 8     would occur from potassium chloride.
 9         Q.    Is it your opinion that
10     midazolam puts the brain stem to sleep at
11     this dose?
12                MR. MANSINGHANI:  Object to
13         form.
14         A.    I don't really typically think
15     of using terminology "putting the brain
16     stem to sleep."  Midazolam will affect
17     the -- have effects in the brain.  It has
18     effects in the brain stem, it has effects
19     in the spinal cord.  So, that drug,
20     midazolam, at that dose we are talking
21     about, 500 milligrams, would drastically
22     reduce the experience someone would have
23     when they are awake?  The answer is yes.
24     It would be a combination of effects at
25     sites.
```

Page 172

```
 1                    DR. J. ANTOGNINI
 2    in these dosages, that midazolam and
 3    diazepam are of similar potency?
 4         A.    In this setting -- let's see
 5    here.  Let me just look closely at these
 6    figures and their data here.
 7              I have no reason to basically
 8    refute what they have reported.  Is it
 9    surprising?  Again, I am not surprised in
10    the sense that, you know, sometimes you
11    get results that you sometimes don't think
12    you will.  Are these data different from
13    what others have reported?  Possibly.  So,
14    I will just state that I guess.
15         Q.    Let's go to the Miyake
16    reference, which you also relied upon and
17    mentioned, which is Exhibit 853.
18              (So marked for identification as
19         Exhibit 853.)
20         Q.    If we go to the first page, is
21    this the Miyake reference that you
22    referenced earlier?
23         A.    Yes, it is.
24         Q.    What do you rely upon it for?
25         A.    So, this study was performed to
```

Page 173

1                    DR. J. ANTOGNINI

2      look at effects of midazolam on the

3      electroencephalogram primarily.  And they

4      were looking at dose response effects.

5      They gave .2 milligrams per kilogram in

6      one group and .3 milligrams per kilogram

7      in the other group.

8                    The important thing that I

9      looked at here is that these patients were

10     given the midazolam, they were intubated

11     with muscle relaxant and also an opiate

12     that was very short lived.  The

13     remifentanil drug wears off very quickly.

14                   So, they were intubated and then

15     left basically on a ventilator over the

16     course of 60 minutes.  And during that

17     time where basically all they had

18     lingering around, so to speak, was the

19     midazolam, the remifentanil has worn off

20     and the patients were paralyzed, to use

21     the term, a paralytic with vecuronium.

22     These authors reported no change in the

23     BIS basically over that 60-minute period.

24                   Then in the discussion section,

25     the second-to-last paragraph, actually

Page 174

```
 1              DR. J. ANTOGNINI
 2   starting on the left-hand side, which is
 3   going to be page 392 of their paper, or
 4   443 on the bottom of this exhibit, they
 5   talk about a preliminary study and --
 6        Q.   Can I just stop you a second.
 7   Where are you talking about the
 8   preliminary study?  It's on 39 --
 9        A.    392, towards the bottom of the
10   left-hand column.
11        Q.    Okay.  Thank you.
12        A.    So in this preliminary study
13   they basically did the same type of study,
14   although it only went out, it looks like,
15   to 20 minutes.  They used the same doses
16   and found -- and this is without the
17   remifentanil -- and found that the BG
18   data, the BIS data, did not on average
19   change over the course of that period,
20   indicating again that the presence of the
21   stimulating tube and being on the
22   ventilator was not sufficient to push the
23   BIS number up from the low 60's. What that
24   indicates to me is these patients were not
25   waking up because the BIS number was
```

1           DR. J. ANTOGNINI

2    staying pretty stable there in the low

3    60's.

4           Again, the combination of the

5    earlier data or the data they reported in

6    the study going out to 60 minutes and then

7    the preliminary study that they report

8    here indicates that these patients were

9    not waking up from the fact that they were

10   paralyzed, and it was because they had

11   received that midazolam.

12      Q.    I am looking for where the

13   description of the preliminary study

14   begins.  I am sorry but I am not finding

15   it.  Where would I look?  I am on page

16   392.

17      A.    So the paragraph -- scroll down

18   a little bit.  Where it says, just like

19   any paper will say, "There are several

20   limitations to our study."  So, you go

21   there and they go through some of the

22   limitations.  And they want to talk about

23   the fact that they did use remifentanil

24   for the intubation period for these

25   patients.  And they were looking at not so

Page 176

```
 1              DR. J. ANTOGNINI
 2   much what was happening with the
 3   intubation but what was going to be
 4   happening afterwards in terms of the
 5   patient's electroencephalogram and their
 6   BIS level after that.  So, they wanted to
 7   let the remifentanil wear off in their
 8   study, which is what they did.
 9              But just to rule that out
10   altogether, that remifentanil was not a
11   factor in what they saw, they had a
12   preliminary study where they didn't use
13   remifentanil at all and did not see a
14   change basically -- once the
15   electroencephalogram was depressed by the
16   midazolam, it stayed depressed despite the
17   fact that these patients were on the
18   ventilator and with an endotracheal tube.
19       Q.    Okay, I see where we are now.
20   So the preliminary study, if you go down
21   on that page, has an N equals 12, mean age
22   59 plus or minus 11 years.  Is that the
23   preliminary data?
24       A.    Yes, that is what they are
25   referring to.  So then they also state
```

Page 177

1              DR. J. ANTOGNINI
2    that "these data are comparable with those
3    reported here with remifentanil,
4    suggesting that the infusion of
5    remifentanil unlikely affected the EEG
6    data."
7         Q.    Basically you have 96 plus or
8    minus 2; 64, et cetera.  Those are the BIS
9    numbers.  The plus or minus is some
10   deviation based on the 12.  Is that
11   correct?
12        A.    That's correct.
13        Q.    What is SEF95?
14        A.    That is another EEG measure.
15   That stands for spectral edge frequency
16   95.  It's just another EEG measure.
17        Q.    Now, the initial study involved
18   5,000 patients, right, the study that is
19   the subject of this paper?  Is that
20   correct?
21        A.    No, no.  Not nearly 5,000
22   patients, no.
23        Q.    It says, "A prospective cohort
24   study involving approximately 5,000
25   consecutive surgical patients revealed --"

Page 178

```
 1                    DR. J. ANTOGNINI
 2      oh, that is a different study.
 3                So, there are 12 in the
 4      preliminary study.  How many subjects are
 5      there in the study that is the subject of
 6      this paper?
 7           A.    There were 12 subjects in the
 8      group that received 0.2 milligrams per
 9      kilogram of the midazolam and there were
10      12 subjects in the 0.3-milligram per
11      kilogram group.
12           Q.    That also both received the
13      remifentanil?
14           A.    Correct.
15           Q.    How much fentanyl -- how much
16      midazolam did the preliminary group get?
17           A.    They state it's 0.2 or
18      0.3 milligrams per kilogram.  N equals 12,
19      but they don't specify how many of the 12
20      received 0.2 and how many received 0.3.
21           Q.    What are the BIS numbers for the
22      groups that received remifentanil?
23           A.    Those data -- go ahead.
24           Q.    Is that in Table 1?
25           A.    No.  That is going to be in the
```

1            DR. J. ANTOGNINI

2   Figure 2.  I don't know that they report

3   it anywhere else.  Let me just look and

4   see.

5            So, it looks like the data are

6   only going to be in Figure 2.  I don't

7   know that they have it anywhere else.  But

8   on the top figure of Figure 2, which says

9   BIS, that's where you see the BIS numbers

10  essentially.  You can see that they are in

11  the range of -- you know, in the 60's or

12  so.  It is hard to tell from that graph

13  exactly where they are, but it is in the

14  same range as described in the preliminary

15  group that they studied.

16           But also, you don't really see

17  an increase in the BIS over time.  It is

18  basically staying pretty flat.  It goes

19  down from 96 and stays in the 60's

20  basically.

21      Q.    So, in this study, were the

22  subjects subjected to any noxious stimuli

23  or consciousness check?

24      A.    During the period when they had

25  received midazolam and had been intubated,

```
 1              DR. J. ANTOGNINI
 2   for GABA and there is only so much GABA.
 3   And when you exhaust that,
 4   mechanistically, it will have no further
 5   effect.  Correct?
 6       A.    I am not sure I would
 7   characterize that assessment because what
 8   you are talking about basically is you are
 9   extrapolating from what essentially are
10   some in vitro studies that look at this to
11   the clinical situation.  And it's fraught
12   to extrapolate from in vitro studies to
13   this situation.
14              So, for example, in a typical
15   study if you were looking at a ceiling
16   effect in vitro, you would give huge
17   amounts of the drug over a broad
18   concentration range such that usually you
19   are giving what we would call log doses,
20   log, as in L-O-G.  That is, you might be
21   giving one unit of the drug, again in
22   vitro, and then you do a study where you
23   give 10 units and then 100 units and then
24   1,000 units and so forth.  And that is how
25   you can demonstrate an in vitro ceiling
```

Page 187

```
 1                    DR. J. ANTOGNINI
 2   effect.
 3             Now, clinically, in this
 4   situation, they have gone from
 5   .2 milligrams per kilogram to
 6   .3 milligrams per kilogram, and that is
 7   only a 50 percent increase basically from
 8   .2 to .3.  So, although the authors here
 9   do bring up the possibility -- they don't
10   mention the ceiling effect herem but they
11   bring up this possibility of saturation.
12   You know, they haven't explored fully the
13   concentration ranges that you would need
14   to be able to make that kind of
15   determination.
16        Q.    So the authors in this paper
17   that you are relying upon raise the issue
18   of midazolam having a ceiling effect.  Is
19   that fair?
20        A.    I don't know that they use that
21   term.  They say saturation at the
22   benzodiazapine receptor site would account
23   for the small differences on EEG between
24   patients receiving midazolam .2 and .3.
25   Now, they say there were some differences.
```

1          DR. J. ANTOGNINI

2    They were small.  However, again, you

3    would not necessarily be able to detect

4    changes beyond that if you are just going

5    from .2 to .3 milligrams per kilogram.

6         Q.    What is your basis in science or

7    your understanding of this mechanism to

8    opine, if you do, that midazolam, which

9    has this singular mechanism of action with

10   GABA and GABA receptors, that if, by

11   increasing the dose by 50 percent, you get

12   a small additional effect, that that is

13   not due to saturation?  Do you have a

14   basis to believe that is not due to

15   saturation of the benzodiazapine receptor

16   sites?

17        A.    Again, I would say that my basis

18   for that is simply that we are looking at

19   what essentially is a dose response

20   effect.  That is, we are giving a dose of

21   a drug and we are looking at a response.

22   In this case it is the

23   electroencephalogram.  That might be a

24   very shallow dose response so that, you

25   know, it is not flat, it is just very

```
 1              DR. J. ANTOGNINI
 2   shallow and you are not going to see much
 3   of a change over that concentration range.
 4        Q.    And then what is your basis --
 5   do you accept that the benzodiazepines,
 6   including midazolam, have this singular
 7   mechanism of action; that is, the GABA,
 8   that it requires GABA and GABA receptors
 9   to be present?
10        A.    Yes.  That has been well
11   documented, so I do accept that as the
12   mechanism by which these drugs work.
13        Q.    Okay.  And at 0.2 to 0.3,
14   increase of 50 percent, which for a
15   100-kilogram person would be an increase
16   from 20 to 30 milligrams, they are
17   reporting a very small change.  Correct?
18        A.    Yes.
19        Q.    And what is the change in BIS
20   that they are reporting?
21        A.    I am not sure that they reported
22   a change in BIS.  In their discussion
23   again they state that -- they said small
24   changes.  I don't know -- or "small
25   differences."  I don't know what they are
```

1            DR. J. ANTOGNINI

2  referring to there.  I am just reading

3  what they have written there.  I have to

4  look at the paper more closely to figure

5  out what small differences are they

6  referring to.

7     Q.    But if you look at the

8  conclusion, it says, "In conclusion, among

9  our patients the average BIS remained

10 greater than 60 with midazolam at 0.2 or

11 0.3 despite the rapid decrease in plasma

12 concentration."

13          So, there is no difference --

14 they are not -- there is no notable

15 difference between .2 and .3 milligrams

16 per kilogram in their conclusion.

17 Correct?

18    A.    They do not identify any

19 differences between those two groups if --

20 sorry.  Maybe I misunderstood your

21 question here.

22    Q.    So, what is your basis to

23 believe that there would be a higher

24 ceiling if you -- well, let me withdraw

25 that.

Page 191

1       DR. J. ANTOGNINI

2           Do you have any basis to believe

3    that the failure to observe any notable

4    change in BIS when you increase the dose

5    from what would be the equivalent of

6    20 milligrams to 30 milligrams for a

7    100-kilogram person, that that -- do you

8    have any basis to believe that that is not

9    attributable to a saturation of the GABA

10   and GABA receptors?

11       A.    Well, once again, I would say

12   that a change from .2 to .3 is just not a

13   large enough difference to be able to

14   detect what may be some subtle changes

15   that occur, so that to achieve more of an

16   effect, more drug would have to be given.

17   If they had given a much larger dose of

18   the drug, then that would provide maybe

19   some more evidence that there is not much

20   of an effect as you increase the dose.

21           Just going from .2 to .3 in my

22   mind is not sufficient to state that

23   absolutely there is no change between .2

24   and .3.  You need a broader dosage range

25   in my opinion.

1               DR. J. ANTOGNINI

2       Q.     You may have misunderstood my

3   question but you didn't respond to it.

4             My question was, do you have a

5   reason to believe that the observation

6   that there was no notable change in BIS

7   values when you increased the dose from

8   0.2 to 0.3 milligrams per kilogram, or 20

9   to 30 milligrams per kilogram -- 20 to

10  30 milligrams in a 100-kilogram person.

11  Do you have any reason to believe that

12  that is not due to saturation of the GABA

13  and GABA receptors?

14            MR. MANSINGHANI:  Object to

15      form.

16      A.    I'd have to think about that.

17  Is there any other reason that -- again, I

18  would say the reason is that it has not --

19  it is not a sufficient dose difference to

20  be able to rule out basically a subtle

21  effect.  So, I don't know how else to

22  answer your question.

23      Q.    Well, the authors of this paper

24  opine that saturation at the

25  benzodiazapine receptor would account for

```
 1            DR. J. ANTOGNINI
 2   why I am going to argue with you about
 3   this.  I don't know the origin of all this
 4   data, but all I know is there are case
 5   reports of people who received midazolam
 6   by itself and were left unattended and not
 7   monitored and they died.  So, there may
 8   not be a dose listed in this table, but
 9   there have been doses of just a few
10   milligrams or 5 milligrams or maybe
11   10 milligrams that have killed human
12   beings.  So, there are doses that kill
13   patients.
14       Q.    And what is the mechanism of
15   death in those cases if you know?
16       A.    It's going to be a combination
17   of unconsciousness, airway obstruction and
18   decreased breathing, respiratory arrest --
19       Q.    Vomiting --
20       A.    That's the usual mechanism.
21       Q.    Are you aware that midazolam is
22   understood to be variable in its effect
23   based on the genetic makeup of the
24   patient?
25            MR. MANSINGHANI:  Object to
```

1                    DR. J. ANTOGNINI

2          form.

3          A.     There are pharmacokinetic

4    differences basically among individuals

5    for a variety of different drugs, and that

6    holds true for a drug like midazolam as

7    far as I am aware.  But as you get into

8    larger and larger doses, you begin to

9    collapse, so to speak, that difference.

10   That is, you still achieve the same end

11   point; you just have to give more drugs to

12   some of these individuals.

13         Q.     But how is the difference

14   explained if you know?  Is it based on the

15   identity and the amount of the GABA

16   receptors and the GABA in those

17   individuals as a result of the genetic

18   makeup, or is there a different mechanism

19   that explains the variability, Doctor?

20              MR. MANSINGHANI:  Object to

21         form.

22         A.     I don't know the answer to that

23   question.  I know that there are genetic

24   differences.  I don't know whether it is

25   related to the makeup of the GABA receptor

Page 278

```
 1                    DR. J. ANTOGNINI
 2     or something else.
 3          Q.    But if it is related to the
 4     makeup of the GABA receptor or the amount
 5     of GABA, individuals may also have
 6     different ceilings on the effect of
 7     midazolam.   Correct?
 8          A.    I don't know that you can make
 9     that extrapolation.  So, I am sorry, I am
10     not going to agree with that.
11          Q.    You don't know one way or the
12     other?
13          A.    I do not.
14          Q.    Let's go to the Glass reference,
15     please -- oh, let's go to your report,
16     Doctor, at page 7 -- paragraph 7, rather.
17     There is a graph here.
18          A.    Yes.
19          Q.    You know the graph I am talking
20     about that graphs anesthetic concentration
21     versus percent of patients responding?  Do
22     you remember that?
23          A.    Yes, I do.
24               MR. MANSINGHANI:  Pilar, we can
25          see your screen along with the live
```

Page 306

1              DR. J. ANTOGNINI

2     of midazolam for the appendectomy, but I

3     wouldn't need to use a lot of vecuronium.

4              MR. STRONSKI:  Thank you, sir.

5         I think my time is up.

6              THE WITNESS:  Thank you.

7              MR. MANSINGHANI:  I do not have

8         any direct.

9              THE VIDEOGRAPHER:  We are off

10         the record at 7:55 p.m. Eastern Time.

11         This concludes today's testimony given

12         by Dr. Joseph F. Antognini.  The total

13         number of media units used was 7 and

14         will be retained by Winter Reporting,

15         a Veritext company.

16              [TIME NOTED:  7:56 p.m.]

17

18         _____

19              DR. JOSEPH ANTOGNINI

20

21     SUBSCRIBED AND SWORN TO

22     BEFORE ME THIS_____DAY

23     OF_____, 2021.

24     _____

25         NOTARY PUBLIC

Page 307

CERTIFICATION

1

2

3

4

5      I, DEBRA STEVENS, a Notary Public for

6    and within the State of New York, do

7    hereby certify:

8      That the witness whose testimony as

9    herein set forth, was duly sworn by me;

10   and that the within transcript is a true

11   record of the remote testimony given by

12   said witness.

13     I further certify that I am not

14   related to any of the parties to this

15   action by blood or marriage, and that I am

16   in no way interested in the outcome of

17   this matter.

18     IN WITNESS WHEREOF, I have hereunto

19   set my hand this 9th day of February,

20   2021.

21

22

23    DEBRA STEVENS, RPR-CRR

24

25

Page 308

1
2                    W I T N E S S   E R R A T A   S H E E T
3
     CASE NAME:  Glossip v. Chandler
4    DATE OF DEPOSITION:  January 28, 2021
     WITNESS NAME:  DR. JOSEPH ANTOGNINI
5
     PAGE/LINE(S)/      CHANGE            REASON
6    ____/_____/_____/_____
     ____/_____/_____/_____
7    ____/_____/_____/_____
     ____/_____/_____/_____
8    ____/_____/_____/_____
     ____/_____/_____/_____
9    ____/_____/_____/_____
     ____/_____/_____/_____
10   ____/_____/_____/_____
     ____/_____/_____/_____
11   ____/_____/_____/_____
     ____/_____/_____/_____
12   ____/_____/_____/_____
     ____/_____/_____/_____
13   ____/_____/_____/_____
     ____/_____/_____/_____
14   ____/_____/_____/_____
     ____/_____/_____/_____
15   ____/_____/_____/_____
     ____/_____/_____/_____
16   ____/_____/_____/_____
     ____/_____/_____/_____
17   ____/_____/_____/_____
     ____/_____/_____/_____
18   ____/_____/_____/_____
     ____/_____/_____/_____
19   ____/_____/_____/_____
20
            _____
21            DR. JOSEPH ANTOGNINI
22   SUBSCRIBED AND SWORN TO
     BEFORE ME THIS_____DAY
23   OF_____, 2021.
24   _____
         NOTARY PUBLIC
25     MY COMMISSION EXPIRES_____

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.