14-CV-665-F

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

RICHARD GLOSSIP, *et al.*,

*Plaintiffs*,

v.

RANDY CHANDLER, *et al.*,

*Defendants.*

## APPENDIX TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

### SELECTED DATA CONSIDERED BY PLAINTIFFS' AND DEFENDANTS' EXPERTS DISCLOSED PURSUANT TO FED R. CIV. P. 26(a)(2)(B)(ii)

BRYAN G. CLEVELAND
RANDALL J. YATES
ZACH WEST
  *Assistant Solicitors General*
CHARLES DICKSON
  *Assistant Attorney General*
ANDY N. FERGUSON
  *Staff Attorney*

MITHUN MANSINGHANI
*Solicitor General*
OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Phone: (405) 521-3921
mithun.mansinghani@oag.ok.gov

*Counsel for Defendants*

# INDEX

| Selected Source | Exhibit |
|---|---|
| Am. Soc'y Anesthesiologists, Continuum of Depth of Sedation, Oct. 23, 2019 | 1 |
| Baselt, Midazolam, in Disposition of Toxic Drugs and Chemicals in Man 2011, at 1119-1121 | 4 |
| Blackmon, Clinical Comparison of Midazolam Hydrochloride and Midazolam Maleate for Anesthesia Induction, Anesth. Analg., 1984; 63:1116-20. | 11 |
| Brown et al., Monitoring the State of the Brain and Central Nervous System During General Anesthesia and Sedation, in Miller's Anesthesia at 1279-1297 | 2 |
| Bulach et al., Double-Blind Randomized Controlled Trial to Determine Extent of Amnesia with Midazolam Given Immediately Before General Anaesthesia, British J. Anesth., 2005; 94(3):300-05 | 19 |
| Eisenried, Pharmacokinetics and Pharmacodynamics of Remimazolam (CNS 7056) after Continuous Infusion in Healthy Male Volunteers; Anesthesiology 2020; 132:652-66 | 20 |
| Eisenried, Pharmacokinetics and Pharmacodynamics of Remimazolam (CNS 7056) after Continuous Infusion in Healthy Male Volunteers: Part II. Pharmacodynamics of EEG effects Supplemental Digital Content | 21 |
| Ellison et al., Buffer Capacities of Human Blood Plasma, Clinical Chemistry, 1958, 4:452-61 | 27 |
| Gehrke et al, Diazepam or Midazoam for Orotracheal intubation in the ICU?, Rev. Assoc. Med. Bras., 2015; 61(1):30-34 | 17 |
| Glass et al., Bispectral Analysis Measures Sedation and Memory Effect of Propofol, Midazolam, Isoflurane, and Alfentanil in Healthy Volunteers, Anesthesiology, 1997; 86:836-47 | 13 |
| Heier et al., Hemoglobin Desaturation after Succinylcholine-induced Apnea, Anesthesiology, 2001; 94:754–9 | 28 |
| Hospira, Inc., FDA Approved Package Insert for Midazolam Hydrochloride Injection, Carpuject®, Rev. 06/2020 | 3 |

| | |
|---|---:|
| Ibrahim et al., The Influence of Parecoxib, a Parenteral Cyclooxygenase-2 Specific Inhibitor, on the Pharmacokinetics and Clinical Effects of Midazolam, Anesth. Analg. 2002; 95:667–73 | 9 |
| Kang et al., Effects of sedation on subjective perception of pain intensity and autonomic nervous responses to pain: A preliminary study, PLoS ONE 12(9): e0183635 | 10 |
| Kuizenga, Biphasic EEG Changes in Relation to Loss of Consciousness During Induction with Thiopental, Propofol, Etomidate, Midazolam or Sevoflurane, British J. Anesth., 2001; 86(3):354-60 | 14 |
| Lankton, Hyperkalemia after Administration of Potassium from Nonrigid Parenteral-fluid Containers, Anesthesiology 1973; 39:660–61 | 29 |
| Liu et al., Electroencephalogram Bispectral Analysis Predicts the Depth of Midazolam-induced Sedation, Anesthesiology 1996; 84:64-69. | 18 |
| Manning et al., Does Routine Midazolam Administration Prior to Nasogastric Tube Insertion in the Emergency Department Decrease Patients' Pain? (A Pilot Study), Academic Emerg. Med., 2016; 23:766–771 | 26 |
| Melvin et al., Induction of Anesthesia with Midazolam Decreases Halothane MAC in Humans, Anesthesiology, 1982; 57:238-41 | 23 |
| Michaloudis et al., The effects of midazolam or propofol followed by suxamethonium on the QT interval in humans, Eur J Anaesthesiology 1996; 13:364-68 | 8 |
| Miyake, Electroencephalographic response following midazolam-induced general anesthesia: relationship to plasma and effect-site midazolam concentrations, J Anesth., 2010, 24:386-393 | 15 |
| Rafee et al., Evaluation of Midazolam as Intravenous Induction Agent for Anaesthesia in Dogs, Indian J. Animal Scis., 2017, 87(3):280-86 | 16 |
| Reves et al., Comparison of Two Benzodiazepines for Anaesthesia Induction: Midazolam and Diazepam, Can. Anaesth. Soc. J., 1978; 25:211-14 | 12 |
| Reves et al., Midazolam: Pharmacology and Uses, Anesthesiology, 1985; 62:310-24 | 6 |

| | |
|---|---:|
| Schuttler et al., Pharmacokinetics and Pharmacodynamics of Remimazolam (CNS 7056) after Continuous Infusion in Healthy Male Volunteers, Anesthesiology, 2020; 132:636–51 | 22 |
| Song et al., Value and Safety of Midazolam Anesthesia during Transrectal Ultrasound-Guided Prostate Biopsy, Korean J. Urol., 2011; 52:216-20 | 25 |
| Turgut et al., Sedation as an alternative method to lessen patient discomfort due to transrectal ultrasonography-guided prostate biopsy, European J. Radiology, 2006, 57:148-53 | 24 |
| Vuyk et al., Intravenous Anesthetics, in Miller's Anesthesia at 638-679, 2019 | 5 |
| White, Comparative Evaluation of Intravenous Agents for Rapid Sequence Induction--Thiopental, Ketamine, and Midazolam, Ann. Emerg. Med., 2003; 42(6):767-72. | 7 |

## **CERTIFICATE OF SERVICE**

I certify that on this 19th day of February 2021, I electronically transmitted the forgoing document to the Clerk of Court using the CM/ECF system for filing and that a Notice of Electronic Filing will be transmitted to all registered participants. I further certify that a true and correct copy of the foregoing and exhibits will be transmitted via first class mail, postage pre-paid to the following non-ECF registrant:

Oklahoma State Penitentiary
Wade Lay DOC# 516263
P.O. Box 97
McAlester, OK 74502

                                    Respectfully submitted,

                                    s/ *Mithun Mansinghani*

                                    MITHUN MANSINGHANI, OBA 32453
                                        *Solicitor General*