## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

RICHARD GLOSSIP, et al.,      )
                              )
       Plaintiffs,           )
                              )
-vs-                             )      Case No. CIV-14-0665-F
                              )
RANDY CHANDLER, et al.,      )
                              )
       Defendants.       )

## <u>ORDER</u>

Defendants are **DIRECTED** to file a notice with the court within ten days of the date of this order indicating what, if any, provisions can reasonably be made to facilitate the participation of *pro se* plaintiff Wade Lay in the trial of this action by video teleconference.

IT IS SO ORDERED this 23rd day of March, 2021.

 

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0665p092.docx