UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

RICHARD GLOSSIP, *et al.*,

                *Plaintiffs,*

v.

RANDY CHANDLER, *et al.*,

                *Defendants.*

No:     14-cv-665-F

**DEFENDANTS' NOTICE OF AVAILABILITY OF VIDEO CONFERENCE FOR PLAINTIFF WADE LAY**

In response to this Court's order, Doc. 396, Defendants state as follows:

1. Defendants have a video conference hearing room that they use for inmates' remote appearances at court proceedings.

2. The hearing room was available for use on the dates reserved for trial in this matter, and Defendants will confirm its availability for use on any new trial date.

3. On any day of trial, Defendants can and will arrange for personnel to escort Mr. Lay to the hearing room 15 minutes prior to the hearing start time.

4. A warden's assistant will be available in the room for any issues with the technology.

5. Contemporaneous with this filing, Defendants will supply contact information for the relevant warden's assistant to the courtroom deputy for any testing of the video conference technology needed in advance of trial.

|  | Respectfully submitted, |
|---|---|
|  | s/ *Mithun Mansinghani* |
| BRYAN G. CLEVELAND, OBA 33860 | MITHUN MANSINGHANI, OBA 32453 |
| RANDALL J. YATES, OBA 30304 | *Solicitor General* |
| ZACH WEST, OBA 30768 | OFFICE OF ATTORNEY GENERAL |
| *Assistant Solicitors General* | STATE OF OKLAHOMA |
| CHARLES DICKSON, OBA 17941 | 313 N.E. 21st Street |
| *Assistant Attorney General* | Oklahoma City, OK 73105 |
| ANDY N. FERGUSON, OBA 33388 | Phone:  (405) 522-4392 |
| *Staff Attorney* | mithun.mansinghani@oag.ok.gov |

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on this 2nd day of April 2021, I electronically transmitted the forgoing document to the Clerk of Court using the CM/ECF system for filing and that a Notice of Electronic Filing will be transmitted to all registered participants. I further certify that a true and correct copy of the foregoing will be transmitted via first class mail, postage pre-paid to the following non-ECF registrant:

Oklahoma State Penitentiary
Wade Lay DOC# 516263
P.O. Box 97
McAlester, OK 74502

                                    Respectfully submitted,

                                    s/ *Mithun Mansinghani*

                                    MITHUN MANSINGHANI, OBA 32453
                                        *Solicitor General*