## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD GLOSSIP, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>RANDY CHANDLER, *et al.*, )<br>)<br>Defendants. ) | Case No. 5:14-CV-665-F |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(2), counsel for Plaintiff Nicholas Davis hereby provides notice that Mr. Davis passed away on April 7, 2021. The rights sought to be enforced in this action survive as to the remaining plaintiffs. Accordingly, the action does not abate, and proceeds in favor of the remaining plaintiffs.

Dated:  April 13, 2021          Respectfully submitted,

*s/ Michael W. Lieberman*
Michael W. Lieberman, OBA #32694
Emma V. Rolls, OBA # 18820
Office of the Federal Public Defender
215 Dean A. McGee Ave., Suite 707
Oklahoma City, OK 73102
Telephone: (405) 609-5975
Michael_Lieberman@fd.org
Emma_Rolls@fd.org

Harry P. Cohen (admitted *pro hac vice*)
Michael K. Robles (admitted *pro hac vice*)
James K. Stronski (admitted *pro hac vice*)
CROWELL & MORING LLP
590 Madison Avenue
New York, NY 10022
Telephone: (212) 223-4000
hcohen@crowell.com

        Jon M. Sands
        Federal Public Defender District of Arizona
        Dale A. Baich (OH Bar No. 0025070)
        Jennifer M. Moreno (Bar No. CA 244967)
        850 West Adams Street, Suite 201
        Phoenix, Arizona 85007
        Telephone: (602) 382-2816
        Facsimile: (602) 889-3960
        dale_baich@fd.org

        COUNSEL FOR PLAINTIFF NICHOLAS DAVIS

## CERTIFICATE OF SERVICE

      I hereby certify that on this 13th day of April, 2021:

      1.    I electronically transmitted that attached document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to all counsel of record who are registered participants of the Electronic Case Filing System.

      2.    I served a hard copy of this document on the following party by First Class Mail via the U.S. Postal Service:

      Wade Lay, DOC #516263
      Oklahoma State Penitentiary
      P.O. Box 97
      McAlester, OK 74502
      *Pro Se* Plaintiff

                *s/ Michael W. Lieberman*