

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA
OFFICE OF THE CLERK**
William J. Holloway, Jr. United States Courthouse
200 NW 4th Street, Room 1210
Oklahoma City, OK 73102
www.okwd.uscourts.gov
(405) 609-5000

CARMELITA REEDER SHINN
Clerk of Court

WILLIAM PIGOTT
Chief Deputy

April 27, 2021

**Via First Class Mail**

Clerk
Supreme Court of the United States
1 First Street, NE
Washington, DC   20543

Re:   Richard Glossip, et al. v. Randy Chandler, et al. – USDC WDOK Case No. CIV-14-665-F

Dear Clerk:

Enclosed please find a Notice of Appeal (directed to the Supreme Court of the United States) which has been filed in the above-referenced case by pro se plaintiff, Wade Lay.

Sincerely,

CARMELITA REEDER SHINN, CLERK

By:   s/ Lori Gray
      Deputy Clerk

Enclosure

cc:   Wade Lay
      #516263
      McAlester-OSP
      P O Box 97
      McAlester, OK   74502-0097