# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD GLOSSIP, et al., | ) |
| Plaintiffs, | ) |
| -vs- | ) Case No. CIV-14-0665-F |
| RANDY CHANDLER, et al., | ) |
| Defendants. | ) |

## ORDER

The deadlines for response briefs to pending or future motions filed by plaintiff Wade Lay, who appears *pro se*, are **SUSPENDED**. The court will establish a new briefing schedule if and when further briefing is permitted.

IT IS SO ORDERED this 28th day of April, 2021.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0665p098.docx