# Exhibit 2

**From:** Gary Elliott
**Sent:** Monday, April 19, 2021 4:15 PM
**To:** Mithun Mansinghani
**Cc:** Jim Farris; Nanci Battles
**Subject:** FW: Glossip--Meetings with plaintiffs

fyi

**From:** Gary Elliott
**Sent:** Monday, April 19, 2021 4:14 PM
**To:** Michael Lieberman <Michael_Lieberman@fd.org>
**Cc:** Dale Baich <Dale_Baich@fd.org>; Jennifer Moreno <jennifer_moreno@fd.org>
**Subject:** RE: Glossip--Meetings with plaintiffs

Mr. Lieberman,
The visit is approved and scheduled according to your request.

**From:** Michael Lieberman <Michael_Lieberman@fd.org>
**Sent:** Monday, April 19, 2021 2:33 PM
**To:** Gary Elliott <gary.elliott@doc.ok.gov>
**Cc:** Dale Baich <Dale_Baich@fd.org>; Jennifer Moreno <jennifer_moreno@fd.org>
**Subject:** [EXTERNAL] Re: Glossip--Meetings with plaintiffs

Good afternoon, Mr. Elliott,

Can you please confirm whether our visits with the specified groups of LI plaintiffs have been scheduled for Monday April 26?

Thank you,


Michael W. Lieberman
Assistant Federal Public Defender
Office of the Federal Public Defender, Western District of Oklahoma
Capital Habeas Unit
215 Dean A. McGee, Suite 707
Oklahoma City, OK 73102
Direct: (405) 609-5984
Main: (405) 609-5975
Fax: (405) 609-5976
E-mail: Michael_Lieberman@fd.org

**From:** Michael Lieberman <Michael_Lieberman@fd.org>
**Sent:** Wednesday, April 14, 2021 9:00 AM
**To:** Gary Elliott
**Cc:** Dale Baich; Jennifer Moreno
**Subject:** Re: Glossip--Meetings with plaintiffs

1

Mr. Elliott,

Attached is the schedule we have created for the group meetings with the plaintiffs. We are hopeful to finish all the meetings on April 26, but would like to keep April 27 open in case the meetings take longer than anticipated. Please let us know if there are any issues with this schedule.

Thanks again for your help.

---

**From:** Gary Elliott <gary.elliott@doc.ok.gov>
**Sent:** Thursday, April 8, 2021 9:56 AM
**To:** Michael Lieberman
**Cc:** Dale Baich; Jennifer Moreno
**Subject:** RE: Glossip--Meetings with plaintiffs

Mr. Lieberman,

The dates you requested, April 26 and 27, 2021, are available.

Regarding Ms. Andrew, since her visit is not anything out of the ordinary, you should simply use the normal process for scheduling an attorney visit at MBCC.

Please let me know if I can be of further assistance,

---

**From:** Michael Lieberman <Michael_Lieberman@fd.org>
**Sent:** Wednesday, April 7, 2021 8:32 AM
**To:** Gary Elliott <gary.elliott@doc.ok.gov>
**Cc:** Dale Baich <Dale_Baich@fd.org>; Jennifer Moreno <jennifer_moreno@fd.org>
**Subject:** [EXTERNAL] Glossip--Meetings with plaintiffs

Good morning, Mr. Elliott,

Thank you for helping arrange group meetings with our clients. We are putting the groups together now, but I wanted to reach out right away to make sure the dates we are planning for the visits will be available. We would like to schedule these meetings for April 26 and 27. It will be myself, Jen Moreno and Dale Baich.

Please let me know if those dates will work, and I will get the schedule of groups to you as quickly as possible. Also, we will also need to meet with Brenda Andrew at Mabel Bassett for the same purpose. Is that something you can also help arrange?

Thank you. If you need anything further, I can be reached on my cell phone at (405) 924-9702.

2

Michael W. Lieberman
Assistant Federal Public Defender
Office of the Federal Public Defender, Western District of Oklahoma
Capital Habeas Unit
215 Dean A. McGee, Suite 707
Oklahoma City, OK 73102
Direct: (405) 609-5984
Main: (405) 609-5975
Fax: (405) 609-5976
E-mail: Michael_Lieberman@fd.org