# Exhibit 5

Attachment A
OP-050109

## INCIDENT/STAFF REPORT

| | | |
|---|---|---|
| \_\_\_\_\_ACCIDENT/INJURY (STAFF OR INMATE/OFFENDER) | \_\_\_\_\_DRUGS/SYRINGE | \_\_\_\_\_SHAKEDOWN |
| \_\_\_\_\_ASSAULT | \_\_\_\_\_FOODS/KITCHEN | \_\_\_\_\_VISITING PROBLEM |
| \_\_\_\_\_CONTRABAND | \_\_\_\_\_ALCOHOL/BEER | \_\_\_\_\_WEAPON |
| \_\_\_\_\_USE OF FORCE/RESTRAINTS | _X_ INFORMATION | \_\_\_\_\_MAINTENANCE PROBLEM |
| \_\_\_\_\_DESTRUCTION OF PROPERTY | \_\_\_\_\_KEYS/LOCKS | \_\_\_\_\_SECURITY THREAT GROUP |
| \_\_\_\_\_COMMUNICATION DEVICES | ✓ OTHER | |

* * * * * * * * * * * * * * * * *

INMATE/OFFENDER INVOLVED: **Grant, John** (NAME) **102816** (DOC NUMBER) HOUSING ASSIGNMENT: **SWF**

(DATE OF INCIDENT) **5-3**, 20 **21**   (TIME OF INCIDENT) **apprx 1230 AM/PM**   (SIGNATURE OF REPORTING EMPLOYEE) *[signature] CCM3*

LOCATION OF INCIDENT: **SWF**

(PRINTED NAME AND TITLE OF REPORTING EMPLOYEE) **Amber Robinson CCM3**

(DATE AND TIME SUBMITTED TO SHIFT/DEPARTMENT SUPERVISOR) **1240  05-03-21**

WITNESS: _____

### SECURITY THREAT GROUP

☐ Admitted gang member
☐ Has tattoos, wears or possesses clothing and/or other paraphernalia or other indications of gang associations
☐ Has been participating in delinquent/criminal activity with known gang member(s)
☐ Observation confirms the individual's close association with known gang member(s)
☐ Information from reliable information source identifies the individual as a gang member

INMATE/OFFENDER ASSOCIATES: _____

DETAILED DESCRIPTION OF INCIDENT: (Print or Type – Include what happened, who, where, when, how, and why)

On above date and apprx. time Inmate Grant 102816 was asked if he would come out for a lawyer call. Inmate Grant stated "I already told them fucking no." Ms Battles notified at this time. — EOR

SUPERVISOR'S COMMENTS AND ACTION TAKEN: _information forwarded — R_

SHIFT/SUPERVISOR SIGNATURE *[signature]*   DATE **05-03-21**

**DISTRIBUTION:**
Original – Chief of Security
1st Copy – Facility/Unit Head
2nd Copy – Assistant Facility/Unit Head
3rd Copy – Unit Manager (If applicable)

(R 8/19)