# Exhibit 6

# FEDERAL PUBLIC DEFENDER
WESTERN DISTRICT OF OKLAHOMA

SUSAN M. OTTO
FEDERAL PUBLIC DEFENDER

| DEATH PENALTY FEDERAL HABEAS CORPUS DIVISION: REPLY TO: X 215 DEAN A. MCGEE SUITE 707 OLD POST OFFICE BUILDING OKLAHOMA CITY, OKLAHOMA 73102 (405) 609-5975 FAX: (405) 609-5976 | MAIN OFFICE: REPLY TO: 215 DEAN A. MCGEE SUITE 109 OLD POST OFFICE BUILDING OKLAHOMA CITY, OKLAHOMA 73102 (405) 609-5930 FAX: (405) 609-5932 | BRANCH OFFICE: REPLY TO: FEDERAL TRANSFER CENTER P.O. BOX 898802-8802 OKLAHOMA CITY, OKLAHOMA 73159-8802 (405) 680-4047 FAX: (405) 680-4082 |
|---|---|---|

May 3, 2021

Office of the Attorney General
Mithun Mansinghani
Solicitor General
313 N.E. 21st Street
Oklahoma City, OK 73105

via email: Mithun.Mansinghani@oag.ok.gov

Re:   *Glossip, et al. v. Chandler, et al.*

Dear Mr. Mansinghani:

In accordance with the Court's April 2, 2021 Order, enclosed are Plaintiffs' Supplemental Responses and Objections to Defendants' Interrogatories Nos. 15 and 16.

We have had trouble communicating with some of our clients. Accordingly, the verified responses for five additional plaintiffs (James Coddington, Richard Fairchild, Jimmy Harris, Gilbert Postelle, and James Ryder) should be in the mail to us, and we are hopeful that Mr. Simpson's will be sent tomorrow. As soon as we receive those responses, we will provide them to you. Mr. John Grant was unwilling to meet with us.

Sincerely,

Michael Lieberman
Assistant Federal Public Defender

MWL/ajb

Enclosures

cc:   The Honorable Judge Friot