*Glossip v. Chandler*

Chart of Plaintiffs' Supplemental Responses

| | 114(a) | 114(b) | 114(c ) | 114(d) | NONE | FAILED TO SUPPLEMENT |
|---|---|---|---|---|---|---|
| Brenda Andrew | x | | | | | |
| Ronson Bush | | | | x | | |
| Jemain Cannon | x | | | | | |
| James Coddington | | | | | | x |
| Benjamin Cole* | x | x | x | x | | |
| Carlos Cuesta-Rodriguez | x | x | x | x | | |
| Scott Eizember | x | x | x | x | | |
| Richard Fairchild | x | x | x | x | | |
| Richard Glossip | x | x | | | | |
| Clarance Goode, Jr. | x | x | x | x | | |
| Donald Grant | | | | | x | |
| John Grant | | | | | | x |
| Wendell Grissom | x | x | | x | | |
| Phillip Hancock | x | x | x | x | | |
| John Hanson (first response) | x | | | | | |
| John Hanson (second response) | | | | | x | |
| Marlon Harmon | x | | | x | | |
| Jimmy Dean Harris | | | | | | x |
| Raymond Johnson | x | | x | | | |
| Julius Jones | | | | | x | |
| Emmanuel Littlejohn | x | | | x | | |
| Ricky Ray Malone* | x | x | x | x | | |
| Mica Martinez | x | | | x | | |
| Alfred Mitchell | x | x | x | x | | |
| James Pavatt | | | x | x | | |
| Gilbert Postelle | | | | | | x |
| Richard Rojem | x | x | x | x | | |
| James Ryder | x | x | x | x | | |
| Anthony Sanchez | x | x | x | x | | |
| Kendrick Simpson | | | | | | x |
| Michael Smith | x | x | | | | |
| Kevin Underwood | x | x | | | | |
| Termane Wood | | | | x | | |

*Did not personally sign the response