# Exhibit 3

```
                                                    Page 119
 1              (D. BUFFINGTON, PharmD - 2/10/21)
 2              I still can do it, but I'm not configured
 3          or have the facility to do it.
 4      BY MR. KURSMAN:
 5          Q    But if you had the facility to do it, you
 6      would be able to do it?
 7          A    Any pharmacologist could do it.
 8          Q    Could any pharmacist do it?
 9          A    Same thing.
10          Q    Then, in Ohio -- you testified in Ohio, as
11      well, right?
12          A    Yes.  I think in two or three cases.
13          Q    Do you remember testifying that you
14      believe there were pharmacists in the United States
15      that are able to compound pentobarbital for use in
16      lethal injections?
17          A    Correct.
18          Q    Do you still believe that?
19          A    I'm sure they're there.  I haven't found
20      them, though.
21          Q    Have you been looking?
22          A    No.  It's come up in discussion at
23      conferences.  But I haven't found anybody that is
24      interested in doing that service.
25          Q    Well, do you remember that you had
```

```
 1            (D. BUFFINGTON, PharmD - 2/10/21)
 2    previously testified that you did have discussions
 3    with colleagues in conferences and they said they
 4    would compound pentobarbital for departments of
 5    corrections for executions?
 6        A    I do.  Now, I also remember --
 7             MR. CLEVELAND:  Object to form.
 8             THE WITNESS:  Subsequent to that, I also
 9        remember reaching out to them, finding, as I
10        stated, no one who actually is willing to do
11        it.
12    BY MR. KURSMAN:
13        Q    Who did you reach out to them -- did you
14    reach out to them on behalf of DOC?
15        A    No.
16        Q    You just reached out to them and asked?
17        A    Yes.
18        Q    And do you recall what they told you?
19        A    As I stated.
20        Q    Do you remember testifying that they told
21    you not unless there was privacy and that they were
22    contacted directly by DOC?
23        A    I --
24             MR. CLEVELAND:  Object to form.
25             MR. KURSMAN:  What's that?  I'm sorry?
```