# EXHIBIT 2

Page 1

1    UNITED STATES DISTRICT COURT

2    WESTERN DISTRICT OF OKLAHOMA

3    Case No. CIV-14-665-F

4    ---------------------------------------

5    RICHARD GLOSSIP, et al.,

6            Plaintiffs,

7        vs.

8    RANDY CHANDLER, et al.,

9            Defendants.

10    ---------------------------------------

11

12       REMOTE VIDEOTAPED DEPOSITION OF

13             DR. JOSEPH ANTOGNINI

14             January 28, 2021

15              10:03 a.m. EST

16

17

18

19

20

21

22

23    Reported by:

24    Debra Stevens, RPR-CRR

25

```
                                           Page 10
 1                    DR. J. ANTOGNINI
 2     noxious stimuli.  Certainly midazolam has
 3     been used as a sole drug to induce
 4     anesthesia for a procedure, as I have
 5     mentioned in my report.
 6                (Reporter interruption.)
 7        A.     As I mentioned in my report,
 8     there are -- I did cite studies where
 9     midazolam has been used to induce
10     anesthesia in preparation for endotracheal
11     intubation, which is very stimulating.
12     And that, as I said, is in my report.
13                One of the challenges of using
14     midazolam to maintain anesthesia would be
15     that you need a very large dose to be able
16     to achieve that, so large that nobody has
17     actually attempted to do that for a
18     prolonged surgical procedure.
19                So, if we are talking about a
20     very short procedure, there are studies, I
21     think, that indicate that, that you could
22     use midazolam for painful procedures,
23     otherwise painful procedures.  But for
24     prolonged procedures, no, there are no
25     studies in humans where midazolam has been
```

```
 1                     DR. J. ANTOGNINI

 2     used alone for the purposes I mentioned

 3     because of the massive dose that would

 4     likely need to be administered.

 5          Q.    But in humans, to use your

 6     words, such a massive dose has not been

 7     studied clinically.  Correct?

 8          A.    That is correct, to my

 9     knowledge.

10          Q.    So, you have no basis in

11     science, in data, to opine that midazolam

12     at any dose would maintain anesthesia.

13     Correct?

14          A.    I do not have any -- again,

15     there are no data that I am aware of, any

16     published studies where midazolam has been

17     used by itself for a prolonged surgical

18     procedure.  By that I mean for hours and

19     hours.  So, that is correct.  And that is

20     because the dose that would be required or

21     to even study that would be so large that

22     it wouldn't be ethically or clinically

23     worthwhile to pursue.

24          Q.    So you rely upon the Gehrke

25     reference.  You mentioned endotracheal
```

```
 1              DR. J. ANTOGNINI
 2   good drug to use in the study, even the
 3   study of midazolam by itself.  If they
 4   recognized midazolam by itself was not,
 5   adequate, they would have mentioned that,
 6   I would think, and they did not.  The
 7   other --
 8       Q.    Did they say it was adequate?
 9       A.    That is my recollection.  We can
10   certainly pull up the reference, but that
11   is --
12       Q.    We'll look at it.
13       A.    That's my recollection of it.
14             As far as the Miyake study is
15   concerned, those patients received an
16   opiate called remifentanil with the
17   induction, and then the remifentanil was
18   discontinued right afterwards.  And that
19   is a drug that -- its effects dissipate
20   very, very quickly.  After five, ten
21   minutes or so or something like that,
22   maybe shorter, the effects are gone.
23             So, that's one of the reasons
24   why, if you look at how these patients
25   behaved in terms of their
```

```
 1                    DR. J. ANTOGNINI
 2    electroencephalogram, it's pretty clear
 3    that 20, 30 minutes out or more, the
 4    remifentanil is gone and that basically
 5    these patients are doing okay.
 6              Also in the discussion section,
 7    as I recall -- we will have to pull it up.
 8    In the discussion section of the Miyake
 9    study, they talked about essentially a
10    preliminary study, and I believe there
11    they did not use remifentanil.  So
12    again -- and they got more or less the
13    same result.  So, that leads me to believe
14    and opine that midazolam is sufficient to
15    anesthetize patients for the endotracheal
16    intubation and for the continued placement
17    or presence of that endotracheal tube.
18         Q.    In these cases, you said that
19    the actual intubation takes a minute or
20    so.  Did you say that?  A minute, minute
21    and a half?
22         A.    Yes.  It can be shorter if it's
23    an easy airway and you are skilled, or it
24    can be a little longer.  You know,
25    somewhere around there is my guess.
```

```
 1              DR.  J.  ANTOGNINI
 2       Q.    Could be 30 seconds?
 3       A.    Could be 30 seconds, yes.
 4       Q.    Then it is just there for
 5    however long and then it's removed at some
 6    point.  Is that fair?
 7       A.    That is correct, yes.
 8       Q.    And it could be there, you said,
 9    for days?
10       A.    If the patient, after surgery,
11    needs to be in an intensive care unit and
12    needs a respirator or ventilator, yes, it
13    could be there for days.
14       Q.    So is it your testimony that
15    these patients in the Miyake and Gehrke
16    study had their tubes in for an extended
17    period of time without any other
18    medication but for midazolam?
19       A.    Well, for the Miyake study that
20    is correct.  They stopped the study
21    basically at 60 minutes.  After that they
22    basically continued on with surgery and
23    they gave more anesthetic at that point.
24    I don't recall exactly what they used.
25    For the Gehrke study, I don't recall what
```

Page 83

DR. J. ANTOGNINI

1
2      infusion.  It's just been reported to me.
3          Q.    Do you have an opinion as to the
4      effect of potassium chloride on a patient
5      at the 240 milliequivalent dose level?
6          A.    That amount of potassium would
7      cause pain in an awake human.
8          Q.    What kind of pain?
9          A.    It would be painful.  I mean,
10     patients can have significant pain from
11     it.  I have not done any type of study, of
12     course, in terms of, you know, what level
13     of pain it is, although I know, again,
14     that it can be -- it is reported to be
15     quite painful.
16         Q.    What kind of reports are you
17     referencing?
18         A.    Well, I am aware of some of the
19     reports that have been provided in the
20     exhibits, as I recall, and just in my
21     general knowledge.  Recollection in terms
22     of specific reports, again, I would have
23     to refer to the ones I think that were the
24     exhibits.
25         Q.    So at the 10 to 40

```
                                            Page 89
 1                  DR. J. ANTOGNINI
 2   hyperosmolar solution or blood at that
 3   point.
 4        Q.    Conceptually and in terms of a
 5   demonstrative, what happens to those cells
 6   is not dissimilar to what happens to the
 7   slug that we put salt on.  Correct?
 8             MR. MANSINGHANI:  Object to
 9        form.
10        A.    I guess that would be one way
11   you could look at it.
12        Q.    What pain can that cause?
13        A.    Well, again, I already testified
14   that potassium chloride can cause pain if
15   it is injected into a vein.  So --
16        Q.    I am trying to understand the
17   pathways of the pain.  So you identified
18   two.  If the cells which the potassium
19   chloride solution come in contact with act
20   like the slug on which we put salt, how
21   does that cause pain?
22        A.    The nerve fibers would --
23   sensitive to that, I guess, in that area,
24   they would be activated.
25        Q.    And that would result in what
```

Page 90

```
 1              DR. J. ANTOGNINI
 2   kind of pain?
 3            MR. MANSINGHANI:  Object to
 4      form.
 5      Q.    How would you characterize that
 6   kind of pain?  Where would it be felt?
 7      A.    Well, the clinical descriptions
 8   from patients are that it is a burning
 9   pain, and basically that's how it is often
10   described.
11      Q.    And so a 400 milliequivalent
12   potassium chloride solution in two
13   syringes could in essence cause the
14   melting of the tissue in which it comes in
15   contact with.  Correct?
16            MR. MANSINGHANI:  Object to
17      form.
18      A.    First off, I believe you said
19   400.  I am not sure you meant 400.
20   Perhaps you meant 240.
21      Q.    I meant 240.  I apologize.  240
22   milliequivalents.  Yes.
23      A.    I think "melting" is a bit of a
24   pejorative term.  I wouldn't say it is
25   equivalent to melting.
```

```
 1              DR. J. ANTOGNINI
 2  withdrawal can be present during general
 3  anesthesia.
 4       Q.   If we go back to the chart, do
 5  you remember I asked you at the beginning
 6  if there were any studies you are aware of
 7  where midazolam was used as the only drug
 8  to induce and maintain anesthesia to a
 9  noxious stimuli and we identified, I
10  think, three different kinds of
11  procedures?  One was endotracheal
12  intubation, one was cystoscopy and one was
13  colon -- why am I having trouble with
14  that?  What was the third one?
15       A.    Colonoscopy.
16       Q.    Colonoscopy.  I should know
17  that.
18            With respect to the colonoscopy,
19  you can do that without anesthesia I think
20  we established.  Correct?
21       A.   In some patients because they
22  seem to tolerate it, but many patients
23  don't.
24       Q.   So is midazolam the most common,
25  if you are using something for anesthesia,
```

1                  DR. J. ANTOGNINI

2     is midazolam the most common choice for

3     colonoscopies?

4                  MR. MANSINGHANI:   Object to

5         form.

6         A.    I don't know what the most

7     common drugs are used.  If you were to say

8     basically what percentage of colonoscopies

9     are done with midazolam, what percentage

10    with other drugs, I don't know the

11    details.  All I can tell you, just the

12    total number of patients, not a

13    percentage, a lot of them are done with

14    midazolam and often with other drugs.  But

15    they can, based on these reports, be done

16    on midazolam alone.

17        Q.    Have you ever done a colonoscopy

18    with midazolam alone?

19        A.    I have not.

20        Q.    How many colonoscopies have you

21    been the anesthesiologist on?

22        A.    My guess would be a small

23    number.  It is not something that we

24    normally would be doing in the operating

25    room.  Occasionally we might be going up

```
 1              DR. J. ANTOGNINI
 2   to the endoscopy unit to do it but it is
 3   few and far between.
 4        Q.    In terms of the level or depth
 5   of sedation on this continuum, the
 6   individuals who, in the study that you
 7   rely upon, you say got midazolam only for
 8   a colonoscopy, what level of sedation were
 9   they at?
10              MR. MANSINGHANI:  Object to
11        form.
12        A.    We seem to have a bit of an
13   internet problem here and you broke up.
14   Can you repeat the question?
15        Q.    Sure.  And I apologize for that.
16        A.    Probably not your fault.
17        Q.    For the individuals who had
18   midazolam only for anesthesia for their
19   colonoscopy, what depth of sedation on
20   this continuum were they at?
21        A.    I do not recall.  I have to
22   review the study to know exactly where
23   they had those patients at.  I just don't
24   recall.
25        Q.    Do you have any reason to think
```

1              DR. J. ANTOGNINI
2    they were under general anesthesia?
3        A.    I'd have to look at the study to
4    see what level they got these patients to.
5    I just don't know off the top of my head.
6        Q.    Okay.  With respect to the
7    cystoscopy procedure, I think you said
8    that is often done with local anesthesia.
9    But in cases where midazolam was used, was
10   midazolam used with local anesthesia or
11   was it used alone without local
12   anesthesia?
13       A.    Well, in the study, at least one
14   of the studies that I cited, they had
15   different groups and one of the groups had
16   midazolam alone.
17       Q.    Okay.
18       A.    Actually, I think it was two.
19   Two of the four groups had midazolam
20   alone.  That is my recollection.
21       Q.    And at what level of anesthesia
22   in this continuum were those patients?
23       A.    Well, again, I would have to
24   review the study, to look at it to make
25   sure I have got my studies in my mind

```
 1              DR. J. ANTOGNINI
 2   were also given muscle relaxants so they
 3   could not observe for any type of
 4   movement.  But nonetheless, the responses
 5   of these patients hemodynamically were
 6   very similar across different types of
 7   drugs.
 8       Q.    And what techniques were used to
 9   evaluate those responses?
10       A.    Heart rate and blood pressure.
11       Q.    Have you used midazolam alone to
12   do an endotracheal intubation?
13       A.    My recollection is that I have.
14   It was a long, long time ago and, I'm
15   sorry, I just don't know -- is it possible
16   that I could have also given an opiate?
17   Yes, it is.  I don't recall specifically.
18       Q.    How many endotracheal
19   intubations have you participated in?
20       A.    Thousands.  I have probably done
21   over 10,000 anesthetics in my career, and
22   the vast majority of those involved
23   endotracheal intubation.  So, probably
24   talking about 6,000 maybe.  It is hard to
25   put a number on it.
```

1                DR. J. ANTOGNINI
2        Q.    So you remember on one instance
3    using midazolam for an endotracheal
4    intubation, but you are not sure whether
5    or not you also used an opioid.  Is that
6    fair?
7        A.    Yes.  So, this would have been
8    early in my career, when midazolam was
9    just coming out for use and was being used
10   as an induction drug.  So, that is why I
11   recall that I would have used it.  We
12   often remember, when new things come out,
13   our experience from them.  So, that is why
14   I remember with midazolam, I remember with
15   propofol and so forth.  That's the basis
16   for that.
17       Q.    Have you ever used midazolam
18   alone as the sole drug in connection with
19   a cystoscopy?
20       A.    No, I do not recall using it
21   alone for cystoscopy.
22       Q.    How many cystoscopies have you
23   done?
24       A.    Just to be technically correct,
25   I have done none.  I have done anesthesia

Page 121

```
 1              DR. J. ANTOGNINI
 2    for them but I have not done them myself.
 3    But anesthesia for them, for cystoscopies,
 4    maybe hundreds.  Again, it is one of those
 5    things that it is hard to put a number on.
 6    I have done a lot.
 7         Q.    Have you ever -- I have asked
 8    you about these three procedures.  Have
 9    you ever used midazolam alone as a drug to
10    induce and maintain general anesthesia?
11         A.    I have used it, as I said, for
12    induction.  The maintenance part is one
13    that would potentially require a large
14    dose of a drug.  To the extent that you'd
15    have to give so much that the -- it would
16    take a long time for a patient to wake up,
17    that is just based on the nature of that
18    drug.  And so it would not be wise to try
19    to maintain anesthesia with midazolam
20    alone based on the fact that patients
21    would take a long time to wake up.
22              That is an important reason why
23    it is not done and an important reason
24    why, in the anesthesiology field, people
25    do not venture to try to use it as a drug
```

1                    DR. J. ANTOGNINI

2    dosages that are one-tenth of the protocol

3    for Oklahoma on a patient that had not

4    been intubated?

5              MR. MANSINGHANI:  Object to

6         form.

7         A.    So, have I used it, even at a

8    tenth of a dose, on a patient that has not

9    been intubated?  Do you mean that I have

10   used it and not intubated them afterwards?

11        Q.    Correct.

12        A.    No.

13        Q.    So in connection with vecuronium

14   bromide, you always intubate the patient.

15   Correct?

16        A.    If you are giving vecuronium

17   bromide, you either have -- either the

18   patient is already intubated or you are

19   going to intubate them.  But you wouldn't

20   give that and then walk away.

21        Q.    And what would the sensation be

22   of the patient who received vecuronium

23   bromide and wasn't intubated in connection

24   with it?  What would they experience?

25              MR. MANSINGHANI:  Object to

                    DR. J. ANTOGNINI

 1

 2      form.

 3      A.    This is an awake patient?

 4      Q.    A patient that was not under

 5   general anesthesia.  What would they

 6   experience?

 7            MR. MANSINGHANI:  Object to

 8      form.

 9      A.    Well, again, I have to -- you

10   know, not under general anesthesia or

11   sedated or awake, it does make a

12   difference.  If you have somebody who is

13   awake, then they will have the sense of

14   losing the muscle function and they will

15   be unable to move and then unable to

16   breathe and then they will die.

17      Q.    Okay.  And they will experience

18   air hunger and suffocation along the way.

19   Correct?

20      A.    If they are awake, yes.

21      Q.    And how long would it take such

22   a person to die as a result of

23   suffocation?

24      A.    I don't know.  That is going to

25   vary from one individual to the next

```
 1              DR. J. ANTOGNINI
 2   because it basically requires them to
 3   decrease their oxygen levels in their
 4   blood to the point at which they will
 5   become unconscious from the hypoxia.  They
 6   would live for a little bit longer after
 7   that.
 8        Q.    So from the time that they are
 9   paralyzed to the time they become
10   unconscious from the hypoxia, how long
11   would that be, about?
12        A.    We are talking about several
13   minutes.  I can't really put a number on
14   it.  It is going to depend on the
15   individual patient.
16        Q.    And it is your opinion that that
17   noxious stimuli is a lesser noxious
18   stimuli than surgical noxious stimuli?
19             MR. MANSINGHANI:  Object to
20        form.
21        A.    The -- it is a little bit --
22   what is the word I want to use?  Not a
23   good comparison to say what is -- or to
24   opine what are the effects of these drugs
25   in the awake individual with no drug
```

```
 1                    DR. J. ANTOGNINI
 2    may be a ceiling effect on the pain level
 3    here, so just going up a little bit more
 4    or faster may not increase the pain very
 5    much --
 6         Q.    Is that speculation, or do you
 7    have some study to --
 8              MR. MANSINGHANI:  Dr. Antognini,
 9         you froze for a bit.  If you can
10         remember, you may need to repeat the
11         last couple sentences of what you
12         said.
13              THE WITNESS:  Potassium chloride
14         is painful, but whether it is
15         supramaximal or not, we just don't
16         have a lot of evidence either way.
17         You know, you might claim it is
18         supramaximal, incredibly painful, and
19         I am not sure that there is any good
20         evidence out there to support that
21         because, again, we are talking
22         about -- you give the potassium
23         chloride faster; does the pain go up?
24         It may go up, but basically even at
25         that level is it a supramaximal amount
```

Page 259

                    DR.  J.  ANTOGNINI

1

2      of pain?  I don't know the answer to

3      that question.

4           For obvious reasons, you can --

5      I mean, if you did that, you would

6      kill a patient because of the

7      potassium overdose.

8      Q.    Right.  But we do know, at

9   least, that clinically, if you push it,

10   even at the lower amounts that are

11   one-tenth of this protocol, if you push it

12   fast, that it does in many cases cause

13   severe pain.  Correct?

14           MR. MANSINGHANI:  Object to

15      form.

16      A.    Patients have reported

17   significant pain with -- some patients

18   have reported significant pain with

19   potassium chloride infusion.

20      Q.    I think you said we don't know

21   or you don't know how much more pain is

22   caused by the fact that we are

23   administering ten times as much as usually

24   is over a much shorter period of time; you

25   just don't know how much more pain is

                      DR. J. ANTOGNINI

1

2    caused.  Correct?

3              MR. MANSINGHANI:  Object to the

4         form and to the extent it

5         mischaracterizes prior testimony.

6         A.    I am not sure that anybody knows

7    because, again, that type of

8    administration would kill people, as we

9    know.  So, you are not going to find a lot

10   of information out there.

11        Q.    Do you have any basis to believe

12   that there is a ceiling effect in terms of

13   the pain levels for clinical

14   administration of potassium chloride as

15   compared to 240 milliequivalents pushed

16   quickly?

17             MR. MANSINGHANI:  Object to

18        form.

19        A.    I do not know of any clinical

20   studies that would make that comparison,

21   again for the same reasons I talked about.

22   But it's possible that potassium chloride

23   at that level, although causing pain

24   initially, will cause enough effects on

25   the cells and the nerve fibers that they

1              DR. J. ANTOGNINI
2      are no longer able to discharge and
3      therefore actually not function properly.
4          Q.    Well, we know it is going to
5      polarize the neurons that are part of the
6      nociceptor pathway in the blood vessels.
7      Correct?
8          A.    Initially, that is true.  But
9      if -- and I can speculate.  I mean, that
10     is all I am doing at this point basically
11     because I don't know that anyone studied
12     that.
13         Q.    So you are speculating that at
14     some point in time the pain system stops
15     working because of the excessive amount of
16     potassium chloride.  How long are you
17     speculating that may take?
18             MR. MANSINGHANI:  Object to form
19         and to the extent it mischaracterizes
20         prior testimony.
21         A.    I admit what I am saying is some
22     speculation.  And I can't speculate any
23     more because the nature of speculation is
24     I don't have -- I am basing that opinion,
25     speculative opinion, on my knowledge of

```
                                      Page 262
 1                 DR. J. ANTOGNINI
 2      the effect of fluids and things like
 3      potassium chloride, how they have effects
 4      on neurons in terms of depolarizing them.
 5      Once they are depolarized, they may not
 6      work properly afterwards.  Nerve fibers, I
 7      should say.  But I am not aware of any
 8      data at this point that would support that
 9      speculation.
10          Q.    So you have no scientific basis
11      to support that speculation; and even if
12      it were to take place at some point, you
13      have no basis to support the speculation
14      that it would take place before the
15      prisoner died of a heart attack.  Correct?
16             MR. MANSINGHANI:  Object to
17          form.
18          A.    I do not know that, what the
19      time frame would be relative to the
20      cardiac arrest.  All I can say is that
21      from the moment that the potassium
22      chloride is injected to the moment that
23      the inmate has a cardiac arrest is going
24      to probably be on the order of maybe
25      10 seconds or so.
```

Winter Reporting
877-953-1414          A Veritext Company          www.veritext.com

Page 263

```
 1                 DR. J. ANTOGNINI
 2       Q.    So it might be 10 seconds of
 3    severe pain?
 4       A.    Potentially.  If -- and I
 5    don't -- I should say I dispute that a
 6    prisoner in this setting would experience
 7    pain.  What I am saying is that the period
 8    of the stimulation from the potassium
 9    chloride would be maybe 8 to 10 seconds
10    before there is cardiac arrest.
11              And I do not -- and I believe
12    that the inmate is not having pain because
13    of that because of the midazolam.
14    Midazolam, in my opinion, causes
15    sufficient depression of the brain so that
16    the inmate would not experience pain in
17    the way that an awake individual would
18    experience pain from the injection of the
19    potassium chloride.
20       Q.    But the adequacy of the
21    anesthesia or the general anesthesia and
22    the drugs used will correlate to the
23    extent to which the stimuli are noxious.
24    Right?
25              MR. MANSINGHANI:  Object to
```

```
 1              DR. J. ANTOGNINI
 2   administered a paralytic.  That is the
 3   succinylcholine.  Correct?
 4       A.    Yes.  They were given
 5   succinylcholine.  It must be on the next
 6   page where they talk about giving
 7   succinylcholine.  Yes.
 8       Q.    There were no consciousness
 9   checks able to be done on these patients
10   by virtue of the fact that they were
11   paralyzed.  Correct?
12       A.    That is correct.  You are not
13   able to do a consciousness check after
14   paralysis.  But my point about this paper
15   was it was a comparison between the two
16   drugs, thiopental and midazolam.  He
17   achieved clinically adequate induction
18   with no difference in the cardiovascular
19   response.
20       Q.    How soon after did they
21   administer the additional drugs?
22            MR. MANSINGHANI:  Object to
23       form.
24       A.    Additional drugs?  You mean --
25       Q.    It is highlighted here,
```