FILED

MAY 2 0 2021

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____DEPUTY

LETTER TO JUDGE FRIOT
Glossip V. Chandler, CIV-14-665-F

WADE LAY 576263
05/12/21

JUDGE FRIOT,

SIR IT IS NECESSARY FOR ME TO WRITE TO YOU EVEN AT THIS TIME THAT I HAVE APPEALED TO THE U.S. SUP. CT. CONCERNING LEGAL ISSUES IN THIS CASE; IN THIS MATTER, I APPEAL TO YOU AS AN AMERICAN CITIZEN HOLDING THIS SACRED POSITION OF A FEDERAL JUDGE. I SPEAK TO YOUR HUMANITY!

O.S.P. HAS CONTRIVED CHARGES OUT OF DECEPTIVE NARRATIVES DRAWN UP BY SUBORDINATE OFFICERS EMPLOYED TO CREATE THE ILLUSION OF MISCONDUCT. O.S.P. HAS DONE THIS TO ME MORE THAN A DOZEN TIMES, SIMPLY TO DESTROY MY ABILITY TO PROSECUTE A CIVIL ACTION. HOWEVER, AT THIS JUNCTURE, O.S.P IS CUTTING ME OFF FROM MY FAMILY ON FABRICATED CLAIMS WHEN I ONLY HAVE MONTHS LEFT TO LIVE.

I CANNOT SIT HERE FOR THE NEXT SIX MONTHS WITHOUT THE ABILITY TO SEE MY FAMILY, OR TALK TO THEM ON THE PHONE; WITHOUT A T.V.; WITHOUT CANTEEN, SIMPLY WAITING TO DIE. THIS IS THE ESSENCE OF THE TERM "CRUEL AND UNUSUAL". IF YOU WILL DO NOTHING, I INTEND TO FIGHT, TO RESIST FOR HOWEVER MANY DAYS OR WEEKS IT TAKES TO CAUSE MY DEATH, I CANNOT GO ON WITHOUT MY FAMILY! I CANNOT TAKE MY OWN LIFE FOR RELIGIOUS REASONS, BUT I CAN FIGHT AN OPPRESSOR, AND FEEL THE PROPER SUCH A BATTLE BRINGS WHEN I STAND BEFORE GOD, I AM ASKING YOU TO STOP THIS ATROCIOUS INJUSTICE, SO THAT I MAY BE ABLE TO CONTINUE AS PLAINTIFF IN THIS CASE. I BEG YOU TO PROVIDE ME PROTECTION, TO ALLOW FOR A VIEWING OF THE VIDEO ON 05/08/21, AT 9:05 A.M. (SEE THE DESCRIPTION IN THE PLEADINGS). O.S.P. IS LYING!

RESPECTFULLY WADE LAY 576263
05/12/21