

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OFFICE OF THE CLERK**
William J. Holloway, Jr. United States Courthouse
200 NW 4th Street, Room 1210
Oklahoma City, OK 73102
www.okwd.uscourts.gov
(405) 609-5000

CARMELITA REEDER SHINN
   Clerk of Court

WILLIAM PIGOTT
   Chief Deputy

May 25, 2021

<u>**Via First Class Mail**</u>

Clerk
Supreme Court of the United States
1 First Street, NE
Washington, DC   20543

Re:   Richard Glossip, et al. v. Randy Chandler, et al. – USDC WDOK Case No. CIV-14-665-F

Dear Clerk:

Enclosed please find "Petitioner's Application for Extension of Time to File a Jurisdictional Statement," filed in the above-referenced case on May 20, 2021, by pro se plaintiff, Wade Lay. This document appears to be a filing which should have been sent to the Supreme Court of the United States, as opposed to this court.

Sincerely,

CARMELITA REEDER SHINN, CLERK

By:   <u>s/ Lori Gray</u>
      Deputy Clerk

Enclosure

cc:   Wade Lay
     #516263
     McAlester-OSP
     P O Box 97
     McAlester, OK   74502-0097