# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
## WASHINGTON, DC 20543-0001

May 15, 2021

Lori Gray
Deputy Clerk
U.S. District Court, WD of OK
200 N.W. 4th Street, Room 1210
Oklahoma City, OK 73102

    RE: Notice of Appeal
         Wade Lay

Dear Ms. Gray:

    The notice of appeal received May 4, 2021 is herewith returned.

    A direct appeal from a U.S. District Court is allowed only from a three-judge district court order. 28 USC 1253. The procedure for filing in this Court is by filing a timely petition for a writ of certiorari after entry of judgment in the U.S. Court of Appeals. 28 USC 1254.

Sincerely,
Scott S. Harris, Clerk
By:
Lisa Nesbitt
(202) 479-3038

Enclosures