UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD GLOSSIP, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) Case No. 5:14-CV-665-F |
| RANDY CHANDLER, *et al.*, | ) ) ) |
| Defendants. | ) |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(2), counsel for Plaintiff Jimmy Dean Harris hereby provides notice that Mr. Harris passed away on June 29, 2021. The rights sought to be enforced in this action survive as to the remaining plaintiffs. Accordingly, the action does not abate, and proceeds in favor of the remaining plaintiffs.

Dated:  June 30, 2021          Respectfully submitted,

*s/ Emma V. Rolls*_____
Emma V. Rolls, OBA # 18820
Office of the Federal Public Defender
215 Dean A. McGee Ave., Suite 707
Oklahoma City, OK 73102
Telephone: (405) 609-5975
Emma_Rolls@fd.org

Harry P. Cohen (admitted *pro hac vice*)
Michael K. Robles (admitted *pro hac vice*)
James K. Stronski (admitted *pro hac vice*)
CROWELL & MORING LLP
590 Madison Avenue
New York, NY 10022
Telephone: (212) 223-4000
hcohen@crowell.com

Jon M. Sands
Federal Public Defender District of Arizona
Dale A. Baich (OH Bar No. 0025070)
Jennifer M. Moreno (Bar No. CA 244967)
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
Telephone: (602) 382-2816
Facsimile: (602) 889-3960
dale_baich@fd.org

COUNSEL FOR PLAINTIFF
JIMMY DEAN HARRIS

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of June, 2021:

1. I electronically transmitted that attached document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to all counsel of record who are registered participants of the Electronic Case Filing System.

2. I served a hard copy of this document on the following party by First Class Mail via the U.S. Postal Service:

Wade Lay, DOC #516263
Oklahoma State Penitentiary
P.O. Box 97
McAlester, OK 74502
*Pro Se* Plaintiff

*s/ Emma V. Rolls*_____
Emma V. Rolls