IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD GLOSSIP, et al., | ) |
| Plaintiffs, | ) |
| -vs- | ) Case No. CIV-14-0665-F |
| RANDY CHANDLER, et al., | ) |
| Defendants. | ) |

## ORDER

The court notes, from an unfiled compendium of the plaintiffs' supplemental responses to defendants' Interrogatory No. 15 (supplemental responses ordered per the court's April 2, 2021 order, doc. no. 401), that plaintiffs' counsel have represented that plaintiff John M. Grant was "[u]nwilling to meet to complete [his] response," with the consequence that the court has no response from John M. Grant on the question of which, if any, of the alternative methods pled in the Third Amended Complaint are proffered by John M. Grant as alternative methods of execution. The court will take that representation by counsel for John M. Grant as accurate for purposes of the record in this case unless, within seven days from the date of this order, plaintiffs' counsel file a notice to the court stating that this representation by counsel was not accurate. (The court, by this order, does not authorize any filing other than a notice as described above.)

IT IS SO ORDERED this 14th day of July, 2021.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0665p108.docx