<u>Exhibit A</u>

I, Wade Lay, proffer (or decline to proffer) the following alternative methods of carrying out my sentence of death, as required by the order of the United States District Court for the Western District of Oklahoma, entered on July 19, 2021:

[Indicate selections with initials]

| | |
|---|---|
| _____ | Execution by a single dose of FDA-approved pentobarbital or sodium pentothal (thiopental) as provided by Charts A and B of the Execution Protocol as described fully in Plaintiffs' Third Amended Complaint Paragraph 114(a). |
| _____ | Execution by a single dose of compounded pentobarbital or sodium pentothal (thiopental) as described in Plaintiffs' Third Amended Complaint paragraph 114(b). |
| _____ | Execution by a single dose of 40 milligrams of FDA-approved midazolam and potassium chloride, as described in Plaintiffs' Third Amended Complaint paragraph 114(c). |
| _____ | Execution by firing squad as described in Plaintiffs' Third Amended Complaint paragraph 114(d). |

<u>OR</u>

_____   I decline to identify an alternative execution method.

_____
Wade Lay

_____
Date

14-0665x044 Wade Lay Exhibit A.docx