UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

RICHARD GLOSSIP, *et al.*,

        *Plaintiffs,*

v.

RANDY CHANDLER, *et al.*,

        *Defendants.*

No:    14-cv-665-F

## NOTICE OF COMPLIANCE WITH COURT ORDER

As ordered by the Court, Docs. 444, 446, Defendants file this notice that Wade Lay returned the attached form to the Warden's assistant on August 5, 2021. *See* Ex. 1. The Warden and his assistant were not given a copy of any pleadings referenced on the form.

Respectfully submitted,

s/ *Mithun Mansinghani*

| | |
|---|---|
| BRYAN G. CLEVELAND, OBA 33860 | MITHUN MANSINGHANI, OBA 32453 |
| RANDALL J. YATES, OBA 30304 | *Solicitor General* |
| ZACH WEST, OBA 30768 | OFFICE OF ATTORNEY GENERAL |
|   *Assistant Solicitors General* | STATE OF OKLAHOMA |
| CHARLES DICKSON, OBA 17941 | 313 N.E. 21st Street |
|   *Assistant Attorney General* | Oklahoma City, OK 73105 |
| ANDY N. FERGUSON, OBA 33388 | Phone:  (405) 522-4392 |
|   *Staff Attorney* | mithun.mansinghani@oag.ok.gov |

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on this 6th day of August 2021, I electronically transmitted the forgoing document to the Clerk of Court using the CM/ECF system for filing and that a Notice of Electronic Filing will be transmitted to all registered participants. I further certify that a true and correct copy of the foregoing will be transmitted via commercial carrier, postage pre-paid to the following non-ECF registrant:

Oklahoma State Penitentiary
Wade Lay DOC# 516263
P.O. Box 97
McAlester, OK 74502

Respectfully submitted,

s/ *Mithun Mansinghani*

MITHUN MANSINGHANI, OBA 32453
*Solicitor General*
