# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD GLOSSIP, et al., | ) |
| Plaintiffs, | ) |
| -vs- | ) Case No. CIV-14-0665-F |
| RANDY CHANDLER, et al., | ) |
| Defendants. | ) |

## RULE 54(b) FINAL JUDGMENT AS TO JAMES A. CODDINGTON

The court has determined that the defendants are entitled to judgment on the merits in their favor and against the plaintiff James A. Coddington on all claims asserted in this action.  See, Order at doc. no. 349, entered on September 15, 2020, dismissing with prejudice Counts I, III and VIII, and Order at doc. no. 449, dated this date, granting defendants' summary judgment as to all other claims alleged by James A. Coddington.  As is more fully set forth in the order entered this date, doc. no. 449, the court has determined and certified, pursuant to Rule 54(b), Fed. R. Civ. P., that its judgment is final as to James A. Coddington, and that there is no just reason for delay in entry of final judgment as to James A. Coddington.

Accordingly, judgment is hereby entered in favor of the defendants and against plaintiff James A. Coddington on all claims asserted by James A. Coddington in this action.

IT IS SO ORDERED this 11th day of August, 2021.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0665p110 Coddington Judgment.docx