# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RICHARD GLOSSIP, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| -vs- | ) ) | Case No. CIV-14-0665-F |
| RANDY CHANDLER, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

On April 28, 2021, the court suspended the deadlines for responses to any motions filed by plaintiff Wade Lay until such time as the court directed otherwise. Doc. no. 415.  The court has now determined it would be beneficial for defendants to respond to Mr. Lay's filings at doc. nos. 457 (submission of alternative method of execution), 458 (entitled as a notice of appeal as well as a motion to vacate judgment against Lay), 459 and 460.  Defendants are therefore **DIRECTED** to file a response brief which addresses each of these documents, **DUE** twenty-one days from the date of this order.  Any reply brief Mr. Lay wishes to file is **DUE** fourteen days after the filing of defendants' response brief.  Except for the filings by Mr. Lay addressed in this order, the order which suspended briefing on Mr. Lay's motions remains in effect.

IT IS SO ORDERED this 25th day of August, 2021.

*[Signature]*
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0665p117.docx