UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD GLOSSIP, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. CIV-14-665-F |
| ) | |
| RANDY CHANDLER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### NOTICE AS TO REPRESENTATION
### OF PLAINTIFF WADE LAY

Crowell & Moring LLP and the Federal Public Defender's Office for the Western District of Oklahoma provide this notice in connection with the Petition for Appointment of Next Friend for Plaintiff Wade Lay [Doc. 462] (the "Petition") filed on August 25, 2021, by Mr. Lay's sister, Ms. Rhonda Kemp.

In the Petition, Ms. Kemp seeks to be appointed as Mr. Lay's "next friend" based on her statement that "Wade is incompetent and legally incapable of pursuing this action on his own behalf." Petition, ¶ 1. Ms. Kemp seeks to be appointed as Mr. Lay's "next friend" so that she may "represent his best interests in this matter." *Id*. at ¶ 4.

In paragraph 5 of the Petition, Ms. Kemp further states that "[i]f appointed as [Mr. Lay's] 'next friend,' I will seek to engage the services of Plaintiffs' counsel for any further representation of Wade in this proceeding and/or subsequent appeal(s)."

1

We therefore submit this notice to advise the Court that, if the Petition is granted, and Ms. Kemp is appointed as Mr. Lay's "next friend," we will agree to represent Mr. Lay in this action, through Ms. Kemp acting as his "next friend."

Respectfully submitted this 27th day of August, 2021.

*s/ Emma V. Rolls*
Emma V. Rolls, OBA # 18820
Assistant Federal Public Defender
Office of the Federal Public Defender
215 Dean A. McGee Ave., Suite 707
Oklahoma City, OK 73102
Telephone: (405) 609-5975
Emma_Rolls@fd.org

Harry P. Cohen (admitted *pro hac vice*)
Michael K. Robles (admitted *pro hac vice*)
James K. Stronski (admitted *pro hac vice*)
CROWELL & MORING LLP
590 Madison Avenue
New York, NY 10022
Telephone: (212) 223-4000
hcohen@crowell.com

Jon M. Sands
Federal Public Defender District of Arizona
Dale A. Baich (OH Bar No. 0025070)
Jennifer M. Moreno (Bar No. CA 244967)
Michael Lieberman OBA #32694
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
Telephone: (602) 382-2816
Facsimile: (602) 889-3960
dale_baich@fd.org

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August, 2021:

1.   I electronically transmitted that attached document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to all counsel of record who are registered participants of the Electronic Case Filing System.

2.   I served a hard copy of this document on the following party by First Class Mail via the U.S. Postal Service:

Wade Lay, DOC #516263
Oklahoma State Penitentiary
P.O. Box 97
McAlester, OK 74502
*Pro Se* Plaintiff

*s/ Emma V. Rolls*