COVER

IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

# FILED

SEP 1 3 2021

Richard Glossip, et. al.,

    PLAINTIFFS,

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

VS.

CASE NO. CIV-14-665-F

Randy Chandler, et. al.,

    DEFENDANTS,

WADE LAY, PLAINTIFF/MOVANT

CAPITAL CASE

PLAINTIFF WADE LAY MOTION FOR STAY OF EXECUTION

AND INJUNCTIVE RELIEF (BRIEF IN SUPPORT)

WADE LAY ASK FOR THIS RELIEF AND EXPLAINS WHY HE FILES NOTICE

OF APPEAL. LAY SEEKS IMMEDIATE RELIEF FROM THIS COURT. HE FILED

NOTICE OF APPEAL DUE TO LACK OF RESPONSE, PLEASE RESPOND QUICKLY

WADE CREELY LAY # 516263

OKLAHOMA STATE PENITENTIARY

P.O. BOX 97

DATE: 09/08/2021

MCALESTER, OKLA. 74502

PRO-SE

FILED

SEP 13 2021

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____ DEPUTY

PG. 1 OF 6

ON JULY 31, 2020 THE TENTH CIRCUIT COURT OF APPEALS

ALLUDES TO A CONSPIRACY. THE CIRCUIT COURT HAS IGNORED

FACTS AND CIRCUMSTANCES THAT CONFIRM A CONSPIRED EFFORT

HAS REVEALED ITSELF IN VARIOUS FORMS. FOR EXAMPLE, THE *

O.S.P. TRUST FUND OFFICER NANCY JOYCE FILLS OUT THE

IN-FORMA-PAUPERIS FOR WADE LAY'S HABEAS CORPUS McFarland

MOTION IN 2008. A MOTION ACCOMPLISHED BY GOVERNMENTAL

ACTORS WITHOUT WADE LAY'S KNOWLEDGE OR APPROVAL, RES-

ULTING IN EMPLOYEES OF THE UNITED STATES GOVERNMENT

CONTROLLING THE HABEAS PETITION/APPEAL, FEDERAL

ACTORS VIOLATING ARTICLE III, SECTION 2, ALTERING THE

FACTS OF THE ORIGINAL CAUSE.

NOW, THOSE SAME GOVERNMENTAL ACTORS HAVE INVOLVED

THEMSELVES IN A CONSPIRED EFFORT TO FRAME THE PLAINTIFF'S

F.N.*
1) SEE DOC. NO. 01011039345O, PETITION FOR REHEARING. EN-BANC. (*) THE TRUTH
SURROUNDING THIS SITUATION IS CONTROLLING TO COMPETENCY !!!

PG. 2 OF 6

LEGAL CIRCUMSTANCES IN SUCH A FORM, TO PROPOSE

THE ISSUE OF COMPETENCY. (SEE DOC. NOS. 457, 458, 459,

AND 460). (A COMPETENCY HEARING IS ABSOLUTELY NECESSARY [2].)

THIS IS NOT THE RESPONSE TO THE MOTION FOR NEXT

FRIEND, TO APPOINT RHONDA KEMP LLAY'S SISTERS AS

NEXT FRIEND, THAT RESPONSE WILL BE FILED THE

14TH OF SEPT., 2021 AT O.S.P., AND ON THE 15TH OF SEPT.,

2021, A COPY GIVEN TO ANNA WRIGHT (F.P.D.-OKC) [3] TO FILE

BY MAIL THAT SAME DAY, IN THE EVENT O.S.P. FAILS IN THEIR DUTIES.

THERE IS MUCH MORE AT STAKE HERE THAN A SINGLE

MAN'S LIFE, OR THE SO-CALLED PROCESS OF JUSTICE AS

SUGGESTED BY OKLA. A.G. JOHN O'CONNOR. IN DOC.

NO. 50, OF Lay V. Workman, CIV-08-617-TCK-PSC, THE

ILLEGITIMATE FEDERAL HABEAS CASE, U.S. DIST. JUDGE

F.P. [2] PLAINTIFF AWAITS OKLA. A.G. RESPONSE, TO FILE A REPLY, / 3) LAY
HAS A SCHEDULED ATTORNEY'S MEETING 09/15/2021.

TERRENCE KERN STATES, THAT: THE COURT MUST

" ASCERTAIN THE TRUTH # ". DOC. NO. 50 WAS AND ORDER THAT

SENT WADE LAY TO THE UNITED STATES MEDICAL CENTER

FOR FEDERAL PRISONERS (U.S.M.C.F.P.). TO MEET WITH

DR. DEMEER, THE SAME MAN THE FEDERAL PUBLIC

DEFENDER PROPOSES TO BRING TO O.S.P. ON SEPT. 21,

AND 22, 2021, TO EXAMINE WADE LAY.

So HISTORY REPEATS ITSELF, THE FEDERAL AGENCY

DISTORTS ITS POSITION WITH AN ILLICIT McFarland MOTION,

CONTRARY TO McFarland V. Scott, U.S. L    1, AND

THE Rules Governing 28 OR § 2254 cases; SUBSEQUENTLY,

MOTIONING THE COURT FOR A COMPETENCY EVALUATION AND

RULING.

IF THE U.S.D.C. W.D./OK., U.S. DIST. JUDGE FRIOT WILL

#) THE TRUTH IS PARAMOUNT. IN RUSSIA AND CHINA A CITIZEN IS SILENCED
IN HIS OPINIONS IN A SIMILAR MANNER, THIS IS THE PRIMARY ISSUE, AND

PURVIEW THE RELEVENT DOCUMENTS SURROUNDING

THE COMPETENCY ISSUES OF *Lay V. Workman / Trammell,*

CIV. 08-607-TCK-PJC, BETWEEN DOC. NOS. 119 - 147, THE

COURT WILL SEE A SCHEDULING HEARING THAT REVEALS

TERRENCE KERN AND PATTI GHEZZI (LEAD ATTORNEY-

F.P.D., OKC) WERE CONSPIRING TO EXCLUDE WADE

LAY FROM THE COMPETENCY HEARING. ADDITIONALLY,

IT IS IMPORTANT TO NOTE; THE O.S.D.C. N.D. /OK.,

AND PATTI GHEZZI WOULD NOT ALLOW WADE LAY

A COPY OF THE MENTAL EVALUATION, VIOLATING FED.

R. CIV. P. 35.

THE PLAINTIFF FILED A NOTICE OF APPEAL ON

SEPT. 01, 2021, BECAUSE HE HAD NOT HEARD

FROM THIS COURT CONCERNING THESE SERIOUS

F.N.
2) ... IS THE CONSPIRACY REAL$^2$ - IS THE TENTH CIRCUIT

A PART OF THAT CONSPIRACY?$^2$ (SEE DOC. NO. 01010393450, AT PG. 3.

ISSUES. LAY MOTIONS THIS COURT FOR A STAY OF

THE EXECUTION REQUESTED BY THE OKLA. A.G.

ADDITIONALLY, LAY MOTIONS THIS COURT FOR INJUNCTIVE

RELIEF. THAT THE COURT RECOGNIZE THAT DOCUMENTS

ARE BEING REMOVED FROM PLEADINGS FILED BY

WADE LAY AT O.S.P. ALSO, THAT WADE LAY IS

NOT RECEIVING PROPER MEDICAL TREATMENT.

WADE LAY ALSO MOTIONS THE COURT TO RECOGNIZE

AND RESOLVE THE ISSUES OF EQUAL PROTECTION OF

THE LAWS. LAY HAS PROVEN IN MULTIPLE PLEADINGS

THAT HIS MP4 PLAYER AND HOT-POT WERE STOLEN

FROM HIM, THEN AFTER THIS THEFT BY O.S.P., THE

RULE IS LAID DOWN, THAT MP4 PLAYERS AND HOT-POTS

CANNOT BE PURCHASED BY H-UNIT PRISONERS, DEPRIVING

WADE LAY OF THE ABILITY TO REPLACE THAT

WHICH WAS STOLEN FROM HIM. YET O.S.P.

VIOLATES THEIR OWN RULE, SELLING MP4 PLAYERS,

AND HOT-POTS TO OTHER H-UNIT PRISONERS,

AND SIMPLY LYING ABOUT IT; AND THIS IS SUPPORTED

BY THE O.D.O.C. (SEE *Lay V. A.C.L.U.*, CIV-21-605-J).

AGAIN WADE LAY MOTIONS THIS COURT TO STAY

THE EXECUTION, AND ORDER AN EVIDENTIARY

HEARING TO ASCERTAIN THE FACTS IN THIS COMP-

LICATED MATTER INVOLVING STATE AND FEDERAL

BUREAUCRATIC ACTORS.

RESPECTFULLY SUBMITTED

WADE LAY AT O.S.P.

P.O. BOX 97

09/08/2021                    MCALESTER, OKLA. 74502