Pg. 1 of 3

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

Richard Glossip, et. al.,
PLAINTIFFS,

vs.                                          CASE NO. CIV-14-665-F

Randy Chandler, et. al.,
DEFENDANTS.

WADE LAY, PLAINTIFF-MOVANT      CAPITAL CASE

---

In re Filing to inform the court Wade Lay does not oppose or object to Miss Rhonda Kearns as next-friend or the motion for next-friend by attorneys at the F.P.D. in OKC. Next friend should be granted! The reasons have been adequately displayed to this court.

WADE GREELY LAY #516263
OKLAHOMA STATE PENITENTIARY

DATE: 10/13/2021
pro-se

P.O. Box 97
McAlester, OK. 74502

12

Doc. 2003

THIS U.D. COURT HAS MISCONSTRUED WADE LAY'S RESPONSE WHEN IT RULES THAT LAY OBJECTS TO THE NEXT FRIEND MOTION OR PRESENCE OF MISS RHONDA KEMP AS NEXT FRIEND. WADE LAY JUST SIMPLY STATES: THAT AN EVIDENTIARY HEARING IS ABSOLUTELY IMPERATIVE IN SUCH A DETERMINATION. NOTHING MORE NEEDS TO BE SAID, BEYOND, IF THE CONSPIRACY PROMOTED TO EXIST BY WADE LAY DOES EXIST, LAY DESERVES A NEW TRIAL; IF THE CONSPIRACY AS PROMOTED IS DELUSION, THAN LAY IS SUFFERING FROM A SEVERE MENTAL ILLNESS AND NEXT FRIEND IS THE ONLY APPROPRIATE OUTCOME, FOLLOWED

BY AN OPEN PUBLIC FORUM TO DETERMINE

THE TRUTH!

RESPECTFULLY SUBMITTED
WADE LAY AT O.S.P.

P.O. BOX Q7

10/13/2021   McAlester, OK. 74502