1288812780

FC. 1 of 9

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

Richard Glossip, et. al.,
   PLAINTIFFS,

vs.

CASE NO. 21-6101

Randy Chandler, et. al.,
   DEFENDANTS.

WADE LAY, PLAINTIFF-MOVANT.

---

PETITIONERS MOTION FOR STAY OF EXECUTION
PENDING APPEAL WITH ORDER FOR EVIDENT-
IARY HEARING TO ASCERTAIN THE TRUTH IN
THIS COMPLICATED MATTER FOR THE PURPOSE
TO AVOID A MANIFEST INJUSTICE - RULE 8(a)(1)(A)
(WITH BRIEF IN SUPPORT)

WADE GREELY LAY #546263
OKLAHOMA STATE PENITENTIARY
P.O. BOX 97
McALESTER, OKLA. 74502

DATE: 10/08/2021
Pro-se

# TABLE OF CONTENTS

1) TABLE OF CONTENTS _____ PG. i, PG. 2

2) In re: TO INFORM THE APPELLATE COURT OF PERTINENT
   INFORMATION CONCERNING THE CLERK'S FILES _____ PG. ii, PG. 3

3) TBC. PLEADING / MOTION FOR STAY _____ PG. 4-9

10/01/2021   WADE LAY # 566203

RESPONSE

pg. 3 of 9

pg. 1a

TO: CHIEF JUDGE OF THE 10TH
CIRCUIT COURT OF APPEALS —

In re: to inform the court

(FIRST; BEFORE ANY ARGUMENTS OR CLAIMS ARE PRESENTED, WADE LAY SENT IN THE IN-FORMA-PAUPERIS FORMS TO THIS COURT ON 08/17/2021, ALONG WITH THE ORDER FROM THE U.S.D.C. W.D./OK., E., DOC. NOS. 454 AND 454. THE CLERK HAS PLACED A POST IT NOTE ON LAY'S ORDER OF SEPTEMBER 09, 2021 (SEE ATTACHMENT NO. 1).

IFP SHOULD BE BEFORE THE COURT. IF NOT, PLEASE SEND PROPER FORMS BEFORE 10/12/2021, (SEE PG. 2 OF THE COURT'S ORDER DATE 09/09/2021) AND, IF IFP MUST BE REFILED, ALLOW FOR TIME TO RESUBMIT IFP.

ADDITIONALLY; WADE LAY HAS NO CONNECTION TO BRENDA E. ANDREW. WHY HAS THE COURT ADDED MISS ANDREW TO THE APPEAL (SEE PG. 1 OF COURT'S ORDER DATED 09/09/2021; ALSO; WADE LAY IS NOT AT Mabel Bassett Correctional Center, HE IS AT OKLAHOMA STATE PENITENTIARY, AND PETITIONER IS NOT THE PARTY THAT THE CASE BEARS ON THE TITLE, IT IS Richard Glossip V. Randy Chandler, et.al., OUT FROM THE D.C. CASE (CIV-14-665-F). THEREFORE, WHY HAS THE CIRCUIT COURT CREATED THIS CASE Lay V. Habti, AND ACCEPTED AN ENTRY OF APPEARANCE FROM THE OKLA. ATTORNEY GENERAL MR. MANSINGHANI (SEE DOC. NO. 010110581381) FILED ON 09/23/2021. THE CASE ON APPEAL IS Richard Glossip V. Randy Chandler, WITH WADE LAY AS A pro-se PLAINTIFF. THERE IS NO CASE Wade Lay, AND Brenda Andrew, V. Aberlunam El Habti.

12855-1280

PG. 4 OF 9

Wade Lay approaches this appellate court for a stay of execution scheduled for January 06, 2022, from the case *Lay v. State of Oklahoma*, (CF-2005-2320; D-2005-1081). Wade Lay (Lay) was denied a fair trial, not allowed to call witnesses, or to present a constitutional defense. The Oklahoma Court of Criminal Appeals compelled the state agency Oklahoma Indigent Defense System (O.I.D.S.) to file a post-conviction application prior to the state's brief on direct appeal, contrary to state law.[1]

This is just the beginning of state and federal law violations by bureaucratic actors, to include clerks of courts (both state and federal). For example: the United States District Court for the Eastern District of Oklahoma

F.N.#
1) See O.S. Title 22 Ann. §1089.D.1

(U.S.D.C. E.D./OK.) REFUSES TO ADJUDICATE *Lay V. A.C.L.U.* (CIV-21-605-J) FILED BY WADE LAY IN THE U.S.D.C. W.D./OK., FOR SPECIFIC REASONS; LAY DID NOT FILE THAT CIVIL RIGHTS ACTION IN THE E.D. COURT. HOWEVER, THIS IS INDICATIVE OF WHAT THIS COURT ONCE REFERRED TO AS A "GRAND CONSPIRACY". THE FACTS ARE, THE CONSPIRACY IS REAL, AND DOCUMENTARY EVIDENCE EXIST, ON THE RECORD, THAT THE OKLA. ATTORNEY GENERAL IS A PART OF THE CABAL, AS IS, THE FEDERAL PUBLIC DEFENDER[2] IN OKLA. CITY.

IT IS EASY TO SEE THAT THESE TWO AGENCY'S HAVE JOINED TOGETHER WITH A LARGER PLOT FROM THE SAME CASE— i.e., THE ABOVE TITLED CASE *Richard Glossip V. Kevin Chandler*. FIRST, THE OKLA. A.G. GOES ALONG WITH AN ILLICIT FILING OF A CIVIL ACTION TITLED *Wade Lay, AND Brenda E.*

FN*
2) SUSAN OTTO DIRECTOR.

12885/2840

pg. 6 of 9

Andrews v. Aboulanna El Habti case no. 21-6101. Second,[3] the Asst. F.P.D. Sarah Jernigan collaborates with prison officials at O.S.P. to set Lay up in a position through means of deceit violating the order of the W.D. Court, whereby the F.P.D. could motion the W.D. Court for a next friend filing under Whitmore v Arkansas, (see doc. nos. 481 and 482) with Wade Lay's response to the motion for next friend filed 09/15/2021.

It is important to note at this juncture: O.S.P. is denying Wade Lay the ability to visit with his sister Rhonda Kemp (who is acting as next friend) under pretense. This is reminiscent of the bogus misconduct charges filed in May of 2021, to seperate Lay from his sister and family so the conspiracy could be achieved.

---

FN#

3) See Doc. No. OKW05E1381, "Entry of Appearance" OKW. A.G., dated 09/23/2021.

(SEE *Lay v. A.C.L.U.*, CIV-21-605-F, DOC. NO. 1). ADDITIONALLY, SEE DOC. NO. 481, PG. 4, IT IS EMMA ROLLS WHOM HAS INITIATED THE NEXT FRIEND FILING, EMMY ROLLS IS THE SUPERVISING ATTORNEY AT THE F.P.D IN OKC, A POSITION THAT WAS FILLED BY RANDY BEACHMAN WHO IS PRESENTLY WITH THE A.C.L.U..

PETITIONER IS CONVINCED THIS CONSPIRACY INVOLVES THE JUDICATURES OF THE U.S.D.C. N.D./OK; U.S.D.C. W.D./OK.; U.S.D.C. E.D./OK.; AND THIS TENTH CIRCUIT. NOTWITHSTANDING THIS GRAND CONSPIRACY, (AS ALLUDED TO BY THIS COURT IN ITS THREE JUDGE PANEL JUDGMENT AND ORDER FILED 06/11/2020 IN *Lay v. O.D.O.C.*, (CIV-17-1224-D; NO. 20-6038 10TH CIR. (2020) TO LAY'S 30 PG OPENING BRIEF,) WADE LAY HAS A RIGHT, AND OBLIGATION TO PETITION THE COURT PRIOR TO FURTHER

ACTION, SUCH AS: A CERTIORARI PETITION AND LETTERS TO THE ADMINISTRATIVE OFFICE OF THE COURTS, THE JUDICIAL CONFERENCE, AND THE U.S. CONGRESS JUDICIARY COMMITTEES FOR IMPEACHMENT — BEFORE WADE LAY'S ILLEGAL EXECUTION ON JANUARY 06, 2022.

THE FACTS ARE ABUNDANT; THE MOTION FOR STAY OF EXECUTION IS PROPER. PETITIONER REITERATES THE IMPROPRIETY OF FABRICATING A CIVIL ACTION, i.e., *Lay V. Aboolunuu*, THIS IS THE SECOND TIME THIS APPELLATE COURT HAS ENTANGLED WADE LAY WITH BRENDA ANDREW INAPPROPRIATELY. (SEE *Lay V. Andrew*, 14-6001). THE MOTION FOR STAY PURSUANT TO FED. R. APP. P. RULE 8 IS APPROPRIATE. THEREFORE, IT IS PROPER

Due to the U.S.D.C W.D/OK' delay, to grant this motion for the stay of execution, and an order for evidentiary hearing to ascertain the truth surrounding this complex conspiracy involving so many bureaucratic agencies both state and federal.

[Signature] 10/1/21

[Notary seal: Sherry Day, Notary #18002542, Exp. 03/12/22, State of Oklahoma]
10/01/2021

Respectfully Submitted
[Signature] Wade Lay at O.S.P.
P.O. Box 97
McAlester, OK 74502