# COURTROOM MINUTE SHEET

DATE     10-20-2021

CIVIL NO.     CIV-14-665    –F

Richard Glossip, et al. -vs- Randy Chandler, et al.

COMMENCED    2:00      ENDED    2:30      TOTAL TIME    30 min.

PROCEEDINGS    Telephonic conference

JUDGE STEPHEN P. FRIOT     DEPUTY LORI GRAY     REPORTER CHRISTY CLARK

PLFS COUNSEL Jim Stronski, Emma Rolls, Alex Kursman, Lynne Leonard, Dale Baich, Michael Robles, Jennifer Moreno, Harry Cohen

DFTS COUNSEL Mithun Mansinghani, Bryan Cleveland

The court holds a telephonic conference with counsel.

Matters discussed:

Status of this case moving forward following the Tenth Circuit's October 18, 2021 Order; and

The content of discussions in March and May, 2020, with respect to scheduling of executions.

The court advises plaintiffs' counsel that they are at liberty to file any motions they feel may be appropriate. If the court receives any motions, the court is prepared to set a hearing at 9:00 am on October 25.

The court elaborates on the status of the case.

The court notes that Wade Lay is not bound by anything said in this conference call.

14-0665x051 (telephonic conf).docx