# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD GLOSSIP, et al., | ) |
| Plaintiffs, | ) |
| -vs- | ) Case No. CIV-14-0665-F |
| RANDY CHANDLER, et al., | ) |
| Defendants. | ) |

## ORDER FOR HEARING

Before the court is the Motion and Brief in Support for Preliminary Injunction on Behalf of Plaintiffs Donald Grant, John Grant, Julius Jones, and Gilbert Postelle, filed on October 20, 2021 (doc. no. 506).

The motion is set for hearing on October 25, 2021, at 9:00 a.m.

Defendants shall file a response to the motion not later than noon on Saturday, October 23, 2021.

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification to the court security officer.

DATED this 21st day of October, 2021.

_/s/ Stephen P. Friot_
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0665p123.docx