### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD GLOSSIP, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> -vs- ) <br> ) <br> RANDY CHANDLER, et al., ) <br> ) <br> Defendants. ) | Case No. CIV-14-0665-F |

### **ORDER**

A hearing has previously been set for Monday, October 25, 2021, on movants' request for a preliminary injunction (doc. no. 506). To the extent that the parties anticipate presenting evidence at the hearing, they are **DIRECTED** to file witness and exhibit lists, as follows.

Movants: No later than noon on Friday, October 22, 2021, movants **SHALL** file a list of their witnesses (with a brief summary of each witness's anticipated testimony), and a list of any exhibits movants anticipate offering at the hearing. (Exhibits must be identified specifically. A generic listing of types of exhibits will not suffice.)

Defendants: No later than noon on Saturday, October 23, 2021, defendants **SHALL** file a list of their witnesses (with a brief summary of each witness's anticipated testimony), and a list of any exhibits defendants anticipate offering at the

2

hearing. (Exhibits must be identified specifically. A generic listing of types of exhibits will not suffice.)

DATED this 21stday of October, 2021.

*[signature]*
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0665p124.docx