IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA   73102

Date:   October 22, 2021

RICHARD GLOSSIP, et al.,                )
                                        )
            Plaintiffs,                 )
                                        )
-vs-                                    )       Case No. CIV-14-665-F
                                        )
RANDY CHANDLER, et al.,                 )
                                        )
            Defendants.                 )

ENTER ORDER:

Defendants are **DIRECTED** to file, not later than 2:00 p.m. today, October 22, 2021, a response to Rhonda Kemp's Motion to Amend, Alter, and/or Vacate Judgment Denying Petition for Appointment of Next Friend for Plaintiff Wade Lay (doc. no. 499) and Rhonda Kemp's Motion to Join Plaintiff Wade Lay in Plaintiffs Donald Grant, John Grant, Julius Jones, and Gilbert Postelle's Motion and Brief in Support of Preliminary Injunction (doc. no. 510).

By direction of Judge Stephen P. Friot, we have entered the above enter order.

                                    Carmelita Reeder Shinn, Clerk


                                    By:_____s/ Lori Gray_____
                                              Deputy Clerk

cc:   all parties

14-0665p125.docx