# COURTROOM MINUTE SHEET

DATE    10-25-2021

CIVIL NO.    CIV-14-665    –F

Richard Glossip, et al. -vs- Randy Chandler, et al.

COMMENCED    9:00      ENDED    10:25
COMMENCED    10:40      ENDED    12:20
COMMENCED    1:20      ENDED    1:55
COMMENCED    3:20      ENDED    3:45

TOTAL TIME    4 hours 05 min.

PROCEEDINGS    Hearing on motion for preliminary injunction

JUDGE STEPHEN P. FRIOT      DEPUTY LORI GRAY      REPORTER TRACY THOMPSON

PLFS' COUNSEL Jim Stronski (in person), Emma Rolls (in person), Alex Kursman (via VTC), Harry Cohen (via VTC), Michael Robles (via VTC), Jennifer Moreno (via VTC)

DFTS' COUNSEL Mithun Mansinghani, Bryan Cleveland, Zach West, Andy Ferguson, Jennifer Crabb (all in person)

The court makes preliminary comments and preliminary rulings.

Defendants' Motion in Limine to Exclude Plaintiffs' Proposed Witness and Exhibits (doc. no. 520) is **DENIED**, for the reasons set out in detail on the record.

The court hears opening statements of counsel.

The court hears evidence.

WITNESS FOR PLAINTIFFS:
1. Spencer Hahn (via VTC) (sworn)

WITNESS FOR DEFENDANTS:
1. Joseph Antognini, M.D. (via VTC) (sworn)

Plaintiffs' exhibit admitted:   2
Defendants' exhibit admitted:   1

The court hears closing arguments of counsel.

The Motion and Brief in Support for Preliminary Injunction on Behalf of Plaintiffs Donald Grant, John Grant, Julius Jones, and Gilbert Postelle (doc. no. 506), as joined in by Wade Lay, is **DENIED**, for the reasons set out in detail on the record.    A written order will follow.

The court gives counsel some preliminary thoughts with respect to Plaintiffs' Emergency Motion to Preserve Evidence of the Execution of John Marion Grant (doc. no. 525). The court directs counsel to its conference room to see if they can reach agreement as to the motion. If not, the court will hear arguments on the afternoon of October 26.

14-0665x052 (prelim inj hrg).docx