## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RICHARD GLOSSIP, et al., | ) | |
| | ) | |
|   Plaintiffs, | ) | |
| | ) | |
| -vs- | ) | Case No. CIV-14-0665-F |
| | ) | |
| RANDY CHANDLER, et al., | ) | |
| | ) | |
|   Defendants. | ) | |

## <u>ORDER ON SECOND MOTION FOR PRELIMINARY INJUNCTION</u>

On October 20, 2021, a motion for preliminary injunction was filed, doc. no. 506, by plaintiffs John Grant, Julius Jones, Donald Grant and Gilbert Postelle. By virtue of an order entered on October 22, 2021, doc. no. 519, plaintiff Wade Lay also became a moving party. The motion came on for hearing on October 25, 2021.

For the reasons stated at length on the record, pursuant to Rule 52(a)(1), Fed.R.Civ.P., the court concludes that movants have failed to establish any of the prerequisites to a grant of preliminary injunctive relief. Specifically, the court concludes that the movants have failed to establish the requisite probability of success on the merits of their claims. The court further concludes that movants have failed to demonstrate that, absent a preliminary injunction, they would suffer any non-speculative irreparable harm. The court further concludes that the balance of equities does not tip in movants' favor. Finally, the court concludes that entry of a preliminary injunction would not be in the public interest.

The court accordingly concludes that the motion for preliminary injunction by plaintiffs John Grant, Julius Jones, Wade Lay, Donald Grant and Gilbert Postelle is without merit.  The motion is accordingly **DENIED**.

IT IS SO ORDERED this 25th day of October, 2021.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0665p129.docx