UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD GLOSSIP, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>RANDY CHANDLER, et al., )<br>)<br>Defendants. ) | Case No.  CIV-14-665-F |

## AMENDED[1] NOTICE OF APPEAL

Notice is hereby given that DONALD GRANT, JOHN GRANT, JULIUS JONES, GILBERT POSTELLE, and WADE LAY, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the Order on Second Motion for Preliminary Injunction [Doc. No. 532] entered in this action on the 25th day of October, 2021.

Respectfully submitted this 25th day of October, 2021.

                               *s/ Emma V. Rolls*
                               Emma V. Rolls, OBA # 18820
                               Office of the Federal Public Defender
                               215 Dean A. McGee Ave., Suite 707
                               Oklahoma City, OK 73102
                               Telephone: (405) 609-5975
                               Emma_Rolls@fd.org

---

[1] Plaintiff Wade Lay was inadvertently omitted Notice of Appeal [Doc. 533]

1

Harry P. Cohen (admitted *pro hac vice*)
Michael K. Robles (admitted *pro hac vice*)
James K. Stronski (admitted *pro hac vice*)
CROWELL & MORING LLP
590 Madison Avenue
New York, NY 10022
Telephone: (212) 223-4000
hcohen@crowell.com
mrobles@crowell.com
jstronski@crowell.com

Jon M. Sands
Federal Public Defender District of Arizona
Dale A. Baich (OH Bar No. 0025070)
Jennifer M. Moreno
Michael W. Lieberman
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
Telephone: (602) 382-2816
Facsimile: (602) 889-3960
dale_baich@fd.org

COUNSEL FOR DONALD GRANT, JOHN GRANT, JULIUS JONES, and GILBERT POSTELLE

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of October 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to all counsel of record who are registered participants of the Electronic Case Filing System.

*s/ Emma V. Rolls*
Emma V. Rolls