# United States District Court
## WESTERN DISTRICT OF OKLAHOMA

**RICHARD E. GLOSSIP, et al,**

      **Plaintiff,**

v.

**RANDY CHANDLER, et al,**

      **Defendant.**

## APPEARANCE

**CASE NUMBER: CIV-14-665-F**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

ALL PLAINTIFFS

I certify that I am admitted to practice in this court. I certify that I am registered with the Court's Electronic Case Filing System.

|  |  |
|---|---|
| October 26, 2021 | s/ Susan M. Otto |
|  | SUSAN M. OTTO |
|  | FEDERAL PUBLIC DEFENDER |
|  | Oklahoma Bar Number: 6818 |
|  | FEDERAL PUBLIC DEFENDER ORGANIZATION |
|  | WESTERN DISTRICT OF OKLAHOMA |
|  | 215 Dean A. McGee Suite 109 |
|  | Oklahoma City, Oklahoma 73102 |
|  | Telephone: 405 609-5930 |
|  | Telefacsimile: 405 609-5932 |
|  | Electronic Mail: Susan_Otto@fd.org |
|  | Counsel for Plaintiffs |

## CERTIFICATE OF SERVICE

    I hereby certify that on October 26, 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the electronic records currently on file, the Clerk of Court will transmit a Notice of Electronic filing to the following ECF registrants: All Counsel of Record.

                                  s/ Susan M. Otto
                                  SUSAN M. OTTO