**COURTROOM MINUTE SHEET**

DATE   10-26-2021

CIVIL NO.   CIV-14-665   –F

Richard Glossip, et al. -vs- Randy Chandler, et al.

COMMENCED   3:00       ENDED   4:00       TOTAL TIME   1 hour 00 min.

PROCEEDINGS   Motion hearing

JUDGE STEPHEN P. FRIOT        DEPUTY LORI GRAY        REPORTER TRACY THOMPSON

PLFS' COUNSEL Jim Stronski, Susan Otto

DFTS' COUNSEL Mithun Mansinghani, Bryan Cleveland, Jennifer Crabb

The court covers the previous discussions regarding Plaintiffs' Emergency Motion to Preserve Evidence of the Execution of John Marion Grant (doc. no. 525).

The court hears from counsel as to what remains for adjudication as to the motion.  The court rules on the remaining portions of the motion as set out in detail on the record.

For the John Grant execution, the court **DIRECTS** the defendants to make one seat in the inmate's allocation of seats available for a medical witness selected by the plaintiffs.

Ms. Otto raises the concern that she and FPD Investigator Anna Wright will not be allowed to stay on the premises at Jackie Brannon Correction Facility during the John Grant execution in the event that there is an issue with the execution and her staff (who will be present for the execution) need to communicate with her.

Defense counsel are **DIRECTED** to communicate with DOC personnel regarding Ms. Otto and Ms. Wright's ability to remain on the premises at Jackie Brannon Correctional Facility.   If this remains an issue, the court will hold a conference call with counsel at 3:00 pm on October 27.