**COURTROOM MINUTE SHEET**

DATE   10-27-2021

CIVIL NO.   CIV-14-665   –F

Richard Glossip, et al. -vs- Randy Chandler, et al.

COMMENCED   3:00       ENDED   3:30       TOTAL TIME   30 min.

PROCEEDINGS   Telephonic conference

JUDGE STEPHEN P. FRIOT       DEPUTY LORI GRAY       REPORTER TRACY THOMPSON

PLFS' COUNSEL Susan Otto, Emma Rolls

DFTS' COUNSEL Bryan Cleveland

The court first inquires of defense counsel as to whether the state intends to seek review of today's order by the Tenth Circuit. Counsel for the defendants advises that the state will seek review.

Counsel for both sides advise the court of the pending requests by the FPD's office as to a waiting area for FPD staff during executions.

The court grants limited relief as per the enter order entered this date.

14-0665x055 (10-27-21 telephonic hrg).docx