IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA   73102

Date:   October 27, 2021

| | | |
|---|---|---|
| RICHARD GLOSSIP, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -vs- | ) | Case No. CIV-14-665-F |
| | ) | |
| RANDY CHANDLER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ENTER ORDER:

In aid of the right of plaintiff John Grant to the assistance of counsel, the defendants are ordered to provide an indoor waiting area, at the OSP or at a DOC facility proximate to the OSP, for Federal Public Defender Susan Otto, counsel for plaintiff John Grant, and one paraprofessional person to be designated by her, on October 28, 2021.  This accommodation will begin not later than noon on October 28, 2021.  This order relates only to the execution which had been scheduled for October 28, 2021.  (The matters addressed here are moot if the order entered this date by the United States Court of Appeals for the Tenth Circuit remains in force.)   Any relief of the nature granted by this order, with respect to the execution of any other plaintiff, must be sought by motion filed not less than ten days prior to the scheduled execution date.

By direction of Judge Stephen P. Friot, we have entered the above enter order.

Carmelita Reeder Shinn, Clerk


By:_____s/ Lori Gray_____
                              Deputy Clerk


cc:    all parties

14-0665p133.docx