| | |
|---|---|
| **From:** | Sarah Jernigan |
| **To:** | "mithun.mansinghani@oag.ok.gov"; "bryan.cleveland@oag.ok.gov"; "gary.elliott@doc.ok.gov"; "jim.farris@doc.ok.gov" |
| **Cc:** | Susan Otto; Emma Rolls; Meghan LeFrancois; "Nanci Battles" |
| **Subject:** | John Grant 102816 |
| **Date:** | Thursday, October 28, 2021 1:14:00 PM |

As of the time of this email, the stay of Mr. Grant's execution issued by the Tenth Circuit Court of Appeals remains in effect. No intervening order has been issued by the United States Supreme Court. Please confirm no procedures or protocols have or will be started with respect to Mr. Grant's execution or the preparation of same.

Sarah Jernigan McGovern
Assistant Federal Public Defender
Office of the Federal Public Defender
Western District of Oklahoma
Capital Habeas Unit
215 Dean A. McGee, Suite 707
Oklahoma City, OK 73102
Telephone: (405) 609-5975
Direct: (405) 609-5995
Facsimile: (405) 609-5976
Email: Sarah_Jernigan@fd.org

The information in this electronic mail and any attachments is sent by an attorney and is intended to be confidential and solely for the use of the intended recipient. The information may be protected by attorney-client privilege, work product, or other legal rules. If the reader of this message is not the intended recipient, you are notified that retention, use, dissemination, distribution, or copying of this message and any attachments hereto is strictly prohibited. If you receive this message in error, please notify our office immediately by electronic mail or telephone (405-609-5975) and delete this message and any attachments.

Exhibit 1