(ORDER LIST: 595 U.S.)

THURSDAY, OCTOBER 28, 2021

ORDER IN PENDING CASE

21A116      CROW, DIR., OK DOC, ET AL. V. JONES, JULIUS D., ET AL.

       The application to vacate the stays of execution entered by the United States Court of Appeals for the Tenth Circuit on October 27, 2021, presented to Justice Kavanaugh and by him referred to the Court, is granted.

       Justice Breyer, Justice Sotomayor, and Justice Kagan would deny the application.

       Justice Gorsuch took no part in the consideration or decision of this application.