**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

www.okwd.uscourts.gov

**CARMELITA REEDER SHINN**
CLERK
**WILLIAM N. PIGOTT, JR.**
CHIEF DEPUTY

200 N.W. 4th Street, Room 1210
Oklahoma City, Oklahoma 73102
(405) 609-5000    Fax (405) 609-5099

Clerk of the Court
Tenth Circuit Court of Appeals
The Byron White, U.S. Courthouse
1823 Stout Street
Denver, Colorado 80257

IN RE:  21-6139

Dear Mr. Wolpert:

Transmitted with this letter is the record on appeal of the above captioned case, consisting of:

| Description (including pleading numbers) | Sealed | Transmittal method |
| --- | --- | --- |
| Doc # 307,325,326,333,335,343,345,349,357,361,370,373,375,376, 377,379,381,382,388,389,390,391,392,395,397,401,420,421, 422,425,433,435,436,437,441,444,446,447,449,450,451,452, 453,454,455,462,465,467,468,469,476,480,481,482,483,485, 486,487,491,492,493,495,496,497,498,500,504,406,508,510, 511,512,514,515,516,517,519,520,521,523,525,526,527,528, 529,530,531,532,533,534,535,536,542,545 | N | Electronic |
| Doc # 393,394,426,427,499,509,518,537 | Y | Electronic |
| Transcripts: 321, 383, 509, 537 | N | Electronic |
|  |  |  |

A copy of the docket sheet is enclosed as an index to the record on appeal.

Should you have any questions, please contact our office at your convenience.

Sincerely,

CARMELITA REEDER SHINN, COURT CLERK

By: s/ D Beasley
Case Administrator

Enclosures

cc letter only: all counsel of record and pro se litigants