# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

RICHARD GLOSSIP, *et al.*,

        *Plaintiffs,*

v.

RANDY CHANDLER, *et al.*,

        *Defendants.*

No:   14-cv-665-F

## MOTION FOR LEAVE TO AMEND DEFENDANTS' EXHIBIT LIST AND WITNESS LIST

Pursuant to this Court's Minute Entry, Doc. No. 469, Defendants submit the following Motion for Leave to Amend the previously submitted Exhibit and Witness Lists. Doc. No. 391. Defendant's omitted Justin Farris as a witness in the previously submitted list. Additionally, Documents subject to ongoing discovery obligations occurring after the filing date of the previous list have been produced. Defendants intend to introduce those documents at trial.

Respectfully submitted,

s/ *Mithun Mansinghani*

| | |
|---|---|
| BRYAN CLEVELAND | MITHUN MANSINGHANI |
| ZACH WEST |   *Solicitor General* |
| ANDY N. FERGUSON | OFFICE OF ATTORNEY GENERAL |
|   *Assistant Solicitors General* | STATE OF OKLAHOMA |
| CHARLES DICKSON | 313 N.E. 21st Street |
|   *Assistant Attorney General* | Oklahoma City, OK 73105 |
| | Phone: (405) 521-3921 |
| | mithun.mansinghani@oag.ok.gov |

*Counsel for Defendants*