IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

RICHARD GLOSSIP, et al., )
 )
        Plaintiffs, )
 )
-vs- ) Case No. CIV-14-665-F
 )
RANDY CHANDLER, et al., )
 )
        Defendants. )

## ORDER OF REFERRAL

The Emergency Motion for Preliminary Injunction on Behalf of Plaintiff Julius Jones and Other Religious Objector Plaintiffs on the Supplemental Record of the Execution of John Grant (doc. no. 551) is hereby **REFERRED** to Chief United States District Judge Timothy D. DeGiusti.

IT IS SO ORDERED this 18th day of November, 2021.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0665p135.docx