IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD GLOSSIP, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| -vs- ) | Case No. CIV-14-665-F |
| ) | |
| RANDY CHANDLER, et al., ) | |
| ) | |
| Defendants. ) | |

## VACATION OF ORDER OF REFERRAL

The court's order (doc. no. 552) referring the Emergency Motion for Preliminary Injunction on Behalf of Plaintiff Julius Jones and Other Religious Objector Plaintiffs on the Supplemental Record of the Execution of John Grant (doc. no. 551) to Chief United States District Judge Timothy D. DeGiusti is hereby **VACATED**.

IT IS SO ORDERED this 18th day of November, 2021.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0665p136.docx