IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA   73102

Date:   November 23, 2021

| | |
|---|---|
| RICHARD GLOSSIP, et al.,                )<br>                                                      )<br>                  Plaintiffs,           )<br>                                                      )<br>-vs-                                              )<br>                                                      )<br>RANDY CHANDLER, et al.,              )<br>                                                      )<br>                  Defendants.        ) | Case No. CIV-14-665-F |

ENTER ORDER:

A status conference is hereby set for 2:00 p.m. on December 7, 2021, with respect to plaintiffs' emergency motion, doc. no. 551."

The status conference will be held in courtroom 401.

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification to the court security officer.

By direction of Judge Stephen P. Friot, we have entered the above enter order.

                                                    Carmelita Reeder Shinn, Clerk

                                         By:_____s/ Lori Gray_____
                                                             Deputy Clerk

cc:   all parties

14-0665p137.docx