# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **RICHARD GLOSSIP, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| ) | Case No. CIV-14-665-F |
| ) | |
| **RANDY CHANDLER, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## STIPULATION OF DISMISSAL OF PLAINTIFF JULIUS JONES

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of Plaintiff Julius Jones from the above-captioned action, with each party to bear its own costs and attorneys' fees. This Stipulation of Dismissal dismisses only the claims asserted in this action by Mr. Jones, and the rights sought to be enforced in this action survive as to the remaining plaintiffs.  Accordingly, the action does not abate, and proceeds in favor of the remaining plaintiffs.

Dated: November 23, 2021                                Respectfully Submitted,

s/*Dale A. Baich*                                                s/*Mithun Mansinghani*
Jon M. Sands                                                     Mithun Mansinghani
Federal Public Defender District of Arizona   Solicitor General
Dale A. Baich (OH Bar No. 0025070)              Office of Attorney General of Oklahoma
Jennifer M. Moreno (CA Bar No. 244967)       State of Oklahoma
Michael W. Lieberman, OBA #32694              313 N.E. 21st Street
850 West Adams Street, Suite 201                  Oklahoma City, OK 73015
Phoenix, Arizona 85007                                  Phone: (405) 521-3921

<2>
Case 5:14-cv-00665-F   Document 555   Filed 11/23/21   Page 2 of 3

2
</2>

Telephone: (602) 382-2816
dale_baich@fd.org
jennifer_moreno@fd.org
michael_lieberman@fd.org

Harry P. Cohen (admitted pro hac vice)
Michael K. Robles (admitted pro hac vice)
James K. Stronski (admitted pro hac vice)
CROWELL & MORING LLP
590 Madison Avenue
New York, NY 10022
Telephone: (212) 223-4000
hcohen@crowell.com
mrobles@crowell.com
jstronski@crowell.com

Emma V. Rolls, OBA # 18820
Office of the Federal Public Defender for
the Western District of Oklahoma
215 Dean A. McGee Ave., Suite 707
Oklahoma City, OK 73102
Telephone: (405) 609-5975
emma_rolls@fd.org

*Counsel for Plaintiffs*

mithun.mansinghani@oag.ok.gov

*Counsel for Defendants*

<3>

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of November, 2021, I electronically transmitted a copy of this Stipulation of Dismissal of Plaintiff Julius Jones to the Clerk of the Court using the ECF System for filing and transmittal of Notice of Electronic Filing to all counsel of record who are registered participants of the Electronic Case Filing System.

s/*Dale A. Baich*