# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

RICHARD GLOSSIP, *et al.*,

                    *Plaintiffs,*

v.                                             No: 14-cv-665-F

RANDY CHANDLER, *et al.*,

                    *Defendants.*

## MOTION TO WITHDRAW

Andy N. Ferguson, Assistant Solicitor General respectfully moves this Court to withdraw Randall Yates as counsel for Defendants. Mr. Yates has accepted a position in private practice and is no longer employed by the Oklahoma Office of the Attorney General. Counsel previously appearing in this case will continue to represent Defendants.

Respectfully submitted,

s/ *Andy N. Ferguson*

MITHUN MANSINGHANI
   *Solicitor General*
ANDY N. FERGUSON
   *Assistant Solicitor General*

OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Direct: (405) 521-3921
andy.ferguson@oag.ok.gov

*Counsel for Defendants*