# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 7, 2021

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

  Re: Wade Lay
     v. Aboutanaa El Habti, Warden, et al.
     No. 21-6550
     (Your No. 21-6101)

Dear Clerk:

  The petition for a writ of certiorari in the above entitled case was filed on November 10, 2021 and placed on the docket December 7, 2021 as No. 21-6550.

            Sincerely,

            **Scott S. Harris**, Clerk

            by

            Lisa Nesbitt
            Case Analyst