IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA   73102

Date:   December 8, 2021

| | |
|---|---|
| RICHARD GLOSSIP, et al., | ) |
| Plaintiffs, | ) |
| -vs- | )   Case No. CIV-14-665-F |
| RANDY CHANDLER, et al., | ) |
| Defendants. | ) |

ENTER ORDER:

A hearing on the Emergency Motion for Preliminary Injunction on Behalf of Plaintiff Julius Jones and Other Religious Objector Plaintiffs on the Supplemental Record of the Execution of John Grant (doc. no. 551) is set for January 10, 2022, at 9:00 a.m.

Witnesses may, by pre-arrangement, appear by VTC (such arrangements to be made with the courtroom deputy not later than January 5, 2022).  Counsel presenting the matter are expected to appear in person.

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification to the court security officer.

By direction of Judge Stephen P. Friot, we have entered the above enter order.

Carmelita Reeder Shinn, Clerk

By:_____s/ Lori Gray_____
Deputy Clerk

cc:   all parties

14-0665p139.docx