# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD GLOSSIP, *et al.*, | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. CIV-14-665-F |
| RANDY CHANDLER, *et al.*, | ) |
| Defendants. | ) |

## ORDER STAYING EXECUTION DATE OF JAMES CODDINGTON

This matter comes before the Court on the parties' joint stipulation to stay the execution date of Plaintiff James Coddington (Dkt. 569). For good cause shown, Mr. Coddington's March 10, 2022 execution date is stayed until a final judgment on Mr. Coddington's claims in this case has been entered by this Court but no earlier than through and including the March 10, 2022 execution date.

Entered this 23rd day of December 2021.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0665p141.PO.docx