UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD GLOSSIP, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>RANDY CHANDLER, *et al.*,<br><br>*Defendants.* | No:   14-cv-665-F |

### DEFENDANTS' MOTION IN LIMINE
### TO EXCLUDE THE TESTIMONY OF DR. JAMES WILLIAMS

Donald Grant and Gilbert Postelle (the "Movants") affirmatively refused to select an alternative method of execution. Doc. 425-18 at 75 (Donald Grant); Doc. 437 at 21 (Postelle). Movants then tried to change their litigation strategy after losing at summary judgment Doc. 467, which this Court denied, Doc. 493. Indeed, Movant Donald Grant's post-judgment switch again declined to plead the firing squad as an alternative method of execution. *See* Doc. 467-2 at 2.

The proffering of Dr. Williams's testimony on a firing squad alternative is just an improper attempt to circumvent this Court's prior rulings. Because these Movants did not plead an alternative, the merits of any *other* Plaintiffs' alternative has no bearing on whether these Movants are entitled to an injunction. Accordingly, the Court should exclude Dr. Williams's testimony as irrelevant. *See* Fed. R. Evid. 401, 402.

1

2

        Respectfully submitted,

        s/ *Mithun Mansinghani*

MITHUN MANSINGHANI, OBA 32453
   *Solicitor General*
BRYAN CLEVELAND, OBA 33860
ZACH WEST, OBA 30768
ANDY N. FERGUSON, OBA 33388
   *Assistant Solicitors General*
OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Phone:  (405) 521-3921
mithun.mansinghani@oag.ok.gov
*Counsel for Defendants*