# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD GLOSSIP, et al., | ) |
| Plaintiffs, | ) ) ) |
| -vs- | ) )  Case No. CIV-14-665-F |
| RANDY CHANDLER, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

The court is in receipt of Defendants' Motion in Limine to Exclude the Testimony of Dr. James Williams.  Doc. no. 574.

Plaintiffs are **DIRECTED** to respond to defendants' motion no later than 4:00 p.m. (central time) on January 5, 2022.

IT IS SO ORDERED this 29th day of December, 2021.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0665p142.docx