UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD GLOSSIP, *et al.*, <br> *Plaintiffs,* <br> v. <br> RANDY CHANDLER, *et al.*, <br> *Defendants.* | No: 14-cv-665-F |

### DEFENDANTS' COMBINED EXHIBIT LIST AND WITNESS LIST

In accordance with this Court's order, Doc. 563, Defendants disclose the following witnesses and exhibits for a hearing on Monday, January 10, 2022.

### WITNESSES

| Name | Testimony |
|---|---|
| Joseph F. Antognini, M.D., M.B.A. | The use, actions and efficacy of midazolam, in relation to the Oklahoma's lethal injection protocol, the effectiveness of the procedures therein, and the behaviors and consciousness of persons undergoing sedation and anesthesia, as further detailed in his expert report and prior testimony in this case. |
| Ervin Yen, M.D. | Testimony regarding the events that took place during and the medical significance of the Grant and Stouffer executions to the efficacy of Oklahoma's lethal injection protocol, as further detailed in his expert reports in this case and prior testimony in other cases before this Court. |
| Justin Farris | His observations during the John Grant and Bigler Stouffer executions, as further detailed in his declaration in this case. |

**EXHIBITS**

| No. | Description |
|---|---|
| 1 | Correctional Service Log for John Grant Execution |
| 2 | Correctional Service Log for Bigler Stouffer Execution |
| 3 | Inspector General Report regarding John Grant Execution |
| 4 | Inspector General Report regarding Bigler Stouffer Execution |
| 5 | Excerpts of Logbook for John Grant beginning Oct. 27, 3:53 P.M. |
| 6 | Expert Report of Joseph F. Antognini, M.D, M.B.A. |
| 7 | Expert Report of Ervin Yen, M.D. |
| 8 | First Supplemental Expert Report of Ervin Yen, M.D. |
| 9 | Second Supplemental Expert Report of Ervin Yen, M.D. |
| 10 | Transcript of Deposition of Michael Weinberger, M.D. |
| 11 | Transcript of Testimony of Spencer Hahn |
| 12 | Transcript of Deposition of James Williams, M.D. |
| 13 | Ken Newgard, MD, The Physiological Effects of Handgun Bullets, Wound Ballistics Review, IWBA, Fall 1992, at 12-17 |
| 14 | Holly Riordan, 26 Gunshot Survivors Explain Exactly What the Bullet Felt Like, Thought Catalog, February 6, 2017 |
| 15 | James Williams, Hillary Clinton's Health Deteriorating?, tacticalanatomy.com, Aug. 8, 2016 |
| 16 | Appendix to Defendants' Motion for Summary Judgment [Doc. 389] |
| 17 | All exhibits listed by Plaintiffs unless objected to |

        Respectfully submitted,

        s/ *Mithun Mansinghani*
_____

MITHUN MANSINGHANI, OBA 32453
   *Solicitor General*
BRYAN CLEVELAND, OBA 33860
ZACH WEST, OBA 30768
ANDY N. FERGUSON, OBA 33388
   *Assistant Solicitors General*
OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Phone:   (405) 521-3921
mithun.mansinghani@oag.ok.gov
*Counsel for Defendants*