IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA   73102

Date:   January 5, 2022

RICHARD GLOSSIP, et al.,   )
　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiffs,　　　)
　　　　　　　　　　　　　　　　)
-vs-　　　　　　　　　　　　　)   Case No. CIV-14-665-F
　　　　　　　　　　　　　　　　)
RANDY CHANDLER, et al.,　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　Defendants.　　　)

ENTER ORDER:

Defendants' Motion in Limine to Exclude the Testimony of Dr. James Williams (doc. no. 574) is **DENIED**. The hearing on January 10, 2022 will encompass both *Glossip* prongs. Plaintiffs Donald Grant and Gilbert Postelle may, by virtue of previous positions taken in this case, be foreclosed from satisfying *Glossip's* second prong, but the court, in this order, makes no final determination one way or the other on that point.

By direction of Judge Stephen P. Friot, we have entered the above enter order.

　　　　　　　　　　　　　　　　　　Carmelita Reeder Shinn, Clerk


　　　　　　　　　　　　　　　　By:_____s/ Lori Gray_____
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

cc:   all parties

14-0665p144.docx