**COURTROOM MINUTE SHEET**

DATE   1-10-2022

CIVIL NO.   CIV-14-665   –F

Richard Glossip, et al. -vs- Randy Chandler, et al.

COMMENCED   8:00      ENDED   11:30
COMMENCED   12:45     ENDED   6:55            TOTAL TIME   9 hrs. 40 min.

PROCEEDINGS   Hearing on motion for preliminary injunction

JUDGE STEPHEN P. FRIOT       DEPUTY LORI GRAY       REPORTER TRACY THOMPSON

PLFS' COUNSEL James Stronski, Kenton Walker, Emma Rolls

DFTS' COUNSEL Mithun Mansinghani, Bryan Cleveland, Andy Ferguson, Zach West

The court hears evidence with respect to the Emergency Motion for Preliminary Injunction on Behalf Religious Objector Plaintiffs Donald Grant and Gilbert Postelle on the Supplemental Record of the Execution of John Grant (doc. no. 551) and the Supplemental Motion for Preliminary Injunction on Behalf of Religious Objector Plaintiffs Donald Grant and Gilbert Postelle (doc. no. 564).

| WITNESSES FOR PLAINTIFFS | WITNESSES FOR DEFENDANTS |
|---|---|
| 1. Julie Gardner (sworn) (in person) | 1. Justin Farris (sworn) (in person) |
| 2. Meghan LeFrancois (sworn) (in person) | 2. Dr. Ervin Yen (sworn) (in person) |
| 3. Dr. Joseph Cohen (sworn) (via VTC) | 3. Dr. Joseph Antognini (sworn) (via VTC) |
| 4. Dr. James Williams (sworn) (via VTC) | 4. |
| 5. Dr. Michael Weinberger (sworn) (via VTC) | 5. |

Plfs' exhibits admitted:   97, 98, 10, 92, 47, 48, 54, 57, 65, 67, 68, 56, 49, 82, 71, 72, 75, 2, 66, 51.

Dfts' exhibits admitted:   6, 13, 5, 3, 2, 7, 8, 9, 16.

The court hears arguments of counsel.

The court will issue a written order ruling on the Emergency Motion for Preliminary Injunction on Behalf of Religious Objector Plaintiffs Donald Grant and Gilbert Postelle on the Supplemental Record of the Execution of John Grant (doc. no. 551) and the Supplemental Motion for Preliminary Injunction on Behalf of Religious Objector Plaintiffs Donald Grant and Gilbert Postelle (doc. no. 564).