# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD GLOSSIP, et al., ) | |
| Plaintiffs, ) | |
| vs. ) | Case No. CIV-14-665-F |
| RANDY CHANDLER, et al., ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, Donald Grant and Gilbert Postelle in the above-named case, hereby appeal to the United States Court of Appeals for the Tenth Circuit from Judge Friot's Order on Third Motion for Preliminary Injunction (Doc. No. 587) entered in this action on the 14th day of January, 2022, denying Plaintiffs Emergency Motion for Preliminary Injunction (Doc. No. 551) and Plaintiffs Supplemental Motion for Preliminary Injunction on behalf of Plaintiffs Donald Grant and Gilbert Postelle (Doc. 564).

Respectfully submitted this 14th day of January, 2022.

*s/ Emma V. Rolls*
Emma V. Rolls, OBA # 18820
Office of the Federal Public Defender
215 Dean A. McGee Ave., Suite 707
Oklahoma City, OK 73102
Telephone: (405) 609-5975
Emma_Rolls@fd.org

1

Harry P. Cohen (admitted *pro hac vice*)
Michael K. Robles (admitted *pro hac vice*)
James K. Stronski (admitted *pro hac vice*)
Kenton Walker (admitted *pro hac vice*)
CROWELL & MORING LLP
590 Madison Avenue
New York, NY 10022
Telephone: (212) 223-4000
hcohen@crowell.com
mrobles@crowell.com
jstronski@crowell.com

Jon M. Sands
Federal Public Defender District of Arizona
Dale A. Baich (OH Bar No. 0025070)
Jennifer M. Moreno (CA Bar No. 244967)
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
Telephone: (602) 382-2816
Facsimile: (602) 889-3960
dale_baich@fd.org
jennifer_moreno@fd.org

COUNSEL FOR DONALD GRANT AND GILBERT POSTELLE

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2022, I electronically transmitted that attached document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to all counsel of record who are registered participants of the Electronic Case Filing System.

*s/ Emma V. Rolls*
Emma V. Rolls
Assistant Federal Public Defender