IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA   73102

Date:   January 14, 2022

RICHARD GLOSSIP, et al.,   )
                           )
          Plaintiffs,      )
                           )
-vs-                       )   Case No. CIV-14-665-F
                           )
RANDY CHANDLER, et al.,    )
                           )
          Defendants.      )

ENTER ORDER:

This case is set for a Rule 16 pretrial conference at 10:30 a.m. on February 1, 2022.  The conference will be held in the courtroom, on the record.  By prearrangement with the Courtroom Deputy assigned to the undersigned judge (not later than January 28, 2022), out-of-town counsel may attend by VTC.  Counsel should be prepared to discuss all matters listed in Rule 16(c)(2), especially including subdivision (O) of Rule 16(c)(2).  With respect to the time to be allotted for the trial of this action, the court will need to hear compelling reasons for which the trial would require, at most, four to five full trial days.

By direction of Judge Stephen P. Friot, we have entered the above enter order.

Carmelita Reeder Shinn, Clerk


By:_____s/ Lori Gray_____
            Deputy Clerk


cc:   all parties

14-0665p146.docx