# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

www.okwd.uscourts.gov

**CARMELITA REEDER SHINN**
CLERK

**WILLIAM N. PIGOTT, JR.**
CHIEF DEPUTY

200 N.W. 4th Street, Room 1210
Oklahoma City, Oklahoma 73102
(405) 609-5000   Fax (405) 609-5099

January 18, 2022

Clerk of the Court
Tenth Circuit Court of Appeals
The Byron White, U.S. Courthouse
1823 Stout Street
Denver, Colorado 80257

    IN RE: CIV-14-665-F; 22-6012; Glossip v. Chandler et al

Dear Mr. Wolpert:

Transmitted with this letter is the record on appeal of the above captioned case, consisting of:

| Volume | Description (including pleading numbers) | Sealed | Transmittal method |
|---|---|---|---|
| 1 | Pleadings: 259, 307, 321, 325, 326, 333, 335, 343, 345, 349 | No | Electronic |
| 2 | Pleadings: 357, 361, 370, 373, 375, 376, 377, 379, 381, 382, 383 | No | Electronic |
| 3 | Pleadings: 388, 389, 390, 391, 392 | No | Electronic |
| 4 | Pleadings: 395, 397, 401, 420, 421, 422, | No | Electronic |
| 5 | Pleadings: 425, 433, 435-437, 441, 444, 446, 447, 449-456, 462, 465, 467, 468, 469 | No | Electronic |
| 6 | Pleadings: 476, 480-483, 485-487, 491-493, 495-498, 514, 515, 500, 504, 506, 508-512, 516, 517, 519-521, 523, 525-536, 542, 545, 546, 549, 551, 554, 555, 558, 559, 561, 563-565 | No | Electronic |
| 7 | Pleadings: 566-570, 572-576, 581-584, 586, 587, | No | Electronic |
| 8 | SEALED Pleadings | YES | Electronic |
| 9 | Transcripts: 537, Motion Hearing Held 10/25/21, 585 Motion Hearing Held 1/10/2022 | No | Electronic |

(cont.)

A copy of the docket sheet is enclosed as an index to the record on appeal.

Should you have any questions, please contact our office at your convenience.

                                    Sincerely,

                                    CARMELITA REEDER SHINN, COURT CLERK

                           By: s/ K. Thompson
                                    Case Administrator

Enclosures

cc letter only: all counsel of record and pro se litigants