Page 1

```
 1
 2              UNITED STATES DISTRICT COURT
 3              WESTERN DISTRICT OF OKLAHOMA
 4
 5   _____
     RICHARD GLOSSIP, et al.,           )  Case No.
 6                                      )  CIV-14-665-F
              Plaintiffs,               )
 7                                      )
     vs.                                )
 8                                      )
     RANDY CHANDLER, et al.,            )
 9                                      )
              Defendants.               )
10   _____)
11
12
13          VIDEOTAPED DEPOSITION OF SCOTT CROW
14                    Remotely Given
15             Tuesday, November 17, 2020
16                    9:05 a.m. CT
17
18
19
20
21
22
23
24     Reported by:  Karen K. Kidwell, RMR, CRR
25
```

1        (S. CROW - 11/17/20)
2    would that be?
3        A.   It would just be dependent on the
4    situation that was at hand.  And so there is the
5    potential for me to rely on the special operations
6    team leader, the H Unit section chief, and the
7    IV team leader for an initial assessment, and then
8    from that point a temporary decision could
9    potentially -- or would potentially be made before I
10   made notification to my leadership.
11       Q.   Does the IV -- does the special operations
12   team leader have any medical training?
13       A.   I can't speak to what level of medical
14   training that individual possesses.
15       Q.   Okay.  But they weren't selected because
16   of their medical training; is that -- is that
17   correct?
18       A.   Yes.
19       Q.   Okay.  And -- and the H team leader, does
20   that person have medical training?
21       A.   Again, I can't speak to the level of his
22   or her medical training.
23       Q.   Okay.  But -- but the existence of medical
24   training was not a reason to select that person as
25   the team leader, correct?

Page 71

1         (S. CROW - 11/17/20)
2         A.    Yes.
3         Q.    Okay.  Under what -- under what
4    circumstances do you envision it being relevant to
5    get input from either the H team leader or the
6    special operations team leader in connection with a
7    decision to halt a -- halt an execution?
8         A.    Identification of a logistical error or a
9    complication with the equipment used in administering
10   the drugs.  Identification of a potential IV site
11   failure or problem.  Identification of a failure or a
12   potential failure of any equipment that is associated
13   in the process in the overall environment.
14              And then with respect to the IV team
15   leader, the same issues, but other potential medical
16   concerns.
17        Q.    What -- what training or expertise, if
18   any, do the H team -- H team leader or the special
19   ops team leader have in connection with catheters
20   and -- and problems, as -- as you say at the IV site?
21              MR. MANSINGHANI:  Object to form.
22              THE WITNESS:  Training with respect to
23         knowledge received from the H Unit section chief
24         on what to look for or be vigilant for, whether
25         in the room or via viewing through the closed

```
 1              (S. CROW - 11/17/20)
 2          circuit television system.
 3      BY MR. STRONSKI:
 4          Q.   I guess -- maybe I -- I wasn't clear.  My
 5      question is, what -- what expertise or training
 6      does -- and we'll take it one at a time -- the H --
 7      H Unit team leader have in connection with the use of
 8      catheters to set IVs and the evaluation of IVs?
 9              MR. MANSINGHANI:  Object to form.
10              THE WITNESS:  No medical training that I'm
11          aware of, other than the ability, based off of
12          knowledge received or training received from the
13          IV team leader, as to what to look for with
14          respect to a potential IV site failure or
15          problem.
16      BY MR. STRONSKI:
17          Q.   Same -- same question for the special
18      operations unit leader:  What -- what expertise or
19      training would they have concerning the use of a
20      catheter or the evaluation of a catheter in an
21      IV site in its -- in its operation?
22          A.   Although they have the same ability and
23      are -- are responsible for viewing the cameras that
24      are directly fixed on the IV sites within the
25      execution chamber, their responsibility is more with
```

1           (S. CROW - 11/17/20)
2      the administering of the chemicals, paying close
3      attention for blockages or failures in the IV tubing
4      and manifolds that are used to administer the drugs.
5           Q.   Okay.  So, but what -- what medical
6      training or other training or experience do they
7      have, if any, to perform their functions?
8                MR. MANSINGHANI:  Object to form.
9                THE WITNESS:  Nothing that I'm aware of,
10         other than the knowledge they would receive in
11         training with the IV team leader.
12     BY MR. STRONSKI:
13          Q.   Okay.  So all of their experience is based
14     on working with the IV team leader?  Is that fair?
15          A.   Yes.  And his or her team.
16          Q.   Okay.  And the -- and the IV team leader
17     is not -- hasn't worked with them -- hasn't trained
18     with them to date, correct?
19          A.   Not to this point.
20          Q.   Okay.  So if you go to page 9 of
21     Exhibit 1, which is Glossip 718, training V, VC.  Or
22     number -- Roman numeral V, capital C.
23               It says the H Unit section -- I'm sorry.
24     The H -- yeah.  C.  The second --
25               MR. MANSINGHANI:  Sorry.  We're still

1         (S. CROW - 11/17/20)
2    BY MR. STRONSKI:
3         Q.   And what is your understanding as to what
4    is meant by "all necessary and medically appropriate
5    methods"?
6         A.   What process or procedure the IV team
7    leader chooses, based on his knowledge and
8    experience, to determine if the inmate is conscious
9    or not.
10        Q.   So the -- the methods that are used are
11   entirely in the discretion of the IV team leader?
12        A.   Yes, sir.
13        Q.   And can you imagine a scenario where you
14   would disagree with the IV team leader on the methods
15   that would be considered necessary and medically
16   appropriate under this policy?
17        A.   Only in the instance if no methodology was
18   used at all.
19        Q.   How would you know whether or not no
20   methodology was used at all?
21        A.   There is a process that's involved in
22   checking the inmate for consciousness or not, and if
23   that process -- if there was an attempt to forgo that
24   process, or there was no physical procedure or
25   process to do so, then that would cause me to -- to

Page 163

1        (S. CROW - 11/17/20)
2    question the methodology that the -- the IV team
3    leader used.
4        Q.   Okay.  As -- as long as the IV team leader
5    went into the room and did something, you -- you
6    wouldn't have a basis to question whether or not
7    whatever was done met the standard of all necessary
8    and medically appropriate methods, correct?
9             MR. MANSINGHANI:  Object to the form.
10            THE WITNESS:  I would depend on the
11       IV team leader's education and experience for
12       that determination, so I would not question.
13   BY MR. STRONSKI:
14       Q.   Then if you look at Number 4, it says "If
15   confirmed the inmate is unconscious."  Who's making
16   that determination?
17       A.   The IV team leader.
18       Q.   Okay.  And the requirement is a
19   determination as to whether they're responsive or not
20   responsive, not a further requirement as to whether
21   they're insensate, correct?
22            MR. MANSINGHANI:  Object to the form.
23            THE WITNESS:  It specifically states
24       conscious or unconscious.
25

Page 165

1      (S. CROW - 11/17/20)
2              THE WITNESS:  Yes, sir, it does not expand
3         beyond that.
4    BY MR. STRONSKI:
5         Q.   Okay.  And based on a determination that
6    the inmate is unconscious, it says "the director will
7    order the remaining chemicals be dispensed."  Do you
8    see that?
9         A.   Yes, sir, I do.
10        Q.   Now, do you have any discretion on whether
11   or not you order the -- that the remaining chemicals
12   be dispensed, if the IV team leader tells you the
13   inmate's unconscious?
14        A.   If the inmate -- team leader advises that
15   the inmate is unconscious, and there's no other
16   circumstances existing otherwise, then my discretion
17   is only to proceed.
18        Q.   Okay.  And once -- once you're
19   administering or dispensing the remaining chemicals,
20   where -- where is the IV team leader?
21        A.   Standing directly beside what we refer to
22   as the manifold board, which is approximately 2 feet
23   from where I would be located.
24        Q.   Okay.  And the IV team leader also is --
25   is not in the same room as the prisoner, correct?

```
 1            (S. CROW - 11/17/20)
 2      BY MR. STRONSKI:
 3            Q.   Okay.  And -- and "the IV team," it says.
 4      So the IV team would include the IV team leader,
 5      correct?
 6            A.   Yes.
 7            Q.   Okay.  And it also includes another
 8      person, who I think you -- you identified as the
 9      physician's assistant; is that correct?
10            A.   Potentially a physician's assistant, or a
11      nurse, or an EMT, paramedic, or military corpsman.
12            Q.   Okay.  So my understanding is that
13      you've -- you've selected already -- although you
14      haven't worked out all the details, but you've
15      selected the person who -- who likely will be the
16      IV team leader.  Have you not selected the other
17      IV team members yet?
18            A.   We -- we have a potential candidate that
19      has not been confirmed.
20            Q.   Okay.  And that candidate's -- without
21      telling me their name -- that candidate's medical
22      training is what?
23            A.   A registered nurse.
24            Q.   Okay.  And then it provides that "The
25      IV team leader shall again physically confirm the
```

1        (S. CROW - 11/17/20)
2   inmate is unconscious using proper medical
3   procedures."  Do you see that?
4        A.   Yes, sir.
5        Q.   So this -- this is stated differently than
6   earlier.  Previously -- previously, the -- the
7   IV team leader is to "physically confirm the inmate
8   is unconscious by using all necessary and medically
9   appropriate methods."
10            How -- how is that different than is
11   unconscious by using -- by "using proper medical
12   procedures"?
13       A.   My interpretation of that, sir, is one and
14   the same.
15       Q.   Okay.  And are you going to rely upon the
16   evaluation of the IV team leader, with respect to
17   Number 8, in determining whether or not the inmate is
18   responsive or unresponsive in connection with this
19   consciousness determination?
20       A.   Yes, I am.
21       Q.   Okay.  And this -- this procedure doesn't
22   further require either a determination of whether the
23   inmate is also insensate or has reached a surgical
24   level of anesthesia, correct?
25            MR. MANSINGHANI:  Object to the form.

Page 253

1      (S. CROW - 11/17/20)
2  do -- to do that, right?
3      A.   It is not my discretion to continue beyond
4  the hour without consulting leadership.  That is
5  stated in policy, but -- that is stated in policy.
6      Q.   Okay.  There's a cut-down procedure,
7  right, that you -- that can be done?  And that is
8  establishing a -- a central IV, correct?
9      A.   Yes.
10          MR. MANSINGHANI:  Object to form.
11 BY MR. STRONSKI:
12     Q.   Okay.  Who -- if -- if an IV line can't be
13 established after an hour, who decides whether you --
14 you then do the central line or you -- you stop the
15 execution?
16     A.   That is a decision that the director makes
17 after consulting with the IV team leader.
18     Q.   Okay.  So it's not -- it's not a decision
19 made by the governor, correct?
20     A.   No.  That conversation is just a briefing
21 on the status of -- of the situation.
22     Q.   Okay.  And so you don't have to request a
23 postponement of the governor from the governor.
24 You -- you decide that for yourself.  Correct?
25     A.   Although I've never been in that