### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD GLOSSIP, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| -vs- ) | Case No. CIV-14-0665-F |
| ) | |
| RANDY CHANDLER, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER FOR HEARING

Before the court is Plaintiffs' Motion to Compel Defendants to Produce IV Team Leader for Deposition, filed on February 4, 2022 (doc. no. 600).

The motion is set for hearing on February 14, 2022, at 1:30 p.m.

Counsel arguing the motion will be required to be physically present in the courtroom.

**If the issues presented by the motion are resolved by agreement, counsel shall <u>immediately</u> so notify the court.**

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification to the court security officer.

DATED this 4th day of February, 2022.

_[signature: S.P. Friot]_
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0665p148.docx