# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD GLOSSIP, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| -vs- ) | Case No. CIV-14-665-F |
| ) | |
| RANDY CHANDLER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The court is in the process of reviewing the motion for relief from the court's order (doc. no. 449) granting summary judgment as to Count II of the Third Amended Complaint and the court's judgment (doc. no. 455) pursuant to Rule 54(b), Fed. R. Civ. P., filed by Rhonda Kemp, as appointed next friend for plaintiff Wade Lay. Doc. no. 559. To facilitate a ruling with respect to the motion, the court **DIRECTS** Ms. Kemp, as appointed next friend for Mr. Lay, to file a written notice, **within 10 days from the date of this order**, proposing one or more alternative methods of carrying out the sentence of death for plaintiff Wade Lay.

IT IS SO ORDERED this 7th day of February, 2022.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0665p147.docx