| | |
|---|---|
| **From:** | Stronski, James <JStronski@crowell.com> |
| **Sent:** | Friday, December 10, 2021 5:02 PM |
| **To:** | Andy Ferguson; M Robles; Alex Kursman; Jennifer Moreno; Michael Lieberman; Emma Rolls; Lynne Leonard; Mithun Mansinghani; Bryan Cleveland; Harry Cohen; Dale Baich; Angie Beery; Sarah Jernigan; Kim Stout; McElligott, Andrew; Walker, Kenton |
| **Subject:** | RE: Glossip -- Stouffer Production and Privilege Log for Grant and Stouffer Productions. |

Mithun,

For the Stouffer production, we request the same production of documents and things preserved by court order as requested in connection with the Grant execution. Please let us know when you can make this production in view of the December 17 date to supplement the preliminary injunction motion.

Please also let us know if you will produce (and when) a privilege log for any withheld documents, and redactions, made on privilege grounds for the production made below in connection with the Grant execution and to be made in connection with the Stouffer execution. Thanks.

Regards,

Jim

~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~
**James K. Stronski  |  Crowell & Moring LLP**
Partner
590 Madison Avenue
New York, NY 10022-2524
Office: 212-895-4217  |  Fax: 212-223-4134

Privileged and Confidential
Attorney-Client Communication
Attorney Work Product

This message contains privileged and confidential information. IF IT WAS SENT TO YOU BY MISTAKE, DO NOT READ IT. Instead, please notify the sender (or postmaster@crowell.com) by reply e-mail, and delete this e-mail. Unauthorized dissemination, forwarding or copying of this e-mail is strictly prohibited.

==========================================================

**Ex. 1**
12/10/2021 E-mail from J. Stronski to M. Mansinghani