|              |                                                                                                                          |
|--------------|--------------------------------------------------------------------------------------------------------------------------|
| **From:**    | Mithun Mansinghani <mithun.mansinghani@oag.ok.gov>                                                                       |
| **Sent:**    | Tuesday, February 8, 2022 1:50 PM                                                                                        |
| **To:**      | Walker, Kenton                                                                                                           |
| **Cc:**      | J Stronski; Harry Cohen; M Robles; Emma Rolls; Jennifer Moreno; Alex Kursman; Kim Stout; Lynne Leonard                   |
| **Subject:** | RE: Stouffer and D. Grant Production                                                                                     |

External Email

Kent,

Discovery in this case has long since closed. Nonetheless, we have attempted in good faith to timely produce materials related to the recent executions.

You request production of "all materials" you list by February 11 and threaten a motion to compel if we don't produce them. To start at the end, you request materials from the Postelle execution, which is scheduled to take place on February 17. We cannot produce records of an event expected to happen in the future and so respectfully decline your demand we produce these documents by February 11.

You also request materials that will be generated by third parties over which Defendants have no control, namely, materials from the Office of the Medical Examiner and the laboratory generating the toxicology report. As you know, we provided you with the Medical Examiner Report for John Grant the same day it was signed and the same day we received it, which was approximately three months after John Grant's execution. While we did ask the Office of the Medical Examiner for the materials you request when available, it has only been two months since Stouffer's execution and two weeks since Donald Grant's execution. Accordingly, we cannot expect to have possession of these materials by February 11, so we cannot agree to your demand that we produce documents not in our possession.

Finally, we will endeavor to produce records from the Donald Grant execution by February 11.

Thanks,

**Mithun Mansinghani**
*Solicitor General*

**Oklahoma Office of the Attorney General**
313 NE 21st Street, Oklahoma City, OK 73105
(405) 522-4392 | Mithun.Mansinghani@oag.ok.gov

---

**From:** Walker, Kenton <KentWalker@crowell.com>
**Sent:** Monday, February 7, 2022 6:19 PM
**To:** Mithun Mansinghani <mithun.mansinghani@oag.ok.gov>
**Cc:** Stronski, James <JStronski@crowell.com>; Cohen, Harry <HCohen@crowell.com>; Robles, Michael <mrobles@crowell.com>; Emma Rolls <emma_rolls@fd.org>; Jennifer Moreno <jennifer_moreno@fd.org>; Alex Kursman <alex_kursman@fd.org>; Kim Stout <Kim_Stout@fd.org>; Lynne Leonard <Lynne_Leonard@fd.org>
**Subject:** [EXTERNAL] Stouffer and D. Grant Production

**Ex. 4**
**02/07/2022, 02/08/2022 E-mails between K. Walker and M. Mansinghani**

Mithun,

You have not responded to our email of 1/31/2021 requesting production of materials concerning the executions of Bigler Stouffer and Donald Grant. There are outstanding documents and things that we will want to consider including as trial exhibits and to use with our witnesses. Delay in producing these items any further will severely prejudice Plaintiffs' case. We are hopeful that these items and documents can be produced without further delay or involvement of the Court. Therefore, we request production of all materials by Friday, February 11th by close of business. Otherwise, Plaintiffs will immediately file a motion to compel with the Court.

Specifically, we request the following:

1. Stouffer
    - Medical Examiner Report
    - Toxicology Report
    - Medical Examiner photographs

2. D. Grant Medical Examiner Report
    - Medical Examiner Report
    - Toxicology Report
    - Medical Examiner photographs
    - Execution Logs
    - All other documents from the execution (i.e. 35-Day Packet, medical records, after-execution review documents, etc.)

3. All documentation from the execution of Postelle, if it goes forward
    - Medical Examiner Report
    - Toxicology Report
    - Medical Examiner photographs
    - Execution Logs
    - All other documents from the execution (i.e. 35-Day Packet, medical records, after-execution review documents, etc.)

Your prompt attention to the matter and response are greatly appreciated.

Regards,
Kent


Kent M. Walker
Senior Counsel
kentwalker@crowell.com
Direct: 1.202.624.2500  | Mobile: 1.435.565.0102

**Crowell & Moring LLP** | www.crowell.com
1001 Pennsylvania Avenue NW
Washington, D.C. 20004


Privileged and Confidential
Attorney-Client Communication
Attorney Work Product