# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

February 22, 2022

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

Re: Wade Lay
v. Aboutanaa El Habti, Warden, et al.
No. 21-6550
(Your No. 21-6101)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.  Justice Gorsuch took no part in the consideration or decision of this petition.

Sincerely,

*Scott S. Harris*

**Scott S. Harris**, Clerk