IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA   73102

Date:   February 23, 2022

| | |
|---|---|
| RICHARD GLOSSIP, et al., | ) |
| Plaintiffs, | ) |
| -vs- | )   Case No. CIV-14-665-F |
| RANDY CHANDLER, et al., | ) |
| Defendants. | ) |

ENTER ORDER:

With regard to Plaintiffs' Motion to Compel Production of Materials Concerning the Executions of Bigler Stouffer, Donald Grant, and Gilbert Postelle (doc. no. 11), plaintiffs and defendants are now **ORDERED** to appear, in the person of at least one counsel of record from each side, at the chambers of the assigned judge at 12:30 p.m. on February 24, 2022.  Counsel will be provided a place to further discuss the matters presented by the motion to compel.   Any matters remaining unresolved will be addressed in a hearing in open court at 2:00 p.m. on February 24, 2022.

All other matters addressed in the court's February 17, 2022 enter order (doc. no. 619) remain unchanged.

By direction of Judge Stephen P. Friot, we have entered the above enter order.

Carmelita Reeder Shinn, Clerk

By:_____s/ Lori Gray_____
Deputy Clerk

cc:   all parties
14-0665p153.docx