**To:** Emma Rolls <emma_rolls@fd.org>; Mithun Mansinghani <mithun.mansinghani@oag.ok.gov>; Andy Ferguson <andy.ferguson@oag.ok.gov>; Bryan Cleveland <bryan.cleveland@oag.ok.gov>; Zach West <zach.west@oag.ok.gov>
**Cc:** J Stronski <jstronski@crowell.com>; Harry Cohen <Hcohen@crowell.com>; Walker, Kenton <KentWalker@crowell.com>; Li, Anne <ALi@crowell.com>; Singer, Adam <ASinger@crowell.com>; Robles, Michael <mrobles@crowell.com>; Dale Baich <Dale_Baich@fd.org>; Jennifer Moreno <jennifer_moreno@fd.org>; Lynne Leonard <Lynne_Leonard@fd.org>; Alex Kursman <alex_kursman@fd.org>; Kim Stout <Kim_Stout@fd.org>
**Subject:** RE: MTC Hearing - Glossip

I'm not sure on that one. I would guess 30-45 days from now at best.

**From:** Emma Rolls <Emma_Rolls@fd.org>
**Sent:** Wednesday, February 23, 2022 12:43 PM
**To:** Devan Pederson <devan.pederson@oag.ok.gov>; Mithun Mansinghani <mithun.mansinghani@oag.ok.gov>; Andy Ferguson <andy.ferguson@oag.ok.gov>; Bryan Cleveland <bryan.cleveland@oag.ok.gov>; Zach West <zach.west@oag.ok.gov>

**Exhibit 1**

2/23/22, 5:58 PM                                    Fw: MTC Hearing - Glossip

↩ Reply all | ⌄      🗑 Delete      Junk | ⌄      •••                                                         ✕

Michael <mrobles@crowell.com>; Dale Baich <Dale_Baich@fd.org>; Jennifer Moreno <jennifer_moreno@fd.org>; Lynne Leonard <Lynne_Leonard@fd.org>; Alex Kursman <alex_kursman@fd.org>; Kim Stout <Kim_Stout@fd.org>
**Subject:** [EXTERNAL] Re: MTC Hearing - Glossip

Devan,
Thank you for your response. Do you have any time estimates for Gilbert Postelle's autopsy & toxicology reports?

Best,

Emma V. Rolls
Capital Habeas Unit Supervisor
Assistant Federal Public Defender
215 Dean A. McGee, Ste. 707
Oklahoma City, OK 73102
(405) 609-5979

---

**From:** Devan Pederson <devan.pederson@oag.ok.gov>
**Sent:** Wednesday, February 23, 2022 12:14 PM
**To:** Mithun Mansinghani; Emma Rolls; Andy Ferguson; Bryan Cleveland; Zach West
**Cc:** J Stronski; Harry Cohen; Walker, Kenton; Li, Anne; Singer, Adam; M Robles; Dale Baich; Jennifer Moreno; Lynne Leonard; Alex Kursman; Kim Stout
**Subject:** RE: MTC Hearing - Glossip

Mithun and Emma,

OCME doesn't do preliminary reports. I will let you know as soon as the D. Grant report is ready. It could be within the next ten days. Hope that helps.

Sincerely,
Devan A. Pederson
Assistant Attorney General
Office of the Attorney General
313 NE 21st Street
Oklahoma City, OK 73105
(405) 522-2931

---

**From:** Mithun Mansinghani <mithun.mansinghani@oag.ok.gov>
**Sent:** Monday, February 21, 2022 9:07 PM
**To:** Emma Rolls <emma_rolls@fd.org>; Andy Ferguson <andy.ferguson@oag.ok.gov>; Bryan Cleveland <bryan.cleveland@oag.ok.gov>; Zach West <zach.west@oag.ok.gov>
**Cc:** J Stronski <jstronski@crowell.com>; Harry Cohen <Hcohen@crowell.com>; Walker, Kenton <KentWalker@crowell.com>; Li, Anne <ALi@crowell.com>; Singer, Adam <ASinger@crowell.com>; Robles,

**Exhibit 1**

| ↩ Reply all | ∨ | 🗑 Delete | Junk | ∨ | ⋯ | | ✕ |

<alex_kursman@fd.org>; Kim Stout <Kim_Stout@fd.org>; Devan Pederson <devan.pederson@oag.ok.gov>
**Subject:** RE: MTC Hearing - Glossip

Emma,

I have CCed here Devan Pederson, who will be representing the M.E.'s office with respect to these discovery issues. He may provide further details on the availability of any preliminary reports after he's had a chance to consult with his client.

We can also confirm that, with respect to the J. Grant, Stouffer, and D. Grant executions, we have produced all execution logs, all EKG/pulse oximeter and blood pressure data whether in photos of strips and otherwise, and any photos or videos of the execution or the body after execution of which we are aware. With the most recent production, we have also produced all such remaining materials for the Postelle execution.

Finally, we cannot agree to hold open the trial record pending the final autopsy reports for D. Grant and Postelle.

Mithun

**From:** Emma Rolls <Emma_Rolls@fd.org>
**Sent:** Monday, February 21, 2022 11:23 AM
**To:** Mithun Mansinghani <mithun.mansinghani@oag.ok.gov>; Andy Ferguson <andy.ferguson@oag.ok.gov>; Bryan Cleveland <bryan.cleveland@oag.ok.gov>; Zach West <zach.west@oag.ok.gov>
**Cc:** J Stronski <jstronski@crowell.com>; Harry Cohen <Hcohen@crowell.com>; Walker, Kenton <KentWalker@crowell.com>; Li, Anne <ALi@crowell.com>; Singer, Adam <ASinger@crowell.com>; Robles, Michael <mrobles@crowell.com>; Dale Baich <Dale_Baich@fd.org>; Jennifer Moreno <jennifer_moreno@fd.org>; Lynne Leonard <Lynne_Leonard@fd.org>; Alex Kursman <alex_kursman@fd.org>; Kim Stout <Kim_Stout@fd.org>
**Subject:** [EXTERNAL] MTC Hearing - Glossip

Mithun,

We have your Notice (Doc. 620) that Defendants have produced all documents subject to the motion to compel but for the final autopsy reports of Mr D. Grant and Mr. Postelle.

We understand that good pathology lab practices per the College of American Pathologists include conducting autopsies and generating preliminary reports within 48 hours of death, and so we believe that the autopsies have been done and that preliminary reports do exist based on that work.  Please obtain and produce those reports as soon as possible and let us know the timing of doing so.

Please also confirm that the execution documents generated by Defendants for Mr. J. Grant,  Mr. Stouffer, and Mr. D. Grant have been produced – specifically, all execution logs, all EKG/pulse oximeter and blood pressure data whether in photos of strips and otherwise, and any photos or videos of the execution or the body after execution.  Please also confirm that you will produce all such documents as soon as possible for Mr. Postelle prior to trial and when such production will take place.

**Exhibit 1**



keep the record on the trial open to a date that can be set to complete the trial after such productions are made or alternatively to request that the trial be adjourned.   It would be helpful to have your position on this before the conference.

Best,

Emma V. Rolls
Capital Habeas Unit Supervisor
Assistant Federal Public Defender
215 Dean A. McGee, Ste. 707
Oklahoma City, OK 73102
(405) 609-5979

**Exhibit 1**