IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA   73102

Date:   February 23, 2022

| | |
|---|---|
| RICHARD GLOSSIP, et al., | ) |
| Plaintiffs, | ) |
| -vs- | ) Case No. CIV-14-665-F |
| RANDY CHANDLER, et al., | ) |
| Defendants. | ) |

ENTER ORDER:

In light of the representations in the notice at doc. no. 627, the court **STRIKES** the proceedings (meeting and hearing) previously set for February 24, 2022.

By direction of Judge Stephen P. Friot, we have entered the above enter order.

Carmelita Reeder Shinn, Clerk

By:_____s/ Lori Gray_____
Deputy Clerk

cc:   all parties

14-0665p155.docx