# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD GLOSSIP, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. CIV-14-665-F |
| ) | |
| RANDY CHANDLER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Parties have filed their Joint Final Pretrial Report (Doc No. 629). Upon review this Court finds that the Joint Final Pretrial Report is approved.

SO ORDERED this 28th day of February, 2022.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0665p156.PO.docx