CIVIL TRIAL

CASE NO.   CIV-14-665   -F CIVIL                                        DATE   2-28-2022

STYLE     Richard Glossip, et al.         v.     Randy Chandler, et al.

PROCEEDINGS:   FURTHER BENCH TRIAL

COMMENCED   9:00        ENDED   12:00
                                                  TOTAL TIME:   6   Hrs.   45   Mins.
COMMENCED   1:15        ENDED   5:00

JUDGE Stephen P. Friot            DEPUTY CLERK Lori Gray            REPORTER Tracy Thompson

PLF COUNSEL   James Stronski, Kenton Walker, Michael Robles, Adam Singer, Anne Li, Alex Kursman, Lynne Leonard, Emma Rolls, Jen Moreno, Kim Stout, Dale Baich

DFT COUNSEL   Mithun Mansinghani, Bryan Cleveland, Andy Ferguson, Zach West, Audrey Weaver

ENTER:   Parties announce ready.

Plfs present case in chief with testimony of witnesses.

Plfs' exhibits admitted:  772, 815, 344, 428, 64, 496, 56, 807, 803, 642, 490, 473, 216, 267, 600, 603, 724, 660, 661, 662, 663, 664, 634, 635, 636, 637, 638, 639, 640, 641, 643, 644, 645, 646, 647, 648, 649, 650, 651, 652, 653, 654, 655, 656, 82, 657, 658, 659.

Dfts' exhibits admitted:  44, 89, 90, 46, 87, 145, 146, 141, 95.

Court adjourns to 3-1-2022 at 9:00 AM.

CASE NO. <u>CIV-14-665          -F</u>    DEPUTY <u>Lori Gray</u>    JUDGE <u>Stephen P. Friot</u>    DATE <u>    2-28-2022    </u>

| <u>WITNESSES FOR PLAINTIFFS</u> | <u>WITNESSES FOR DEFENDANTS</u> |
|---|---|
| 1. <u>Craig Stevens, Ph.D. (sworn)</u> | 1. |
| 2. <u>David Sherman, Ph.D. (sworn)</u> | 2. |
| 3. <u>Mark Edgar, Ph.D. (sworn)</u> | 3. |