<u>CIVIL TRIAL</u>

CASE NO.   <u>CIV-14-665</u>   -F CIVIL                                                                                           DATE   <u>3-1-2022</u>
STYLE   <u>Richard Glossip, et al.</u>   v.   <u>Randy Chandler, et al.</u>

PROCEEDINGS:   FURTHER BENCH TRIAL
COMMENCED   <u>9:00</u>          ENDED   <u>12:00</u>
                                                                                     TOTAL TIME:   <u>6</u>   Hrs.   <u>40</u>   Mins.
COMMENCED   <u>1:15</u>          ENDED   <u>4:55</u>
JUDGE <u>Stephen P. Friot</u>          DEPUTY CLERK <u>Lori Gray</u>          REPORTER <u>Tracy Thompson</u>
PLF COUNSEL   <u>James Stronski, Kenton Walker, Michael Robles, Adam Singer, Anne Li, Alex Kursman, Lynne Leonard, Emma Rolls, Jen Moreno, Kim Stout, Dale Baich</u>
DFT COUNSEL   <u>Mithun Mansinghani, Bryan Cleveland, Andy Ferguson, Zach West, Audrey Weaver</u>

ENTER:

Plfs continue case in chief with testimony of witnesses.

Plfs' exhibits admitted:  816, 37, 88, 45, 582, 723, 77, 614, 266, 63, 474, 243, 67, 219, 270, 405, 814, 85, 86, 508, 422, 395, 303, 407, 433.

Dfts' exhibits admitted:  13, 85, 35.

Court adjourns to 3-2-2022 at 9:00 AM.

CASE NO. <u>CIV-14-665         -F</u>    DEPUTY <u>Lori Gray</u>    JUDGE <u>Stephen P. Friot</u>    DATE <u>    3-1-2022    </u>

| WITNESSES FOR PLAINTIFFS | WITNESSES FOR DEFENDANTS |
|---|---|
| 1. Mark Edgar, Ph.D., cont'd. (sworn) | 1. |
| 2. James Williams, M.D. (sworn) | 2. |
| 3. Michael Weinberger, M.D. (sworn) | 3. |