<u>CIVIL TRIAL</u>

CASE NO. ___CIV-14-665___-F CIVIL                          DATE ____3-2-2022____

STYLE _____Richard Glossip, et al._____ v. _____Randy Chandler, et al._____

PROCEEDINGS:    FURTHER BENCH TRIAL

COMMENCED ___9:00____         ENDED ___12:30____

COMMENCED ___1:45____         ENDED ___5:10____           TOTAL TIME:___6__Hrs.__55____Mins.

JUDGE <u>Stephen P. Friot</u>              DEPUTY CLERK <u>Lori Gray</u>          REPORTER <u>Tracy Thompson</u>

PLF COUNSEL____James Stronski, Kenton Walker, Michael Robles, Adam Singer, Alex Kursman, Lynne Leonard, Emma Rolls, Jen Moreno, Kim Stout, Dale Baich

DFT COUNSEL____Mithun Mansinghani, Bryan Cleveland, Andy Ferguson, Zach West, Audrey Weaver_____

ENTER:

Plfs continue case in chief with testimony of witnesses.

Plfs rest.

Dfts present case in chief with testimony of witnesses.

Plfs' exhibits admitted:   820, 819, 11, 550, 805, 802, 28, 42, 808, 810, 811, 813, 817, 379.

Dfts' exhibits admitted:   129, 18, 52, 61, 147, 148, 149.

Court adjourns to 3-3-2022 at 9:00 AM.

CASE NO. <u>CIV-14-665      -F</u>     DEPUTY <u>Lori Gray</u>     JUDGE <u>Stephen P. Friot</u>     DATE <u>    3-2-2022    </u>

<u>WITNESSES FOR PLAINTIFFS</u>                    <u>WITNESSES FOR DEFENDANTS</u>

1. <u>Gail Van Norman, M.D. (sworn)</u>                    1. <u>Joseph Antognini, M.D. (sworn)</u>