CIVIL TRIAL

CASE NO. __CIV-14-665__-F CIVIL                                                                       DATE __3-4-2022__
STYLE _____Richard Glossip, et al._____ v. _____Randy Chandler, et al._____

PROCEEDINGS:    FURTHER BENCH TRIAL
COMMENCED __9:00__        ENDED __12:00__
                                                                                         TOTAL TIME: __6__ Hrs. __40__ Mins.
COMMENCED __1:15__        ENDED __4:55__
JUDGE Stephen P. Friot            DEPUTY CLERK Lori Gray            REPORTER Tracy Thompson
PLF COUNSEL____James Stronski, Kenton Walker, Michael Robles, Adam Singer, Alex Kursman, Lynne Leonard, Emma Rolls, Jen Moreno, Kim Stout, Dale Baich
DFT COUNSEL____Mithun Mansinghani, Bryan Cleveland, Andy Ferguson, Audrey Weaver

ENTER:

Dfts continue case in chief with testimony of witnesses.

Plfs' exhibits admitted:   181, 132, 396, 225, 424, 131, 126, 470, 449, 494.

Dfts' exhibits admitted:   6, 151, 3, 38, 57, 103, 60, 20, 19, 34, 7, 8, 9, 21, 119, 49, 37.

Parties provide deposition designations for Dr. Block.

The court advises the parties that it will likely allot 30 minutes per side for closing arguments.

The court discusses post-trial filings with counsel.

Plaintiffs' counsel advises that the Donald Grant autopsy report was produced today.   Plaintiffs request that the court keep the record open until receipt of the Gilbert Postelle autopsy report.   At this point, the court is unreceptive to keeping the record open.

Court adjourns to 3-5-2022 at 9:00 AM.

CASE NO. CIV-14-665      -F     DEPUTY Lori Gray      JUDGE Stephen P. Friot      DATE     3-4-2022

| WITNESSES FOR PLAINTIFFS | WITNESSES FOR DEFENDANTS |
|---|---|
| 1. | 1. Joseph Antognini, M.D., cont'd. (sworn) |
| 2. | 2. Daniel Buffington, PharmD (sworn) |