CIVIL TRIAL

CASE NO.   CIV-14-665   -F CIVIL                                              DATE   3-4-2022

STYLE   Richard Glossip, et al.   v.   Randy Chandler, et al.

PROCEEDINGS:   FURTHER BENCH TRIAL

COMMENCED   9:00        ENDED   11:45
                                                        TOTAL TIME:   7   Hrs.   00   Mins.
COMMENCED   1:00        ENDED   5:15

JUDGE Stephen P. Friot            DEPUTY CLERK Lori Gray            REPORTER Tracy Thompson

PLF COUNSEL   James Stronski, Kenton Walker, Michael Robles, Adam Singer, Alex Kursman, Lynne Leonard, Emma Rolls, Jen Moreno, Kim Stout, Dale Baich

DFT COUNSEL   Mithun Mansinghani, Bryan Cleveland, Andy Ferguson, Zach West, Audrey Weaver

ENTER:

Dfts continue case in chief with testimony of witnesses.

Plfs' exhibits admitted:   837, 597, 2, 4, 5, 6, 607, 608, 613, 762.

Dfts' exhibits admitted:   4, 62, 80, 63-79, 160, 158, 108, 109, 110, 111, 112, 123.

Court adjourns to 3-7-2022 at 1:15 PM.

CASE NO. CIV-14-665        -F     DEPUTY Lori Gray     JUDGE Stephen P. Friot     DATE    3-4-2022

| WITNESSES FOR PLAINTIFFS | WITNESSES FOR DEFENDANTS |
|---|---|
| 1. | 1. Daniel Buffington, PharmD, cont'd. (sworn) |
| 2. | 2. Justin Farris (sworn) |
| 3. | 3. ODOC Director Scott Crow (sworn) |
| 4. | 4. Ervin Yen, M.D. (sworn) |