<u>CIVIL TRIAL</u>

CASE NO. __CIV-14-665__-F CIVIL                                    DATE ____3-7-2022____

STYLE _____Richard Glossip, et al._____ v. _____Randy Chandler, et al._____

PROCEEDINGS:    FURTHER BENCH TRIAL

COMMENCED ___1:15___    ENDED ___4:50___    TOTAL TIME:__3__ Hrs.__35__ Mins.

JUDGE <u>Stephen P. Friot</u>            DEPUTY CLERK <u>Lori Gray</u>            REPORTER <u>Tracy Thompson</u>

PLF COUNSEL____James Stronski, Alex Kursman, Emma Rolls_____

DFT COUNSEL____Mithun Mansinghani, Bryan Cleveland, Andy Ferguson, Zach West, Audrey Weaver____

ENTER:

Cross-examination of dfts' final witness continues.

Dfts rest.

Parties rest.

Court advises that the evidentiary record is now closed.   The court expects that the defendants will send the Postelle autopsy report to plaintiffs' counsel immediately after it is received.   If either side perceives a reason, and it must be a very good reason, to supplement the record with the Postelle autopsy report at any time before entry of judgment in this case, they may file a motion seeking that relief.

Closing arguments.

The court encourages the parties to order the transcript of this trial asap.   The court directs the court reporter to prepare a consolidated pdf version of the transcript in one volume.

In lieu of proposed findings of fact and conclusions of law in the usual format, the parties' post-trial filings will consist of the following:

1. A recap (preferably in numbered paragraphs) of the specific points to be derived from the testimony of each expert called by the filing parties, supported by citations to the transcript and exhibits, including citations to the exact pages of exhibits.   This shall not exceed ten pages for each such expert.
2. A critique (preferably in numbered paragraphs) of the testimony, opinions and conclusions of each expert called by the opposing parties, supported by citations to the transcript and exhibits, including citations to the exact pages of exhibits.   This shall not exceed ten pages for each such expert.
3. Proposed findings of fact based on the testimony of fact witnesses, not to exceed fifteen pages total, supported by citations to transcripts and exhibits, including citations to the exact pages of exhibits.

These documents shall be filed not later than thirty days after the date of notification of the filing of the transcript of this trial.

CASE NO. <u>CIV-14-665      -F</u>     DEPUTY <u>Lori Gray</u>     JUDGE <u>Stephen P. Friot</u>     DATE <u>     3-7-2022     </u>

<u>WITNESSES FOR PLAINTIFFS</u>                    <u>WITNESSES FOR DEFENDANTS</u>

1. <u>                                              </u>          1. <u>Ervin Yen, M.D., cont'd. (sworn)                </u>