### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD GLOSSIP, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> -vs- ) <br> ) <br> RANDY CHANDLER, *et al.*, ) <br> ) <br> Defendants. ) | Case No. CIV-14-665-F |

### **ORDER**

On July 6, 2020, a Third Amended Complaint (doc. no. 325) was filed in this case challenging Oklahoma's new execution protocol under the United States Constitution, the Oklahoma Constitution, and other laws. John M. Grant, Donald A. Grant, and Gilbert R. Postelle were named as plaintiffs. *Id.* at ¶ 1. In two separate orders, doc. nos. 349 and 449, the court dismissed some claims with prejudice and granted summary judgment on others. There is currently no final judgment as to the three plaintiffs' claims.

Since the court's rulings in doc. nos. 349 and 449, the three plaintiffs have been executed by Oklahoma–John M. Grant (October 28, 2021), Donald A. Grant (January 27, 2022), and Gilbert R. Postelle (February 17, 2022). In light of the executions of the three plaintiffs, the court intends to enter an order vacating its previous rulings as to the claims alleged by the three plaintiffs (and only as to those plaintiffs) in the Third Amended Complaint and dismissing those claims without prejudice on the ground of mootness, if no objection is filed within 10 days of the date of this order. If no objection is filed, the court will proceed with

2

entry of such an order without further notice to the parties and counsel.  If an objection is filed, the court will consider the matter and enter an appropriate order.

IT IS SO ORDERED this 14th day of March, 2022.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0665p159.docx