# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD GLOSSIP, *et al.*, | ) |
| Plaintiffs, | ) |
| -vs- | ) Case No. CIV-14-665-F |
| RANDY CHANDLER, *et al.*, | ) |
| Defendants. | ) |

## ORDER

As no objection to the court's March 14, 2022 order (doc. no. 638) has been filed, the court, pursuant to that order, **VACATES** the rulings in doc. nos. 349 and 449 only as to the claims alleged in the Third Amended Complaint by plaintiffs, John M. Grant, Donald A. Grant, and Gilbert R. Postelle, and **DISMISSES WITHOUT PREJUDICE** those claims on the ground of mootness.

IT IS SO ORDERED this 28th day of March, 2022.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0665p160.docx