# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD GLOSSIP, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. CIV-14-665-F |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| RANDY CHANDLER, et al., ) | |
| ) | |
| Defendants. ) | |

On this 29th day of April, 2022, Dale A. Baich's Motion for Leave of Court to Withdraw as Counsel for Plaintiff Richard Glossip came before the undersigned. Having reviewed the Motion and for good cause shown, the Court hereby finds that the request should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Motion for Leave of Court to Withdraw as Counsel for Plaintiff Richard Glossip is hereby granted. Dale A. Baich is withdrawn as counsel for plaintiff Richard Glossip. Michael Lieberman and Jennifer Moreno will continue their representation of Richard Glossip.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0665p161.PO.docx