UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

RICHARD GLOSSIP, *et al.*,
                              *Plaintiff,*
v.                                                    Case No: 14-cv-665-F
RANDY CHANDLER, *et al.*,
                              *Defendants.*

### ORDER

Considering the motion of Mithun Mansinghani to withdraw as counsel for Defendants Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Jim Farris, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F. Lynn Haueter, Kathryn A. LaFortune, Stephan Moore, Calvin Prince, T. Hastings Siegfried and Daryl Woodard,

IT IS ORDERED that the motion [Dkt. 645] is GRANTED. Mithun Mansinghani is withdrawn as counsel for Defendants Michael Carpenter, Randy Chandler, Scott Crow, Aboutanaa El Habti, Jim Farris, Justin Farris, Betty Gesell, Justin Giudice, Joseph Griffin, F. Lynn Haueter, Kathryn A. LaFortune, Stephan Moore, Calvin Prince, T. Hastings Siegfried and Daryl Woodard, in the above-captioned case.

Dated this 23rd day of May, 2022.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0665p162.PO.docx