FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

July 29, 2022

Christopher M. Wolpert
Clerk of Court

JAMES A. CODDINGTON, et al.,

    Plaintiffs - Appellants,

v.

SCOTT CROW, et al.,

    Defendants - Appellees.

No. 22-6100
(D.C. No. 5:14-CV-00665-F)
(W.D. Okla.)

**ORDER**

    This matter is before the court on Appellees' *Motion to Correct the Record on Appeal*. Appellees describe a variety of issues with the bottom-right page numbering in the record on appeal that was docketed July 14, 2022. They also ask that the record be augmented with the documents they timely designated on July 15, 2022.

    The court notes that the docket entry for the record on appeal was edited on July 15, 2022 to state that additional page numbers had been added to all volumes. Specifically, this court added page numbers to the bottom center of each page of the record. These pages numbers address the issues identified by Appellees in their motion. Accordingly, insofar as the motions seeks corrections to the page numbering, it is denied. Going forward, the parties shall cite to the page numbers at the bottom center of the record on appeal.

Appellees' request to augment the record on appeal with the documents designated on July 15, 2022 is granted. Within 7 days of the date of this order, the district court is directed to prepare and transmit a supplement to the record on appeal containing the documents identified with black circles on Appellee's July 15, 2022 designation. For consistency, this court will add page numbering to the bottom center of each page in the supplemental record. All parties shall cite to the page numbers at the bottom center of the supplemental record.

        Entered for the Court
        CHRISTOPHER M. WOLPERT, Clerk

        by: Jane K. Castro
            Chief Deputy Clerk