Letter to Clerk
USDC W.D./OK 11/7/22

**FILED**
NOV 14 2022
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____, DEPUTY

PG. 1

CLERK OF COURT,

MY NAME IS WADE LAY. I AM A DEATH ROW PRISONER. PURSUANT TO THE LAWS OF THE UNITED STATES, UNDER THE CONSTITUTION OF THE UNITED STATES, ARTICLE IV, SECTIONS 1 & 2; THE FOURTEENTH AMENDMENT; AND THE RESERVED POWERS ACT OF OKLAHOMA, WADE LAY HAS A RIGHT TO APPROACH COURTS, UNTIL THAT RIGHT FOR ANY REASON IS QUESTIONED UNDER CERTAIN PREDETERMINED LEGAL STANDARDS.

WADE LAY'S RIGHT TO APPROACH COURTS HAS BEEN ILLEGALLY SUSPENDED BY U.S. DIST. JUDGE FRIOT, A JUDICATURE OF THIS W.D. COURT.

LAY INTENDS TO FILE IN THIS COURT A CIVIL ACTION TO ASCERTAIN THAT MISDIRECTED ABUSE OF DISCRETION BY JUDGE FRIOT, WHICH INVOLVES THE STATE OF OKLAHOMA IN ITS POLITICAL CAPACITY, INCLUDING STATE ACTORS OF A JUDICIAL BODY, VIOLATING THEIR CONSTITUTIONAL OBLIGATIONS UNDER ARTICLE VI, CLAUSE 2.

PLEASE SEND THE COURT'S FORMS, FOR IN-FORMA-PAUPERIS, AND ANY INFORMATION PERTAINING TO SUCH A FILING.

SINCERELY, WADE LAY
AT O.S.P., P.O. BOX 97
MCALESTER, OKLA. 74502

11-7-22
Date

Notary
11-7-22

11/8/22

ZAKIYA POPE
NOTARY
# 18002752
EXP. 03/16/26
PUBLIC
STATE OF OKLAHOMA