IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA   73102

Date:   November 16, 2022

| | |
|---|---|
| RICHARD GLOSSIP, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> -vs- ) <br> ) <br> RANDY CHANDLER, et al., ) <br> ) <br> Defendants. ) | Case No. CIV-14-665-F |

ENTER ORDER:

The original exhibits admitted into evidence during the bench trial held February 28, 2022 through March 7, 2022 are **ORDERED WITHDRAWN**.  Counsel for the parties are **DIRECTED** to contact the courtroom deputy to make arrangements to retrieve their exhibits.

By direction of Judge Stephen P. Friot, we have entered the above enter order.

Carmelita Reeder Shinn, Clerk

By:_____s/ Lori Gray_____
Deputy Clerk

cc:   all parties

14-0665p165.docx